IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiff <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant | Civil Action No.: 4:18-cv-519 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to Local Rule CV-77, please take notice that Jeffrey G. Toler is entering an appearance as Attorney in the above-referenced action on behalf of Plaintiff, WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.:

Jeffrey G. Toler
Texas State Bar No. 24011201
TOLER LAW GROUP, PC
8500 Bluffstone Cove, Suite A201
Austin, Texas 78759
Tel. (512) 327-5515
Fax (512) 327-5575
jtoler@tlgiplaw.com

Mr. Toler is admitted to practice in the Eastern District of Texas.

Dated: July 20, 2018                                  Respectfully submitted,

                                                      */s/Jeffrey G. Toler*
                                                      Jeffrey G. Toler
                                                      Texas State Bar No. 24011201
                                                      jtoler@tlgiplaw.com

Aakash S. Parekh
Texas State Bar No. 24059133
aparekh@tlgiplaw.com

Benjamin R. Johnson
Texas State Bar No. 24065495
bjohnson@tlgiplaw.com

TOLER LAW GROUP, PC
8500 Bluffstone Cove, Suite A201
Austin, Texas 78759
Tel. (512) 327-5515
Fax (512) 327-5575

**ATTORNEYS FOR PLAINTIFF**
**WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this Friday, July 20, 2018.

                                              */s/Jeffrey G. Toler*
                                              Jeffrey G. Toler