UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORP.,<br><br>Defendant. | Case No. 4:18-cv-00519-ALM<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as lead counsel of record for Defendant Bank of America Corp., and consents to electronic service of all papers in this action.

**Mark N. Reiter**
Texas Bar No. 16759900
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile:  (214) 571-2900
mreiter@gibsondunn.com

1

Dated: October 16, 2018

Respectfully submitted,

By: */s/ Mark Reiter*
Mark Reiter
Texas State Bar No. 16759900
mreiter@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas  75201-6912
Telephone:  214.698.3360
Facsimile:  214.571.2907

*Attorney for Bank of America Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

*/s/ Mark Reiter*
Mark Reiter