**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br>           Plaintiffs, <br><br>     v. <br><br> BANK OF AMERICA CORP., <br><br>           Defendant. | Case No. 4:18-cv-00519-ALM-KPJ <br><br> **JURY TRIAL DEMANDED** |

### BANK OF AMERICA CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bank of America Corporation discloses that it has no parent corporation and that no publicly traded company owns more than 10% of its stock.

Dated:  October 16, 2018

By:  _/s/ Mark Reiter_
     Mark Reiter
     Texas State Bar No. 16759900
     mreiter@gibsondunn.com
     **GIBSON, DUNN & CRUTCHER LLP**
     2100 McKinney Avenue, Suite 1100
     Dallas, Texas  75201-6912
     Telephone:  214.698.3360
     Facsimile:  214.571.2907

     **ATTORNEYS FOR DEFENDANT
     BANK OF AMERICA CORPORATION**

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 16, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

/s/ Mark Reiter
Mark Reiter