UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | Case No. 4:18-cv-00519-ALM <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters his appearance in this matter as additional counsel of record for Defendant Bank of America Corporation, and consents to electronic service of all papers in this action.

**Neema Jalali**
California Bar No. 245424
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8224
Facsimile:  (415) 374-8436
njalali@gibsondunn.com

Dated:  October 17, 2018 Respectfully submitted,

By: */s/ Neema Jalali*
Mark Reiter
Lead Counsel
State Bar No. 16759900
mreiter@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas  75201-6912
Telephone:  214.698.3360
Facsimile:  214.571.2907

Neema Jalali
California State Bar No. 245424
njalali@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Tel: 415.393-8224
Fax: 415. 374-8436

*Attorney for Bank of America Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

*/s/ Neema Jalali*
Neema Jalali