# EXHIBIT A

Case 4:18-cv-00519-ALM   Document 14-1   Filed 11/01/18   Page 2 of 8 PageID #:  570



Find Jobs    **Company Reviews**    Find Salaries    Find Resumes    Employers / Post Job    Upload your resume    Sign in

| Company name | **Find Companies** |
| --- | --- |



# Bank Of America

**3.8**                22.8K reviews

**Follow**

Get job updates from Bank Of America

| Snapshot | Why Join Us | 22.8K **Reviews** | 27.4K Salaries | 18 Photos | 8.9K Jobs | 161 Q&A | Interviews |
| --- | --- | --- | --- | --- | --- | --- | --- |

## Bank Of America Employee Reviews for Quality Assurance Manager

**Review this company**

**Job Title**

Quality Assurance Manager - 27

**Location**

(all)

**Ratings by category**

3.7  **Work-Life Balance**    3.9  **Pay & Benefits**    3.4  **Job Security & Advancement**    3.4  **Management**    3.6  **Culture**

Sort by:    Helpfulness    Rating    Date

Found **27** reviews matching the search   See all 22,842 reviews



**4.0**    **good place to work at**

QA Lead (Former Employee) –  NJ – August 21, 2018

good place to work at, nice work culture, decent to good salary, lucky to work with an excellent manager & team, nice work environment, good subordinates

**Pros**
good place to work at

**Cons**
na

**Claimed Profile**

**Want to know more about working here?**

Ask a question about working or interviewing at Bank Of America. Our community is ready to answer.

**Ask a Question**

Was this review helpful? | Yes | No |   Share    Report

---

## 1.0   Reduction in force based not based on Quality of work

AVP Hazard QA/QC Audit/Unit Manager (Former Employee) –  Simi Valley, CA – June 17, 2018

Constant reduction of workforce with no regard to the employees quality of work of work ethic. Increased job responsibilities with no training and unrealistic deadlines. In addition to upper management not knowing or even attempt to educate themselves with their assign areas, to be able to make decisions.

Was this review helpful? | Yes 2 | No |   Share    Report

---

## 5.0   Working remote

Quality Assurance Manager (Former Employee) –  Jacksonville, FL – May 18, 2018

I was provided with all the tools to succeed in my position such as continues training and the software and hardware to perform well.
I love this job, although I worked remote and supported our office in California (Pacific Time) management was flexible regarding my time of work, I also supported consultants from India and Mexico different time zones, I was happy to the erratic hours because management appreciated my hardwork

**Pros**
Empowerment, they gave me tools and they trusted my judgement

**Cons**
Not on site means you get some office in too late.

Was this review helpful? | Yes | No |   Share    Report

---

## 4.0   Place to learn

Quality Assurance Lead Engineer (Former Employee) –  New York, NY – January 28, 2018

Pluses: The inhouse technogy and approach to team work are very impressive there. It is nice to work in a team of very bright people and learn to understand the works of the technology.

Minuses: The concept of Agile is not really implemented the same way as it was meant, though attempts are made. The meeting times are mostly extended due to lack of communication between release and development teams.

Was this review helpful? | Yes | No |   Share    Report

---

## 5.0   Worked as QA Lead - Contractor

QA Lead (Former Employee) –  Pennington, New Jersey – January 26, 2018

Enjoyed working here.
The people were competent and friendly.
I wished I had more tenure to pick up om sunject matter but funding ran out.
I enjoyed the collaboration and the work was very interesting.

**Pros**
Good work environment and team members

---

### Overall rating

## 3.8
Based on 22,843 reviews

| | |
|---|---|
| 5 | 7.7K |
| 4 | 7.6K |
| 3 | 5K |
| 2 | 1.4K |
| 1 | 1.1K |

### Ratings by category

| | |
|---|---|
| 3.7 | Work/Life Balance |
| 3.9 | Compensation/Benefits |
| 3.4 | Job Security/Advancement |
| 3.4 | Management |
| 3.6 | Culture |

### Women's ratings

## 3.2 
Fairygodboss Score

**51%**  say women are treated fairly and equally to men

**61%**  would recommend to other women

Fairygodboss provides free job reviews for women, by women.

