# EXHIBIT B



Sign in    Menu

Mobile Check Deposit

## Fast and simple deposits — no ATM required

Deposit paper checks[1] into your account using the Mobile Banking app[2]



Get the mobile app

## Mobile Check Deposit is better than ever

Now you can save, print or email a copy of the check when you deposit funds using the Mobile Banking app and the camera on your smartphone or tablet[2]. You'll also receive a confirmation so you know your check is processing.

**How to deposit checks with our Mobile Banking app**

1. Open the app, use your fingerprint to securely sign in[3] and select **Deposit Checks.**
2. Sign the back of the check and write "for deposit only at Bank of America".

3. Take photos of the front and back of the check with your smartphone — just select the **Front of Check** and **Back of Check** buttons.
4. Select the account to receive the deposit, enter the amount and tap **Continue**.
5. After confirming the details, tap **Make Deposit.**

Get the mobile app

Share 

# Do more with Mobile & Online Banking



Chat with Erica

View all Mobile and Online Banking features

 **Find a location**
Find a nearby ATM or financial center. You can even make an appointment.

 **Schedule an appointment**
Discuss your financial needs on a day and at a time that work best for you.

 **Open an account**

Case 4:18-cv-00519-ALM   Document 14-2   Filed 11/01/18   Page 4 of 5 PageID #:  580

Explore credit cards, savings or checking accounts, home loans and investment services.

> Legal Disclosures and Information

Bank of America  >  Mobile & Online Banking  >  Mobile Check Deposit

⌄ Manage Accounts

Mobile & Online Features

Mobile & Online Overview

BankAmeriDeals®

Spending & Budgeting Tool

Get Paperless Statements

Order Checks

⌄ Security

Set Up Alerts

Lock or Unlock Your Debit Card

Fingerprint Sign-in

⌄ Payments & Transfers

Mobile Check Deposit

Send & Receive Money with Zelle®

Transfer Money

Pay Bills

⌄ Online & Mobile Resources

Get the Mobile Banking App

Enroll in Online Banking

Online Banking Security Guarantee

Online Banking FAQs

Mobile Banking Supported Devices

Service Agreement

eCommunications Disclosure

Home | Privacy & Security | Careers | Feedback | Sitemap | Advertising Practices

Connect with us

     

Bank of America, N.A. Member FDIC. Equal Housing Lender

© 2018 Bank of America Corporation. All rights reserved.