# EXHIBIT C



# Search Jobs

## Performance Test Engineer

**Plano, TX, United States**

**Job number: 18049614**

◀ Back to job search results

Apply Now >

LinkedIn Apply >

Email me    Email a friend

**Job Description:**

**\*\*Candidates requiring visa sponsorship will not be considered for this position. This role is located in Plano, Texas only. It is not open to telecommuting or remote arrangements.\*\***

<u>Job Summary</u>

Bank of America is looking to grow its performance automation testing capabilities in Plano, TX. The Senior Performance Test Engineer will be working closely with the performance test leads, project teams, and application development leads to understand, collect and review the performance benchmarks and requirements. Develop, execute and maintain test scenarios and test scripts that exercise production-like scenarios to ensure that change is optimized for performance and free from performance defects in order to satisfy the customer experience. The

**About Cookies on this site:**

We use cookies - they help us provide you with a better online experience. By using our website you accept that we may store and access cookies on your device. Learn more

Accept

and scripting. * Develop performance tests based on use cases * Execute tests, and participate in troubleshooting when issues are identified. * Provide analysis of performance testing results and provide insights into where optimization opportunities and application inefficiencies exist. * Perform pro-active performance review of production systems and provide feedback and recommendations to application teams to improve stability and performance proactively and on both a need basis

**\*\*Candidates requiring visa sponsorship will not be considered for this position. This role is located in Plano, Texas only. It is not open to telecommuting or remote arrangements.\*\***

<u>Required Skills ("Must" have these skills to be minimally qualified):</u>

- Strong experience in LoadRunner / Performance Center script creation, execution and troubleshooting (minimum 5 years' experience)
- 5+ years' experience with MVS, JES2, CICS and/or IMS online applications
- Experience performance testing 3270 emulation
- Familiarity with VSAM, DB2, JCL, COBOL, CICS, TSO, ISPF, and File Manager.
- MQ knowledge, reading the queues, identifying errors
- Experience with some of the following performance testing tools or similar tools:
  - Dynatrace
  - Wily Introscope
  - HP Diagnostics

- Strong verbal and written communication skills
- Strong understanding of performance testing methodologies best practices
- Provide guidance to testers on test script creation, execution and troubleshooting for complex issues
- Ability to lead performance optimization efforts
- Participate in performance test requirements reviews
- Strong defect identification and triaging skills
- Ability to direct toward root cause analysis of issues and to clearly communicate finding to QA and Project management leadership
- Ability to develop and review performance test plan and test scenarios
- Strong skills in test results analysis and review
- Ability to work early or late hours to support the offshore team
- Ability to mentor other junior performance resources

<u>Desired Skills:</u>

- Prior experience working with a globally located team (off-site, off-shore)
- Bachelors' Degree preferably in Computer Science.
- Ability to work early or late hours to support the offshore team
- Ability to mentor other junior performance resources
- Ability to lead performance optimization efforts
- Ability to direct toward root cause analysis of issues and to clearly communicate finding to QA and Project management leadership
- Ability to develop and review performance test plan and test scenarios
- Strong skills in test results analysis and review

**Posting Date**: 09/24/2018

About Cookies on this site:

We use cookies - they help us provide you with a better online experience. By using our website you accept that we may store and access cookies on your device. Learn more

Accept

## Assistance for Applicants with Disabilities

Bank of America is committed to ensuring that our online application process provides an equal employment opportunity to all job seekers, including individuals with disabilities. If you believe you need a reasonable accommodation in order to search for a job opening or to submit an application, please visit the Applicants with Disabilities page.

## Diversity & Inclusion

At Bank of America, our commitment to diversity and inclusion is helping us to create not only a great place to work, but also an environment where our employees, our customers and our communities around the world can reach their goals and connect with each other. All qualified applicants will receive consideration for employment without regard to race, color, religion, gender, gender identity or expression, sexual orientation, national origin, genetics, disability, age, or veteran status.

## Frequently Asked Questions

Need to know how to apply online, view a list of your submitted job applications or reset your password? Visit our FAQ section for answers to these questions and more.

## Bank of America Employees

Bank of America employees should access the internal jobs database.

FAQ | Events | Campus | About Us | Returning Job Seekers | Pay Transparency | Privacy Policy | EEO Statement | Site Map

© Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2014 Bank of America Corporation. All rights reserved.

Life's better when we're connected

## About Cookies on this site:

We use cookies - they help us provide you with a better online experience. By using our website you accept that we may store and access cookies on your device. Learn more

Accept