# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendants. | C.A. No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

## NOTICE OF ATTORNEY APPEARANCE

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. ("Plaintiffs") hereby notify the Court and all parties of record that, in addition to the attorneys already representing the Plaintiffs, Timothy Devlin of Devlin Law Firm LLC, 1526 Gilpin Avenue, Wilmington Delaware 19806, will be appearing as an attorney of record on behalf of Plaintiffs in the above-captioned matter. Mr. Devlin is admitted to practice before the United States District Court for the Eastern District of Texas.

Dated: September 20, 2019

DEVLIN LAW FIRM LLC

/s/ *Timothy Devlin*
Timothy Devlin
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2019, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

    /s/ *Timothy Devlin*
Timothy Devlin