IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC. ET AL., <br><br> Defendants. | C.A. No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO & CO., <br><br> Defendants. | C.A. No. 4:18-cv-00501-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendants. | C.A. No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

**ORDER TO CONTINUE RULE 26(f) ATTORNEY CONFERENCE**

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp., having moved for permission to re-schedule the Rule 26(f) attorney conferences in each of the three captioned actions to a mutually-agreeable date and time that will not affect any other Court-ordered date,

and the motion being unopposed, IT IS ORDERED that the parties may re-schedule the Rule 26(f) attorney conferences provided that the joint reports thereon are filed no later than October 4, 2019.

**IT IS SO ORDERED.**

**SIGNED this 26th day of September, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE