UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | Civil Action No.: 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

**ORDER ON MOTION FOR WITHDRAWAL OF ATTORNEY**

Before the Court is Plaintiffs' Unopposed Motion for Withdrawal of Attorney Aakash S. Parekh ("the Motion") (Dkt. #22). Having considered the Motion, the Court is of the opinion that the Motion should be and hereby is **GRANTED**.

It is therefore **ORDERED** that Aakash S. Parekh is permitted to withdraw as counsel of record for Plaintiffs in this case. ECF Notifications to Aakash S. Parekh are to be terminated in this case.

**SIGNED** this 8th day of October, 2019.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE