# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 10/28/2019

| DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Jan Mason<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP, WAPP TECH CORP<br><br>v.<br><br>SEATTLE SPINCO, INC., EntIT SOFTWARE, LLC., EntCO INTERACTIVE (ISRAEL) LTD., ENTCO GOVERNMENT SOFTWARE, LLC, MICRO FOCUS (US) INC., | 4:18-CV-469 |
| WAPP TECH LIMITED PARTNERSHIP, WAPP TECH CORP<br><br>v.<br><br>WELLS FARGO & CO., | 4:18-CV-501 |
| WAPP TECH LIMITED PARTNERSHIP, WAPP TECH CORP<br><br>v.<br><br>BANK OF AMERICA CORP., | 4:18-CV-519 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Hunter Parker and Tim Devlin | Mark Reiter and Ashby Morgan |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Scheduling conference |
|---|---|
| 8:58 a.m. | Court in session. Court notes appearances. |
| 8:59 a.m. | Court hears argument from counsel regarding the pending Motion to Transfer (Dkt. #98) filed September 17, 2019. |
| 9:00 a.m. | Parties discuss disputes brought out in the case management reports and deadlines requested by the Parties. Defendants request until November 27 for contentions - Court orally grants that request. |

CASE NO.     DATE:   10/28/2019

PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:   Scheduling conference |
|---|---|
| 9:16 a.m. | Court hears argument from the Parties regarding privilege logs.  Plaintiffs will file a notice with the Court within one week. |
| 9:22 a.m. | Court hears argument from the Parties regarding deposition hours and protective order.  Plaintiff anticipates 5 days of trial and Defendants anticipate 8-10 days.  Parties discuss time limits. |
| 9:27 a.m. | Court advises of trial procedures; strikes through the panel, un-timed voir dire, and jury asks questions of the witnesses. Further procedures will be discussed at the Final Pretrial Conference. |
| 9:29 a.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY:   *Keary Conrad*
Courtroom Deputy Clerk