# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP, WAPP TECH CORP | § § § § | |
| v. | § § | 4:18-CV-469 |
| SEATTLE SPINCO, INC., EntIT SOFTWARE, LLC., EntCO INTERACTIVE (ISRAEL) LTD., ENTCO GOVERNMENT SOFTWARE, LLC, MICRO FOCUS (US) INC., | § § § § § | |
| WAPP TECH LIMITED PARTNERSHIP, WAPP TECH CORP | § § § | |
| v. | § § § | 4:18-CV-501 |
| WELLS FARGO & CO., | § | |
| WAPP TECH LIMITED PARTNERSHIP, WAPP TECH CORP | § § § | |
| v. | § § | 4:18-CV-519 |
| BANK OF AMERICA CORP., | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby ORDERS that this case be submitted to mediation in accordance with this court's Mediation Plan. The mediator assigned is the Hon. David Folsom (Ret.), Jackson Walker, L.L.P., 6002-B Summerfield Drive, Texarkana, Texas 75503, telephone number 903-255-3251, fax number 903-255-3266, and email dfolsom@jw.com.

The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

The mediator shall file a report within five days of the completion of the mediation conference.

**IT IS SO ORDERED.**

**SIGNED this 1st day of November, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE