# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | Case No. 4:18-cv-00519-ALM <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT'S NOTICE OF SERVICE OF MANDATORY DISCLOSURES

Pursuant to the Order Governing Proceedings (Dkt. #17) and Scheduling Order (Dkt. #29), Defendant Bank of America Corporation ("Defendant") hereby files this Notice confirming that counsel of record for Plaintiffs was served with Defendant's Mandatory Disclosures *via* electronic mail on December 2, 2019 in the above-referenced action.

|  |  |
|---|---|
| Dated:  December 2,  2019 | By:  */s/ Mark N. Reiter*<br>Mark N. Reiter<br>Lead Attorney<br>Texas State Bar No. 16759900<br>mreiter@gibsondunn.com<br>Ashbey N. Morgan<br>Texas State Bar No. 24106339<br>anmorgan@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>2001 Ross Avenue, Suite 2100<br>Dallas, TX  75201-6912<br>Telephone:  214.698.3100<br>Facsimile:  214.571.2907<br><br>Neema Jalali<br>njalali@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105<br>Telephone:  415.393.8200<br>Facsimile:  415.374.8409<br><br>Jordan Bekier<br>jbekier@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA  90071<br>Telephone:  213.229.7000<br>Facsimile:  213.229.7520<br><br>*Attorneys for Defendant Bank of America Corporation* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2019, a true and correct copy of the above and foregoing document has been served by electronic mail upon all counsel of record.

*/s/ Mark N. Reiter*
Mark N. Reiter
