IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | C.A. No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' NOTICE OF SERVICE OF MANDATORY DISCLOSURES**

Pursuant to the Order Governing Proceedings (Dkt. # 16) and Scheduling Order (Dkt. # 30), Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp ("Plaintiffs" or "Wapp") hereby files this Notice confirming that counsel of record for Defendant was served with Plaintiffs' Mandatory Disclosures *via* electronic mail on December 2, 2019 in the above referenced action.

Dated: December 2, 2019

/s/ *Henrik D. Parker*
Timothy Devlin
Henrik D. Parker
DEVLIN LAW FIRM LLC
1526 Gilpin Ave
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
hparker@devlinlawfirm.com

Jeffrey G. Toler
Texas State Bar No. 24011201
TOLER LAW GROUP, PC
8500 Bluffstone Cove, Suite A201
Austin, TX 78759
(512) 327-5515
jtoler@tlgiplaw.com

ATTORNEYS FOR PLAINTIFFS
WAPP TECH LIMITED
PARTNERSHIP
AND WAPP TECH CORP.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on all counsel of record through the Court's electronic filing system on December 2, 2019.

*/s/ Henrik D. Parker*
Henrik D. Parker
