IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | Case No. 4:18-cv-00519-ALM <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney hereby enters her appearance in this matter as counsel of record for Defendant Bank of America Corporation, consents to electronic service of all papers in this action.

          **Omar F. Amin**
          District of Columbia Bar No. 1014502
          GIBSON, DUNN & CRUTCHER LLP
          1050 Connecticut Avenue, N.W.
          Washington, DC 20036
          Telephone: (202) 887-3710
          Facsimile: (202) 530-4222
          oamin@gibsondunn.com

Dated:  December 16, 2019        By:  */s/ Omar F. Amin*
                Mark N. Reiter
                Lead Attorney
                Texas State Bar No. 16759900
                mreiter@gibsondunn.com
                Ashbey N. Morgan
                Texas State Bar No. 24106339
                anmorgan@gibsondunn.com
                **GIBSON, DUNN & CRUTCHER LLP**
                2001 Ross Avenue, Suite 2100
                Dallas, TX 75201-6912
                Telephone: 214.698.3100
                Facsimile: 214.571.2907

                Neema Jalali
                njalali@gibsondunn.com
                **GIBSON, DUNN & CRUTCHER LLP**
                555 Mission Street, Suite 3000
                San Francisco, CA 94105
                Telephone: 415.393.8200
                Facsimile: 415.374.8409

                Jordan Bekier
                jbekier@gibsondunn.com
                **GIBSON, DUNN & CRUTCHER LLP**
                333 South Grand Avenue
                Los Angeles, CA 90071
                Telephone: 213.229.7000
                Facsimile: 213.229.7520

                Omar F. Amin
                oamin@gibsondunn.com
                **GIBSON, DUNN & CRUTCHER LLP**
                1050 Connecticut Avenue, N.W.
                Washington, DC 20036
                Telephone: (202) 955-8500
                Facsimile:  (202) 467-0539

                *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

                                                     */s/ Omar F. Amin*
                                                     Omar F. Amin

Case 4:18-cv-00519-ALM   Document 39   Filed 12/16/19   Page 3 of 3 PageID #:   740