IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | C.A. No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP'S UNOPPOSED MOTION FOR LEAVE TO SERVE SUPPLEMENTED INFRINGEMENT CONTENTIONS PURSUANT TO P.R. 3.6(b)**

This matter is before the Court on Plaintiffs Wapp Tech Limited Partnership's and Wapp Tech Corp.'s Unopposed Motion for Leave to Serve Supplemented Infringement Contentions Pursuant to P.R. 3.6(b) (Dkt. #35).   The Court finds the motion should be GRANTED.

**IT IS SO ORDERED.**

SIGNED this 20th day of December, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE