# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | Case No. 4:18-cv-00519-ALM <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT'S NOTICE OF SERVICE OF
## P.R. 3-3 INVALIDITY CONTENTIONS and P.R. 3-3 DOCUMENT PRODUCTION

Pursuant to the Order Governing Proceedings (Dkt. #17) and Scheduling Order (Dkt. #29), Defendants hereby file this Notice confirming that counsel of record for Plaintiffs was served with Defendant's P.R. 3-3 Invalidity Contentions and P.R. 3-4 Document Production via electronic mail on December 20, 2019 in the above-referenced action.

Dated:  December 23, 2019  By:  */s/ Mark N. Reiter*
                Mark N. Reiter
                Lead Attorney
                Texas State Bar No. 16759900
                mreiter@gibsondunn.com
                Ashbey N. Morgan
                Texas State Bar No. 24106339
                anmorgan@gibsondunn.com
                **GIBSON, DUNN & CRUTCHER LLP**
                2001 Ross Avenue, Suite 2100
                Dallas, TX 75201-6912
                Telephone: 214.698.3100
                Facsimile: 214.571.2907

                Neema Jalali
                njalali@gibsondunn.com
                **GIBSON, DUNN & CRUTCHER LLP**
                555 Mission Street, Suite 3000
                San Francisco, CA 94105
                Telephone: 415.393.8200
                Facsimile: 415.374.8409

                *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

                                                  */s/ Mark N. Reiter*
                                                  Mark N. Reiter