# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA CORP.,<br><br>　　　　Defendant. | Case No. 4:18-cv-00519-ALM<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF ASHBEY MORGAN
## IN SUPPORT OF DEFENDANT'S MOTION TO ENFORCE P.R. 3-1

I, Ashbey Morgan, hereby declare as follows:

1. I am an attorney with the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant in the above-captioned matter. I am a member in good standing of the State Bar of Texas. I submit this declaration in support of Defendant's Motion to Enforce P.R. 3-1. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2. Attached as **Exhibit A** hereto is a true and correct copy of Plaintiffs Wapp Tech Limited Partnership's and Wapp Tech Corp.'s (collectively, "Wapp") Disclosure of Initial Infringement Contentions Pursuant to P.R. 3-1 and 3-2, which were served on November 7, 2019, with certain portions that are referenced in the motion highlighted pursuant to L.R. CV-7(b).

3. Attached as **Exhibit B** hereto is a true and correct copy of Wapp's Updated Disclosure of Initial Infringement Contentions Pursuant to P.R. 3-1 and 3-2, which were served on December 2, 2019, with certain portions that are referenced in the motion highlighted pursuant to L.R. CV-7(b).

4. Attached as **Exhibit C** hereto is a true and correct copy of an email from Neema Jalali, counsel for Defendant, to Henrik Parker, counsel for Wapp, dated November 14, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 23, 2019, in Dallas, Texas.

*/s/ Ashbey Morgan*
Ashbey Morgan