# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | Case No. 4:18-cv-00519-ALM <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT'S NOTICE OF SERVICE OF LOCAL PATENT RULE 4-1 DISCLOSURES

Pursuant to the Order Governing Proceedings (Dkt. #17), Scheduling Order (Dkt. #29), and Local Patent Rule 4-1, Defendant Bank of America Corporation ("Defendant") hereby files this Notice confirming that counsel of record for Plaintiffs were served with Defendant's proposed terms for construction and identification of claim elements governed by 35 U.S.C. §112 *via* electronic mail on January 6, 2020 in the above-referenced action.

Dated:  January 8, 2020	By:	*/s/ Mark N. Reiter*
	Mark N. Reiter
	Lead Attorney
	Texas State Bar No. 16759900
	mreiter@gibsondunn.com
	Ashbey N. Morgan
	Texas State Bar No. 24106339
	anmorgan@gibsondunn.com
	**GIBSON, DUNN & CRUTCHER LLP**
	2001 Ross Avenue, Suite 2100
	Dallas, TX 75201-6912
	Telephone: 214.698.3100
	Facsimile: 214.571.2907

	Neema Jalali
	njalali@gibsondunn.com
	**GIBSON, DUNN & CRUTCHER LLP**
	555 Mission Street, Suite 3000
	San Francisco, CA 94105
	Telephone: 415.393.8200
	Facsimile: 415.374.8409

	*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2020, a true and correct copy of the above and foregoing document has been served by electronic mail upon all counsel of record.

                                        */s/ Mark N. Reiter*
                                        Mark N. Reiter