IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | C.A. No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.'S
<u>NOTICE OF SERVICE OF P.R. 4-1</u>**

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp ("Plaintiffs" or "Wapp") hereby gives Notice that on January 6, 2020, it complied with its obligations under the Court's Scheduling Order and P.R. 4-1, which it served upon Defendant's counsel of record via electronic mail.

Dated: January 9, 2020

/s/ Timothy Devlin
Timothy Devlin
tdevlin@devlinlawfirm.com
Henrik D. Parker
hparker@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue,
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251

Jeffrey G. Toler
Texas State Bar No. 24011201
TOLER LAW GROUP, PC
8500 Bluffstone Cove, Suite A201
Austin, TX 78759
(512) 327-5515
jtoler@tlgiplaw.com

*Attorneys for Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on January 9, 2020.

                                                              */s/Timothy Devlin*
                                                              Timothy Devlin