IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | Case No. 4:18-cv-00519-ALM <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT'S NOTICE OF SERVICE OF
SUPPLEMENTAL LOCAL PATENT RULE 4-1 DISCLOSURES**

Defendant Bank of America Corporation ("Defendant") hereby files this Notice confirming that counsel of record for Plaintiffs was served with Defendants' supplemental P.R. 3-3 Invalidity Contentions via electronic mail on January 17, 2020 in the above-referenced action.

Dated:  January 17, 2020        By:    */s/ Mark N. Reiter*

    Mark N. Reiter
    Lead Attorney
    Texas State Bar No. 16759900
    mreiter@gibsondunn.com
    Ashbey N. Morgan
    Texas State Bar No. 24106339
    anmorgan@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
    2001 Ross Avenue, Suite 2100
    Dallas, TX 75201-6912
    Telephone: 214.698.3100
    Facsimile: 214.571.2907

    Neema Jalali
    njalali@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
    555 Mission Street, Suite 3000
    San Francisco, CA 94105
    Telephone: 415.393.8200
    Facsimile: 415.374.8409

    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2020, a true and correct copy of the above and foregoing document has been served by electronic mail upon all counsel of record.

*/s/ Mark N. Reiter*
Mark N. Reiter
