IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | Case No. 4:18-cv-00519-ALM <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT'S
UNOPPOSED MOTION FOR LEAVE
TO SUPPLEMENT INVALIDITY CONTENTIONS**

Pending before the Court is Defendant's Unopposed Motion for Leave to Supplement Invalidity Contentions ("the Motion") (Dkt. #47). The Court, having considered the Motion, finds that the Motion should be **GRANTED**.

Accordingly, it is **ORDERED** that the Motion is hereby **GRANTED**. It is therefore **ORDERED** that Defendant shall serve a supplement to Defendant's Invalidity Contentions that sets forth the Additional Indefiniteness Grounds (as defined in the Motion) within seven (7) days of the entry of this Order.

**SIGNED this 20th day of January, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE