IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | Case No. 4:18-cv-00519-ALM <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT'S NOTICE OF SERVICE OF
LOCAL PATENT RULE 4-2 DISCLOSURES**

Defendant Bank of America Corporation ("Defendant") hereby files this Notice confirming that counsel of record for Plaintiffs was served with Defendants' P.R. 4-2 preliminary proposed claim construction and extrinsic evidence supporting same via electronic mail on January 22, 2020 in the above-referenced action.

Dated:  January 23, 2020 By: */s/ Mark N. Reiter*
                               Mark N. Reiter
                               Lead Attorney
                               Texas State Bar No. 16759900
                               mreiter@gibsondunn.com
                               Ashbey N. Morgan
                               Texas State Bar No. 24106339
                               anmorgan@gibsondunn.com
                               **GIBSON, DUNN & CRUTCHER LLP**
                               2001 Ross Avenue, Suite 2100
                               Dallas, TX 75201-6912
                               Telephone: 214.698.3100
                               Facsimile: 214.571.2907


                               Neema Jalali
                               njalali@gibsondunn.com
                               **GIBSON, DUNN & CRUTCHER LLP**
                               555 Mission Street, Suite 3000
                               San Francisco, CA 94105
                               Telephone: 415.393.8200
                               Facsimile: 415.374.8409


                               *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2020, a true and correct copy of the above and foregoing document has been served by electronic mail upon all counsel of record.

*/s/ Mark N. Reiter*
Mark N. Reiter