IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP \|and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | C.A. No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

PLAINTIFFS' NOTICE OF SERVICE OF
LOCAL PATENT RULE 4-2 DISCLOSURES

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp ("Plaintiffs") hereby files this Notice Confirming that counsel of record for Defendant was served with Plaintiffs' P.R. 4-2 preliminary proposed claim construction and extrinsic evidence supporting same via electronic mail on January 22, 2020 in the above referenced action.

Dated:  January 23, 2020

DEVLIN LAW FIRM LLC

By:  /s/ Timothy Devlin
Timothy Devlin
Henrik D. Parker
DEVLIN LAW FIRM LLC
1526 Gilpin Ave
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
hparker@devlinlawfirm.com

Jeffrey G. Toler
Texas State Bar No. 24011201
TOLER LAW GROUP, PC
8500 Bluffstone Cove, Suite A201
Austin, TX 78759
(512) 327-5515
jtoler@tlgiplaw.com

*Attorneys for Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on all counsel of record through the Court's electronic filing system on January 23, 2020.

*/Timothy Devlin/*
Timothy Devlin
