# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP § <br> and WAPP TECH CORP.  § <br>  § <br> v.  § <br>  § <br> BANK OF AMERICA CORP.  § | § <br> § Civil Action No. 4:18-cv-519 <br> § Judge Mazzant |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints David Keyzer to serve as the Technical Advisor for the Court in this case.  Mr. Keyzer's contact information is as follows:

> David Keyzer
> Law Office of David Keyzer, P.C.
> 5170 Golden Foothill Parkway
> El Dorado Hills, CA 95762
> (916) 243-5259
> david@keyzerlaw.com

The parties are instructed to provide courtesy copies of their claim construction briefing, as well as technical tutorial materials, if any, to the technical advisor within one business day after their filing, in PDF form, including exhibits, at  david@keyzerlaw.com.

The technical advisor will provide the Court with a pre-hearing memo by 5:00 p.m. on April 10, 2020, and will meet with the Court at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090 on April 20, 2020, at 8:30 a.m. and again immediately following the *Markman* hearing.  Because the technical advisor serves essentially as a law clerk to the Court and will be familiar with the claim construction issues in this case, the Court has

requested that the technical advisor assist the Court in drafting a claim construction order.

**IT IS SO ORDERED.**

**SIGNED this 12th day of February, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE