# EXHIBIT 2

US009298864B2

(12) **United States Patent**
Poulin

(10) Patent No.: **US 9,298,864 B2**
(45) Date of Patent: *Mar. 29, 2016

(54) **SYSTEM INCLUDING NETWORK SIMULATION FOR MOBILE APPLICATION DEVELOPMENT**

(71) Applicant: **WAPP Tech Corp**, Red Deer (CA)

(72) Inventor: **Donavan P. Poulin**, Kelowna (CA)

(73) Assignee: **WAPP TECH CORP.**, Red Deer (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/084,321**

(22) Filed: **Nov. 19, 2013**

(65) **Prior Publication Data**

US 2014/0081616 A1      Mar. 20, 2014

**Related U.S. Application Data**

(60) Division of application No. 12/705,913, filed on Feb. 15, 2010, now Pat. No. 8,589,140, and a continuation-in-part of application No. 11/449,958, filed on Jun. 9, 2006, now Pat. No. 7,813,910.

(60) Provisional application No. 61/152,934, filed on Feb. 16, 2009, provisional application No. 60/689,101, filed on Jun. 10, 2005.

(51) **Int. Cl.**
*G06F 9/455* (2006.01)
*G06F 17/50* (2006.01)
*G06F 11/34* (2006.01)
*G06F 9/44* (2006.01)

(52) **U.S. Cl.**
CPC .............. *G06F 17/5022* (2013.01); *G06F 8/30* (2013.01); *G06F 8/71* (2013.01); *G06F 11/3457* (2013.01); *G06F 9/455* (2013.01); *G06F 2201/86* (2013.01)

(58) **Field of Classification Search**
USPC .......... 703/22, 23, 24; 717/105, 129; 370/254
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,813,910 | B1 * | 10/2010 | Poulin | 703/22 |
| 8,014,995 | B2 * | 9/2011 | Marsyla et al. | 703/22 |
| 8,108,201 | B2 * | 1/2012 | Ragnunath et al. | 703/24 |
| 8,150,675 | B1 * | 4/2012 | Ortmanns et al. | 703/23 |
| 8,255,878 | B2 * | 8/2012 | Aoki et al. | 717/129 |
| 8,332,203 | B1 * | 12/2012 | Poulin | 703/22 |
| 8,589,140 | B1 * | 11/2013 | Poulin | 703/22 |
| 8,694,954 | B2 * | 4/2014 | Ortiz | 717/105 |
| 8,885,513 | B2 * | 11/2014 | Ewing | 370/254 |
| 2014/0081616 | A1 * | 3/2014 | Poulin | 703/22 |

* cited by examiner

*Primary Examiner* — Thai Phan

(57) **ABSTRACT**

A system, method and software product emulate and profile an application playing on a mobile device. The mobile device is emulated using a model based upon characteristics related to performance of the mobile device. The application is played and monitored within the model to determine resource utilization of the application for the mobile device.

**50 Claims, 23 Drawing Sheets**





FIG. 1A



FIG. 1B



*FIG. 2*



FIG. 3



FIG. 4



**FIG. 5**



*FIG. 6*



*FIG. 7*



*FIG. 8*



*FIG. 9*



*FIG. 10*



*FIG. 11*

1200



FIG. 12



1300

NETWORK CONFIGURATION

SELECT GEOGRAPHIC LOCATION OF THE
DESIRED WIRELESS NETWORK — 1302

SELECT NETWORK OPERATOR WITHIN
SELECTED LOCATION — 1304

CONNECT TO SELECTED OPERATOR'S
OPERATOR DEVELOPMENT SERVER — 1306

DOWNLOAD LIST OF MOBILE DEVICES
SUPPORTED BY OPERATOR'S NETWORK — 1308

SELECT MOBILE DEVICE FROM LIST OF
SUPPORTED MOBILE DEVICES — 1310

DOWNLOAD NETWORK SIMULATOR
INTERFACE FOR SELECTED MOBILE DEVICE — 1312

LOAD NETWORK SIMULATOR INTERFACE
INTO MOBILE DEVICE MODEL — 1314

SELECT NETWORK CHARACTERISTIC TO
SIMULATE — 1316

MODEL APPLICATION — 1318

END

*FIG. 13*



1400

START

DOWNLOAD CHARACTERISTICS OVER INTERNET FOR ONE OR MORE MOBILE DEVICES TO BE EMULATED          1402

TEST, VIA THE INTERNET, THE APPLICATION FOR THE MOBILE DEVICES USING AN EMULATOR TO DETERMINE IF THE APPLICATION IS OPERABLE ON THE MOBILE DEVICE          1404

END

*FIG. 14*



*FIG. 15*



*FIG. 16*



*FIG. 17*

*FIG. 18*



FIG. 19



*FIG. 20*



FIG. 21

FIG. 22

FIG. 23



FIG. 24

FIG. 25



**FIG. 26**

US 9,298,864 B2

1

# SYSTEM INCLUDING NETWORK SIMULATION FOR MOBILE APPLICATION DEVELOPMENT

## RELATED APPLICATIONS

This application is a division of U.S. application Ser. No. 12/705,913, filed Feb. 15, 2010 (now U.S. Pat. No. 8,589, 140), which claims priority to U.S. Application No. 61/152, 934, filed Feb. 16, 2009, and is a continuation-in-part of U.S. application Ser. No. 11/449,958, filed Jun. 9, 2006 (now U.S. Pat. No. 7,813,910), which claims priority to U.S. Application No. 60/689,101, filed Jun. 10, 2005, all of which are incorporated herein by reference.

## BACKGROUND

It is estimated that the mobile market is evolving at five times the speed of the eCommerce market. It is estimated that nearly 700 million new mobile devices will be shipped in 2005, with a new handset model being launched every other day. This rapid mobile device development requires that applications designed to run on these mobile devices also sustain rapid development. Development systems targeted at one mobile device may become obsolete and possibly of little value to the developer at the time it is shipped as well as development life cycles.

Many new mobile devices include a display management engine called a Flash Player; one example of a Flash Player suitable for mobile devices is FlashLite from Macromedia. The Flash Player provides a common application platform for playing applications on the mobile devices and allows developers to develop applications that may be played on multiple mobile devices that include the Flash Player. Applications for mobile devices are typically developed on a personal computer (PC) or workstation and target one or more types of mobile device that include a Flash Player. These applications require real-time testing of the application on all applicable mobile devices. Each mobile device has a certain amount of resources, such as processor, memory, graphics and networking. A certain portion of these resources is available for use by the application when it is executed (i.e., run) on the mobile device. Although a Flash Player application may operate correctly on one mobile device model, it may crash when playing on a different mobile device model. For example, a NOKIA 6600 has a 16% reduction in ARM CPU speed and available memory resources compared to a NOKIA 7610, thus an application that plays correctly on the NOKIA 7610 may not play correctly on the NOKIA 6600 due to this drop in inherent resources.

Development packages (e.g., FlashMX by Macromedia) are available to run on a PC and allow development of Flash Player applications for one or more mobile devices. However, although these development packages may simulate operation of the application playing on the targeted mobile device, they do not determine if the application will play correctly on the targeted mobile device based upon resource usage. Currently, the only way to determine if an application plays on a particular mobile device is to transfer the application to the device and play it. During development of an application for a mobile device, an application author may transfer and play the application hundreds of times (development life cycles) on the targeted mobile device before identifying and correcting all system resource problems within the application. Where an application is targeted to play on many types of mobile device, it must be transferred and tested on a mobile device representative of each targeted mobile device type.

2

This transferring and testing process is time-consuming and therefore costly for the application author.

Furthermore, having accessibility to all available mobile devices in targeted geographical markets worldwide as well as real-time interaction with network operators to measure and emulate network characteristics within each market is presently not possible.

## SUMMARY OF THE INVENTION

In one embodiment, a method emulates and profiles an application playing on a mobile device that includes an application player. Characteristics defining performance of the mobile device are loaded. The mobile device is emulated using a model based upon the characteristics. The application is played and monitored within the model to determine resource utilization of the application for the mobile device.

In another embodiment, a method authors, emulates and profiles an application playing on a mobile device that includes an application player. An application development tool authors the application and the mobile device is emulated using a model based upon the characteristics. The application is played within the model and the model is monitored to determine resource utilization of the application for the selected mobile device.

In another embodiment, an environment is provided for authoring an application to play on a mobile device that includes an application player. The application is authored using an application development tool. Resource utilization of the application for the mobile device is estimated. The steps of authoring and estimating are repeated until the resource utilization is less than or equal to the resources available on the mobile device.

In another embodiment, an emulator profiles an application of a mobile device that includes an application player, including: means for generating a model of the mobile device based upon mobile device characteristics, and means for playing the application within the model to determine resource utilization of the application when played by the mobile device.

In another embodiment, a method determines whether a frame-based application of a mobile device is operable. Characteristics are downloaded over the Internet for one or more mobile devices to be emulated and the application for the mobile devices is tested, via the Internet, using an emulator to determine if the application is operable on the mobile device.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. 1A shows one exemplary embodiment of a system for emulating, authoring and visually profiling a frame-based application playing on a mobile device that includes an application player.

FIG. 1B shows one exemplary embodiment of the system of FIG. 1A within a computer.

FIG. 2 is a block diagram illustrating detail of an emulator of the system of FIGS. 1A and 1B.

FIG. 3 is a display showing one exemplary frame-based profile graph.

FIG. 4 is a display showing the modeled mobile device of FIGS. 1A and 1B.

FIG. 5 shows one exemplary window that includes the display of FIG. 3, the display of FIG. 4 and an exemplary user interface.

FIG. 6 is a flowchart illustrating a method for modeling and profiling a frame-based application to play on a mobile device that includes an application player.