Powered by  FAIRYGODBOSS

---

### Questions about Bank Of America

What questions did they ask during your interview?
68 people answered

Do you have to have good credit to be considered?
51 people answered

What benefits does the company provide?
50 people answered

Show more

---

### Bank Of America Reviews by Job Title

| | |
|---|---|
| Teller | (1,832) |
| Customer Service Representative | (1,806) |
| Relationship Manager | (728) |
| Personal Banker | (665) |
| Assistant Vice President | (505) |

Case 4:18-cv-00519-ALM Document 14-1 Filed 11/01/18 Page 4 of 8 PageID #: 572

**Cons**
none

Was this review helpful?    Yes    No        Share     Report

**We want to help you find great companies. Help us be the best!**

Do these reviews help you learn more about working at Bank Of America?

Yes      No

---

**4.0**     **Productive and fun workplace**

QA Lead (Former Employee) –  Mumbai, India – January 7, 2018

Training was always good,helpful management, typical days were fast paced and never boring. Excellent work atmosphere. Several employee appreciation days were held that added to the motivation.

Was this review helpful?    Yes 15    No        Share     Report

---

**5.0**     **God Company**

QUALITY ANALYST SUPERVISOR (Former Employee) –  Plano, TX – January 5, 2018

Great company with awesome financial compensation. They lay off often however severance package will help tremendously I would go back if I could.. Great benefits as well.

Was this review helpful?    Yes    No        Share     Report

---

**4.0**     **Great Place to work**

Automation QA Lead (Current Employee) –  Charlotte, NC – December 10, 2017

Bank Of America is agreat place to work. it was very challenging and competitive envornment. Lots of opputunityy to grow .Great place to learn new technologies.

Was this review helpful?    Yes    No        Share     Report

---

**4.0**     **Great work environment**

Quality Assurance Lead/Accounting (Current Employee) –  Plano, TX – November 4, 2017

Bank of America is a great place to work. It has great benefits and resources for their employees. It is a place that encourages networking and career development. However, there has been a lot of shrinkage at this time.

**Pros**
Childcare reimbursement, Good benefits

**Cons**

Working as a Quality Assurance Manager at Bank of America: Employee Reviews | Indeed.com



Poor Management and Layoffs

Was this review helpful?    Yes    No            Share        Report

---

## 5.0  Good Experioence

QA Automation Test Lead (Former Employee) –  Denver, CO – August 9, 2017

Was a Contractor for 8 years and would have loved to continue but the contract ended, so had to take the move.

Learned all the QA process and Management techniques

Worklife is balanced

Was this review helpful?    Yes    No            Share        Report

---

## 5.0  Automation Test Specialist

QA Lead (Former Employee) –  Charlotte, NC – March 22, 2017

Learned banking form the bank of america and learned new automation testing techniques and new implementations in the way of automation testing of different applications

Was this review helpful?    Yes    No            Share        Report

---

## 5.0  Productive

QA Lead/ Consultant (Current Employee) –  Jersey City, NJ – February 8, 2017

reat Culture, always employee oriented, ample of learning opportunities, great work culture and HR Compensation, Work life balance is a highlight......

Was this review helpful?    Yes    No            Share        Report

---

## 4.0  Happy Work Environment

Quality Assurance engineer and Test Lead (Current Employee) –  Pennington, NJ – January 22, 2017

Flexible corporation to work for, great place to learn new roles and work with a diverse staff.I have seen good coordination among teams.Strong dealflow, learning in a fast paced atmosphere, time complex deliverables and large number of responsibilities

Was this review helpful?    Yes    No            Share        Report

---

## 5.0  Good Place to work

QA Lead (Current Employee) –  Charlotte, NC – June 20, 2016

Good Place to work and great atmosphere to learn.
Good Facilities
Focused Approach
Big institute to develop skills.
Talanted and skilled workforce

Case 4:18-cv-00519-ALM   Document 14-1   Filed 11/01/18   Page 6 of 8 PageID #:  574

**Pros**
Work culture

**Cons**
tight timelines

Was this review helpful?   | Yes | No |                    Share       Report

---

## 4.0   I was able to utilize my skills and I learned a lot.

QA Mtg. Servicing team manager (Former Employee) –  Brea, CA – September 11, 2015

Met a lot of great people, became friends with many of them. I had a great team that became a little family, loved going to work everyday. Learned different types of management skills and programs that I believe increased my knowledge. I had a great manager that was fun and gave us clear instructions on many of the job tasks. Unfortunately there was too many departments being redeployed and it brought a lot insecurity and low morale. Bank of America was a great place to work.