US 9,298,864 B2

3

FIG. **7** is a flowchart illustrating one method for authoring, emulating and profiling a frame-based application to play on a mobile device that includes an application player.

FIG. **8** is a block diagram illustrating the emulator of FIG. **1** interacting with an operator development server via the Internet for simulating playing of the application within a mobile device connected to a wireless network.

FIGS. **9**, **10**, **11** and **12** show exemplary user interface screens for interacting with the emulator of FIG. **1** to configure and test operation of the application within the model of the mobile device when connected to a wireless network.

FIG. **13** is a flowchart illustrating one exemplary method for configuring network simulation.

FIG. **14** is a flowchart illustrating one method for determining whether a frame-based application of a mobile device is operable.

FIG. **15** shows one exemplary authoring environment for emulating and profiling running of a frame-based application on multiple mobile devices.

FIG. **16** shows one exemplary development scenario illustrating an authoring environment connecting to a development server to retrieve and utilize one or more network models and one or more device models.

FIG. **17** shows one exemplary para-authoring environment wherein two application authoring environments cooperate to develop a frame-based application for a mobile device.

FIG. **18** shows one exemplary para-authoring system illustrating presence and social interaction between three authoring environments.

FIG. **19** shows one exemplary para-authoring system wherein a frame-based application is developed across three cooperating authoring environments.

FIG. **20** shows the para-authoring system of FIG. **19** wherein the authoring environment includes the emulator and the network simulator to host emulation of the application.

FIG. **21** shows an exemplary display illustrating profiled data that combines CPU, memory, graphics, and network utilization;

FIG. **22** shows an exemplary display illustrating profiled data for CPU utilization;

FIG. **23** shows an exemplary display illustrating profiled data for memory utilization;

FIG. **24** shows an exemplary display illustrating profiled data for graphic resource utilization;

FIG. **25** shows an exemplary display illustrating profiled data for network resource utilization; and

FIG. **26** shows an exemplary screen illustrating profiled data for total system resource utilization.

DETAILED DESCRIPTION OF THE FIGURES

When developing a software program, a software developer often utilizes a software profiler to generate a report on the amount of time a processor spends in each routine of the software program during execution. The report may be used to find and optimize resource intensive areas of the software program. Some profiling modes report units other than time (such as call counts) and/or report at granularities other than per-routine. In the following description and examples, the term profiler may refer to a utility or function that determines or estimates mobile device resource utilization by an application running on that mobile device. For example, resource utilization may be determined for each output frame of a running frame-based application and displayed as a percentage of available resources for a particular mobile device.

FIG. **1A** shows one exemplary embodiment of a system **100** for emulating and profiling a frame-based application

4

**104** playing on a mobile device **114** that includes an application player **116**. System **100** is shown with an emulator **101** and a profiler **106**. Emulator **101** generates a mobile device model **102**, based upon characteristics **115** of mobile device **114**. Model **102** emulates mobile device **114** to play frame-based application **104** and may, for example, generate an emulated mobile device display **111** that represents mobile device **114**. Emulated mobile device display **111** may be interactive to allow a user to interact (in a manner similar to interacting with mobile device **114**) with application **104** while playing within model **102**.

Mobile device **114** provides resources, such as processor resources, memory resources, graphic resources and networking resources, for use by application **104** when played within application player **116**. Processor resources available for running application **104** may be defined as a percentage of total processing resources of mobile device **114**; memory resources may be defined as a percentage of total memory within mobile device **114**; graphic resources may be defined as a percentage of total graphical resources of mobile device **114**; and networking resources may be defined as a percentage of total networking resources of mobile device **114**. In one example, 40% of a processor resource within a mobile device is available for running application **104**, indicating that application **104** may not exceed 40% of the available instruction cycles of the processor without potentially 'crashing' the mobile device.

Profiler **106** monitors playing of frame-based application **104** within model **102** to estimate resource usage of application **104** and generates a profile data display window **110**. Profile data display window **110** allows a user of system **100** to identify areas within application **104** that would exceed resources of mobile device **114**.

Application **104** may be developed using a frame-based application development tool **112** (indicated in dashed outline). Frame-based application development tool **112** may, for example, represent Flash MX or Studio 8 from Macromedia (now Adobe Systems) and application **104** may represent a Flash application. Once the user of system **100** has verified that the execution of application **104** does not exceed resources of mobile device **114**, development tool **112** can be instructed to publish application **104** to mobile device **114**, as shown.

In one example of operation, development tool **112** is used to develop frame-based application **104**. Application **104** is transferred to emulator **101** for playing within mobile device model **102** to estimate resource usage of application **104** when played on mobile device **114**. Upon playing application **104** within model **102**, emulator **101** utilizes profiler **106** to determine resource utilization of application **104** based upon mobile device characteristics **115**.

In one embodiment, emulator **101** is integrated with development tool **112** to form an authoring environment **122** that facilitates development and testing of application **104** without the need to continually load application **104** into mobile device **114**.

In another embodiment, emulator **101** is an add-in module that may be configured to operate within development tool **112**.

Mobile device **114** is shown with application player **116**, display **118** and input keys **120**. In one embodiment, application player **116** is Flash Lite from Macromedia (Adobe Systems). Mobile device **114** may, for example, represent one of: a cell phone, a personal digital assistant (PDA), an interactive home appliances and other such devices. In one example, display **118** represents a color liquid crystal display (LCD) device for displaying text and images to a user of mobile

US 9,298,864 B2

5

device **114** and input keys **120** represent buttons that allow the user to interact with mobile device **114**.

FIG. 1B shows one exemplary embodiment of system **100** within a computer **130**. Computer **130** includes memory **132**, storage **134** and a processor **136**. Memory **132** is for example random access memory (RAM) and storage **134** is for example a disk drive or other non-volatile storage media.

Storage **134** is shown with emulator **101**, mobile device characteristics **115** and application **104**. Storage **134** may also include development tool **112**, if desired, for developing application **104**. Emulator **101** includes model algorithms **148** and profiler **106**. Model algorithms **148** represent one or more algorithms that operate to generate mobile device model **102** to emulate mobile device **114** while executing application **104**. Specifically, model algorithms **148** define operation of mobile device **114** based upon mobile device characteristics **115**.

TABLE 1

Mobile Device Characteristics

| Parameter | Value |
|---|---|
| Name | NOKIA 3650 |
| Processor | ARM 4T |
| Processor Speed | 104 MHz |
| Storage Access | 5.88 |
| Speed | files/second |
| RAM Size | 256 MB |
| Storage Size | 512 MB |
| Display Width | 256 |
| Display Height | 394 |
| Pixel Depth | 24 |
| Processor Availability | 60% |
| RAM Availability | 60% |
| Storage Availability | 40% |

Table 1 Mobile Device Characteristics', shows exemplary characteristics that may be used to specify hardware attributes and performance of model **102** to emulate mobile device **114**. For example, in Table 1, the characteristics have the following meaning: 'Processor' specifies the type of the processor in mobile device **114**; 'Processor Speed' specifies the clocked speed of the processor within mobile device **114**; 'Storage Access Speed' specifies the rate at which data can be moved from storage to memory and/or screen within mobile device **114**; 'RAM Size' specifies the size of the RAM in mobile device **114**; 'Storage Size' specifies the size of the non-volatile memory in mobile device **114**; 'Display Width' specifies the number horizontal pixels on display **118** of mobile device **114**; 'Display Height' specifies the number of vertical pixels of display **118**; 'Pixel Depth' specifies the number of bits per pixel (e.g., the color depth) of display **118**; 'Processor Availability' specifies the percentage of processing resource available for use by applications (e.g., where mobile device **114** represents a cell phone, the phone has to maintain 'phone' operations while running any applications, thus there may only be a portion of the maximum processing resource available to applications); 'RAM Availability' specifies the percentage of RAM available to applications; and 'Storage Availability' specifies the percentage of non-volatile storage space available to applications.

Table 1 may be represented as a data structure (e.g., shown as mobile device characteristics **115** within storage **134**) and may be stored in a file (not shown) or a database (not shown) within storage **134**, or stored remotely (e.g., on operator development server **808**, FIG. **8**, for download into authoring environment **122** as necessary). System **100** may include mobile device characteristics (e.g., mobile device character-

6

istics **115**) for multiple devices (e.g., mobile device **114**). For example, characteristics **115** may be included for each mobile device type targeted by application **104**. A user of system **100** may then select one or more target mobile devices from a list based upon available characteristics **115**. As appreciated, additional or fewer characteristics may be included within characteristics **115** to specify hardware attributes and performance of mobile device **114** without departing from the scope hereof.

As new mobile device types are created, additional mobile device characteristics **115** may be easily created to specify hardware attributes and performance of the new device types, allowing application development to start before a physical mobile device is available. For example, if a company introduces a new series of six mobile phone handsets, six additional sets of mobile device characteristics **115** may be created based upon measured (e.g., by running benchmarks on the new handsets or prototype) or determined (e.g., by estimating performance based upon previous models) performance thereby allowing emulation and evaluation of applications targeting these new devices.

In one embodiment, mobile device characteristics **115** may be supplied with a device model specific to one mobile device. For example, a manufacturer may supply a combined device model and characteristics for each mobile device **114**. Emulator **101** may then utilize the combined device model as device model **102**.

In one example, computer **130** may include an interface (not shown) that provides communication with mobile device **114** via one or more of: USB, Ethernet, infra-red, Bluetooth, WiFi and other similar communication media. This interface may, for example, allow application **104** to be deployed on mobile device **114** for final testing of application **104**.