**Pros**
Great benefits and incentives.

**Cons**
No room to grow or to relocate.

Was this review helpful?   | Yes 2 | No |                    Share       Report

---

## 5.0   QA Manager (Functional & Automation)

QA Manager Capital Markets Risk Technology (Current Employee) –  Jersey City – March 11, 2015

Automation Tools (QTP, AXE, Selenium)

Jenkins, Jira, ALM

☐ Build out and management of an onsite-offshore model with a team of 60+ resources located in NY, LDN and India for Capital Markets Risk Technology and Retail Banking at Bank of America.
☐ Experienced in QA methodologies and processes that resulted in establishment of complete traceability of requirements, increased test coverage and product quality.
☐ Automation Center Of Excellence: Organized and directed a Center of Excellence in BoA for test automation. The COE provided governance, services and support for functional and performance test automation projects across all business regions with an overall ROI of 400%.
☐ Heavy hands on expertise in usage of QuickTest Professional, AXE, UI TestRunner (BoA proprietary) & LoadRunner.
☐ Hands on experience with Data Driven, Keyword Driven and Hybrid Automation frameworks.
☐ Extensive experience in Software development management and bug reporting tools like JIRA and Quality Center
☐ Enthusiastic professional who is organized, proactive, efficient delivery in a team environment with the ability to multi-task, prioritize, and work well under pressure in a fast-paced environment.

Was this review helpful?   | Yes 1 | No |                    Share       Report

---

## 3.0   Hard working individual looking to grow in within my career

Case 4:18-cv-00519-ALM Document 14-1 Filed 11/01/18 Page 7 of 8 PageID #: 575 Working as a Quality Assurance Manager at Bank of America: Employee Reviews | Indeed.com

Loan Services Quality Assurance Work Lead (Former Employee) –  Pittsburgh, PA – February 10, 2015

> • Oversee daily task are completed in a timely manner and accurately
> • Completion of maintenance task
> • Completion of escalated maintenance task
> • Updating of daily interest rates
> • Performed quality assurance checks on all department functions (i.e. modifications, Service Members Civil Relief Act (SCRA), new loan setups, payee request, Adjustable Rate Mortgage (ARM) adjustments, and all department special projects).
> • Reported monthly error ratios to Team Lead
> • Reported monthly KPI's to Vice President of Loan Services
> • Assisted Team Lead with creating the control framework for our department to run more efficiently
> • Assisted with other departments in the absence of the Team Lead and Assistant Vice President of Loan Services

Was this review helpful? | Yes | No 2 | Share | Report

---

## 4.0    Update

Program QA Test Manager (Current Employee) –  Dallas, TX – January 5, 2015

Nice Place to work .. the only thing I've noticed is Job Security..

Was this review helpful? | Yes | No | Share | Report

---

## 4.0    Good firm for a perfect work-life balance..

Senior Quality Assurance Lead (Current Employee) –  Addison, TX – October 24, 2014

Great firm to work at with standard set of rules defined across the board. Sophisticated, intelligent people who are experts at collaboration in a structural and business process oriented environment. A company dedicated to creating Best In Class production operations and has made great strides since a very long time.

Was this review helpful? | Yes 2 | No 2 | Share | Report

---

## 5.0    Good place to work and learn

QA Test Lead (Current Employee) –  Pennington, NJ – September 1, 2014

Good Management, skilled people, friendly environment, big budget projects, learning and sharing, well established QA process.

Was this review helpful? | Yes | No 1 | Share | Report

---

## 3.0    Productive days, self motivator and a gogetter

Bankruptcy Quality Assurance Manager (Current Employee) –  Addison Texas – August 11, 2014

A typical work day for me is being productive. I love to learn new things which is a great challenge for me and it keeps me on my toes. Being open minded is a part of my personality which allows me to adapt very well to change.

Was this review helpful? | Yes | No | Share | Report

Case 4:18-cv-00519-ALM Document 14-1 Filed 11/01/18 Page 8 of 8 PageID #: 576

Working as a Quality Assurance Manager at Bank of America: Employee Reviews | Indeed.com

**1**   **2**   **Next** ›

Company name                                                    **Find companies**

**Jobs - Career Advice - Hiring Lab - Browse Jobs - Tools - Employer Events - About - Help Center**          **© 2018 Indeed - Cookies, Privacy and Terms**