In one example of operation, processor **136** loads at least part of emulator **101** into memory **132** for execution. Emulator **101** then generates mobile device model **102**, based upon characteristics **115**, within memory **132**. Emulator **101** then loads and plays application **104** within model **102**. In all embodiments described herein, it is to be noted that emulation is performed on a processor extrinsic to the mobile device being emulated. Emulator **101** may load all or part of profiler **106** into memory **132** to monitor resources and/or performance of application within model **102**. Specifically, as application **104** is played (i.e., utilizing an application player **154**) within model **102**, profiler **106** monitors and records, as profiled data **152**, resources utilized by application **104**. Profiled data **152** may be stored (as shown in dashed outline) within storage **134** and/or displayed as profile data display window **110** on display **140** of terminal **138**. In particular, profile data display **110** may be used to identify areas within application **104** whereupon playing of application **104** within mobile device **114**, performance of mobile device **114** would be stressed. Thus, areas where failure may occur within application **104** may be identified prior to running application **104** on mobile device **114**. For example, emulator **101** may display all or part of profiled data **152** on display **140** to facilitate development of application **104**.

FIG. **2** is a block diagram illustrating emulator **101** of FIGS. **1A** and **1B** in further detail. In particular, profiler **106**, within emulator **101**, is shown with a processor profile module **202**, a memory profile module **204**, a graphic profile module **206** and a system profile module **208**. Processor profile module **202** may, for example, estimate processor utilization of application **104** within model **102**. Memory profile module **204** may, for example, estimate memory utilization by application **104** within model **102**. Graphic profile module **206** may, for example, estimate utilization of 3D fill

US 9,298,864 B2

7

rate and 3D polygon count of application **104** within model **102**. System profile module **208** may, for example, determine overall system utilization of application **104** within model **102**. More or fewer profile modules may be included within profiler **106** without departing from the scope hereof.

Device model **102**, within emulator **101**, has a modeled display **210**, a modeled processor **212**, modeled input keys **214**, modeled memory **216** and modeled non-volatile storage **218**. In this example, modeled display **210** represents display **118** of mobile device **114**, FIG. **1**, processor **212** represents a processor (not shown) of mobile device **114**, modeled input keys **214** represent input keys **120** of mobile device **114**, modeled memory **216** represents memory (e.g., RAM) of mobile device **114** and modeled non-volatile storage **218** represents non-volatile storage (e.g., flash memory, disk drive storage) of mobile device **114**. Fewer or more elements and/or components of mobile device **114** may be modeled within device model **102** without departing from the scope hereof.

Modeled non-volatile storage **218** is shown with application player **154** that may be the same as, or similar to, application player **116**, FIG. **1**. In one example, application player **154** has similar operation to application player **116**, but includes modifications that facilitate monitoring of application **104** within model **102** by profiler **106**.

Flash applications are based upon a timeline of frames that may include graphical information and action scripts, FS Commands, network protocols, salient frame rate, etc. Application player **116** within mobile device **114** thus operates upon a time line of frames within application **104** to provide graphical displays (e.g., animations, rich media content) upon display **118**. Accordingly, profiled data **152** may also be based upon the timeline and frames of application **104** and displayed (e.g., via profile data display window **110**) as resource utilization related to one or more of: timeline, frames and processing performance of action scripts.

In FIG. **2**, application **104** is shown with a timeline **222** that includes frames **223**. Each frame of frames **223** may include graphics and/or action scripts that generate the graphical image for display. For example, an action script may reference one or more graphic files (e.g., movie file **224**) to provide graphical images for emulated mobile device display **111**. Where each frame of frames **223** includes multiple graphic elements and/or action scripts that involve image manipulation (e.g., retrieving data from non-volatile storage, avatar manipulations, animations, etc.), each frame may require differing resources in order to display correctly. For example, where a frame includes Avatar (e.g., an animated character) manipulation, a certain amount of processor resource is required, whereas a frame that is based upon movie file **224** may simply require data transfer time. If mobile device **114** has insufficient processor resources (e.g., because the animation is too complex for the targeted mobile device), application **104** may crash (i.e., cease to function correctly). Thus, it is important to determine the 'stress' applied by application **104** to resources of mobile device **114**.

In one example of operation, application player **154** plays application **104** within model **102**. In particular, player **154** processes frames **223** of application **104** based upon ordering of frames **223** within timeline **222**. One or more profile modules **202**, **204**, **206** and **208** within profiler **106** monitor resource utilization of each frame, storing results as profiled data **152**. Profiled data **152** is then displayed as profile data display window **110** on display **140** for review by the user. Profiled data **152** may be displayed in real time as application **104** is played within model **102**. Alternatively, the user may scroll through profiled data **152** as desired by interacting with profile data display **110**. Alternatively, profiled data **152** may

8

be output as a report (not shown). The user interacts with emulated mobile device display **111** to control application **104** as if application were running on mobile device **114**.

FIG. **3** shows one exemplary profile data display window **110** showing a frame-based display of profiled data **152**, FIG. **1B**, determined by processor profile module **202**. In particular, profile window **110** is shown with a time line **302** that represents timeline **222** of application **104**. In this example, each bar **304** indicates processor resource utilization for each of certain frames **223** of application **104**. In each embodiment of the present system described herein, each bar may, alternatively, represent a particular point or period in time during the execution of an application **104** which is non-frame-based. During play of application **104** within model **102**, a current position indicator **306** shows the frame (i.e., frame **1** in this example) currently displayed by emulated mobile device display **111** (see FIG. **4**). A capacity line **308** (capout line) indicates the maximum processor resource available to application **104**. Where bars **304** rise above capacity line **308** at locations **310**, resource utilization for indicated frames of application **104** exceed the available processor resources of mobile device **114**; thus application **104** may 'capout' or crash when playing those frames. Profile window **110** displays per-frame (or point-in-time) processor resource utilization of application **104**, thereby facilitating assessment of stresses applied to mobile device **114** when playing application **104**. Where the number of frames **223** of application **104** exceeds the display capacity of profile window **110**, a scroll bar **312** allows the user to scroll through bars **304** for application **104**.

Other profile modules **204**, **206** and **208**, may have similar displays that indicate resource utilization during playing of application **104** within model **102**, thereby estimating resource utilization of application **104** when played within mobile device **114**.

FIG. **4** shows one exemplary display **400** generated from device model **102** within emulator **101**, FIG. **1**. In particular, display **400** shows an image (e.g., generated from a bitmap of mobile device **114**) of mobile device **114** with a display area **402** and input keys **404**. Display **400** allows the user to see and interact with an application running within device model **102**. For example, display area **402** may represent display **118** of mobile device **114** and input keys **404** may represent input keys **120** of mobile device **114**.

FIG. **5** shows an exemplary window **500** that includes profile window **110** of FIG. **3** and display **400** of FIG. **4** and an exemplary user interface. In particular, window **500** shows selection of a mobile device (i.e., NOKIA 3650 in this example) from a pull-down list **502** that results in display of characteristics **504** of the selected mobile device in system information window **506**. Characteristics **504** may represent characteristics **115** of FIG. **1A**, for example. System information window **506** may contain information related to system resource utilization with respect to the handset CPU and memory, the executing application, and network and various system resources. Window **500** facilitates interaction with model **102** through display **400** and monitoring of resource utilization of application **104** through profile window **110**. Furthermore, pull-down list **502** allows easy selection of further mobile devices upon which application **104** is to be profiled.

FIG. **6** is a flowchart illustrating a method **600** for modeling and profiling an application playing on a mobile device that includes an application player. Method **600** may, for example, be implemented within emulator **101**.

In step **602**, method **600** loads characteristics defining hardware attributes and performance of the mobile device. In

US 9,298,864 B2

9

one example of step **602**, a user of window **500** selects a mobile device using pull-down list **502** and emulator **101** loads mobile device characteristics **115** into memory **132**.

In step **604**, method **600** emulates the mobile device using a model based upon the characteristics. In one example of step **604**, emulator **101** generates device model **102** based upon mobile device characteristics **115**.

In step **606**, method **600** loads the application into the model. In one example of step **606**, emulator **101** loads application **104** into device model **102**.

In step **608**, method **600** plays the application within the model. In one example of step **608**, emulator **101** plays application **104** within model **102**.

In step **610**, method **600** monitors the application playing in the model to determine resource utilization of the application for the mobile device. In one example of step **610**, emulator **101** utilizes profiler **106** to monitor application **104** playing within model **102** to determine profiled data **152**.

In step **612**, method **600** displays the resource utilization information. In one example of step **612**, emulator **101** displays all or part of profiled data **152** as frame-based profile data display window **110** on display **140**.

FIG. **7** is a flowchart illustrating one method **700** for authoring, emulating and profiling an application to play on a mobile device that includes an application player. Method **700** may be implemented within emulator **101**, for example.

In step **702**, method **700** receives instructions for authoring an application for a mobile device. In one example of step **702**, a user interacts with frame-based application development tool **112** to author application **104**.

In step **704**, method **700** plays the application within an emulation of the mobile device. In one example of step **704**, emulator **101** generates model **102** based upon characteristics **115** of mobile device **114** and then loads and plays application **104** within model **102**.

In step **706**, method **700** determines resource utilization of the playing application. In one example of step **706**, emulator **101** utilizes one or more profile modules **202**, **204**, **206** and **208** of profiler **106** to determine resource utilization of application **104** within model **102** and stores the resource utilization information as profiled data **152**.

In step **708**, method **700** evaluates resource utilization in view of characteristics of the mobile device. In one example of step **708**, emulator **101** evaluates profiled data **152** to determine, based upon characteristics **115**, if resource utilization is within available resources of mobile device **114**.

Step **710** is a decision. If in step **710**, method **700** determines that the resource utilization of step **708** is within available resources of mobile device **114** (i.e., OK), method **700** continues with step **714**; otherwise method **700** continues with step **712**.

In step **712**, method **700** receives instructions for authoring the application to resolve resource issues. In one example of step **712**, the user modifies application **104**, based upon determined resource utilization of step **708**, using development tool **112**. Method **700** continues with step **704**. Steps **704** though **712** thus repeat until the estimated resources requirement of the application is within available resources of the mobile device.

Step **714** is optional and is particularly suited for testing applications (e.g., application **104**) running on a mobile device (e.g., mobile device **114**) that is a mobile phone. In step **714**, emulator **101** interacts with one or more operator development servers (e.g., operator development server **808**, FIG. **8**) to configure device model **102** for simulated network operation to allow testing of application **104** within a simulated wireless network environment (e.g., a simulated mobile

10

phone wireless network environment). Simulated network operation is described in further detail below and shown in FIGS. **8** though **13**.

In step **716**, method **700** transfers the application to the mobile device. In one example of step **716**, emulator **101** instructs development tool **112** to publish application **104** to mobile device **114**.

FIG. **8** is a block diagram illustrating interaction of emulator **101** with an operator development server **808** via Internet **822** for simulating playing of application **104** within a mobile device connected to a wireless network (e.g., a mobile phone wireless network). FIGS. **9**, **10**, **11** and **12** show exemplary windows that allow a user to interact with emulator **101** for configuring and testing operation of application **104** within model **102** when simulating connection to a wireless network. FIGS. **8**, **9**, **10**, **11** and **12** are best viewed together with the following description.

Emulator **101** is shown with an operator interface **802** that interacts with operator development server **808** via Internet **822**. Internet **822** may, for example, represent the world wide web (WWW), an Intranet or any fixed or wireless server connection. Operator development server **808** is shown with a simulator **810**, characteristic data **815** and model data **820**. Model data **820** may, for example, represent live network profiles. To facilitate connection to operator development server **808**, a user of emulator **101** purchases a subscription from a provider of operator development server **808** (or from a third party) that allows emulator **101** to connect to operator development server **808** via Internet **822**. Upon connection to operator development server **808**, emulator **101** may download characteristic data **815** from operator development server **808** for one or more mobile device types supported by operator development server **808** (i.e., supported by the operator's wireless network). Characteristic data **815** may, for example, represent mobile device characteristics **115** of FIG. **1**. Emulator **101** may download additional model data **820** for use within device model **102** for increasing simulated functionality of model **102** (e.g., simulating additional handset functionality and/or network functionality). The user of emulator **101** may, for example, purchase model data **820** for additional mobile device types as they become available, thereby allowing emulator **101** to include modeling capability for a new pre-release mobile device, scheduled release mobile device and current mobile devices. Alternatively, the use of characteristic data **815** and model data **820** may be included within a monthly subscription fee, thereby allowing the user to author applications for new mobile devices (e.g., new mobile phone models and live mobile profiles) provided by an operator (e.g., mobile phone wireless network operator).

In one example of operation, emulator **101** downloads a network simulator interface **804** from operator development server **808** into device model **102** as shown in FIG. **8**. Network simulator interface **804** includes functionality that allows device model **102** to communicate with simulator **810** to simulate connectivity of mobile device **114** with a wireless network. Specifically, network simulator interface **804** within model **102** interacts with data provider **812** and event generator **814** to determine resource utilization resulting from network interaction by model **102**. Thus, as application **104** plays within model **102**, the effects of mobile device **114** interacting with a wireless network are simulated such that frame-based profile data display window **110** shows resource utilization that includes the live or scripted effects of interaction with the wireless network. In one embodiment, capacity line **308** in profile data display window **110** is dynamically modified to show actual resource availability to application

US 9,298,864 B2

11

104 resulting from resource utilization by simulated wireless network activity within device model 102. For example, if a message is received and/or retrieved by model 102 while playing application 104, certain resources are required to handle the received message, and therefore available resources for application 104 is reduced accordingly.

Simulator 810 is shown with a data provider 812 and an event generator 814. Data provider 812 may, for example, simulate data transfers within a wireless network. For example, the data transfer may be cased upon a certain bandwidth associated with the wireless network. Event generator 814 may, for example, generate certain events (e.g., incoming calls, incoming text messages, etc) that occur within a wireless network. Simulator 810, using data provider 812 and event generator 814, thus interacts with network simulator interface 804 to model operation of a wireless network (e.g., a mobile phone network).

Operator interface 802 may interact with multiple operator development servers 808 to facilitate testing of application 104 with many operators' networks. As appreciated, where application 104 is designed to function on multiple mobile devices operating on wireless networks worldwide, operator network simulation removes the burden of traveling to operator network locations from application developers, since application operation on a mobile device connected to a network may be simulated by emulator 101 and thus measured back against the authoring environment.

FIG. 9 shows one exemplary window 900 for selecting operator networks based upon a desired geographic location. Window 900 shows a menu item 902 that, upon selection by the user, displays a world map 904 that allows the user to select a geographical region in which mobile device 114 is to operate. For example, window 900 shows a mouse pointer 906 selecting the United Kingdom, resulting in a sub-map display 908 of the selected location showing available wireless networks 910. Sub-map display 908 is, for example a 'mouse-over' event. Upon selection of the location, world map 904 is replaced by sub-map 908 of the selected location and a pull-down list 1004 of available operators within that location as shown in window 1000, FIG. 10. Alternatively, the use may select menu item 1002 to display pull-down list 1004.

Upon selection of an operator within pull-down list 1004, emulator 101 displays a pull-down list 1104 of mobile devices supported by the selected operator, as shown in window 1100 of FIG. 11. Alternatively, the use may select the menu item 1102 to display list 1104. Upon selection of a mobile device from list 1104, window 1200, FIG. 12, is displayed to allow the user to select desired network characteristics for simulation.

Window 1200 shows a pull-down list 1202 of network characteristics that may be simulated by simulator 810. For example, simulator 810 may allow control of scripted events (e.g., cell tower identification, service message, bandwidth, etc.), consumer events (e.g., checking email, checking messages, browsing network, available minutes, selecting images, etc.) and incoming events (e.g., phone calls, WAP Messages, receiving MMS, receiving SMS, etc.). Based upon selection from list 1202, a second list may be presented to allow further simulation requirements to be entered. In the example of window 1200, consumer events entry of list 1202 was selected, resulting in display of pull-down list 1204 from which check messages was selected resulting in the display of pull-down list 1206. In this example, the user may select 'send message' from list 1206 to evaluate the performance of application 104 while a message is received from the network.

12

In one embodiment, maps 904, 908 and lists 1004, 1104, 1202, 1204 and 1206 are based upon information received by operator interface 802 from one or more operator development servers 808. Thus, functionality of model 102 and selectable simulations of simulator 810 may be easily updated by the operator as new mobile devices are created without requiring updates to software of emulator 101.

Optionally, the user may select menu item 901, FIG. 9, to immediately locate, download and import modeling characteristics into emulator 101. These characteristics may be stored within storage 134 of computer 130, FIG. 1B.

FIG. 13 is a flowchart illustrating one exemplary method 1300 for configuring wireless network simulation.

In step 1302, method 1300 selects a geographic location of the wireless network. In one example of step 1302, emulator 101 displays window 900 and the user selects the United Kingdom as the wireless network location.

In step 1304, method 1300 selects a network operator from within the selected location. In one example of step 1304, emulator 101 displays window 1000 including pull-down list 1004 of network operators within the location selected in step 1302.

In step 1306, method 1300 connects to the selected network operator's development server. In one example of step 1306, emulator 101 utilizes operator interface 802 to connect to operator development server 808 based upon the operator selected in step 1304.

In step 1308, method 1300 downloads a list of mobile devices supported by the simulator of the operator selected in step 1304. In one example of step 1308, emulator 101 downloads characteristic data 815 from server 808 to determine mobile devices supported by simulator 810 and populates list 1104 of window 1100. Of note, an operator may add functionality to simulator 810 based upon a new mobile device prior to supporting the device within the operator's wireless network, thereby encouraging development of applications for the new device before its launch, increasing operator and/or author revenues.

In step 1310, method 1300 selects a mobile device from the list of supported mobile devices. In one example of step 1310, the user selects a mobile device for emulation from list 1104 of window 1100. In another example, where the user has already selected a mobile device from pull-down list 502, emulator 101 automatically selects the same device, if available, from list 1104.

In step 1312, method 1300 downloads a network simulator interface for the selected mobile device. In one example of step 1312, emulator 101 instructs operator interface 802 to download network simulator interface 804 from server 808.

In step 1314, method 1300 loads the network simulator interface into the mobile device model. In one example if step 1314, emulator 101 loads network simulator interface 804 into model 102.

In step 1316, method 1300 selects network characteristics to simulate. In one example of step 1316, the user utilizes lists 1202, 1204 and 1206 of window 1200 to specify network characteristics for simulation by simulator 810.

In step 1318, method 1300 models the application running within a mobile device connected to a wireless network. In one example of step 1318, model 102 interacts with simulator 810 via network simulator interface 804 and author 822 while playing application 104 and displaying profile window 110.

In one embodiment, the user may purchase and download simulator 810 from operator development server 808 to facilitate local simulation of the wireless network (i.e., without utilizing Internet 822). In this embodiment, simulator 810

US 9,298,864 B2

13

14

may operate within emulator **101**, within authoring environment **122** or within computer **130** to provide interaction with model **102**.

Emulator **101** may utilize operator interface **802** to interact with one or more operator development servers **808** to download characteristics (e.g., characteristic data **815**) and modeling data (e.g., model data **820**) for generating mobile device model **102**. As new mobile devices are made available, each application author (i.e., user) is able to download these modeling characteristics and test applications for the new mobile device. As mobile devices become more sophisticated and include additional hardware and functionality, emulator **101**, though a subscription service with an operator, for example, may download this additional functionality for use in model **102**. These characteristics (e.g., characteristic data **815**) may include bitmaps, characteristics handset profiles, modeling algorithms, complete mobile device models, bandwidths etc. thereby automatically updating functionality of authoring environment **122**. Wireless network operators participate by updating their development servers (e.g., development servers **808**) to provide the latest emulation information and functionality for each supported mobile device (e.g., mobile phone handset) and by updating their network simulators (e.g., simulator **810**) to includes functionality and/or proposed functionality of their wireless networks.

Application authors (e.g., users of emulator **101**) are provided with a visual authoring environment in which the authored application may be emulated as operating within one or more modeled mobile devices (that are optionally connected to a simulated wireless network) without leaving the authoring environment.

The emulator (e.g., emulator **101**) may be provided as part of the authoring environment, or as an add-on to an existing development tool. In an embodiment, characteristics for each mobile device to be emulated are downloaded from a server for a determined price or subscription fee. Since new mobile devices are continually being produced, application authors continually require new modeling characteristics to be able to test their applications. For example, a subscribed charge of $10-15 dollars per handset saves each developer from purchasing a mobile device ($100-200 dollars) and alleviates the need to travel to a wireless network location when testing each mobile device. Thus, the wireless network operator may receive revenue from developers by providing the developers with online network simulation capability. The application authors, via the Internet, are then able to test applications for mobile devices running on wireless networks worldwide.

Characteristics for each mobile device to be emulated may be downloaded from a server for a determined price, licensing or subscription fee. It is estimated that nearly 700 million new mobile devices will be shipped in 2005, with a new handset model being launched every other day. This rapid mobile device development requires that applications designed to run on these mobile devices also sustain rapid development. Development systems targeted at one mobile device may become obsolete and possibly of little value to the developer at the time it is shipped. Since a new mobile device is being launched every other day, application authors continually require purchasing all addressable targeted devices prior to consumer release. For example, a charge of $10-15 dollars per modeled handset would save each developer purchasing each target mobile device ($100-200 dollars) as well as alleviating the need to travel to a wireless network location whilst testing each mobile device before public release, two substantial development and release costs.

During development of an application for a mobile device, an application author may transfer and play the application

hundreds of times (development life cycles) on the targeted mobile device before identifying and correcting all system resource problems within the application. Live server and profile updates would substantially reduce and alleviate a high churn rate of development life cycles, enabling a more cost effective authoring model for the developer. As well, although the purchase of a 'static' PC authoring environment may become obsolete due to the ongoing release of new mobile handsets (the target release platform) emulator **101** and operator development server **808** maintains a live and continually updatable business model and authoring platform long after the initial authoring platform has released to the market.

FIG. **14** is a flowchart illustrating one method for determining whether an application of a mobile device is operable. In step **1402**, method **1400** downloads characteristics over Internet for one or more mobile devices to be emulated. In step **1404**, method **1400** tests the application for the mobile devices, via the Internet, using an emulator to determine if the application is operable on the mobile device.

FIG. **15** shows one exemplary authoring environment **1502** for emulating and profiling running of a frame-based application **1506** on multiple mobile devices. Authoring environment **1502** includes a display **1540** and an input device **1542** that allow a user to interact with authoring environment **1502**. Display **1540** may represent one or more computer displays and input device **1542** may represent one or more input devices such as keyboard, mouse, graphic tablet, etc. In one embodiment, display **1540** and input device **1542** are combined in the form of a touch screen. Authoring environment **1502** also includes an application developer **1504** (e.g., Flash MX for Flash Lite applications, xCode and Instruments for Apple applications, and Android for Google applications) that is used to create and/or modify application **1506**. The user interacts with application developer **1504**, via input device **1542** and display **1540**, to create an application **1506**. Application **1506** is, for example, a Flash Lite application for use on a mobile device running a Flash Lite environment, or an Android application for use on a mobile device implementing Android.

Authoring environment **1502** also includes an emulator **1510** and one or more device models **1512** for emulating operation of one or more mobile devices to allow the user to test operation of application **1506** on each device. Emulator **1510** may output, to display **1540**, one or more frame-based profile data displays **1544** and one or more emulated mobile device displays **1548**. Displays **1544** and **1548** are for example shown within windows and/or frames on display **1540**.

Authoring environment **1502** may also include a network simulator **1520** that simulates a service provider network and interacts **1526** with one or more emulated device models **1512**. Network simulator **1520** includes a data provider **1522** that provides data to device models **1512** and an event generator **1524** that generates network events to simulate connection of device models **1512** to a real service provider network. That is, data and events of the real network are simulated by network simulator **1520**.

Application developer **1504**, emulator **1510** and network simulator **1520** may each be a part of authoring environment **1502**, or may each be an external software program that is configured to cooperate with components of authoring environment **1502**. That is, authoring environment **1502** may incorporate one or more software programs to facilitate creation, modification and testing of application **1506**.

In one example of operation, the user creates and/or edits application **1506** by interacting with application developer

US 9,298,864 B2

15

1504 via display 1540 and input device 1542. Application 1506 is then loaded into one or more selected device models 1512 and one or more frame-based profile data displays 1544 and emulated mobile device displays 1548 are shown on display 1540. If, during running of application 1506 on emulated device model 1512, a problem or optimization is identified, the user may modify application 1506 using application developer 1504. In one example, the user interacts with application developer 1504 to modify application 1506, which then, through cross pollination 1508, updates each device model 1512. That is, application 1506 is updated within each device model 1512 automatically such that changes to application 1506 within application developer 1504 are duplicated within each device model 1512.

In another example of operation, the user modifies application 1506 within device model 1512 by interacting with one or more of frame-based profile data displays 1544 and/or emulated mobile device displays 1548. The user may select a frame of application 1506 to edit by manipulating a current position indicator (e.g., position indicator 306, FIG. 3). Authoring environment 1502, through cross pollination 1508, automatically updates application 1506 within application developer 1504 and application 1506 within any other device model 1512, such that each application 1506 within authoring environment 1502 remains 'current'.

In another example of operation, the user emulates multiple device models 1512 within emulator 1510 to test application 1506 within each device model 1512 simultaneously. Emulator 1510, through emulation of device models 1512, identifies problems within application 1506 that are specific to each emulated device model 1512. For example, where CPU and/or memory over utilization of the emulated device model 1512 occurs when running application 1506, device model 1512 and/or emulator 1510 identifies the location (i.e., frame) within application 1506 of such over utilization problems and they are reported to the user within frame-based profile display data 1544 (and optionally other summary displays generated by emulator 1510).

Emulator 1510 may operate such that emulated mobile device display 1548, network display 1554 and application display 1552 for each emulated device model 1512 appears to operate substantially in real time (i.e., as if application 1506 is actually running on the mobile device being emulated). More specifically, emulator 1510 may provide runtime profiling of real time mobile device resource utilization by application 1506 to produce frame based profile data display 1544, emulated mobile device display 1548, network display 1554 and application display 1552.

Where emulator 1510 emulates more than one device model 1512, these device models may be synchronized at an application frame level. That is, for each device model 1512, the currently frame of application 1506 within each frame based profile data display 1544, emulated mobile device display 1548, network display 1554 and application display 1552, is the same. Further, interaction with any one of frame based profile data display 1544, emulated mobile device display 1548, network display 1554 and application display 1552, of any device model 1512, may automatically be propagated to any other device model 1512 running within emulator 1510.

A user may interact with one or more of frame based profile data displays 1544 of device model 1512 to modify resources available to application 1506. For example, the user may interactively adjust a resource capacity line (e.g., capacity line 308, FIG. 3) of one or more of frame based profile data displays 1544 to control the resource amount available to application 1506 within the associated device. In particular, a

16

user may move a processor resource capacity line up to increase the available processor resource above that defined for the emulated mobile device. For example, the user may increase the available processor resources to pass a processor intensive frame within application 1506, thereby allowing evaluation of frames within application 1506 beyond a point where application 1506 would otherwise crash. In another example, the user may decrease a memory resource available to application 1506 (e.g., by lowering the memory capacity line within the memory display 1544) in order to 'stress test' application 1506.

Emulator 1510 may also emulate device models 1512 at speeds other than real time. For example, a user of application developer 1504 and emulator 1510 may elect to evaluate device model 1512 at half speed during testing of at least part of application 1506. Alternatively, where application 1506 is being tested for operability on a plurality of mobiles devices, the user may elect to emulate device models 1512 as fast as possible. In one example, the user may define one or more input scripts 1562 for use with application 1506 such that user interaction with each device model 1512 is not required unless resource utilization is exceeded by application 1506 for that model. For example, input scripts 1562 may predefine user interaction at defined frames of application 1506.

In an embodiment, when all of frame based profile data display 1544, emulated mobile device display 1548, network display 1554 and application display 1552 of a first device model 1512 are minimized (i.e., not currently displaying content within display 1540), input made to any other device model 1512 is automatically propagated to that first device model 1512.

In an alternate embodiment, each device model 1512 operates, within emulator 1510, independently of any other device model 1512, allowing the user to interact with (or define an input script for) each device model 1512 independently.

FIG. 16 shows one exemplary development scenario 1600 illustrating an authoring environment 1602 connecting to a development server 1660 to retrieve and utilize one or more network models 1606 and one or more device models 1608. Authoring environment 1602 may represent authoring environment 1502, FIG. 15, and authoring environment 122 and include similar functionality. Development server 1660 may represent development server 808, FIG. 8, and include similar functionality. Authoring environment 1602 and development server 1660 may include additional functionality, as described below.

At least one service provider 1642(1) generates a network model 1606(1) based upon characteristics of a real network service of service provider 1642(1). Service provider 1642(1) provides network model 1606(1) to development server 1660 where it is stored within a network model library 1662. Development server 1660 may receive other network models (e.g., network model 1606(2)) from other service providers (e.g., service provider 1642(2)), each of which may be stored within network model library 1662.

A device manufacturer 1644(1) generates a device model 1608(1) based upon a mobile device developed by device manufacturer 1644(1). That is, device model 1608(1) is designed to emulate characteristics of the mobile device. Device manufacturer 1644(1) provides device model 1608(1) to development server 1660 where it is stored within a device model library 1664. Development server 1660 may receive other device models (e.g., device model 1608(2)) from other device manufacturers (e.g., device manufacturer 1644(2)), each of which may be stored within device model library 1664. Further, an author using authoring environment 1602 (2) may also submit new and/or amended device models (e.g.,

US 9,298,864 B2

17

device model **1608(1)'**) to development server **1660** for use by authors and authoring environments **1602**. Development server **1660** may employ one or more techniques for managing updates to network model library **1662** and device model library **1664** to prevent unauthorized changes.

Development server **1660** may also store authoring environment software **1666** for download by a user to create or update an authoring environment **1602**. In one example of operation, the user logs into an account manager **1668** of development server **1660** that, upon validation of the user using account data **1670**, allows the user to download authoring environment software **1666** and one or more network models **1606** and/or one or more device models **1608**, based upon a subscription status of the user. Account manager **1668** may store account information of the user within account data **1670** that includes subscription status for accessing development server **1660**. At a first subscription level, the user subscribes to development server **1660** to access authoring environment software **1666**, and any updates thereto. At a second subscription level, the user subscribes to device model library **1664**, and any updates thereto. At a third subscription level, the user subscribes to network model library **1662**, and any updates thereto. These subscriptions may be based upon time, e.g., a monthly subscription fee, or may be based upon a number of accesses (e.g., the user may download X network models **1606** and Y device models **1608**, where the user has prepaid for X network models and Y device models).

Development server **1660** provides a single source for obtaining development tools for creation and/or modification of application **1612** and allows the user to retrieve the latest models from device manufacturers **1644** and service providers **1642**. In certain embodiments, authoring environment **1602** is configured to automatically obtain the latest software and models, as they become available, based upon the user's subscription (or upon paid fees) to development server **1660**.

FIG. **17** shows one exemplary 'para-authoring' environment **1700** wherein two application authors use authoring environments **1702(1)** and **1702(2)** to cooperate to develop a frame-based application **1704** for a mobile device. For the purposes of the present document, the term 'para-authoring' is defined as the simultaneous or near-simultaneous collaborative authoring of a particular application by more than one author. In the present document, para-authoring may be performed via an Internet connection between two or more sites, or locally in a desktop/online environment. Authoring environments **1702** may represent authoring environment **1602**, FIG. **16**, as well as the authoring environments shown in FIGS. **9** through **12**, as they relate to one or more developers authoring a frame based application, and may include similar functionality. Authoring environments **1702** may include additional functionality, as described below.

Authoring environments **1702(1)** and **1702(2)** may each be used to develop a subsection of frame-based application **1704** and cooperate, through facilities of development server **1706** to combine and test these parts as one application **1704**. Authoring environments **1702** may be located anywhere providing that communication with development server **1706** is possible. That is, authoring environments **1702** need not be located proximate to one another to be able to provide para-authoring environment **1700**.

FIG. **18** shows one exemplary para-authoring system **1800** illustrating presence and social (collaborative) interaction between three authoring environments **1802**. Each authoring environment **1802** includes a suite of development tools **1804** that facilitate development of a frame-based application **1806** that is formed of subsections (labeled (**1**), (**2**) and (**3**) in this example, although application **1806** may include more or

18

fewer subsections of varying sizes without departing from the scope hereof). For example, application **1806** may include a background section, a foreground section, a menu section, and a data section, each of which may be authored within a different authoring environment. In the example of FIG. **18**, three authoring environments cooperate to develop frame-based application **1806**. In particular, of application **1806**, subsection (**1**) is developed within authoring environment **1802(1)**, subsection (**2**) is developed within authoring environment **1802(2)**, and subsection (**3**) is developed within authoring environment **1802(3)**. However, for complete application evaluation, certain or all subsections of application **1806** may be loaded into each authoring environment **1802** as they are made available (i.e., published) by the respective authoring environment.

Each authoring environment **1802** includes a para-monitor **1808** that publishes status information **1810** indicating activity of that authoring environment to a para-authoring manager **1812**. For example, para-monitor **1808(1)** publishes status information of authoring environment **1802(1)**, para-monitor **1808(2)** publishes status information of authoring environment **1802(2)**, and para-monitor **1808(3)** publishes status information of authoring environment **1802(3)**; each of para-monitors **1808(1)**, **1808(2)** and **1808(3)** sending status information **1810(1)**, **1810(2)** and **1810(3)**, respectively, to para-authoring manager **1812**.

Para-authoring manager **1812** operates to receive published online status **1814** from para-monitor **1808** and maintains a group **1813** association of related status information **1810**. Group **1813** in this example is identified as associating authoring environments **1802(1)**, **1802(2)** and **1802(3)**. Para-authoring manager **1812** may store other groups with more or fewer associations, without departing from the scope hereof. That is, manager **1812** maintains presence information of authoring environments **1802**. In one embodiment, manager **1812** is located on a development server (e.g., development servers **1660** and **1706**). Para-authoring manager **1812** may also include a repository for storing sections of application **1806** to facilitate retrieval by associated authoring environments **1802**. In another embodiment, para-authoring manager **1812** is located within one of authoring environments **1802**.

Para-monitor **1808**, within each authoring environment **1802**, receives (either by request or by a 'publish on change' mechanism—push) published status information **1810** of associated authoring environments **1802**, and displays this status information as one or both of online status **1814** and application status **1818** within authoring environment **1802**. For example, para-monitor **1808(1)** may display status of authoring environments **1802(2)** and **1802(3)** and availability of associated sections of application **1806**. Para-monitor **1808** may also provide other communication facilities, such as, but not limited to, one or more of video conferencing facilities **1850**, audio conferencing facilities **1852**, and text communication facilities **1816**.

More specifically, para-monitor **1808** may publish status information on one or more of network simulator **1824**, emulator **1822** and application editor **1830** (collectively development tools **1804**), thereby allowing para-authors using associated (grouped) authoring environments **1802** to receive status of associated development of application **1806**.

FIG. **19** shows one exemplary para-authoring system **1900** wherein a frame-based application **1906** is developed across three cooperating authoring environments **1902(1)**, **1902(2)** and **1902(3)**. A development server **1912** includes a para-authoring manager **1914**, a network simulator **1924** and an emulator **1922**. Development server **1912** may represent development server **1660** of FIG. **16** and include functionality

19

of development server **1660**. Para-authoring manager **1914** may represent para-authoring manager **1812** of FIG. **18** and include functionality of para-authoring manager **1812**. Network simulator **1924** and emulator **1922** may represent network simulator **1620** and emulator **1622**, respectively, and include similar functionality. Authoring environment **1902** may represent authoring environment **1602** and authoring environment **1802** of FIG. **18** and include similar functionality.

Each authoring environment **1902** is used to develop a section of application **1906**. Authoring environments **1902** each include a viewer **1930** that operates to view application **1906** playing on an emulated mobile device within emulator **1922** of development server **1912**, described in further detail below. Viewer **1930** may represent a web browser where output of emulator **1922** is in the form of an interactive web page.

Through collaborative development (or 'social networking'), users of authoring environments **1902** are aware of other para-authors' activities and may cooperatively view testing of application **1906**. Development server **1912**, under control of authoring environment **1902**, loads application **1906** into emulator **1922** where it is profiled running on a model (e.g., device model **102**, FIGS. **1A**, **1B**, **2**, and **8**, **1512**, FIGS. **15**, and **1608**, FIG. **16**) of a mobile device. In particular, emulator **1922** generates profile data **1942** and device view **1944** based upon the emulated application and selected device model. Profile data **1942** includes data defining estimated application utilization of the mobile devices resources, including one or more of: processor resources, memory resources, graphic resources, and networking resources. Profile data **1942** is similar to profile data **152**, FIG. **1B**, and may be displayed (e.g., within viewers **1930**) numerically and/or graphically (e.g., as a graph, such as shown in profile window **110**, FIG. **3**). Device view **1944** is a graphical representation of application **1906** running within the device model of the mobile device. In particular, device view **1944** shows output of application **1906** on the mobile device and may allow one or more para-authors to interact with application **1906** and/or the emulated mobile device (i.e., the device model). Optionally, the device model interacts with network simulator **1924** to simulate use of the emulated mobile device on a real network. That is, network simulator **1924** interacts with the emulated device model to simulate operation of the mobile device within a real network. Emulator **1922** may also generate a control screen **1946** that allows authoring environment **1902**(1) to control operating of emulator **1922** and optionally network simulator **1924**. Para-authoring manager **1914** also allows authoring environments **1902**(2) and **1902**(3) to view, using viewers **1930**(2) and **1930**(3), respectively, profile data **1942** and device view **1944** during emulation of application **1906**.

In one example of operation, authoring environment **1902** (1) controls emulator **1922** and network simulator **1924** through control screen **1946** and viewer **1930**(1). Para-monitor **1908**(1) publishes activity status of environment **1902**(1) to para-authoring manager **1914**, which in turn updates environments **1902**(2) and **1902**(3) as to this activity. Environments **1902**(2) and **1902**(3) may then elect, through para-monitor **1908**(2) and **1908**(3), to also view profile data **1942** and device view **1944** on viewers **1930**(2) and **1930**(3), respectively. Para-monitor **1908**, as shown with para-monitor **1808** in FIG. **18**, may also provide other collaborative communication means, such as video, audio and text communication, that allow users of environments **1902** to communicate during the shared emulation of application **1906**. Optionally, for example under control of environment **1902**

20

(1), environments **1902**(2) and **1902**(3) may be allowed to interact with the emulated device model through device view **1944**.

In one embodiment, control screen **1946** may be transferred between environments **1902** to allow control of emulator **1922** and network simulator **1924** to be transferred between para-authors. For example, environment **1902**(1) may transfer control screen **1946** to environment **1902**(2) such that the para-author using environment **1902**(2) may control application **1906** within emulator **1922**.

In an alternate embodiment, shown in FIG. **20**, authoring environment **1902**(1) includes emulator **1922** and network simulator **1924**, and hosts emulation of application **1906**. FIG. **20** shows para-authoring system **1900** wherein an application **1906** is developed across three cooperating authoring environments **1902**(1), **1902**(2) and **1902**(3). More or fewer para-authoring environments may cooperate without departing from the scope hereof. Para-monitor **1908**(1) publishes activities of environment **1902**(1) to para-monitor (**1908**(2) and **1908**(3), such that para-authors using environments **1902** (2) and **1902**(3) may selectively view emulation of application **1906** via internet **1920**. In particular, para-monitors **1908** may cooperate to form one or more direct peer-to-peer communication links between environments **1902** to allow profile data **1942** and device view **1944** to be viewed within authoring environments **1902**(2) and **1902**(3). Para-monitor **1908** may still operate with para-authoring manager **1914** to determine communication configuration possibilities, but providing direct peer-to-peer communication links between environments **1902** may allow faster data transfer between environments and avoid overload of development server **1912**.

FIG. **21** shows one exemplary display **2100** illustrating a display of profiled data **152**, that combines CPU, memory, graphics, and network utilization as determined by processor profile module **202**, memory profile module **204**, graphic profile module **206**, and system profile module **208**. In particular, display **2100** is shown with a time line **2102** that represents timeline **222** of application **104**. In this example, each bar **2104** indicates total resource utilization for each of certain frames **223** of application **104**. Each bar **2104** may, alternatively, represent a particular point or period in time during the execution of the application **104**. Bars **2104** are displayed prior to execution of the application to indicate a pre-execution profile of the program. During the playing of application **104** within model **102**, a current position indicator **2106** shows the frame (i.e., frame **1** in this example) currently displayed by emulated mobile device display **111**. A capacity line **2108** indicates the maximum total resources available to application **104**. Where bars **2104** rise above capacity line **2108**, resource utilization for indicated frames of application **104** exceed the available resources of mobile device **114**; thus application **104** may 'capout' or crash when playing those frames. Display **2100** also includes a resource utilization level indicator **2114** that shows the total resource utilization for the current frame of application **104** (i.e., as indicated by current position indicator **2106**).

Display **2100** illustrates total resource utilization by frames **223** of application **104**, thereby facilitating assessment of stresses applied to mobile device **114** when playing application **104**. Where the number of frames **223** (displayed as bars **2104**) of application **104** exceeds the display capacity of display **2100**, a scroll bar **2112** allows the user to scroll through bars **2104** for application **104**. The displayed bars **2104** are also shown grouped to indicate different sections, including "Introduction" **2122**, "Main Menu" **2124**, "Network" **2126**, and "Advertisements-Ending" **2128**, of applica-

US 9,298,864 B2

21

tion 104. For example, section 2122 represents initial frames of application 104 that correspond to the 'introduction' of an application, i.e., the beginning preamble or introductory material prior to a 'main menu'. In a sports application, for example, the 'introduction' of an application might consist of introducing the corporate sponsors for a given event, including setting up the landscape of the application which leads into the main menu.

FIG. 22 shows one exemplary display 2200 illustrating a frame based display of profiled data 152 for CPU utilization as determined by processor profile module 202. In particular, display 2200 is shown with a time line 2202 that represents timeline 222 of application 104. In this example, each bar 2204 indicates processor resource utilization for certain frames 223 of application 104. During play of application 104 within model 102, a current position indicator 2206 shows the frame (frame 1 in this example) currently displayed by emulated mobile device display 111 (see FIG. 4A). Capacity line 2208 indicates the maximum processor resource available to application 104. Where bars 2204 rise above capacity line 2208, processor resource utilization for associated frames of application 104 exceed the available processor resources of mobile device 114; thus application 104 may 'capout' or crash when playing those frames. Display 2200 illustrates processor resource utilization by frames 223 of application 104, thereby facilitating assessment of processor stresses applied to mobile device 114 when playing application 104. Where the number of frames 223 of application 104 exceeds the display capacity of display 2200, a scroll bar 2212 allows the user to scroll through bars 2204 for application 104.

The displayed bars 2204 are also shown grouped to indicate different sections (e.g., "Introduction" 2222, "Main Menu" 2224, and "Advertisements Ending" 2226) of application 104. Display 2200 further shows one exemplary line graph 2242 illustrating alternate display options for frames 2204, and the use of a movement tool 2244 to adjust capacity line 2208 and/or the amount of available processor resource.

FIG. 23 shows one exemplary display 2300 illustrating a frame based display of profiled data 152 for memory utilization as determined by memory profile module 204. In particular, display 2300 is shown with a time line 2302 that represents timeline 222 of application 104. In this example, each bar 2304 indicates memory resource utilization for certain frames 223 of application 104. During play of application 104 within model 102, a current position indicator 2306 shows the frame (i.e., frame 1 in this example) currently displayed by emulated mobile device display 111 (see FIG. 4). A capacity line 2308 indicates the maximum memory resources available to application 104. Where bars 2304 rise above capacity line 2308, memory resource utilization for associated frames of application 104 exceed the available memory resources of mobile device 114; thus application 104 may 'capout' or crash when playing those frames. Display 2300 illustrates memory resource utilization by frames 223 of application 104, thereby facilitating assessment of memory stresses applied to mobile device 114 when playing application 104. Where the number of frames 223 of application 104 exceeds the display capacity of display 2300, a scroll bar 2312 allows the user to scroll through bars 2304 for application 104.

FIG. 24 shows one exemplary display 2400 illustrating a frame based display of profiled data 152 for graphic resource utilization as determined by graphic profile module 206. In particular, display 2400 is shown with a time line 2402 that represents timeline 222 of application 104. In this example, each bar 2404 indicates graphic resource utilization for certain frames 223 of application 104. During play of application

22

104 within model 102, a current position indicator 2406 shows the frame (i.e., frame 1 in this example) currently displayed by emulated mobile device display 111 (see FIG. 4). A capacity line 2408 indicates the maximum graphic resources available to application 104. Where bars 2404 rise above capacity line 2408, graphic resource utilization for associated frames of application 104 exceed the available graphic resources of mobile device 114; thus application 104 may 'capout' or crash when playing those frames. Display 2400 illustrates graphic resource utilization by frames 223 of application 104 in profile window 110, thereby facilitating assessment of graphic stresses applied to mobile device 114 when playing application 104. Where the number of frames 223 of application 104 exceeds the display capacity of display 2400, a scroll bar 2412 allows the user to scroll through bars 2404 for application 104.

FIG. 25 shows one exemplary display 2500 illustrating a frame based display of profiled data 152 for network resource utilization as determined by system profile module 208. In particular, display 2500 is shown with a time line 2502 that represents timeline 222 of application 104. In this example, each bar 2504 indicates network resource utilization for certain frames 223 of application 104. During play of application 104 within model 102, a current position indicator 2506 shows the frame (i.e., frame 1 in this example) currently displayed by emulated mobile device display 111 (see FIG. 4). A capacity line 2508 indicates the maximum network resources available to application 104. Where bars 2504 rise above capacity line 2508, network resource utilization for associated frames of application 104 exceed the available network resources of mobile device 114; thus application 104 may 'capout' or crash when playing those frames. Display 2500 illustrates network resource utilization by frames 223 of application 104, thereby facilitating assessment of network stresses applied to mobile device 114 when playing application 104. Where the number of frames 223 of application 104 exceeds the display capacity of display 2500, a scroll bar 2512 allows the user to scroll through bars 2504 for application 104.

FIG. 26 shows one exemplary screen 2600 illustrating a frame based display of profiled data 1942, FIG. 20, for total system resource utilization as determined by one or more profilers within emulator 1922. In particular, screen 2600 is shown with a time line 2602 that represent a timeline of application 1906. In this example, each bar 2604 indicates total resource utilization for certain frames of application 1906. During play of application 1906 within emulator 1922, a current position indicator 2606 shows the frame (i.e., frame 1 in this example) currently displayed by emulated mobile device display 2652. A capacity line 2608 indicates the maximum total resources available to application 1906. Where bars 2604 rise above capacity line 2608, total resource utilization for associated frames of application 1906 exceed the available total resources of mobile device 114; thus application 1906 may 'capout' or crash when playing those frames. Display 2600 illustrates total resource utilization by frames of application 1906, thereby facilitating assessment of total stresses applied to mobile device 114 when playing application 1906. Where the number of frames of application 1906 exceeds the display capacity of display 2600, a scroll bar 2612 allows the user to scroll through bars 2604 for application 1906.

Screen 2600 may be simultaneously viewed within viewer 1930 of one or more authoring environments 1902. For example, where application 1906 is developed by two or more cooperating developers using authoring environments 1902, each authoring environment 1902 may display screen 2600 to

US 9,298,864 B2

23

show profile data **1942** and device view **1944** within viewer **1930** through operation of para-monitor **1908**. In the example of FIG. **26**, the application is developed by four cooperating developers (**1-4**), each developing one of four parts **2662**, **2664**, **2666**, and **2668**, respectively, of the application. For example, developer #**1** may be working on a first part of the application, while developer #**2** is working on a second part and developer #**3** is working on a third part of the application.

Changes may be made in the above methods and systems without departing from the scope hereof. It should thus be noted that the matter contained in the above description or shown in the accompanying drawings should be interpreted as illustrative and not in a limiting sense. The following claims are intended to cover all generic and specific features described herein, as well as all statements of the scope of the present method and system, which, as a matter of language, might be said to fall therebetween.

What is claimed is:

**1.** A system for testing an application for a mobile device comprising:
  software configured to simulate, via one or more profile display windows, a plurality of network characteristics indicative of performance of the mobile device when executing the application; wherein the network characteristics are based on data of interaction with networks in non-simulated environments.

**2.** The system of claim **1**, wherein the software is further configured to capture network profiles from a plurality of geographical locations.

**3.** The system of claim **2**, wherein the network profiles can either be saved in a storage medium, or stored on a server, or both.

**4.** The system of claim **3**, wherein the software is further configured to access a library of network profiles.

**5.** The system of claim **4**, wherein the network profiles are displayed using either a map, or a pull-down list, or both.

**6.** The system of claim **1**, wherein the data includes either live network profiles, or real-time bandwidth profiles, or both.

**7.** The system of claim **1**, wherein the one or more network characteristics are based on data of interaction with one or more mobile devices used in non-simulated environments.

**8.** The system of claim **1**, wherein the software is further configured to create one or more scenarios that include scripts that impact either the performance of the application, or the network, or both.

**9.** The system of claim **8**, wherein the one or more scenarios define one or more events that occur during the test which includes defining one or more virtual users to simulate real users.

**10.** The system of claim **9**, wherein the one or more virtual users emulate actions of real user behavior.

**11.** The system of claim **10**, wherein the actions that are performed by one or more virtual users are recorded to generate a script which can be modified to emulate real user behavior.

**12.** The system of claim **11**, wherein the scripts include one or more functions that measure and record performance of either the application, or the network, or both.

**13.** The system of claim **1**, wherein the software is further configured to display data graphically which is configured to enable a user to identify either application performance, or network performance, or both.

**14.** The system of claim **1**, wherein the software is further configured to interact with a network to enable a user to update the software.

24

**15.** The system of claim **1**, wherein the software is further configured to be hosted by either a vendor, or a service provider, or both and distributed to one or more users via the internet.

**16.** The system of claim **15**, wherein either the vendor, or the service provider, or both charge fees for using the software.

**17.** The system of claim **1**, wherein the software is further configured to enable a user to select from one or more network characteristics for testing how well mobile content performs on the mobile device.

**18.** The system of claim **17**, wherein the network characteristics includes one or more network profiles.

**19.** The system of claim **18**, wherein the network profiles are configured to enable a user to either manage the profiles, or create custom profiles, or both.

**20.** A method for emulating an application playing on an application player in each of a plurality of mobile devices, the method comprising:
  retrieving characteristics, indicative of performance, for each of the mobile devices; emulating each of the mobile devices in real time using respective models running on a processor extrinsic to the mobile devices, wherein each of the models is based on the retrieved characteristics; playing the application in real time using the application player within each of the models; monitoring the application playing in each of the models to determine resource utilization information by the application for each of the mobile devices; and displaying the resource utilization information for at least one of the mobile devices.

**21.** The method of claim **20**, wherein the step of displaying comprises displaying the resource utilization information graphically using a timeline numbered to indicate points in time during the execution of the application.

**22.** The method of claim **20**, wherein the step of retrieving further includes interacting with a user to select the plurality of mobile devices from a list of mobile devices stored in a library containing characteristics indicative of performance of the mobile devices.

**23.** The method of claim **20**, wherein step of emulating comprises:
  determining, based upon the characteristics, for each mobile device: the display size of the mobile device; the amount of random access memory (RAM); the amount of non-volatile memory; and the processor speed; and for each said mobile device, generating the respective model based upon one or more of the display size, the amount of RAM, the amount of non-volatile memory, and the processor type.

**24.** The method of claim **20**, wherein the steps of playing and monitoring simulate execution of one or more frames of a frame-based application.

**25.** The method of claim **20**, further comprising identifying one or more frames of a frame-based application where resource utilization of the application exceeds a maximum resource availability threshold of any one of the mobile devices.

**26.** The method of claim **25**, further comprising displaying the first identified frame of the application to indicate a crash of the application on the emulated mobile device.

**27.** The method of claim **20**, further comprising identifying one or more frames of a frame-based application where resource utilization of the application exceeds a maximum resource availability threshold of any one of the mobile devices, wherein the threshold defaults to a maximum resource availability for the emulated mobile device.

US 9,298,864 B2

25                                                        26

**28**. The method of claim **20**, further comprising identifying one or more frames of a frame-based application where resource utilization of the application exceeds a maximum resource availability threshold of any one of the mobile devices, wherein the threshold is modified to dynamically adjust resource availability to the application.

**29**. A method for emulating an application playing on at least one mobile device comprising:

receiving instructions to select each said mobile device from a list including characteristics indicative of performance of each said mobile device; emulating each said mobile device using a respective model, wherein each said model is based upon the characteristics of a respective said mobile device; playing the application in real time within each said model; monitoring each said model to determine resource utilization of the application for each said mobile device; and displaying the resource utilization information.

**30**. The method of claim **29**, further comprising publishing the application to the mobile device once resource utilization is determined to be within available resources of the mobile device.

**31**. A method for emulating a frame-based application playing on a mobile device that includes an application player, the method comprising:

retrieving characteristics indicative of performance of the mobile device; emulating, on a processor extrinsic to the mobile device, the mobile device as a model based upon the retrieved characteristics; playing the application in real time within the model; monitoring the application playing in real time to determine utilization of the mobile device's resources by the application; identifying a frame of the application where resource utilization by the application exceeds a maximum resource availability threshold of the mobile device; and displaying the identified frame to indicate a crash of the application on the emulated mobile device.

**32**. A method for developing an application to play on a mobile device that includes an application player, the method comprising:

downloading, via the Internet, computer-readable instructions for executing the application; determining resource utilization of the application when executed on the mobile device by:

emulating the mobile device on a processor extrinsic to the mobile device using a model based on the characteristics; loading the application into the model; and monitoring the application playing in real time within the model to determine resource utilization of the application for the mobile device; and repeating the steps of receiving and determining until the resource utilization when running the application is no greater than resource availability of the mobile device.

**33**. The method of claim **32**, further comprising selecting the mobile device from a list of mobile devices containing characteristics indicative of performance of the mobile devices.

**34**. The method of claim **33**, wherein the step of downloading is responsive to an online payment to a third party.

**35**. The method of claim **34**, wherein the online payment comprises one of a subscription fee and a usage fee.

**36**. A software product comprising instructions, stored on computer-readable media, wherein the instructions, when executed by a computer, perform steps emulating and profiling a frame-based application to play on a plurality of mobile devices each including an application player, comprising:

instructions for retrieving characteristics indicative of performance for each of the mobile devices; instructions for emulating each of the mobile devices on a processor extrinsic thereto using a respective model based upon the characteristics for each respective model; instructions for playing the application within each of the models; and instructions for monitoring the application playing in each of the models to determine resource utilization of the application for each of the mobile devices.

**37**. An emulator for profiling an application running on a plurality of mobile devices comprising:

a model of each of the mobile devices based upon characteristics of the respective mobile device; wherein the model uses an application player to play the application within each of the models on a processor extrinsic to the mobile device; and a monitor for determining resource utilization of the application when played by the respective mobile device.

**38**. The emulator of claim **37**, wherein the monitor comprises means for displaying the resource utilization relative to a particular point in time during the execution of the application.

**39**. A development server for supporting a plurality of environments for developing applications to run on a plurality of mobile devices, comprising:

a network profile library storing one or more network profiles defining operation of a communication network for communicating with the mobile devices; and a device model library storing one or more mobile devices.

**40**. The development server of claim **39**, wherein the device model defines a player for running the applications on the device models.

**41**. The development server of claim **39**, further comprising an emulator for emulating the applications in real time on a processor extrinsic to the mobile devices, wherein the output of the emulator is published to one or more of the environments.

**42**. A para-authoring environment for developing an application to run on a mobile device comprising:

two or more authoring environments cooperating to author the application, wherein each of the authoring environments comprise:

a para-monitor for monitoring activity of the authoring environment, for publishing information of the activity, and for receiving information of other authoring environment activity; and an application editor for creating and editing at least one subsection of the application, wherein other subsections of the application are created and edited by other authoring environments; and a para-authoring manager for managing collaborative development among the authoring environments.

**43**. The para-authoring environment of claim **42**, wherein the two or more authoring environments each develop a part of the application.

**44**. The para-authoring environment of claim **42**, wherein the para-authoring manager is located on a development server communicatively connected to each of the authoring environments.

**45**. The para-authoring environment of claim **42**, further comprising an emulator for emulating the mobile device running the application, wherein an output of the emulator is accessible from at least one of the authoring environments.

**46**. The para-authoring environment of claim **45**, wherein the emulator is located on a development server communicatively connected to each of the authoring environments.

US 9,298,864 B2

27

28

**47**. A para-authoring environment for developing an application executable on a mobile device, comprising:

a plurality of cooperating authoring environments, wherein each authoring environment comprises:

an application editor for authoring at least part of the application; and a para-monitor for generating activity information based upon monitored activity of the authoring environment, and for determining an authoring status of the application; wherein at least one of the authoring environments further comprises an emulator for emulating a model of the mobile device for testing operability of the application on the mobile device; wherein the activity information includes profile data indicating resource utilization of the application and a device view generated by the emulator; and wherein the authoring environments intercommunicate to exchange the activity information, authoring status and parts of the application.

**48**. The para-authoring environment of claim **47**, wherein the profile data and the device view are displayed within one or more or more of the other authoring environments.

**49**. The para-authoring environment of claim **47**, wherein the para-monitor transfers, upon publication by the authoring environment, one or more parts of the application to one or more of the other authoring environments.

**50**. The para-authoring environment of claim **47**, wherein each para-monitor enables collaborative development including one or more of text, video and audio communication.

*   *   *   *   *