# EXHIBIT 4

SEVENTH EDITION

# MODERN DICTIONARY of ELECTRONICS

RUDOLF F. GRAF

Newnes







Newnes is an imprint of Butterworth-Heinemann.

Copyright © 1999 by Rudolf F. Graf

 A member of the Reed Elsevier Group.

All rights reserved.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher.

 Recognizing the importance of preserving what has been written, Butterworth-Heinemann prints its books on acid-free paper whenever possible.

Butterworth-Heine[redacted] Global ReLeaf program in [redacted] forests, and our environment.

**Library of Congress Cataloging-in-Publication Data**

Graf, Rudolf F.
Modern dictionary of electronics / Rudolf F. Graf. — 7th ed., revised and updated.
p. cm.
ISBN 0-7506-9866-7 (alk. paper)
1. Electronics — Dictionaries. I. Title
TK7804.G67 1999
621.381'03 — dc21 99-17889
CIP

**British Library Cataloguing-in-Publication Data**
A catalogue record for this book is available from the British Library.

The publisher offers special discounts on bulk orders of this book.
For information, please contact:
Manager of Special Sales
Butterworth-Heinemann
225 Wildwood Avenue
Woburn, MA 01801-2041
Tel: 781-904-2500
Fax: 781-904-2620

For information on all Butterworth-Heinemann publications available, contact our World Wide Web home page at: http://www.bh.com

10 9 8 7 6 5 4 3 2 1

Typeset by Laser Words, Madras, India
Printed in the United States of America

first launched into highly elliptical orbits with apogees of 22,237 miles. When the communication satellite reaches the appropriate apogee, a rocket motor is fired to place the satellite into its permanent circular orbit of 22,237 miles. *Also see* perigee.

**A positive (A+ or A plus)**—1. Positive terminal of a battery or positive polarity of any other sources of voltage. 2. The terminal to which the positive side of the filament-voltage source of a vacuum tube should be connected.

**A power supply**—A power supply used as a source of heating current for the cathode or filament of a vacuum tube.

**apparatus**—1. Any complex device. 2. Equipment or instruments used for a specific purpose.

**apparatus wire and cable**—Insulated wire and cable used in connecting electrical apparatus to a power source, also including wire and cable used in the apparatus itself.

**apparent bearing**—The direction from which the signal arrives with respect to some reference direction.

**apparent power**—In an ac circuit, the power value obtained by simple multiplication of current by voltage with no consideration of the effect of phase angle. (Compare with *true power*.)

**apparent power loss**—For voltage-measuring instruments, the product of nominal end-scale voltage and the resulting current. For current-measuring instruments, the product of the nominal end-scale current and the resulting voltage. For other types of instruments (for example, wattmeters), the apparent power loss is expressed for a stated value of current or voltage. Also called volt-ampere loss.

**apparent source**—*See* effective acoustic center.

**Applegate diagram**—A graphical representation of electron bunching in a velocity-modulated tube, showing their positions along the drift space. This bunching is plotted on the vertical coordinate, against time along the horizontal axis.

**applet**—A small computer program that performs a simple task.

**AppleTalk**—A networking protocol developed by Apple Computer for communication between Apple Computer products and other computers. This protocol is independent of what network it is layered on.

**Appleton layer**—In the ionosphere, a region of highly ionized air capable of reflecting or refracting radio waves back to earth. It is made up of the $F_1$ and $F_2$ layers.

**apple tube**—A color-television picture tube in which the three colors of phosphors are laid in fine vertical strips along the screen. The intensity of the electron beam is modulated as its sweeps over them so that each color is produced with appropriate brightness.

**appliance**—Any electrical equipment used in the home and capable of being operated by a nontechnical person. Included are units that perform some task that could be accomplished by other, more difficult means, but usually not those used for entertainment (radios, TVs, hi-fi sets, etc.).

**appliance wire and cable**—A classification of Underwriters' Laboratories, Inc., covering insulated wire and cable intended for internal wiring of appliances and equipment. Each construction satisfies the requirements for use in particular applications.

**application**—1. The use of a computer for a specific purpose, e.g., designing a brochure or writing a letter. 2. System or problem to which a computer is applied. An application may be of the computational type, in which arithmetic computations predominate, or of the data-processing type, in which data-handling operations predominate. *See also* application program.

**application factor**—
It is based on deviations
(usually temperature and o

**application-oriented**
ming language that is prin
ized area. 2. A problem-or
whose statements resemble
the computer user.

**application progra**
intended to solve a probler
systems programs, which
computer system. 2. A con
data-processing function r
3. A program used to per
tational task that is impo
some internal computer fun
a specific purpose, such a
payroll, and word processi
accomplishes specific task

**application schema**
resentation using symbols
relation of a number of ci

**application-specific**
ASIC.

**applications softwa**
on the specific end appli
real work or apparent w
Generally this is the soft
computer-based systems (
single or specific set of f
include food and chemic
trol, automotive electroni
machines, photographic e
controlled cameras and f
cessing), energy distribut
mailing lists, payrolls, an
grams that perform specifi
or database management.

**applicators (appli**
dielectric heating, the e
dielectric item is place
developed. 2. Appropriat
between which an alterna
for the purpose of prod
medical electronics, the
undergoing diathermy or

**applied voltage**—1
minal and a reference p
2. The voltage obtained
given points in a circuit v
plete circuit. 3. The volt
or system input, as oppo
ing from current through
applied voltage.

**applique circuit**—
modify existing equipme
special usage.

**approach-control r**
used in a ground-contro
airport-surveillance radar

**approach path**—I
portion of the flight path
landing area where such
touchdown point.

**approved circuit**—
tion system.

**APT**—Abbreviation
tool. A high-level or sim

**AQL**—Abbreviation
statistically defined qua
defective accepted on a

**conductor-to-hole spacing** — The distance between a conductor edge and the edge of a component hole.

**conduit** — 1. A tubular raceway designed for holding wires or cables designed and used expressly for this purpose. It may be a solid or flexible tube in which insulated electrical wires are run. 2. Metal sleeve through which electrical wires pass.

**conduit wiring** — Wiring carried in conduits and conduit fittings.

**cone** — The diaphragm that sets the air in motion to create a sound wave in a direct-radiator loudspeaker. Usually it is conical in shape.

**cone breakup** — The inability of a speaker cone to work as a piston at high frequencies, the effect being that the cone is not under the complete control of the voice coil, certain parts of it moving in opposition to other parts like a rippled rope. Responsible for uneven frequency response.

**cone of nulls** — A conical surface formed by directions of negligible radiation.

**cone of silence** — An inverted cone-shaped space directly over the aerial towers of some radio beacons. Within the cone, signals cannot be heard or will be greatly reduced in volume.

**conference call** — A telephone call that interconnects three or more telephones and permits all parties to converse at random.

**confetti** — Flecks or streaks of color caused by tube noise in the chrominance amplifier. Because of its colors, confetti is much more noticeable than snow in a black-and-white picture. The chrominance amplifier is therefore cut off during a monochrome program.

**confidence** — 1. The likelihood, expressed as a percentage, that a measurement or statement is true. 2. The degree of assurance that the stated failure rate has not been exceeded.

**confidence factor** — The percentage figure expressing confidence level.

**confidence interval** — A range of values believed to include, with a preassigned degree of confidence, the true characteristic of the lot.

**confidence level** — 1. The probability (expressed as a percentage) that a given assertion is true or that it lies within certain limits calculated from the data. 2. A degree of certainty.

**confidence limits** — Extremes of a confidence interval within which there is a designated chance that the true value is included.

**configuration** — 1. The relative arrangement of parts (or components) in a circuit. 2. A listing of the names and/or serial numbers of the assemblies that make up an equipment. 3. The hardware and/or software making up a system. 4. Combination of computer and peripheral devices at a single installation. 5. A general-purpose computer term that can refer to the way a computer is set up. It is also used to describe the total combination of hardware components that make up a computer system and the software settings that allow various hardware components of a computer system to communicate with one another.

**configuration file** — A file that contains information on the way a system is set up.

**configure** — The act of changing software or hardware actions by changing the settings in a computer.

**confocal resonator** — A wavemeter for millimeter wavelengths. It consists of two spherical mirrors that face each other; a change in the spacing between the mirrors affects the propagation of electromagnetic energy between them, making possible direct measurement of free-space wavelengths.

**conformal coating** — 1. A thin nonconductive coating, either plastic or inorganic, applied to a circuit for environmental and/or mechanical protection. 2. A protective coating applied to completed printed circuit boards that conforms to the shape of the components and provides complete electrical as well as environmental insulation.

**conformance error** — The deviation of a calibration curve from a specified curve line.

**confusion jamming** — An electronic countermeasure by means of which a radar may detect a target, but the radar operator is denied accurate data regarding range, azimuth, and velocity of the target. This result is accomplished through amplification and retransmission of an incident radar signal with distortion to create a false echo. Also called deception jamming.

**confusion reflector** — A device that reflects electromagnetic radiation to create echoes for purposes of causing confusion of radar, guided missiles, and proximity fuses.

**congestion** — A condition in which the number of calls arriving at the various inputs of a communications network are too many for the network to handle at once and are subject to delay or loss. (The concept applies in an analogous way to any system in which arriving traffic can exceed the number of servers.)

**conical horn** — A horn whose cross-sectional area increases as the square of the axial length.

**conical scanning** — A form of scanning in which the beam of a radar unit describes a cone, the axis of which coincides with that of the reflector.

**conjugate** — Either of a pair of complex numbers that are mutually related in that their real parts are identical and the imaginary part of one is the negative of the imaginary part of the other, that is, if $a = x + iy$, then $a = x - iy$ is its conjugate.

**conjugate branches** — Any two branches of a network in which a driving force impressed on one branch does not produce a response in the other.

**conjugate bridge** — A bridge in which the detector circuit and the supply circuits are interchanged, compared with a normal bridge.

**conjugate impedance** — An impedance whose value is the conjugate of a given impedance. For an impedance associated with an electric network, the conjugate is an impedance with the same resistance component as the original and a negative reactive component.

**conjugate matching** — A condition of source- and loading-impedance matching in which the source impedance and the load impedance have equal resistive parts and equal reactance values with opposite signs. This results in maximum power transfer.

**connected** — A network is connected if, between every pair of nodes of the network, there exists at least one path composed of branches of the network.

**connecting block** — A cable-termination block in which access to circuit connections is available.

**connection** — 1. The attachment of two or more component parts so that conduction can take place between them. 2. The point of such attachment.

**connection diagram** — 1. A diagram showing the electrical connections between the parts that make up an apparatus. 2. A pattern illustrating the connections needed to place an electronic system in operation when such a system includes one or more assemblies, power supplies, and devices being controlled.

**connector** — 1. A coupling device that provides an electrical and/or mechanical junction between two cables, or between a cable and a chassis or enclosure. 2. A device that provides rapid connection and disconnection of electrical cable and wire terminations. 3. A

plug or receptacle that
separated from its mate. M
two or more conductors
cal assembly. 4. A device
and receptacle. Various ty
card-edge, two-piece, herm
configurations. 5. Devices
through connections in cab
rack and panel applicatior
parts of a circuit together
contact.

**connector assemb**
mated plug and receptacle

**connector disconti**
contact resistance.

**connector flange** —
or around the periphery o
provisions for mounting th

**connector recepta**
with contacts constructed
a cable, coaxial line, cord
electrical connector mount
or panel.

**connect time** — 1.
establishing a connection
a computer-based data c
switching time required to
two terminal points.

**conoscope** — An ins
optical axis of a quartz cr

**consequent poles**
present at other than the e

**consol** — *See* sonne.

**console** — 1. A cabin
receiver that stands on th
2. Main operating unit in
controls of a radar or elec
part of a computer that m
of the machine. The com
or terminal. 4. An array of
monitoring and control of a
as in the checkout of a roc

**console operator** —
controls an electronic co
control unit or console.

**consonance** — Electr
between bodies or circuits

**constant** — 1. An un
item. 2. Any number not e

**constant-amplitude**
ing, a relationship between
and the electrical signals
of the groove (the excursio
portional to the amplitude
playback, a similar relatio
motion of the stylus so th
voltage regardless of frequ
ups have a constant amplit

**constant current** —
undergo a change greater
the measurement when th
is halved. 2. Having to d
operation in which the out
value (within specified lin
varies, resulting in an outp
voltage range of the powe

**constant-current ch**
ship between the voltages
one of them as well as all
constant.

etic discs that can be
e unit.
g device in which the
ssed onto a disc; as
ch impresses the sound

circuit component, com-
or, diode, capacitor, or
lual and separable circuit
t elements, such as char-
eans of distinct elements.
nels when there are four
s, as opposed to matrix
ck method that keeps four
dependent from recording
vidual identity. Fabricated
parately packaged, not part

circuit built from separate
ually manufactured, tested,
circuit built of separate
istors, etc.) connected by
ed conductors.
—1. A component that has
installation (e.g., resistors,
sistors). 2. A circuit compo-
dentity, such as a transistor

A class of electronic compo-
ETs, bipolar power transistors,
ices, rectifiers, power hybrid
discretes, and transistors. Typ-
in one active element, such as
wever, hybrids, optoelectronic
scretes may contain more than
ontrast, integrated circuits typ-
thousands, or even millions of
e die. 2. An individual electrical
istor, capacitor, or transistor, as
l circuit, which is equivalent to
ents.
—An electronic element, such as
abricated in such a way that it can
orted individually.
separately packaged single circuit
fundamental property as a lumped
n application. Examples: resistors

g—The lengthening of individual
mpling process does not deteriorate
ency response of the channel.
m component—An individually
component having one or more dis-
stive, conductive, and/or insulating
and potentiometers having thin-film
lements are examples.
iring—The use of a selective metal-
e interconnection of large numbers of
ice of semiconductor material to form
e metallization pattern connects with
on the wafers. Discretionary wiring
interconnection pattern for each wafer
1—1. The difference between
encies, with the system or transducer
cified impedances. 2. In a frequency
, the detection or demodulation of the
s in the frequency of the carrier. 3.
the degree of rejection of unwanted

**discrimination ratio**—The ratio of the width of the passband of a filter to the width of the stopband of the filter.

**discriminator**—1. A device in which amplitude variations are derived in response to frequency or phase variations. 2. A facsimile auxiliary device between the radio receiver and the recorder that converts an audio-frequency-shifted facsimile signal to an amplitude-modulated facsimile signal.

**discriminator transformer**—A transformer used in FM receivers to convert frequency changes directly to audio-frequency signals.

**discriminator tuning unit**—A device that tunes the discriminator to a particular subcarrier.

**disc-seal tube**—Also called lighthouse tube or megatron. An electron tube with disc-shaped electrodes arranged in closely spaced parallel layers to give a low interelectrode capacitance along with a high power output in the UHF region.

**dish**—1. A microwave antenna, usually shaped like a parabola, that reflects the radio energy leaving or entering the system. 2. A parabolic type of radio or radar antenna, roughly the shape of a soup bowl. 3. A colloquial expression for a parabolic antenna. 4. Common term for a parabolic microwave antenna.

**dish illumination**—The area of a dish as seen by the feedhorn.

**disk**—1. An electromagnetic storage medium for digital data. 2. High-capacity random-access magnetic storage medium. *See also* disc.

**disk cartridge**—The flat, round, removable disk pack, containing programs and data, that is placed into a disk drive.

**disk drive**—1. Identified floppy, removable, and nonremovable bulk storage for most minicomputer and mainframe systems, and microcomputer systems needing several megabytes of storage. 2. A disk player that rotates the disk, writes data onto it, and reads data from it as instructed by a program.

**diskette**—*See* floppy disk.

**disk operating system**—Abbreviated DOS. 1. The software that organizes how a computer reads, writes, and reacts with its disks and talks to its various peripherals (input/output devices), such as keyboards, screens, serial and parallel ports, printers, modems, etc. The most popular operating system for PCs is MS-DOS from Microsoft. 2. An operating system (set of programs) that instructs a disk-based computing system to manage resources and operate related equipment. 3. A set of programs that controls a computer. The DOS performs a variety of tasks, including managing communications between the computer and its peripherals. *See also* operating system.

**disk pack**—The vertical stacking of a series of magnetic disks in a removable self-contained unit.

**disk storage**—1. Random-access auxiliary memory device in which information is stored on constantly rotating magnetic disks. 2. The storage of data on the surface of magnetic disks. 3. A mass storage memory device employing a flat, rotating medium onto which data can be stored via magnetic recording techniques and retrieved by magnetic playback. 4. A method of high-speed bulk storage of programs and data. The medium is a rotating circular plate coated with a magnetic material, such as iron oxide. Data is written (stored) and read (retrieved) by fixed or movable read/write heads positioned over data tracks on the surface of the disk. Addressable portions can be selected for read or write operations.

**dislocation**—In a crystal, a region in which the atoms are not arranged in the perfect crystal-lattice structure.

**dispatcher**—In a digital computer, the section that transfers the words to their proper destinations.

**dispenser**—A device that automatically distributes radar chaff from an aircraft.

**disperse**—In data processing, to distribute grouped input items among a larger number of groups in the output.

**dispersion**—1. Separation of a wave into its component frequencies. 2. Scattering of a microwave beam as it strikes an obstruction. 3. The property of an optical material that causes some wavelengths of light to be transmitted through the material at different velocities, with the velocity a function of the wavelength. (This causes each wavelength of light to have a different refractive index.) 4. In a magnetostrictive delay line, the variation of delay as a function of frequency. 5. The frequency difference that can be analyzed in one sweep by a spectrum analyzer. Dispersion can be considered as that frequency width over which sampling can be performed, and is always equal to or less than the frequency range. 6. The extent to which a speaker distributes acoustical power widely and evenly into the listening area. 7. The undesirable effect of the broadening of optical pulses caused by lengthening of rise and fall times as the pulse travels along the fiber. Sometimes referred to as pulse spreading, it results from either modal or material effects in the fiber that reduce bandwidth. Expressed in nanoseconds per kilometer. 8. A fiber-optic phenomenon that causes pulse widths of transmitted data to lengthen. Dispersion is caused by the arrival of data at the far terminal at different times due to the varying lengths of optical paths in multimode fiber, and by inherent properties in the fiber. Dispersion increases with length of conductor and is caused by the difference in ray path lengths within the fiber core.

*Dispersion, 3 (by a prism).*

**dispersive medium**—A medium in which the phase velocity of a wave is related to the frequency.

**displacement**—1. The vector quantity representing change of position of a particle. 2. A number that a computer must add to a base address to form an effective address.

**displacement current**—A current that exists in addition to ordinary conduction current in ac circuits. It is proportional to the rate of change of the electric field. The current at right angles to the direction of propagation determined by the rate at which the field energy changes.

**displacement of porches**—The difference in level between the front and back porch of a television signal.

**displacement transducer**—A device that converts mechanical energy into electrical energy, usually by the movement of a rod or an armature. The amount of output voltage is determined by the amount the rod or armature is moved.

**display**—Also called readout. 1. Visual presentation of a received signal on a cathode-ray tube or video screen.

2. Row of digits across the top of a calculator, showing input or final answer. In printing-type calculators, referred to as printout. 3. The observable illustration of an image, scene, or data on a screen, such as a console or CRT screen, seen as a graph, report, or drawing. 4. The representation of data in visible form, e.g., on a cathode-ray tube, by lights or indicators on the console of a computer, or a printed report.

**display console** — A visual display used with a computer to give access to the many elements of data as an array of points. With the display console, an operator may check information in the computer and change it if required.

**display-generation time** — The time span between the output of data from the host computer and the moment at which the complete display can be viewed.

**display generator** — An electronic device that interfaces computer-graphics display information with a graphics-display device. Typically, the interface is made between a digital computer and a CRT. In general, a display generator for a rasterscan display contains four subsystems: display controller, display processor, refresh memory, and video driver.

**display highlighting** — The ability of the word processor to intensify or blink certain portions of the display screen — either the characters themselves or the screen area behind the characters — to emphasize a text segment designated for some special activity such as deleting or moving.

**display information processor** — A computer used in a combat operations center to generate situation displays.

**display loss** — *See* visibility factor.

**display modes** — Each display mode, such as vector, increment, character, point, vector continue, or short vector, specifies the manner in which points are to be displayed on the screen.

**display panel** — The substrate containing the media for creating an image, including electric connections but excluding the electronic interface.

**display primaries** — Also called receiver primaries. The red, green, and blue colors produced by a color television receiver and mixed in proper proportions to produce other colors.

**display processor** — A component of a display generator used to add intelligence. Typically, the device is a microcomputer with stored programs that perform high-level graphics functions.

**display-storage tube** — A special cathode-ray tube with a long and controllable image presistence and high luminescence.

**display unit** — A device used to provide a visual representation of data.

**display window** — The width of the portion of the frequency spectrum presented on panoramic presentation, expressed in frequency units, usually megahertz.

**disruptive discharge** — The sudden, large current through an insulating medium when electrostatic stress ruptures the medium and thus destroys its insulating ability.

**dissector** — In optical character recognition, a mechanical or electronic transducer that sequentially detects the level of light in different areas of a completely illuminated sample space.

**dissector tube** — A camera tube having a continuous photocathode on which a photoelectric emission pattern is formed. Scanning is done by moving the electron optical image of the pattern over an aperture. *See also* image dissector, 1.

**dissipation** — The undesired loss of electrical energy by conversion into heat.

**dissipation constant** — A constant of proportionality between the power dissipated and the resultant temperature rise in a thermistor at a specified temperature.

**dissipation factor** — 1. Symbolized by D. The ratio between the permittivity and conductivity of a dielectric. 2. The reciprocal of the dissipation factor (df) is the quality factor, sometimes called the quality factor (Q). 3. A measure of the ac loss. Dissipation factor is proportional to the power loss ($P_L$) per cycle ($f$) per potential gradient squared ($E^2$) per unit volume ($V$) as follows:

$$\text{dissipation factor} = (P_L/kE^2fV)$$

where $k$ is a constant. Dissipation factor is approximately equal to power factor when the loss angle is small.

**dissipation line** — A length of stainless-steel or Nichrome wire used as a noninductive impedance in the termination of a rhombic transmitting antenna when power of several kilowatts must be dissipated.

**dissonance** — The formation of maxima and minima by the superposition of two sets of interference fringes from light of two different wavelengths.

**dissymmetrical network** — *See* dissymmetrical transducer.

**dissymmetrical transducer** — Also called dissymmetrical network. A transducer with unequal input and output image impedances.

**distance mark** — Also called range mark. A mark that indicates, on a cathode-ray screen, the distance from the radar set to a target.

**distance-measuring equipment** — Abbreviated DME. A radio navigational aid for determining the distance from a transponder beacon by measuring the time of transmission to and from it.

**distance protection** — The effect of a device operative within a predetermined electrical distance on the protected circuit to cause and maintain an interruption of power in a faulty circuit.

**distance relay** — 1. A protective relay, the operation of which is a function of the distance between the relay and the point of fault. 2. A device that functions when the circuit admittance, impedance, or reactance increases or decreases beyond predetermined limits.

**distance resolution** — The ability of a radar to differentiate targets solely by distance measurement. Generally expressed as the minimum distance the targets can be separated and still be distinguishable.

**distortion** — 1. Undesired changes in the waveform of a signal so that a spurious element is added. All distortion is undesirable. Harmonic distortion disturbs the original relationship between a tone and other tones naturally related to it. Intermodulation distortion (IMD) introduces new tones caused by mixing of two or more original tones. Phase distortion, or nonlinear phase shift, disturbs the natural timing sequence between a tone and its related overtones. Transient distortion disturbs the precise attack and decay of a musical sound. Harmonic and IMD distortion are expressed in percentages; phase distortion in degrees; transient distortion is usually judged from oscilloscope patterns. 2. Unwanted changes in the purity of sound being reproduced or in rf signals. In audio, it generally implies intermodulation and/or harmonic distortion. These are derived from phase differences and/or amplitude distortion in which the amplitude of the output does not bear the same proportion to the input at all frequencies. 3. With a signal frequency (sine wave) signal, distortion appears as harmonics (multiples) of the input frequency. The rms (effective ac point) sum of all harmonic distortion components, plus hum and noise, is known as total harmonic distortion, or THD. When a two-tone test signal is used, distortion components

Case 4:18-cv-00519-ALM Document 60-5 Filed 03/16/20 Page 8 of 37 PageID #: 1986

**emitron** — A cathode-ray tube developed in England by J. H. Hixenweaver in 1955.

**emitron camera** — A British television camera tube resembling an iconoscope.

**emittance** — The power per unit area radiated by a source of energy.

**emitter** — Also called source. 1. One of the three regions that form a bipolar transistor. Under forward bias of the emitter-base pn junction, the emitter injects minority carriers (electrons or holes) into the base region, where they either recombine or diffuse into the collector. The flow of minority carriers from the emitter to the collector is controlled by the base-emitter pn junction, thereby giving rise to signal amplification. 2. An electrode within a transistor from which carriers are usually minority carriers; when they are majority carriers, the emitter is referred to as a majority emitter. 3. In fiber optics, the source of optical power. *See* coherent emitter; incoherent emitter.

**emitter-base and collector-base junction** — In a semiconductor, the region where the base and collector and the emitter and base meet. These junctions are defined on the surface of the chip as an oxide step.

**emitter bias** — The bias voltage applied to the emitter of a transistor.

**emitter-coupled logic** — *See* ECL.

**emitter current** — The direct current flowing in the emitter circuit of a transistor.

**emitter cutoff frequency** — That frequency at which the $\beta$ of a transistor is down 3 dB from the low-frequency value.

**emitter depletion-layer capacitance** — The part of the capacitance across an emitter-base junction of a semiconductor that is associated with its depletion layer. The emitter depletion-layer capacitance is a function of the total potential drop across the depletion layer.

**emitter follower** — A transistor amplifier circuit configuration analogous to a vacuum-tube follower. The circuit is characterized by relatively high input impedance, low output impedance, and a voltage gain of less than unity.

**emitter junction** — 1. A semiconductor junction normally biased in the low-resistance direction so that minority carriers are injected into the interelectrode region. 2. A junction between the base and emitter regions of a semiconductor normally biased in the forward direction, and through which the charge carriers flow from a region in which they are majority carriers to one in which they are minority carriers.

**emitter region** — That part of a transistor lying between the emitter junction and the emitter electrode from which carriers flow across the emitter junction.

**emitter resistance** — The resistance in series with the emitter lead in the common-T equivalent circuit of a transistor.

**emitter semiconductor** — A junction normally biased in the low-resistance direction to inject minority carriers into an interelectrode region.

**emitter series resistance** — The resistance between the emitter terminal of a semiconductor and the internal inaccessible emitter point in an equivalent circuit.

**emitter terminal** — The specified externally available point of connection to the emitter region.

**emitter voltage** — The voltage between the emitter terminal and a reference point.

**EMP** — Abbreviation for electromagnetic pulse.

**emphasizer** — A circuit or device that provides an intentional increase in signal strength at certain audio frequencies.

**empire cloth** — A cotton or linen cloth coated with varnish and used as insulation on coils and other parts of electrical equipment.

**empirical** — 1. Based on actual measurement, observation, or experience, as opposed to theoretical determination. 2. Based solely on experiment or observation, rather than on scientific theory. 3. Pertaining to a statement or formula based on experience or observation rather than on deduction or theory.

**EMR** — Abbreviation for electromagnetic radiation.

**emu** — Abbreviation for electromagnetic unit.

**emulate** — 1. To imitate one system with another, such that the imitating system accepts the same data, executes the same programs, and achieves the same results as the imitated system. 2. To imitate a computer system by a combination of hardware and software that allows programs written for one computer to be run on another. *See* simulate.

**emulation** — 1. The imitation of all or part of one device, terminal, or computer by another, so that the emulating device accepts the same data, performs the same functions, and appears to other network devices as if it were the emulated device. 2. The imitation of a computer system, performed by a combination of hardware and software, that allows programs to run between incompatible systems. 3. For PCs, the process of imitating the behavior of one operating system using a completely different operating system. 4. The generation of one system's code set by another so that the two may communicate. For example, a system with TTY emulation appears like a Teletype system when communicating with another Teletype. 5. The use of hardware or software to generate in real time the expected correct output responses for comparison to the device under test. 6. A hardware model of the target microprocessor used to check out the target system. This can be either the same microprocessor model as used in a target system, or bit-slice architecture that mimics the target microprocessor's function. Using the target microprocessor is called substitutional emulation or in-circuit emulation. *See also* in-circuit emulation.

**emulator** — 1. A device that is capable of operating in such a manner that it appears to have all of the characteristics of another device. For example, a hardware and software combination that enables one computer to execute programs written for another computer, or a device that produces the same set of outputs for a given set of inputs as does another device. 2. The combination of programming techniques and special machine features that permit a given computing system to execute programs written for another system. 3. A program or a hardware device that duplicates the instruction set of one computer on a different computer, allowing program development for the emulated computer without that computer being available.

**emulsion** — A suspension of finely divided photosensitive chemicals in a viscous medium, used in semiconductor processing for coating glass masks.

**enable** — To permit a circuit to be activated by the removal of a suppression signal.

**enabling gate** — A circuit that determines the start and length of a generated pulse.

**enabling pulse** — 1. A pulse that opens a normally closed electric gate, or otherwise permits occurrence of an operation for which it is a necessary but not sufficient condition. 2. A pulse that prepares a circuit for some subsequent action.

**enameled wire** — Wire coated with a layer of baked-enamel insulation.

**encapsulant** — A material, usually epoxy, used to encase and seal all components in an electronic circuit.

creen of a closely woven silk mesh
ıe and used to hold an emulsion
ttern and used in screen printing
generally to describe any screen
n) used for screen printing.
ʒ metal that is more conductive than
s not readily corrode, it is used for
ʒ and switches. Its chemical symbol

ıpacitor — A mica capacitor that
er deposited directly on the mica
; conducting metal foil.
ver spraying.
—A process by which silver in
ating surface, under conditions of
h an electrical potential applied, is
ı one location and redeposited as a
on. This transfer results in reduced
ıd dielectric failure.
-A small dry cell giving a constant
Used in low-current applications,
alculators, and electric watches. It
anode, a depolarizing silver oxide
ım hydroxide or sodium hydroxide

solder that is composed of copper,
a melting point lower than that of
that of lead-tin solder.
-Brazing with a silver-based filler

·Also called silvering. Metallizing
al master disc recording by using a
hich ammoniated silver nitrate and
in an atomized spray to precipitate

rangement of closely spaced con-
d as a step-by-step device to unbal-
stance bridge.
or — A multitapped resistor whose
ingle-leaf silver contacts. Variation
solenoid to open or close these
more or less of the resistance in
a means of regulating the output
value.
—A technique for buffer control
e assigned to a single data control
ned to it until it is closed.
An integrated circuit that consists
cuits formed on a single chip. The
h gate are brought out to separate
circuit package.
current — Also called sinusoidal
alternating current whose instan-
o the product of a constant and the
gle having a value varying linearly

electromotive force — A sym-
ectromotive force that is equal to
ant and the cosine or sine of an
ly with time.
: motion — A periodic motion
aries as a sinusoidal function of

ʔ s-quad.
—Scanning of only one scanning

ource — A source that radiates
directions under free-field condi-

ate vibration — A periodic mo-
e sinusoid.

**simple target** — In radar, a target whose reflecting surface does not cause the amplitude of the reflected signal to vary with the aspect of the target (e.g., a metal sphere).

**simple tone** — 1. A sound wave whose instantaneous sound pressure is a simple sinusoidal function of time. 2. Also called a pure tone. A sound sensation characterized by its singleness of pitch.

**simplex** — 1. Transmission in one direction only. 2. A transmission facility in which the transmission is restricted to only one direction. 3. A form of communications satellite operation that involves a communication in only one direction at a time (mainly for facsimile, television, and some data).

**simplex channel** — A path for electrical transmission of information in one direction between two or more terminals.

**simplex coil** — A repeating coil used on a pair of wires to derive a commercial simplex circuit.

**simplexed circuit** — A two-wire metallic circuit from which a simplex circuit is derived, the metallic and simplex circuits being capable of simultaneous use.

**simplex mode** — Operation of a communication channel in one direction only, with no capability for reversing.

**simplex modem** — A two-wire modem that can transmit in only one direction.

**simplex modem with backward channel** — Two-wire modem that can transmit simultaneously in both directions, with the primary direction being reasonably high speed and the secondary (or backward) direction being rather low speed.

**simplex operation** — Communication that takes place in only one direction at a time between two stations. Included in this classification are ordinary transmit-receive or press-to-talk operation, voice-operated carrier, and other forms of manual or automatic switching from transmit to receive.

**simplex software** — One-way transmission of data. A program that can be in the form of ROM, floppy disk data, cassette data, or hard-copy (firmware), or in the form of a machine code or high-level language in RAM.

**simplex transmission** — Data transmission in one direction only.

**simulate** — 1. To use the behavior of another system to represent certain behavioral features of a physical or abstract system. 2. To represent the functioning of a device, system, or computer program by another; e.g., to represent one computer by another, to represent the behavior of a physical system by the execution of a computer program, or to represent a biological system by a mathematical model. To represent, by imitation, the functions of one system or process by means of another. *See* emulate.

**simulation** — Also called digital simulation. 1. A type of problem in which a physical model and the conditions to which the model may be subjected are all represented by mathematical formulas. 2. The substitution of instrumentation (often a computer) for actual operational conditions, so that valid data can be obtained. 3. Modeling of the operation of a logic circuit by a computer program containing device models and topology information about their interconnections. 4. The technique of utilizing representative or artificial data to reproduce in a model various conditions that are likely to occur in the actual performance of a system. Frequently used to test the behavior of a system under operating policies. 5. Representation of either an abstract or a physical system's features by computer operations. Often the operating environment of a program must be simulated during the software testing. 6. Modeling a target microprocessor with a software interpreter so that object code can be checked as if it were actually executing in the target microprocessor. Simulation usually can't duplicate timing problems, glitches, or microprocessor idiosyncrasies. Input/output devices are often simulated so microcomputer development can proceed before the actual devices are available. 7. Representation of physical systems by computers.

**simulator** — 1. A device that represents a system or phenomenon and that reflects the effects of changes in the original so that it may be studied, analyzed, and understood from the behavior of that device. 2. A cross-computer program that allows the user to test the object program by simulating the action of the microcomputer when the actual circuitry is unavailable. Simulators often provide certain kinds of diagnostic information unavailable with a debugger program running on the actual microcomputer: warning of the overflow of a processor stack or of an attempt by the program to write into a location in the ROM, for example. They usually allow manipulation and display of the simulated microcomputer memory and CPU registers; setting of breakpoints, whereby processing can be stopped at a certain program address or when the program reads or writes into a specified memory location; and tracing, in which each instruction in a certain address range is printed out as it is executed. Often they provide timing information, such as the number of instructions or machine cycles executed from program start to stop. 3. Program that helps to evaluate a microprocessor by duplicating all logic operations within the software of a large computer. Software simulators are sometimes used in the debug process to simulate the execution of machine-language programs using another computer (often a time-sharing system). These simulators are especially useful if the actual computer is not available. They may facilitate the debugging by providing access to internal registers of the CPU that are not brought out to external pins in the hardware. 4. A device or a computer program that simulates the operation of another device or computer.

**simulator program** — A program that causes one computer to imitate the logical operation of another computer for purposes of measurement and evaluation. Primarily used to exercise program logic independent of hardware environment. Extremely useful for debugging logic prior to committing it to ROM.

**simulcast** — 1. To broadcast a program simultaneously over more than one type of broadcast station, e.g., to broadcast a stereophonic program over an AM and FM station. 2. A program so broadcast.

**simulcasting** — Broadcasting a stereo program over an AM and FM station. An AM and FM tuner are required for stereo reception.

**simultaneous** — Pertaining to the occurrence of events at the same instant of time.

**simultaneous access** — *See* parallel access.

**simultaneous computer** — A computer in which there is a separate unit to perform each portion of the complete computation concurrently, the units being interconnected in a manner that depends on the computation. At different times during a run, a given interconnection carries signals that represent different values of the same variable. For example, the simultaneous computer is a differential analyzer.

**simultaneous lobing** — In radar, a direction-determining technique utilizing the received energy of two concurrent and partially overlapped signal lobes. The relative phase of power of the two signals received from a target is a measure of the angular displacement of the target from the equiphase or equisignal direction.

does not slow down as its load

**plexer**—A multiplexer that can
streams into one higher-speed
g these types of multiplexers, all
the system must be under the
hronizing device or clock.

**ation**—Operation of a system
ck pulses.

**fier**—A rectifier in which con-
sed at the correct instant by either
or a commutator driven by a syn-

**t register**—Shift register that
f a system operation and in which
er clock pulse occurs.

**ed**—A speed value related to the
er line and the number of poles in
Synchronous speed in revolutions
he frequency in hertz divided by
ith the result multiplied by 120.

**tem**—1. A system in which the
nstruments are operating continu-
ie same frequency and are main-
ase relationship. 2. A system in
ynchronized by a common clock

**que**—1. The maximum load tor-
tor can be loaded after it comes
These torques are usually higher
. Torque that a synchronous motor
d excitation is applied; the total
ilable to drive the load.

**nsfer**—An I/O transfer that takes
iount of time without regard to
iving device.

**ansmission**—1. Data transmis-
s and bits are transmitted at a fixed
ter and receiver synchronized by a
iinates the need for individual start
ounding each byte, thus providing
npare with asynchronous transmis-
in which the sending and receiving
ontinuously at the same frequency
ed phase relationship by correction

**rator**—An electromagnetic vibra-
converts a low dc voltage to a low
d applies it to a power transformer.
rnating voltage is obtained and rec-
it eliminates the need for a rectifier

-1. An instrument used to deter-
nce or degree of synchronism of two
ierators or quantities. 2. An oscillo-
rrent pulses or waveforms may be
incorporates a sweep generator that
or each pulse.

**n**—A system for obtaining remote
l by means of self-synchronizing
is and equivalent types.

**receiver**—A relatively low-impe-
vice that generates its own torque
table synchro-torque transmitter.

**transmitter**—A positioning
electrical information of sufficient
able torque receiver.

A device for accelerating charged
rons) in a vacuum. The particles
anging magnetic field while being

accelerated many times in a closed path by a radio-frequency electric field.

**synchrotron noise**—Radio noise caused by the acceleration of charged particles to high speeds.

**synchrotron radiation**—Also called magnetic bremsstrahlung. The radiation produced by relativistic electrons as they travel in a region of space containing magnetic fields.

**sync level**—The level of the peaks of the synchronizing signal.

**sync limiter**—A circuit used in television circuits to prevent sync pulses from exceeding a predetermined amplitude.

**sync pulse**—Part of the sync signal in a television system.

**sync section**—A color TV circuit comprising a keyer, burst amplifier, phase detector, reactance tube, subcarrier oscillator, and quadrature amplifier.

**sync separator**—The circuit that separates the sync signals from the control pulses in a television system.

**sync signal**—Also called a synchronizing signal. The signal employed for synchronizing the scanning. In television it is composed of pulses at rates related to the line and field frequencies.

**sync-signal generator**—A synchronizing signal generator for a television receiver or transmitter.

**syntax**—1. The rules that govern the structure of expressions in a language. 2. The grammar of a programming language, that is, rules about how commands may be used and how they fit together. 3. Set of grammatical rules defining valid constructs of a language. 4. Structure of expressions in a language and the rules governing the structure of a language. 5. The way in which words are put together to form valid computer commands.

**synthesis**—The combination of parts to form a whole.

**synthesizer**—1. A device that can generate a number of crystal-controlled frequencies for multichannel communications equipment. 2. A system for generating a precise and stable frequency whose accuracy is determined by quartz crystal oscillators, instead of inductance/capacitance tuned circuits. As compared with the latter, a synthesizer circuit can result in a tuner or transmitter whose frequency setting is known with great accuracy and that is free from drift or other tuning errors. True digital tuners (as opposed to those which tune conventionally but have digital frequency displays) use synthesizers in order to advance in discrete steps from one exact channel frequency to another without passing through the unwanted frequencies in between.

**synthesizer frequency meter**—A device for measuring frequency by utilizing a synthesized crystal-based signal for the internally generated signal.

**synthetic display generation**—Logical and numerical processing to display collected or calculated data in symbolic form.

**synthetic speech**—Artificially reproduced acoustic signals that are recognizable as human speech.

**syntony**—The condition in which two oscillating circuits have the same resonant frequency.

**system**—1. An assembly of component parts linked together by some form of regulated interaction into an organized whole. 2. A collection of consecutive operations and procedures required to accomplish a specific objective. 3. A collection of units combined to work a larger integrated unit having the capabilities of all the separate units. 4. The complete computer assembly, with CPU, memory, I/O, plus any required devices or peripherals for the application intended. 5. A set of interconnected elements constituted to achieve a given objective by performing a specific function.

**system analysis**—The examination of an activity, procedure, method, technique, or business to determine what must be accomplished and how the necessary operations may best be accomplished by using electronic data-processing equipment.

**systematic distortion**—Distortion of a periodic or constant nature, such as bias or characteristic distortion; the opposite of fortuitous distortion.

**systematic error**—1. The magnitude and direction of the tendency of a measuring process to measure some quantity other than the one intended. 2. An error of the type that has an orderly character that can be corrected by calibration.

**systematic inaccuracies**—Those inaccuracies due to inherent limitations in the equipment.

**system bus**—A general-purpose backbone used to connect processors, memory, and peripherals to form a computer system.

**system deviation**—The instantaneous difference between the value of a specified system variable and the ideal value of the same system variable.

**system effectiveness**—A measure of the degree to which an item can be expected to fulfill a set of specified mission requirements, which may be expressed as a function of availability, dependability, and capability.

**system element**—One or more basic elements, together with other components necessary to form all or a significant part of one of the general functional groups into which a measurement system can be classified.

**system engineering**—A method of engineering analysis whereby all the elements in a system, including the process itself, are considered.

**system failure rate**—The number of occasions during a given time period on which a given number of identical systems do not function properly.

**system ground**—One common point to which the grounds for various pieces of equipment in a system are connected. The system ground is generally the best point to connect to earth ground.

**system input unit**—A device defined as a source of an input job stream.

**system integration**—The process of matching physical, electrical, and logical characteristics of different components so that they work together.

**system layout**—In a microwave system, a chart or diagram showing the number, type, and termination of circuits used in the system.

**system library**—The assemblage of all cataloged data sets at an installation.

**system macroinstruction**—A predefined macroinstruction that makes available access to operating system facilities.

**system master tapes**—Magnetic tapes that contain programmed instructions necessary for preparation of a computer before programs are run.

**system network diagram**—A diagram showing each station and its relationship to the other stations in a network of stations and to the control point(s).

**system noise**—The output of a system when it is operating with zero input signal.

**system of beams**—The three electron beams emitted by the triple electron-gun assembly in a color tube. They occupy positions equidistant from a common axis and are spaced 120° apart around the axis.

**system of units**—An assemblage of units for expressing the magnitudes of physical quantities.

ıones and teletypewriters are terminal
ıy datasets.

**dance** — 1. Guidance applied to a
veen midcourse guidance and arrival
ectronic, mechanical, visual, or other
aircraft pilot to facilitate arrival at
parture from an air landing or air-drop

– Also called component hole. A hole
hment and electrical connection of
tions, including pins and wires, to a

**dance** — 1. The complex impedance
d output or input terminals of trans-
or a line in otherwise normal operating
minal resistance.
*See* terminal stub.

- 1. A threaded lug to which a wire
a terminal box. 2. A cylindrical piece
lid or hollow and of two or more
be stacked, flared, swaged, or pressed
ırpose of connecting leads or external
tive pattern.

**e** — Condition of a PC when it is
computer.

- An alternate term for terminal area.

— An associated pair of accessible
nput or output terminals of a device

**ater** — 1. An assemblage of equip-
fically for use at the end of a commu-
contrasted with the repeater, which
ıtermediate point. 2. Two microwave
o provide for the interconnection of
separate sections of a system.

**ance** — Also called terminal impe-
istance measured between the input
r. For an ac meter, it is the effec-
ıeasured by the voltage-doubling or
ıe with rated end-scale input of the
y applied.

**or** — A resistor used as a terminating

ı — In telephone practice, a room
ıtral office, private branch exchange,
that contains distributing frames,
pparatus.

**n** — The microwave equipment and
equipment employed at the ends of

-*See* terminal board.

- Also called terminal leg. A piece of
h a cable terminal for splicing into

- Abbreviated TU. 1. An apparatus
considered interface system and by
nection (and translation, if required)
e considered interface system and
rface system. 2. The RTTY equiv-
contains a modulator, demodulator,
ıly. 3. Equipment usable on a com-
or either input or output.

**mnirange** — Very high frequency
low powered, complete with a local
at will automatically shut down the
erating properly.

— A transmission line terminated in
the characteristic impedance of the
no reflection or standing waves.
ıe closing of the circuit at either end
er by connection to some device.

Terminating does not imply any special condition, such as the elimination of reflection.

**terminating capacitor** — A capacitor sometimes used as a terminating device for a capacitance sensor antenna. The capacitor allows the supervision of the sensor antenna, especially if a long wire is used as the sensor.

**terminating device** — A device that is used to terminate an electrically supervised circuit. It makes the electrical circuit continuous and provides a fixed impedance reference (end of line resistor) against which changes are measured to detect an alarm condition. The impedance changes may be caused by a sensor, tampering, or circuit trouble.

**termination** — 1. A load connected to a transmission line or other device. To avoid wave reflections, it must match the characteristic impedance of the line or device. 2. A waveguide technique; the point at which energy flowing along a waveguide continues in a nonwaveguide mode of propagation. 3. The terminals at an antenna to which the transmission line is connected (screw terminals, solder connections, coaxial connector, etc.).

**termination block** — A nonconductive material on which are provided several termination points.

**ternary** — 1. A numerical system of notation using the base 3 and employing the characters 0, 1, and 2. 2. Able to assume three distinct states.

**ternary code** — A code in which each element may be any one of three distinct kinds or values.

**ternary gates** — Ternary circuits that operate on three logic states at a time — that is, in base 3 arithmetic instead of base 2.

**ternary incremental representation** — A type of incremental representation in which the value of an increment is rounded to one of three values plus or minus one quantum or zero.

**ternary pulse-code modulation** — A form of pulse-code modulation in which each element of information is represented by one of three distinct values, e.g., positive pulses, negative pulses, and spaces.

**terrain-avoidance radar** — Airborne radar that provides a display of terrain ahead of a low-flying airplane to permit horizontal avoidance of obstacles.

**terrain-clearance indicator** — A device for measuring the distance from an aircraft to the surface of the sea or earth.

**terrain error** — In navigation, the error resulting from distortion of the radiated field by the nonhomogeneous characteristics of the terrain over which the radiation in question has been propagated.

**terrain-following radar** — Airborne radar that provides a display of terrain ahead of a low-flying aircraft to permit manual control, or signals for automatic control, to maintain constant altitude above the ground.

**terrestrial interference** — Abbreviated TI. Interference of earth-based microwave communications with reception of satellite broadcasts.

**terrestrial-reference flight** — Stabilized flight in which control information is obtained from terrestrial phenomena (e.g., flight in which basic information derived from the magnetic field of the earth, atmospheric pressure, and the like is fed into a conventional automatic pilot).

**tertiary coil** — A third coil used in the output transformer of an audio amplifier to supply a feedback voltage.

**tertiary winding** — 1. A winding added to a transformer, in addition to the conventional primary and secondary windings, to suppress third harmonics or to make connections to a power-factor-correcting device. 2. *See* stabilized winding.

**tesla** — The SI unit of magnetic flux density, equal to 1 weber per square meter. Letter symbol: T.

**Tesla coil** — An air-core transformer used for developing high-voltage discharge at a very high frequency. It has a few turns of heavy wire as the primary and many turns of fine wire as the secondary.

**test** — A procedure or sequence of operations for determining the manner in which equipment is functioning or the existence, type, and location of any trouble.

**test bed** — A test site that either contains or simulates all hardware and software interfaces.

**test bench** — Equipment designed specifically for making overall bench tests on equipment in a particular test setup under controlled conditions.

**test board** — A switchboard equipped with testing apparatus arranged so that connections can be made from it to telephone lines or central office equipment for testing purposes.

**test clip** — A spring clip fastened to the end of an insulated wire to enable quick temporary connections when circuits or devices are being tested.

**test driver** — Tool providing the facilities needed to execute a program, e.g., inputs or files, and commands. May also evaluate outputs and produce reports.

**testing level** — The value of power used for reference, represented by 0.001 watt working into 600 ohms.

**test jack** — 1. A jack that makes a circuit or circuit element available for testing purposes. 2. In recent practice, a jack that is multiplied with the operating jack on the switchboard.

**test language** — A procedure or programming language designed or adapted for the development of test specifications and routines.

**test lead** — 1. A flexible, insulated lead wire that usually has a test prod on one end. It is ordinarily used for making temporary electrical connections. The insulation normally is rubber; the standard colors are red and black. 2. A flexible insulated lead used chiefly for connecting meters and test instruments to a circuit under test.

**test loop** — A cycle of tests that can be repeated over and over, e.g., to locate intermittent faults.

**test oscillator** — A test instrument that can be set to generate an unmodulated or tone-modulated radio-frequency signal at any frequency needed for aligning or servicing receivers and/or amplifiers.

**test pattern** — A geometric pattern containing a group of lines and circles, used for testing the performance of a television receiver or transmitter by revealing the following video-signal characteristics: horizontal linearity, vertical linearity, contrast, aspect ratio, interlace, streaking, ringing, vertical resolution, and horizontal resolution. The camera is focused on the chart, and the pattern is viewed for fidelity at the monitor.

*Test pattern.*

– An expression representing radiance of a black body as a and temperature.
elength of maximum radiation rtional to the absolute temper- l the intensity of radiation at varies as the fifth power of the lso Wien displacement law.
s that represent one or more puter. For example, in DOS wild card that stands for any question mark stands for any

r — A high-fidelity push-pull sing triode-connected tetrodes. by D. T. N. Williamson.
ge — A type of electrostatic tube.
— A common static machine nsisting of two coaxial insulat- te directions. Sectors of tinfoil to a connecting rod and col- tic electricity is produced for scharging across a gap.

*static machine.*

Originally an IBM code name Now a generic name for any -disk system for computer use. ailable in 14-inch (35.6-cm), nch (13.3-cm) diameters.
hich recording tape is wound one in which the tape is wound faces toward the hub; a B wind d surface faces away from the ied to an uneven, wind is one k free from laterally displaced,

wind-driven dc generator for 2-volt batteries formerly used

ctive path, usually wire, induc- tic core or cell. Windings may to function — e.g., sense, bias, e turns of wire forming a con- ner, relay, rotating machine, or ice.
electrical machine, the length of of degrees.
e ratio of the total area of wire roid to the window area of a

**wind loading** — 1. The force exerted by the wind on the surface of a dish antenna. It can cause misalignment or damage to the system. 2. The maximum wind an antenna is rated to withstand without being damaged. Expressed in miles per hour.

**Windom antenna** — A horizontal half-wave dipole located above ground and fed by a vertical or nearly vertical single wire connected at a point approximately one-twelfth wavelength from the center of the dipole.

**window** — 1. In digital filter design, a type of weighting function. 2. In graphical interface terminology, any area of a computer display temporarily dedicated to running a particular software-controlled task. 3. One of several possibly overlapping areas of a terminal screen that communicates with an independent process or program. 4. Strips of metal foil, wire, or bars dropped from aircraft or fired from shells or rockets as a radar countermeasure. 5. The small area through which beta rays enter a Geiger-Mueller tube. 6. Aperture in a photresist coating produced by exposure and development. 7. In computer graphics, a defined area in the system not bounded by any limits; unlimited "space" in graphics.

**window area** — The opening in the laminations of a transformer.

*Window area.*

**window corridor** — Also called the infected area or lane. An area in which window has been sown.

**windowing** — The division of a CRT display into sections (by means of software), allowing the display of data from several different sources.

**window jamming** — Reradiation of electromagnetic energy by reflecting it from a window to jam enemy electronic devices.

**Windows** — A graphical user interface developed by Microsoft for DOS (Disk Operating System), sometimes called MS-DOS, the standard operating system for IBM PCs. The operating system is the software that controls the computer hardware, manages program operations, and handles the flow of data to and from storage devices and peripherals.

**windshield** — In radar, a streamlined cover placed in front of airborne paraboloid antennas to minimize wind resistance. The cover material is such as to present no appreciable attenuation to the radiation of the radar energy.

**wing spot generator** — An electronic circuit that grows wings on the video target signal of a type-G indicator. These wings are inversely proportional in size to the range.

**wipe** — A transition from one scene to another wherein the new scene is revealed by a moving line or pattern.

**wiped joint** — A joint heated by wiping molten solder on the area to be joined.

**wiper** — 1. The moving contact that makes contact with a terminal in a stepping relay or switch. 2. In a potentiometer, the contact that moves along the element, dividing the resistance according to its mechanical position.

**wiper arm** — In a pressure potentiometer, the movable electrical contact that is driven by the sensing element and moves along the coil.

**wiping action** — The action that occurs when contacts are mated with a sliding action. Wiping has the effect of removing small amounts of contamination from the contact surfaces, thus establishing better conductivity.

**wiping contact** — Also called self-cleaning contact, sliding contact, and self-wiping contact. 1. A switch or relay contact designed to move laterally with a wiping motion when engaging with or disengaging from a mating contact. 2. Contact that has sliding motion during opening and closing.

**wire** — 1. A solid or stranded group of solid cylindrical conductors having a low resistance to current flow, together with any associated insulation. 2. A single metallic conductor of round, square, or rectangular section, either bare or insulated. 3. A slender rod or filament of drawn metal. The term is a generally used one, which may refer to any single conductor. If larger than 9 AWG or having multiple conductors, it is usually referred to as cable.

**wire barrel** — *See* barrel.

**wire bond** — 1. The method by which very fine wires are attached to semiconductor components for interconnection of those components with each other or with package leads. *See also* beam leads. 2. The fastened union point between a conductor or terminal and the semiconductor die. 3. Includes all the constituent components of a wire electrical connection, such as between the terminal and the semiconductor die. These components are the wire, metal bonding surfaces, the adjacent underlying insulating layer (if present), and substrate.

**wire bonding** — 1. A lead-covered tie used for connecting two cable sheaths until a splice is closed and covered permanently. 2. The method used for connecting chips to substrate conductor patterns, package pins, or to other chips. Commonly used techniques include thermocompression ball and wedge types, and ultrasonic bond. The wires are typically made of either aluminum or gold

*Wire bonding.*

# Merriam-Webster's Collegiate® Dictionary

Eleventh Edition

®

**A GENUINE MERRIAM-WEBSTER**

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2004 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
p. cm.
Includes index.
ISBN 0-87779-807-9 (Laminated unindexed : alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (international).
1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
PE1628.M36 2003
423—dc21 2003003674
CIP

Merriam-Webster's Collegiate® Dictionary, Eleventh Edition, principal copyright 2003

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

3456TT:QWV04

arousing a sympathetic response : ATTRACTION ⟨movies had a great ~ for him⟩

[2]**appeal** *vb* [ME *appelen* to accuse, appeal, fr. AF *apeler*, lit., to call, summon, fr. L *appellare*, fr. *appellere* to drive to, fr. *ad-* + *pellere* to drive — more at FELT] *vt* (14c) **1** : to charge with a crime : ACCUSE **2** : to take proceedings to have (a lower court's decision) reviewed in a higher court ~ *vi* **1** : to take a lower court's decision to a higher court for review **2** : to call upon another for corroboration, vindication, or decision **3** : to make an earnest request ⟨~*ed* to them for help⟩ **4** : to arouse a sympathetic response ⟨that idea ~*s* to him⟩ — **ap·peal·abil·i·ty** \-ˌpē-lə-ˈbi-lə-tē\ *n* — **ap·peal·able** \-ˈpē-lə-bəl\ *adj* — **ap·peal·er** *n*

**ap·peal·ing** \ə-ˈpē-liŋ\ *adj* (1813) **1** : marked by earnest entreaty : IMPLORING **2** : having appeal : PLEASING ⟨an ~ design⟩ — **ap·peal·ing·ly** \-liŋ-lē\ *adv*

**ap·pear** \ə-ˈpir\ *vi* [ME *apperen*, fr. AF *aparer*, *aparoir*, fr. L *apparēre*, fr. *ad-* + *parēre* to show oneself] (13c) **1 a** : to be or come in sight ⟨the sun ~*s* on the horizon⟩ **b** : to show up ⟨~*s* promptly at eight each day⟩ **2** : to come formally before an authoritative body ⟨must ~ in court today⟩ **3** : to have an outward aspect : SEEM ⟨~*s* happy enough⟩ **4** : to become evident or manifest ⟨there ~*s* to be evidence to the contrary⟩ **5** : to come into public view ⟨first ~*ed* on a television variety show⟩ ⟨the book ~*ed* in print a few years ago⟩ **6** : to come into existence ⟨hominids ~*ed* late in the evolutionary chain⟩

**ap·pear·ance** \ə-ˈpir-ən(t)s\ *n* (14c) **1 a** : external show : SEMBLANCE ⟨although hostile, he preserved an ~ of neutrality⟩ **b** : outward aspect : LOOK ⟨had a fierce ~⟩ **c** *pl* : outward indication ⟨trying to keep up ~*s*⟩ **2 a** : a sense impression or aspect of a thing ⟨the blue of distant hills is only an ~⟩ **b** : the world of sensible phenomena **3 a** : the act, action, or process of appearing **b** : the presentation of oneself in court as a party to an action often through the representation of an attorney **4 a** : something that appears : PHENOMENON **b** : an instance of appearing : OCCURRENCE

**ap·pease** \ə-ˈpēz\ *vt* **ap·peased; ap·peas·ing** [ME *appesen*, fr. AF *apeser*, *apaiser*, fr. *a-* (fr. L *ad-*) + *pais* peace — more at PEACE] (14c) **1** : to bring to a state of peace or quiet : CALM **2** : to cause to subside : ALLAY ⟨*appeased* my hunger⟩ **3** : PACIFY, CONCILIATE; *esp* : to buy off (an aggressor) by concessions usu. at the sacrifice of principles *syn* see PACIFY — **ap·peas·able** \-ˈpē-zə-bəl\ *adj* — **ap·pease·ment** \-ˈpēz-mənt\ *n* — **ap·peas·er** *n*

[1]**ap·pel·lant** \ə-ˈpe-lənt\ *adj* (14c) : of or relating to an appeal : APPELLATE ⟨an ~ court⟩

[2]**appellant** *n* (15c) : one that appeals; *specif* : one that appeals from a judicial decision or decree

**ap·pel·late** \ə-ˈpe-lət\ *adj* [L *appellatus*, pp. of *appellare*] (1768) : of, relating to, or recognizing appeals; *specif* : having the power to review the judgment of another tribunal ⟨an ~ court⟩

**ap·pel·la·tion** \ˌa-pə-ˈlā-shən\ *n* (15c) **1** : an identifying name or title : DESIGNATION **2** *archaic* : the act of calling by a name **3** : a geographical name (as of a region, village, or vineyard) under which a winegrower is authorized to identify and market wine; *also* : the area designated by such a name

**ap·pel·la·tive** \ə-ˈpe-lə-tiv\ *adj* (15c) **1** : of or relating to a common noun **2** : of, relating to, or inclined to the giving of names — **ap·pel·la·tive** *n* — **ap·pel·la·tive·ly** *adv*

**ap·pel·lee** \ˌa-pə-ˈlē\ *n* (1531) : one against whom an appeal is taken

**ap·pend** \ə-ˈpend\ *vt* [L *appendere*, to hang, weigh out, fr. *ad-* + *pendere* to weigh — more at PENDANT] (1646) **1** : ATTACH, AFFIX **2** : to add as a supplement or appendix (as in a book)

**ap·pend·age** \ə-ˈpen-dij\ *n* (1647) **1** : an adjunct to something larger or more important : APPURTENANCE **2** : a usu. projecting part of an animal or plant body that is typically smaller and of less functional importance than the main part to which it is attached; *esp* : a limb or analogous part (as a seta) **3** [*appendant*] : a dependent or subordinate person

**ap·pen·dant** \ə-ˈpen-dənt\ *adj* [ME, fr. AF *apendaunt*, prp. of *apendre* to belong, be subject, fr. ML *appendēre* to be attached, belong to, fr. L, to be pending, fr. *ad-* + *pendēre* to hang (vi.)] (15c) **1** : belonging as a right by prescription — used of annexed land in English law **2** : associated as an attendant circumstance **3** [*append*] : attached as an appendage ⟨a seal ~ to a document⟩ — **appendant** *n*

**ap·pen·dec·to·my** \ˌa-pən-ˈdek-tə-mē, ˌa-ˌpen-\ *n*, *pl* **-mies** [L *appendic-*, *appendix* + E *-ectomy*] (ca. 1895) : surgical removal of the vermiform appendix

**ap·pen·di·cec·to·my** \ə-ˌpen-də-ˈsek-tə-mē\ *n*, *pl* **-mies** (1894) *Brit* : APPENDECTOMY

**ap·pen·di·ci·tis** \ə-ˌpen-də-ˈsī-təs\ *n* [NL] (1886) : inflammation of the vermiform appendix

**ap·pen·dic·u·lar** \ˌa-pən-ˈdi-kyə-lər\ *adj* (1651) : of or relating to an appendage and esp. a limb ⟨the ~ skeleton⟩

**ap·pen·dix** \ə-ˈpen-diks\ *n*, *pl* **-dix·es** *or* **-di·ces** \-də-ˌsēz\ [L *appendic-*, *appendix*, fr. *appendere*] (1542) **1 a** : APPENDAGE **b** : supplementary material usu. attached at the end of a piece of writing **2** : a bodily outgrowth or process; *specif* : VERMIFORM APPENDIX

**ap·per·ceive** \ˌa-pər-ˈsēv\ *vt* **-ceived; -ceiv·ing** [F *apercevoir*] (1843) : to have apperception of

**ap·per·cep·tion** \-ˈsep-shən\ *n* [F *aperception*, fr. *apercevoir*, fr. MF *aperceivre*, fr. *a-* (fr. L *ad-*) + *perceivre* to perceive] (1753) **1** : introspective self-consciousness **2** : mental perception; *esp* : the process of understanding something perceived in terms of previous experience — **ap·per·cep·tive** \-ˈsep-tiv\ *adj*

**ap·per·tain** \ˌa-pər-ˈtān\ *vi* [ME *apperteinen*, fr. AF *apurtenir*, fr. LL *appertinēre*, fr. L *ad-* + *pertinēre* to belong — more at PERTAIN] (14c) : to belong or be connected as a rightful part or attribute : PERTAIN

**ap·pe·tence** \ˈa-pə-tən(t)s\ *n* (1598) : APPETENCY

**ap·pe·ten·cy** \-tən(t)-sē\ *n*, *pl* **-cies** [L *appetentia*, fr. *appetent-*, *appetens*, prp. of *appetere*] (1611) : a fixed and strong desire : APPETITE — **ap·pe·tent** \-tənt\ *adj*

**ap·pe·tis·er, ap·pe·tis·ing** *Brit var of* APPETIZER, APPETIZING

**ap·pe·tite** \ˈa-pə-ˌtīt\ *n* [ME *apetit*, fr. AF, fr. L *appetitus*, fr. *appetere* to strive after, fr. *ad-* + *petere* to go to — more at FEATHER] (14c) **1** : any of the instinctive desires necessary to keep up organic life; *esp* : the desire to eat **2 a** : an inherent craving ⟨an insatiable ~ for work⟩ **b** : TASTE, PREFERENCE ⟨the cultural ~*s* of the time —J. D. Hart⟩ — **ap·pe·ti·tive** \-ˌtī-tiv\ *adj*

**ap·pe·tiz·er** \ˈa-pə-ˌtī-zər\ *n* (1820) **1** : a food or drink that stimula[tes] the appetite and is usu. served before a meal **2** : something that sti[m]ulates a desire for more ⟨a literary ~⟩

**ap·pe·tiz·ing** \-ˌtī-ziŋ\ *adj* (1653) : appealing to the appetite esp. in [ap]pearance or aroma; *also* : appealing to one's taste ⟨an ~ display [of] merchandise⟩ *syn* see PALATABLE — **ap·pe·tiz·ing·ly** \-ziŋ-lē\ *ad[v]*

**appl** *abbr* applied

**ap·plaud** \ə-ˈplȯd\ *vb* [ME, fr. MF or L; MF *aplaudir*, fr. L *applaud[ere]* fr. *ad-* + *plaudere* to applaud] *vi* (15c) : to express approval esp. by cl[ap]ping the hands ~ *vt* **1** : to express approval of : PRAISE ⟨~ her [ef]forts to lose weight⟩ **2** : to show approval of esp. by clapping [the] hands — **ap·plaud·able** \-ˈplȯ-də-bəl\ *adj* — **ap·plaud·ably** \-b[lē]\ *adv* — **ap·plaud·er** *n*

**ap·plause** \ə-ˈplȯz\ *n* [ML *applausus*, fr. L, beating of wings, fr. *appl[au]dere*] (15c) **1** : marked commendation : ACCLAIM ⟨the kind of ~ [ev]ery really creative writer wants —Robert Tallant⟩ **2** : approval pu[b]licly expressed (as by clapping the hands)

**ap·ple** \ˈa-pəl\ *n*, *often attrib* [ME *appel*, fr. OE *æppel*; akin to OHG *[ap]ful* apple, OIr *ubull*, OCS *ablŭko*] (bef. 12c) **1** : the fleshy usu. round[ed] red, yellow, or green edible pome fruit of a usu. cultivated tree (ge[nus] *Malus*) of the rose family; *also* : an apple tree — compare CRAB APP[LE] **2** : a fruit (as a star apple) or other vegetable growth (as an oak app[le]) suggestive of an apple — **apple of one's eye** : one that is highly ch[er]ished ⟨his daughter is the *apple of his eye*⟩

**apple butter** *n* (ca. 1774) : a thick brown spread made by cooking [ap]ples with sugar and spices usu. in cider

**ap·ple·cart** \-ˌkärt\ *n* (1788) : a plan, system, situation, or undertak[ing] that may be disrupted or terminated ⟨upset the ~⟩

**ap·ple–cheeked** \ˈa-pəl-ˌchēkt\ *adj* (1847) : having cheeks the color [of] red apples ⟨~ youngsters⟩

**ap·ple·jack** \-ˌjak\ *n* (1816) : brandy distilled from hard cider; *also* : [an] alcoholic beverage traditionally made by freezing hard cider and [si]phoning off the concentrated liquor

**ap·ple–knock·er** \-ˌnä-kər\ *n* (1919) : RUSTIC

**apple maggot** *n* (1867) : a dipteran fly (*Rhagoletis pomonella*) wh[ose] larva burrows in and feeds esp. on apples

**ap·ple–pie** \ˈa-pəl-ˈpī\ *adj* (1780) **1** : EXCELLENT, PERFECT ⟨~ ord[er]⟩ **2** : of, relating to, or characterized by traditionally American values [(as] honesty or simplicity) ⟨is the epitome of ~ wholesomeness⟩

**ap·ple–pol·ish** \ˈa-pəl-ˌpä-lish\ *vb* [fr. the traditional practice [of] schoolchildren bringing a shiny apple as a gift to their teacher] (1935) : to attempt to ingratiate oneself : TOADY ~ *vt* : to curry fav[or] with (as by flattery) — **ap·ple–pol·ish·er** *n*

**ap·ple·sauce** \-ˌsȯs\ *n* (1704) **1** : a relish or dessert made of app[les] stewed to a pulp and sweetened **2** *slang* : BUNKUM, NONSENSE

**apple scab** *n* (ca. 1899) : a disease of apple trees caused by a fung[us] (*Venturia inaequalis*) producing dark blotches or lesions on the leav[es,] fruit, and sometimes the young twigs

**ap·plet** \ˈa-plət, -(ˌ)plet\ *n* [*appl*ication + [1]*-et*] (1990) : a short compu[ter] application esp. for performing a simple specific task

**ap·pli·ance** \ə-ˈplī-ən(t)s\ *n* (1561) **1** : an act of applying **2 a** : a pie[ce] of equipment for adapting a tool or machine to a special purpose : A[T]TACHMENT **b** : an instrument or device designed for a particular u[se] or function ⟨an orthodontic ~⟩; *specif* : a household or office devi[ce] (as a stove, fan, or refrigerator) operated by gas or electric current [*chiefly*] *Brit* : FIRE ENGINE **3** *obs* : COMPLIANCE *syn* see IMPLEMENT

**ap·pli·ca·ble** \ˈa-pli-kə-bəl *also* ə-ˈpli-kə-\ *adj* (1655) : capable of [or] suitable for being applied : APPROPRIATE ⟨statutes ~ to the cas[e]⟩ *syn* see RELEVANT — **ap·pli·ca·bil·i·ty** \ˌa-pli-kə-ˈbi-lə-tē *also* ə-ˌp[li-]kə-\ *n*

**ap·pli·cant** \ˈa-pli-kənt\ *n* (1776) : one who applies ⟨a job ~⟩

**ap·pli·ca·tion** \ˌa-plə-ˈkā-shən\ *n* [ME *applicacioun*, fr. L *applicatio[n-]*, *applicatio* inclination, fr. *applicare*] (15c) **1** : an act of applying: **a** [(1)] : an act of putting to use ⟨~ of new techniques⟩ (2) : a use to whi[ch] something is put ⟨new ~*s* for old remedies⟩ (3) : a program (as [a] word processor or a spreadsheet) that performs one of the major tas[ks] for which a computer is used **b** : an act of administering or superp[os]ing ⟨~ of paint to a house⟩ **c** : assiduous attention ⟨succeeds by [ap]plication to her studies⟩ **2 a** : REQUEST, PETITION ⟨an ~ for financial aid⟩ : a form used in making a request **3** : the practical inference to be [de]rived from a discourse (as a moral tale) **4** : a medicated or protecti[ve] layer or material ⟨an oily ~ for dry skin⟩ **5** : capacity for practic[al] use ⟨words of varied ~⟩

**ap·pli·ca·tive** \ˈa-plə-ˌkā-tiv, ə-ˈpli-kə-\ *adj* (1638) **1** : APPLICABI[LE,] PRACTICAL **2** : put to use : APPLIED — **ap·pli·ca·tive·ly** *adv*

**ap·pli·ca·tor** \ˈa-plə-ˌkā-tər\ *n* (1659) : one that applies; *specif* : a devi[ce] for applying a substance (as medicine or polish)

**ap·pli·ca·to·ry** \ˈa-pli-kə-ˌtȯr-ē, ə-ˈpli-kə-\ *adj* (1649) : capable of bei[ng] applied

**ap·plied** \ə-ˈplīd\ *adj* (1656) **1** : put to practical use ⟨~ art⟩; *esp* : a[p]plying general principles to solve definite problems ⟨~ sciences⟩ : working in an applied science ⟨an ~ physicist⟩

[1]**ap·pli·qué** \ˌa-plə-ˈkā\ *n* [F, pp. of *appliquer* to put on, fr. L *applica[re]*] (1801) : a cutout decoration fastened to a larger piece of material

[2]**appliqué** *vt* **-quéd; -qué·ing** (1864) : to apply (as a decoration or orn[a]ment) to a larger surface : OVERLAY

**ap·ply** \ə-ˈplī\ *vb* **ap·plied; ap·ply·ing** [ME *applien*, fr. AF *aplier*, fr. [L] *applicare*, fr. *ad-* + *plicare* to fold — more at PLY] *vt* (14c) **1 a** : to p[ut] to use esp. for some practical purpose ⟨*applies* pressure to get what [he] wants⟩ **b** : to bring into action ⟨~ the brakes⟩ **c** : to lay or spre[ad] on ⟨~ varnish⟩ **d** : to put into operation or effect ⟨~ a law⟩ **2** : employ diligently or with close attention ⟨should ~ yourself to yo[ur] work⟩ ~ *vi* **1** : to have relevance or a valid connection ⟨this rule *a[p]plies* to freshmen only⟩ **2** : to make an appeal or request esp. in t[he] form of a written application ⟨~ for a job⟩ — **ap·pli·er** \-ˈplī(-ə)r\ *n*

**ap·pog·gia·tu·ra** \ə-ˌpä-jə-ˈtu̇r-ə\ *n* [It, lit., support] (1753) : an emb[el]lishing note or tone preceding an essential melodic note or tone a[nd] usu. written as a note of smaller size

**ap·point** \ə-ˈpȯint\ *vb* [ME, fr. AF *appointer*, fr. *a-* (fr. L *ad-*) + *poi[nt]* point] *vt* (14c) **1 a** : to fix or set officially ⟨~ a trial date⟩ **b** : [to] name officially ⟨will ~ her director of the program⟩ **c** *archaic* : A[R]RANGE **d** : to determine the disposition of (an estate) to someone [...]

1 : CHAT 1 2 : DISCUSSION, CON-
ı-ˌ\ vi
-lat·ed; -lat·ing [L confabulatus,
to talk, fr. fabula story — more at
nally : CHAT 2 : to hold a discus-
n memory by fabrication — con-
n — con·fab·u·la·tor \kən-ˈfa-
\-lə-ˌtȯr-ē\ adj
nfectus, pp. of conficere to prepare
it together from varied material 2
ı·fect \ˈkän-ˌ\ n
1 : the act or process of confect-
a : a fancy dish or sweetmeat; also
paration usu. made with sugar, syr-
elaborate craftsmanship d : a light
ic, or literary work
-ar·ies (1599) 1 : SWEETS 2 ar-
CTIONERY 3 — confectionary adj
1) : a manufacturer of or dealer in

: a refined finely powdered sugar
-er·ies (1751) 1 : the confection-
s (as candy or pastry) 3 : a confec-

\ n, pl -cies (14c) 1 : a league or
ommon action : ALLIANCE 2 : a
ful purposes : CONSPIRACY 3 : the
r nations united by a league; specif
ng from the U.S. in 1860 and 1861
: of or relating to a confederation
adj [ME confederat, fr. LL confoed-
te by a league, fr. L com- + foeder-,
ERAL] (14c) 1 : united in a league
the Confederate States of America
CCOMPLICE 2 cap : an adherent of
or their cause
t·ed; -at·ing vt (1531) : to unite in a
ogether — con·fed·er·a·tive \-ˈfe-

899) : any of several days appointed
emen of the Confederacy
shən\ n (15c) 1 : an act of confeder-
ted : ALLIANCE 2 : LEAGUE
con·fer·ring [L conferre to bring to-
- more at BEAR] vi (ca. 1500) : to com-
ULT ~ vt 1 : to bestow from or as if
onferred an honorary degree on her)
t conferred with manhood —Murray
erty or characteristic) to someone or
wer will ~ power —John Spanier)
-ˈfər-mənt\ n — con·fer·ra·ble \-ˈfər-
\ n — con·fer·rer \-ˈfər-ər\ n
: one taking part in a conference
-fərn(t)s, for 2 usu kən-ˈfər-ən(t)s\ n
r more persons for discussing matters
formal interchange of views : CONSUL-
ers of the two branches of a legislature
EUS 2 also con·fer·rence \kən-ˈfər-
NT 3 a : a representative assembly or
religious denomination b : a territo-
mination 4 : an association of athletic
fə-ˈren(t)-shəl\ adj
phone call by which a caller can speak
time
)-siŋ, -fərn(t)-\ n (1865) : the holding of
an electronic communications system

. AF confesser, fr. confés having con-
onfitēri to confess, fr. com- + fatēri to
— more at BAN] vt (14c) 1 : to tell or
ng or damaging to oneself) : ADMIT (he
vledge (sin) to God or to a priest b : to
iitent) 3 : to declare faith in or adher-
vidence of ~ vi 1 a : to disclose one's
's sins or the state of one's conscience to
a confession 2 : ADMIT, OWN (~ to a
— con·fess·able \-ˈfe-sə-bəl\ adj
t-lē\ adv (1634) : by confession
(14c) 1 a : an act of confessing; esp : a
acrament of reconciliation b : a session
to ~) 2 : a statement of what is con-
acknowledgment of guilt by a party ac-
al statement of religious beliefs : CREED
y having a common creed
e-shə-nᵊl\ n (1727) 1 : a place where a
he practice of confessing to a priest
of, relating to, or being a confession esp.
r being intimately autobiographical (~
sm \-nə-ˌli-zəm\ n — con·fes·sion·al-
al·ly \-nə-lē, -nᵊl-ē\ adv
3 also ˈkän-ˌfe-sər, 3 also ˈkän-fə-ˌsȯr\ n
oic evidence of faith but does not suffer
fesses 3 a : a priest who hears confes-
's regular spiritual guide
of confetto sweetmeat, fr. ML confectum,
f conficere to prepare — more at COMFIT]
ers of brightly colored paper made for

o -ˌdant, -dənt\ n [F confident, fr. It confi-
t, trustworthy, fr. L confident-, confidens]
are entrusted; esp : INTIMATE
DANT\ n [F confidente, fem. of confident]
e who is a woman

**con·fide** \kən-ˈfīd\ vb **con·fid·ed; con·fid·ing** [ME (Sc), fr. L *confidere*, fr. *com-* + *fidere* to trust — more at BIDE] vi (15c) **1** : to have confidence : TRUST **2** : to show confidence by imparting secrets ⟨~ in a friend⟩ ~ vt **1** : to tell confidentially **2** : to give to the care or protection of another : ENTRUST ***syn*** see COMMIT — **con·fid·er** *n*

¹**con·fi·dence** \ˈkän-fə-dən(t)s, -ˌden(t)s\ *n* (14c) **1 a** : a feeling or consciousness of one's powers or of reliance on one's circumstances ⟨had perfect ~ in her ability to succeed⟩ ⟨met the risk with brash ~⟩ **b** : faith or belief that one will act in a right, proper, or effective way ⟨have ~ in a leader⟩ **2** : the quality or state of being certain : CERTITUDE ⟨they had every ~ of success⟩ **3 a** : a relation of trust or intimacy ⟨took his friend into his ~⟩ **b** : reliance on another's discretion ⟨their story was told in strictest ~⟩ **c** : support esp. in a legislative body ⟨vote of ~⟩ **4** : a communication made in confidence : SECRET ⟨accused him of betraying a ~⟩

***syn*** CONFIDENCE, ASSURANCE, SELF-POSSESSION, APLOMB mean a state of mind or a manner marked by easy coolness and freedom from uncertainty, diffidence, or embarrassment. CONFIDENCE stresses faith in oneself and one's powers without any suggestion of conceit or arrogance ⟨the *confidence* that comes from long experience⟩. ASSURANCE carries a stronger implication of certainty and may suggest arrogance or lack of objectivity in assessing one's own powers ⟨handled the cross-examination with complete *assurance*⟩. SELF-POSSESSION implies an ease or coolness under stress that reflects perfect self-control and command of one's powers ⟨answered the insolent question with complete *self-possession*⟩. APLOMB implies a manifest self-possession in trying or challenging situations ⟨handled the reporters with great *aplomb*⟩.

²**confidence** *adj* (1849) : of, relating to, or adept at swindling by false promises ⟨a ~ game⟩ ⟨a ~ man⟩

**confidence interval** *n* (1934) : a group of continuous or discrete adjacent values that is used to estimate a statistical parameter (as a mean or variance) and that tends to include the true value of the parameter a predetermined proportion of the time if the process of finding the group of values is repeated a number of times

**confidence limits** *n pl* (1939) : the end points of a confidence interval

**con·fi·dent** \ˈkän-fə-dənt, -ˌdent\ *adj* [L *confident-*, *confidens*, fr. prp. of *confidere*] (ca. 1567) **1** : full of conviction : CERTAIN ⟨~ of success⟩ ⟨~ that conditions will improve⟩ **2** : having or showing assurance and self-reliance ⟨a ~ young businessman⟩ ⟨a ~ manner⟩ **3** *obs* : TRUSTFUL, CONFIDING — **con·fi·dent·ly** *adv*

**con·fi·den·tial** \ˌkän-fə-ˈden(t)-shəl\ *adj* (1759) **1** : marked by intimacy or willingness to confide ⟨a ~ tone⟩ **2** : PRIVATE, SECRET ⟨~ information⟩ **3** : entrusted with confidences ⟨a ~ clerk⟩ **4** : containing information whose unauthorized disclosure could be prejudicial to the national interest — compare SECRET, TOP SECRET — **con·fi·den·ti·al·i·ty** \-ˌden(t)-shē-ˈa-lə-tē\ *n* — **con·fi·den·tial·ly** \-ˈden(t)-sh(ə-)lē\ *adv*

**con·fid·ing** \kən-ˈfī-diŋ\ *adj* (1797) : tending to confide : TRUSTFUL — **con·fid·ing·ly** \-diŋ-lē\ *adv* — **con·fid·ing·ness** *n*

**con·fig·u·ra·tion** \kən-ˌfi-gyə-ˈrā-shən, ˌkän-, -gə-ˈ\ *n* [LL *configuration-*, *configuratio* similar formation, fr. L *configurare* to form from or after, fr. *com-* + *figurare* to form, fr. *figura* figure] (1559) **1 a** : relative arrangement of parts or elements: as (1) : SHAPE (2) : contour of land ⟨~ of the mountains⟩ (3) : functional arrangement ⟨a small business computer system in its simplest ~⟩ **b** : something (as a figure, contour, pattern, or apparatus) that results from a particular arrangement of parts or components **c** : the stable structural makeup of a chemical compound esp. with reference to the space relations of the constituent atoms **2** : GESTALT ⟨personality ~⟩ — **con·fig·u·ra·tion·al** \-shnəl, -shə-nᵊl\ *adj* — **con·fig·u·ra·tion·al·ly** *adv* — **con·fig·u·ra·tive** \-ˈfi-gyə-rə-tiv, -ˈfi-gə-\ *adj*

**con·fig·ure** \kən-ˈfi-gyər, *esp Brit* -ˈfi-gər\ *vt* **-ured; -ur·ing** (1677) : to set up for operation esp. in a particular way ⟨a fighter plane *configured* for the Malaysian air force⟩

¹**con·fine** \ˈkän-ˌfīn *also* kən-ˈ\ *n* [ME, fr. AF or L; AF *confines*, pl., fr. L *confine* border, fr. neut. of *confinis* adjacent, fr. *com-* + *finis* end] (15c) **1** *pl* **a** : something (as borders or walls) that encloses ⟨outside the ~*s* of the office or hospital —W. A. Nolen⟩; *also* : something that restrains ⟨escape from the ~*s* of soot and clutter —E. S. Muskie⟩ **b** : SCOPE 3 ⟨work within the ~*s* of a small group —Frank Newman⟩ **2 a** *archaic* : RESTRICTION **b** *obs* : PRISON

²**con·fine** \kən-ˈfīn\ *vb* **con·fined; con·fin·ing** *vi* (1523) *archaic* : BORDER ~ *vt* **1 a** : to hold within a location **b** : IMPRISON **2** : to keep within limits ⟨will ~ my remarks to one subject⟩ ***syn*** see LIMIT — **con·fin·er** *n*

**con·fined** \kən-ˈfīnd\ *adj* (1772) : undergoing childbirth

**con·fine·ment** \kən-ˈfīn-mənt\ *n* (1592) : an act of confining : the state of being confined ⟨solitary ~⟩; *esp* : LYING-IN

**con·firm** \kən-ˈfərm\ *vt* [ME, fr. AF *cunfermer*, fr. L *confirmare*, fr. *com-* + *firmare* to make firm, fr. *firmus* firm] (13c) **1** : to give approval to : RATIFY ⟨~ a treaty⟩ **2** : to make firm or firmer : STRENGTHEN ⟨~ one's resolve⟩ **3** : to administer the rite of confirmation to **4** : to give new assurance of the validity of : remove doubt about by authoritative act or indisputable fact ⟨~ a rumor⟩ ⟨~ an order⟩ — **con·firm·abil·i·ty** \-ˌfər-mə-ˈbi-lə-tē\ *n* — **con·firm·able** \-ˈfər-mə-bəl\ *adj*

***syn*** CONFIRM, CORROBORATE, SUBSTANTIATE, VERIFY, AUTHENTICATE, VALIDATE mean to attest to the truth or validity of something. CONFIRM implies the removing of doubts by an authoritative statement or indisputable fact ⟨*confirmed* the reports⟩. CORROBORATE suggests the strengthening of what is already partly established ⟨witnesses *corroborated* his story⟩. SUBSTANTIATE implies the offering of evidence that sustains the contention ⟨the claims have yet to be *substantiated*⟩. VERIFY implies the establishing of correspondence of actual facts or details with those proposed or guessed at ⟨all statements of fact in the article have been *verified*⟩. AUTHENTICATE implies establishing genuineness by adducing legal or official documents or expert opinion ⟨handwriting experts *authenticated* the diaries⟩. VALIDATE implies establishing validity by authoritative affirmation or by factual proof ⟨*validated* the hypothesis by experiments⟩.

**con·fir·mand** \ˌkän-fər-ˈmand\ *n* [L *confirmandus*, gerundive of *confirmare*] (1884) : a candidate for religious confirmation

**con·fir·ma·tion** \ˌkän-fər-ˈmā-shən\ *n* (14c) **1** : an act or process of confirming: as **a** (1) : a Christian rite conferring the gift of the Holy Spirit and among Protestants full church membership (2) : a ceremony esp. of Reform Judaism confirming youths in their faith **b** : the ratification of an executive act by a legislative body **2 a** : confirming proof : CORROBORATION **b** : the process of supporting a statement by evidence — **con·fir·ma·tion·al** \-shnəl, -shə-nᵊl\ *adj*

**con·fir·ma·to·ry** \kən-ˈfər-mə-ˌtȯr-ē\ *adj* (1636) : serving to confirm : CORROBORATIVE ⟨a ~ test⟩

**con·firmed** \kən-ˈfərmd\ *adj* (14c) **1 a** : marked by long continuance and likely to persist ⟨a ~ habit⟩ **b** : fixed in habit and unlikely to change ⟨a ~ do-gooder⟩ **2** : having received the rite of confirmation ***syn*** see INVETERATE — **con·firm·ed·ly** \-ˈfər-məd-lē\ *adv* — **con·firmed·ness** \-ˈfər-məd-nəs, -ˈfərm(d)-nəs\ *n*

**con·fis·ca·ble** \kən-ˈfis-kə-bəl\ *adj* (ca. 1736) : liable to confiscation

**con·fis·cat·able** \ˈkän-fə-ˌskā-tə-bəl\ *adj* (1863) : CONFISCABLE

¹**con·fis·cate** \ˈkän-fə-ˌskāt, kən-ˈfis-kət\ *adj* [L *confiscatus*, pp. of *confiscare* to confiscate, fr. *com-* + *fiscus* treasury] (ca. 1533) **1** : appropriated by the government : FORFEITED **2** : deprived of property by confiscation

²**con·fis·cate** \ˈkän-fə-ˌskāt\ *vt* **-cat·ed; -cat·ing** (1552) **1** : to seize as forfeited to the public treasury **2** : to seize by or as if by authority — **con·fis·ca·tion** \ˌkän-fə-ˈskā-shən\ *n* — **con·fis·ca·tor** \ˈkän-fə-ˌskā-tər\ *n* — **con·fis·ca·to·ry** \kən-ˈfis-kə-ˌtȯr-ē\ *adj*

**con·fit** \kōn-ˈfē, kȯn-, kän-\ *n* [F, fr. OF, preparation, preserves, fr. pp. of *confire* to prepare — more at COMFIT] (1951) **1** : meat (as goose, duck, or pork) that has been cooked and preserved in its own fat **2** : a garnish made usu. from fruit or vegetables that are cooked until tender in a seasoned liquid

**con·fi·te·or** \kən-ˈfē-tē-ˌȯr, -ər\ *n* [ME, fr. L, lit., I confess, fr. the opening words — more at CONFESS] (13c) : a liturgical form in which sinfulness is acknowledged and intercession for God's mercy requested

**con·fi·ture** \ˈkän-fə-ˌchu̇r, -ˌtyu̇r, -ˌtu̇r\ *n* [F, fr. MF, fr. *confit*] (1802) : preserved or candied fruit : JAM

**con·fla·grant** \kən-ˈflā-grənt\ *adj* [L *conflagrant-*, *conflagrans*, prp. of *conflagrare* to burn, fr. *com-* + *flagrare* to burn — more at BLACK] (ca. 1656) : BURNING, BLAZING

**con·fla·gra·tion** \ˌkän-flə-ˈgrā-shən\ *n* [L *conflagration-*, *conflagratio*, fr. *conflagrare*] (1600) **1** : FIRE; *esp* : a large disastrous fire **2** : CONFLICT, WAR

**con·flate** \kən-ˈflāt\ *vt* **con·flat·ed; con·flat·ing** [L *conflatus*, pp. of *conflare* to blow together, fuse, fr. *com-* + *flare* to blow — more at BLOW] (1610) **1 a** : to bring together : FUSE **b** : CONFUSE **2** : to combine (as two readings of a text) into a composite whole

**con·fla·tion** \-ˈflā-shən\ *n* (15c) : BLEND, FUSION; *esp* : a composite reading or text

¹**con·flict** \ˈkän-ˌflikt\ *n* [ME, fr. L *conflictus* act of striking together, fr. *confligere* to strike together, fr. *com-* + *fligere* to strike — more at PROFLIGATE] (15c) **1** : FIGHT, BATTLE, WAR ⟨an armed ~⟩ **2 a** : competitive or opposing action of incompatibles : antagonistic state or action (as of divergent ideas, interests, or persons) **b** : mental struggle resulting from incompatible or opposing needs, drives, wishes, or external or internal demands **3** : the opposition of persons or forces that gives rise to the dramatic action in a drama or fiction ***syn*** see DISCORD — **con·flict·ful** \ˈkän-ˌflikt-fəl\ *adj* — **con·flic·tu·al** \kän-ˈflik-chə-wəl, kən-, -chəl, -shwəl, -chü-əl\ *adj*

²**con·flict** \kən-ˈflikt, ˈkän-ˌ\ *vi* (15c) **1** *archaic* : to contend in warfare **2** : to show antagonism or irreconcilability : fail to be in agreement or accord ⟨his statement ~*s* with the facts⟩ — **con·flic·tion** \kən-ˈflik-shən, kän-\ *n* — **con·flic·tive** \kən-ˈflik-tiv, ˈkän-ˌ\ *adj*

**con·flict·ed** \kən-ˈflik-təd\ *adj* (1914) : experiencing or marked by ambivalence or a conflict esp. of emotions ⟨this unhappy and ~ modern woman —John Updike⟩ ⟨~ feelings⟩

**conflicting** *adj* (1592) : being in conflict, collision, or opposition : INCOMPATIBLE ⟨~ theories⟩ — **con·flict·ing·ly** \-ˈflik-tiŋ-lē, -ˌflik-\ *adv*

**conflict of interest** (1843) : a conflict between the private interests and the official responsibilities of a person in a position of trust

**con·flu·ence** \ˈkän-ˌflü-ən(t)s, kən-ˈ\ *n* (15c) **1** : a coming or flowing together, meeting, or gathering at one point ⟨a happy ~ of weather and scenery⟩ **2 a** : the flowing together of two or more streams **b** : the place of meeting of two streams **c** : the combined stream formed by conjunction

¹**con·flu·ent** \-ənt\ *adj* [ME, fr. L *confluent-*, *confluens*, prp. of *confluere* to flow together, fr. *com-* + *fluere* to flow — more at FLUID] (15c) **1** : flowing or coming together; *also* : run together ⟨~ pustules⟩ **2** : characterized by confluent lesions ⟨~ smallpox⟩

²**confluent** *n* (1849) : a confluent stream; *broadly* : TRIBUTARY

**con·flux** \ˈkän-ˌfləks\ *n* [ML *confluxus*, fr. L *confluere*] (1606) : CONFLUENCE

**con·fo·cal** \(ˌ)kän-ˈfō-kəl\ *adj* (1867) : having the same foci ⟨~ ellipses⟩ ⟨~ lenses⟩ — **con·fo·cal·ly** \-kə-lē\ *adv*

**con·form** \kən-ˈfȯrm\ *vb* [ME, fr. AF *conformer*, fr. L *conformare*, fr. *com-* + *formare* to form, fr. *forma* form] *vt* (14c) : to give the same shape, outline, or contour to : bring into harmony or accord ⟨~ furrows to the slope of the land⟩ ~ *vi* **1** : to be similar or identical; *also* : to be in agreement or harmony — used with *to* or *with* ⟨changes that ~ with our plans⟩ **2 a** : to be obedient or compliant — usu. used with *to* ⟨~ to another's wishes⟩ **b** : to act in accordance with prevailing standards or customs ⟨the pressure to ~⟩ ***syn*** see ADAPT — **con·form·er** *n* — **con·form·ism** \-ˈfȯr-ˌmi-zəm\ *n* — **con·form·ist** \-mist\ *n or adj*

**con·form·able** \kən-ˈfȯr-mə-bəl\ *adj* (15c) **1** : corresponding or consistent in form or character ⟨conduct ~ to their principles⟩ **2** : SUBMISSIVE, COMPLIANT ⟨be patient and ~ to my directions —Sir Walter Scott⟩ **3** : following in unbroken sequence — used of geologic strata formed under uniform conditions — **con·form·ably** \-blē\ *adv*

**con·for·mal** \kən-ˈfȯr-məl, (ˌ)kän-\ *adj* [LL *conformalis* having the same shape, fr. L *com-* + *formalis* formal, fr. *forma*] (1893) **1** : leaving the size of the angle between corresponding curves unchanged ⟨~

detonation • developing 341

ne number of factors in each product is
ows or columns, each factor in a given
rent row and column, and the sign of a
depending upon whether the number of
ce the indices representing each factor's
n the order of the natural numbers is odd
PE — **de·ter·mi·nan·tal** \-ˌtər-mə-ˈnan-

\ *adj* [ME, fr. L *determinatus*, pp. of *de-*
defined limits ⟨a ~ period of time⟩ **2**
of precedence⟩ **3** : conclusively deter-
iswer⟩ **4** : characterized by sequential
uppermost bud to the lateral or basal
rowth in which the main stem ends in an
ing with only branches from the main
rly restricted growth ⟨~ tomato plants⟩
**4 5** : relating to, being, or undergoing
ivision irreversibly separates portions of
cies for further development — **de·ter-**
**nate·ness** *n*
ˈnā-shən\ *n* (14c) **1 a** : a judicial deci-
troversy **b** : the resolving of a question
*archaic* : TERMINATION **3 a** : the act of
; *also* : the result of such an act of deci-
n to achieve a desired end ⟨a woman of
fixing or finding of the position, magni-
mething: as **a** : the act, process, or re-
nt **b** : an identification of the taxonom-
**5 a** : the definition of a concept in log-
**b** : the addition of a differentia to a
**6** : direction or tendency to a certain
ation of the destiny of undifferentiated

ā-tiv, -ˈtər-mə-nə-\ *adj* (1655) : having
ne : tending to fix, settle, or define some-
~ of the principles from which deduc-
ason⟩ **syn** see CONCLUSIVE — **deter-**

ā-tər\ *n* (1556) : DETERMINER
*vb* **de·ter·mined; de·ter·min·ing** [ME
*inare*, fr. *de-* + *terminare* to limit, fr. *ter-*
e at TERM] *vt* (14c) **1 a** : to fix conclu-
ational policy⟩ **b** : to decide by judicial
ttle or decide by choice of alternatives or
est time to go⟩ **d** : RESOLVE ⟨she ~ed
form, position, or character of before-
a straight line⟩ **b** : to bring about as a
~s the price⟩ **3 a** : to fix the boundaries
ope **c** : to put or set an end to : TERMI-
d out or come to a decision about by in-
ulation ⟨~ the answer to the problem⟩
ring about the determination of ⟨~ the
e to a decision **2** : to come to an end or
, DISCOVER
(1513) **1** : having reached a decision
lot⟩ **2 a** : showing determination ⟨a ~
etermination ⟨will deter all but the most
**de·ter·mined·ly** \-mənd-lē, -mə-nəd-lē\
mənd-nəs\ *n*
(ca. 1530) : one that determines: as **a**
cle, possessive, demonstrative, or quanti-
notation of a noun phrase
-zəm, dē-\ *n* (1846) **1 a** : a theory or
occurrences in nature, or social or psy-
sally determined by preceding events or
redestination **2** : the quality or state of
**in·ist** \-nəst\ *n or adj* — **de·ter·min·is-**
**·ter·min·is·ti·cal·ly** \-ti-k(ə-)lē\ *adv*
er-; -ˈtə-rən(t)s, -ˈte-; dē-\ *n* (1861) : the
**a** : the inhibition of criminal behavior
: the maintenance of military power for
tack
*deterrent-*, *deterrens*, prp. of *deterrēre* to
eter ⟨a ~ effect⟩ **2** : relating to deter-
t⟩ — **deterrent** *n* — **de·ter·rent·ly** *adv*
*adj* [MF *detersif*, fr. L *detersus*, pp. of
ETERGENT — **detersive** *n*
*tester* or L *detestari*; MF *detester*, fr. L *de-*
ing a deity to witness, fr. *de-* + *testari* to
STAMENT] (ca. 1535) **1** : to feel intense
oward : LOATHE **2** *obs* : CURSE, DE-
**·test·er** *n*
\ *adj* (15c) : arousing or meriting intense
**est·able·ness** *n* — **de·test·ably** \-blē\

, di-\ *n* (15c) **1** : extreme hatred or dis-
**2** : an object of hatred or contempt
609) : to remove from a throne or place
a king⟩ ⟨trying to ~ the champion⟩ —
**de·thron·er** *n*
remove ticks from — **de·tick·er** *n*
*detenewe*, fr. AF *detenue* detention, fr.
detain] (15c) **1** : a common-law action
chattel wrongfully detained or of its val-
g due; *esp* : the unlawful detention of a

rmination
-nə-\ *adj* (1884) : capable of being deto-
-tⁿn-ə-ˈbil-ət-ē, ˌde-tə-nə-\ *n*
nāt\ *vb* **-nat·ed; -nat·ing** [F *détoner* to
end thunder, fr. *de-* + *tonare* to thunder
) : to explode with sudden violence ~ *vt*
bomb⟩ — compare DEFLAGRATE **2** : to
SPARK ⟨programs that *detonated* contro-

versies⟩ — **det·o·nat·able** \-ˌā-tə-bəl, -ˌnā-\ *adj* — **det·o·na·tive** \ˈde-tⁿn-ˌā-tiv, ˈde-tə-ˌnā-\ *adj*

**det·o·na·tion** \ˌde-tⁿn-ˈā-shən, ˌde-tə-ˈnā-\ *n* (1686) **1** : the action or process of detonating **2** : rapid combustion in an internal combustion engine that results in knocking

**det·o·na·tor** \ˈde-tⁿn-ˌā-tər, -tə-ˌnā-\ *n* (1822) : a device or small quantity of explosive used for detonating a high explosive

**¹de·tour** \ˈdē-ˌtu̇r *also* di-ˈtu̇r\ *n* [F *détour*, fr. OF *destor*, fr. *destorner* to divert, fr. *des-* de- + *torner* to turn — more at TURN] (1738) : a deviation from a direct course or the usual procedure; *esp* : a roundabout way temporarily replacing part of a route

**²detour** *vi* (1836) : to proceed by a detour ⟨~ around road construction⟩ ~ *vt* **1** : to send by a circuitous route ⟨~ traffic around an accident⟩ **2** : to avoid by going around : BYPASS ⟨~ an accident site⟩

**de·tox** \ˈdē-ˌtäks, di-ˈtäks\ *n*, *often attrib* (1973) **1** : detoxification from an intoxicating or addictive substance ⟨a ~ clinic⟩ **2** : a detox program or facility ⟨spent one week in ~⟩ — **detox** *vb*

**de·tox·i·cate** \(ˌ)dē-ˈtäk-sə-ˌkāt\ *vt* **-cat·ed; -cat·ing** [*de-* + ²*intoxicate*] (1867) **1** : DETOXIFY 1 **2** : DETOXIFY 2 — **de·tox·i·cant** \-si-kənt\ *n* — **de·tox·i·ca·tion** \(ˌ)dē-ˌtäk-sə-ˈkā-shən\ *n*

**de·tox·i·fy** \(ˌ)dē-ˈtäk-sə-ˌfī\ *vt* **-fied; -fy·ing** (ca. 1905) **1 a** : to remove a harmful substance (as a poison or toxin) or the effect of such from **b** : to render (a harmful substance) harmless **2** : to free (as a drug user or an alcoholic) from an intoxicating or an addictive substance in the body or from dependence on or addiction to such a substance **3** : NEUTRALIZE 2 — **de·tox·i·fi·ca·tion** \(ˌ)dē-ˌtäk-sə-fə-ˈkā-shən\ *n*

**de·tract** \di-ˈtrakt, dē-\ *vb* [ME, fr. L *detractus*, pp. of *detrahere* to pull down, disparage, fr. *de-* + *trahere* to draw] *vt* (15c) **1** *archaic* : to speak ill of **2** *archaic* : to take away **3** : DIVERT ⟨~ attention⟩ ~ *vi* : to diminish the importance, value, or effectiveness of something — often used with *from* ⟨small errors that do not seriously ~ from the book⟩ — **de·trac·tor** \-ˈtrak-tər\ *n*

**de·trac·tion** \di-ˈtrak-shən, dē-\ *n* (14c) **1** : a lessening of reputation or esteem esp. by envious, malicious, or petty criticism : BELITTLING, DISPARAGEMENT **2** : a taking away ⟨it is no ~ from its dignity or prestige —J. F. Golay⟩ — **de·trac·tive** \-ˈtrak-tiv\ *adj* — **de·trac·tive·ly** *adv*

**de·train** \(ˌ)dē-ˈtrān\ *vi* (1881) : to get off a railroad train ~ *vt* : to remove from a railroad train — **de·train·ment** \-mənt\ *n*

**de·trib·al·ize** \(ˌ)dē-ˈtrī-bə-ˌlīz\ *vt* **-ized; -iz·ing** (1920) : to cause to lose tribal identity : ACCULTURATE — **de·trib·al·i·za·tion** \(ˌ)dē-ˌtrī-bə-lə-ˈzā-shən\ *n*

**det·ri·ment** \ˈde-trə-mənt\ *n* [ME, fr. MF or L; MF, fr. L *detrimentum*, fr. *deterere* to wear away, impair, fr. *de-* + *terere* to rub — more at THROW] (15c) **1** : INJURY, DAMAGE ⟨did hard work without ~ to his health⟩ **2** : a cause of injury or damage ⟨a ~ to progress⟩

**¹det·ri·men·tal** \ˌde-trə-ˈmen-tᵊl\ *adj* (1590) : obviously harmful : DAMAGING ⟨the ~ effects of pollution⟩ **syn** see PERNICIOUS — **det·ri·men·tal·ly** \-tᵊl-ē\ *adv*

**²detrimental** *n* (1831) : an undesirable or harmful person or thing

**de·tri·tion** \di-ˈtri-shən\ *n* (1674) : a wearing off or away

**de·tri·ti·vore** \di-ˈtrī-tə-ˌvȯr\ *n* [ISV *detritus* + *-i-* + *-vore* (fr. L *-vorus* -vorous)] (1959) : an organism (as an earthworm or a fungus) that feeds on dead and decomposing organic matter

**de·tri·tus** \di-ˈtrī-təs\ *n*, *pl* **de·tri·tus** \-ˈtrī-təs, -ˈtrī-ˌtüs\ [F *détritus*, fr. L *detritus*, pp. of *deterere*] (1802) **1** : loose material (as rock fragments or organic particles) that results directly from disintegration **2 a** : a product of disintegration, destruction, or wearing away : DEBRIS **b** : miscellaneous remnants : ODDS AND ENDS ⟨sifting through the ~ of his childhood —Michael Tomasky⟩ — **de·tri·tal** \-ˈtrī-tᵊl\ *adj*

**de trop** \də-ˈtrō\ *adj* [F] (1752) : too much or too many : SUPERFLUOUS, EXCESSIVE

**de·tu·mes·cence** \ˌdē-t(y)ü-ˈme-sᵊn(t)s\ *n* [L *detumescere* to become less swollen, fr. *de-* + *tumescere* to swell — more at TUMESCENT] (1678) : subsidence or diminution of swelling or erection — **de·tu·mes·cent** \-sᵊnt\ *adj*

**Deu·ca·lion** \d(y)ü-ˈkāl-yən\ *n* [L, fr. Gk *Deukaliōn*] (1565) : a survivor with his wife Pyrrha of a great flood by which Zeus destroys the rest of the human race

**¹deuce** \ˈdüs *also* ˈdyüs\ *n* [ME *dewes*, fr. AF *deus* two, fr. L *duos*, acc. masc. of *duo* two — more at TWO] (15c) **1 a** (1) : the face of a die that bears two spots (2) : a playing card bearing an index number two **b** : a throw of the dice yielding two points **2** : a tie in tennis after each side has scored 40 requiring two consecutive points by one side to win **3** [obs. E *deuce* bad luck] **a** : DEVIL, DICKENS — used chiefly as a mild oath ⟨what the ~ is he up to now⟩ **b** : something notable of its kind ⟨a ~ of a mess⟩

**²deuce** *vt* **deuced; deuc·ing** (1919) : to bring the score of (a tennis game or set) to deuce

**deuc·ed** \ˈdü-səd *also* ˈdyü-\ *adj* (1782) : DAMNED, CONFOUNDED ⟨in a ~ fix⟩ — **deuc·ed** *or* **deuc·ed·ly** *adv*

**deuces wild** *n* (1927) : a card game (as poker) in which each deuce may represent any card designated by its holder

**de·us ex ma·chi·na** \ˈdā-əs-ˌeks-ˈmä-ki-nə, -ˈma-, -ˌnä; -mə-ˈshē-nə\ *n* [NL, a god from a machine, trans. of Gk *theos ek mēchanēs*] (1697) **1** : a god introduced by means of a crane in ancient Greek and Roman drama to decide the final outcome **2** : a person or thing (as in fiction or drama) that appears or is introduced suddenly and unexpectedly and provides a contrived solution to an apparently insoluble difficulty

**Deut** *abbr* Deuteronomy

**deuter-** *or* **deutero-** *comb form* [Gk *deuter-*, *deutero-*, fr. *deuteros*; prob. akin to Gk *dein* to lack, Skt *doṣa* fault, lack] : second : secondary ⟨*deuter*anopia⟩

**deu·ter·ag·o·nist** \ˌdü-tə-ˈra-gə-nist *also* ˌdyü-\ *n* [Gk *deuteragōnistēs*, fr. *deuter-* + *agōnistēs* combatant, actor — more at PROTAGONIST] (1855) **1** : the actor taking the part of second importance in a classical Greek drama **2** : a person who serves as a foil to another

**deu·ter·anom·a·lous** \ˌdü-tə-rə-ˈnä-mə-ləs *also* ˌdyü-\ *adj* [NL *deuteranomalia* (fr. *deuter-* + L *anomalia* anomaly) abnormal trichromatism + E *-ous*] (1911) : exhibiting partial loss of green color vision so that an increased intensity of green is required in a mixture of red and green to match a given yellow — **deu·ter·anom·a·ly** \-ˈnä-mə-lē\ *n*

**deu·ter·an·ope** \ˈdü-tə-rə-ˌnōp *also* ˈdyü-\ *n* (1902) : an individual affected with deuteranopia

**deu·ter·an·opia** \ˌdü-tə-rə-ˈnō-pē-ə *also* ˌdyü-\ *n* [NL, fr. *deuter-* + ²*a-* + *-opia*; fr. the blindness to green, regarded as the second primary color] (ca. 1901) : color blindness marked by usu. complete loss of ability to distinguish colors — **deu·ter·an·opic** \-ˈnō-pik, -ˈnä-pik\ *adj*

**deu·ter·ate** \ˈdü-tə-ˌrāt *also* ˈdyü-\ *vt* **-at·ed; -at·ing** (1947) : to introduce deuterium into (a compound) — **deu·ter·a·tion** \ˌdyü-tə-ˈrā-shən\ *n*

**deu·te·ri·um** \dü-ˈtir-ē-əm *also* dyü-\ *n* [NL, fr. Gk *deuteros* second] (1933) : an isotope of hydrogen that has one proton and one neutron in its nucleus and that has twice the mass of ordinary hydrogen — symbol *D*; called also *heavy hydrogen*

**deuterium oxide** *n* (1934) : HEAVY WATER 1

**deu·tero·ca·non·i·cal** \ˌdü-tə-rō-kə-ˈnä-ni-kəl *also* ˌdyü-\ *adj* [NL *deuterocanonicus*, fr. *deuter-* + LL *canonicus* canonical] (1684) : of, relating to, or constituting the books of Scripture contained in the Septuagint but not in the Hebrew canon

**deu·ter·on** \ˈdü-tə-ˌrän *also* ˈdyü-\ *n* (1933) : a deuterium nucleus

**Deu·ter·o·nom·ic** \ˌdü-tə-rə-ˈnä-mik *also* ˌdyü-\ *adj* (1857) : of or relating to the book of Deuteronomy, its style, or its contents

**Deu·ter·on·o·mist** \ˌdü-tə-ˈrä-nə-mist *also* ˌdyü-\ *n* (1862) : any of the writers or editors of a Deuteronomic body of source material often distinguished in the earlier books of the Old Testament — **Deu·ter·on·o·mis·tic** \-ˌrä-nə-ˈmis-tik\ *adj*

**Deu·ter·on·o·my** \ˌdü-tə-ˈrä-nə-mē *also* ˌdyü-\ *n* [ME *Deutronomie*, fr. LL *Deuteronomium*, fr. Gk *Deuteronomion*, fr. *deuter-* + *nomos* law — more at NIMBLE] : the fifth book of canonical Jewish and Christian Scripture containing narrative and Mosaic laws — see BIBLE table

**deu·tero·stome** \ˈdü-tə-rō-ˌstōm *also* ˈdyü-\ *n* [NL *Deuterostomia*, group name, fr. *deuter-* + Gk *stoma* mouth — more at STOMACH] (1950) : any of a major division (Deuterostomia) of the animal kingdom that includes the bilaterally symmetrical animals (as the chordates) with indeterminate cleavage and a mouth that does not arise from the blastopore

**deut·sche mark** \ˈdȯi-chə-ˌmärk, ˈdȯi-chə-ˌ\ *also* **deutsch·mark** \ˈdȯich-\ *n* [G, German mark] (1948) : the basic monetary unit of West Germany from 1948 to 1990 and of reunited Germany from 1990 to 2001

**deut·zia** \ˈdüt-sē-ə *also* ˈdyüt-\ *n* [NL, fr. Jean *Deutz* †1784? Du. patron of botanical research] (1837) : any of a genus (*Deutzia*) of the saxifrage family of ornamental shrubs with usu. white or pink flowers

**dev** *abbr* deviation

**de·val·u·ate** \(ˌ)dē-ˈval-yə-ˌwāt, -yü-ˌāt\ *vb* (1898) : DEVALUE

**de·val·u·a·tion** \(ˌ)dē-ˌval-yə-ˈwā-shən, -yü-ˈā-\ *n* (1914) **1** : an official reduction in the exchange value of a currency by a lowering of its gold equivalency or its value relative to another currency **2** : a lessening esp. of status or stature : DECLINE

**de·val·ue** \(ˌ)dē-ˈval-(ˌ)yü\ *vt* (1918) **1** : to institute the devaluation of (money) **2** : to lessen the value of ~ *vi* : to institute devaluation

**De·va·na·ga·ri** \ˌdā-və-ˈnä-gə-rē\ *n* [Skt *devanāgarī*, fr. *deva* divine + *nāgarī* (writing) of the city — more at DEITY] (1781) : an alphabet usu. employed for Sanskrit and also used as a literary hand for various modern languages of India — see ALPHABET table

**dev·as·tate** \ˈde-və-ˌstāt\ *vt* **-tat·ed; -tat·ing** [L *devastatus*, pp. of *devastare*, fr. *de-* + *vastare* to lay waste — more at WASTE] (1638) **1** : to bring to ruin or desolation by violent action ⟨a country *devastated* by war⟩ **2** : to reduce to chaos, disorder, or helplessness : OVERWHELM ⟨*devastated* by grief⟩ ⟨her wisecrack *devastated* the class⟩ **syn** see RAVAGE — **dev·as·tat·ing·ly** \-ˌstā-tiŋ-lē\ *adv* — **dev·as·ta·tion** \ˌde-və-ˈstā-shən\ *n* — **dev·as·ta·tive** \ˈde-və-ˌstā-tiv\ *adj* — **dev·as·ta·tor** \-ˌstā-tər\ *n*

**de·vein** \(ˌ)dē-ˈvān\ *vt* (1953) : to remove the dark dorsal vein from (shrimp)

**de·vel·op** \di-ˈvel-əp, dē-\ *vb* [F *développer*, fr. OF *desveloper*, *desvoluper* to unwrap, expose, fr. *des-* de- + *envoluper* to enclose — more at ENVELOP] *vt* (1750) **1 a** : to set forth or make clear by degrees or in detail : EXPOUND ⟨~ a thesis⟩ **b** : to make visible or manifest **c** : to treat (as in dyeing) with an agent to cause the appearance of color **d** : to subject (exposed photograph material) esp. to chemicals in order to produce a visible image ⟨~ film⟩; *also* : to make visible by such a method ⟨~ pictures⟩ **e** : to elaborate (a musical idea) by the working out of rhythmic and harmonic changes in the theme **2 a** : to work out the possibilities of ⟨~ an idea⟩ **b** : to create or produce esp. by deliberate effort over time ⟨~ new ways of doing business⟩ ⟨~ software⟩ **3 a** : to make active or promote the growth of ⟨~ed his muscles⟩ **b** (1) : to make available or usable ⟨~ natural resources⟩ (2) : to make suitable for commercial or residential purposes ⟨~ land⟩ **c** : to move (as a chess piece) from the original position to one providing more opportunity for effective use **4 a** : to cause to unfold gradually ⟨~ed his argument⟩ **b** : to expand by a process of growth ⟨working to ~ the company further⟩ **c** : to cause to grow and differentiate along lines natural to its kind ⟨rain and sun ~ the grain⟩ **d** : to become infected or affected by ⟨~ed pneumonia⟩ **5** : to acquire gradually ⟨~ an appreciation for ballet⟩ ~ *vi* **1 a** : to go through a process of natural growth, differentiation, or evolution by successive changes ⟨a blossom ~s from a bud⟩ **b** : to acquire secondary sex characteristics **2** : to become gradually manifest **3** : to come into being gradually ⟨the situation ~*ing* in eastern Europe⟩; *also* : TURN OUT 2a ⟨it ~*ed* that no one had paid the bill⟩ — **de·vel·op·able** \-ˈve-lə-pə-bəl\ *adj*

**de·vel·oped** \di-ˈve-ləpt\ *adj* (1940) : having a relatively high level of industrialization and standard of living ⟨a ~ country⟩

**de·vel·op·er** \-lə-pər\ *n* (1796) : one that develops: as **a** : a chemical used to develop exposed photographic materials **b** : a person who develops real estate **c** : a person or company that develops computer software

**de·vel·op·ing** \-lə-piŋ\ *adj* (1963) : UNDERDEVELOPED 2 ⟨~ nations⟩

\ə\ abut \ᵊ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t͟h\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ⁿ, œ, ue, ʸ\ see Guide to Pronunciation

37) : to remove or break off the mast of
**-mayed; dis·may·ing** [ME, fr. AF des-
fr. VL *-magare, of Gmc origin; akin to
more at MAY] (13c) **1 :** to cause to lose
cause of alarm or fear) ⟨must not let our-
fore us⟩ **2 :** UPSET, PERTURB ⟨were ~ed
ing⟩ — **dis·may·ing·ly** \-iŋ-lē\ *adv*
IFY, DAUNT mean to unnerve or deter by
, or aversion. DISMAY implies that one is
to how to deal with something ⟨dismayed
PALL implies that one is faced with that
or shocks ⟨I am *appalled* by your behav-
ction of horror or revulsion ⟨was *horrified*
AUNT suggests a cowing, disheartening, or
quiring courage ⟨a cliff that would *daunt*

oss of courage or resolution from alarm or
itment **b :** PERTURBATION 1
, fr. obs. F, fr. OF *disme, dime* — more at
t coin struck in 1792
er\ *vt* **-bered; -ber·ing** \-b(ə-)riŋ\ [ME dis-
r, fr. *des-* dis- + *membre* member] (14c) **1**
ibs, members, or parts of **2 :** to break up
**em·ber·ment** \-bər-mənt\ *n*
nodif. of L *dimissus*, pp. of *dimittere*, fr. *dis-*
to permit or cause to leave ⟨~ed the visi-
position or service : DISCHARGE ⟨~ed the
reject serious consideration of ⟨~ed the
udicial consideration ⟨~ed all charges⟩ —
— **dis·mis·sive** \-ˈmi-siv\ *adj* — **dis·mis-**

'8) : the act of dismissing : the fact or state

*b* [prob. modif. of MF *desmonter*, fr. *des-*
1566) **1 :** to throw down or remove from a
on; *esp* : UNHORSE **2 :** DISASSEMBLE ~ *vi*
alight from an elevated position (as on a
n enclosed craft or vehicle
of dismounting
k\ *or* **Dis·ney·ish** \ˈdiz-nē-ish\ *adj* (1939)
e of the films, television productions, or
Walt Disney or his organization
-fə-ˈkā-shən\ *n* [Walt *Disney* + *-fication*]
n (as of something real or unsettling) into
afe entertainment or an environment with
a downtown⟩
-dē-ən(t)s, -ō-ˈbē-\ *n* (15c) : refusal or ne-

.5c) : refusing or neglecting to obey — **dis-**

[ME, fr. AF *desobeir*, fr. *des-* dis- + *obeir* to
edient ~ *vt* : to fail to obey — **dis·obey·er**

F *désobliger*, fr. MF, fr. *des-* dis- + *obliger* to
unter to the wishes of **2 :** INCONVENIENCE
\(ˌ)dī-ˈsō-dē-əm-\ *n* (ca. 1928) : a sodium

*ij* [*di-* + *-somic*] (1922) : having one or more
wice the normal number but not having the

)diz-\ *vt* (15c) **1 :** to disturb the order of **2**
normal functions of
of order ⟨clothes in ~⟩ **2 :** breach of the
oubled times marked by social ~s⟩ **3 :** an
tal condition ⟨a liver ~⟩ ⟨a personality ~⟩
l *obs* **a :** morally reprehensible **b :** UNRU-
rder ⟨a ~ room⟩ **b :** not functioning in a
ay ⟨a ~ mind⟩ — **dis·or·dered·ly** *adv* —

*adv* (1560) *archaic* : in a disorderly manner
engaged in conduct offensive to public order
k and ~⟩ **2 :** characterized by disorder ⟨a
**·or·der·li·ness** *n*
86) : a petty offense chiefly against public or-
short of an indictable misdemeanor
nemism] (1749) : BORDELLO
gə-ˌnīz\ *vt* [F *désorganiser*, fr. *dés-* dis- + *orga-*
to destroy or interrupt the orderly structure
**ga·ni·za·tion** \(ˌ)dis-ˌȯr-gə-nə-ˈzā-shən\ *n*
*dj* (1801) : lacking coherence, system, or cen-
organized ⟨~ work habits⟩
nt\ *vt* [F *désorienter*, fr. *dés-* dis- + *orienter* to
ause to lose bearings : displace from normal
**b :** to cause to lose the sense of time, place, or

, -ē-ˌen-\ *vt* (ca. 1704) : DISORIENT — **dis·ori-**
n-ˈtā-shən, -ē-ˌen-\ *n*
630) **1 :** to refuse to acknowledge as one's
any connection or identification with **b :** to
ority of — **dis·own·ment** \-mənt\ *n*

ˈspa-rij\ *vt* **-aged; -ag·ing** [ME, to degrade by
ss, disparage, fr. AF *desparager* to marry be-
s- + *parage* equality, lineage, fr. *per* peer] (14c)
putation : DEGRADE **2 :** to depreciate by in-
is comparison) : speak slightingly about **syn**
**ge·ment** \-ij-mənt\ *n* — **dis·par·ag·er** *n* —
**is·par·ag·ing·ly** \-ij-iŋ-lē\ *adv*
, di-ˈsper-ət, -ˈspa-rət\ *adj* [ME *desparat*, fr. L
*are* to separate, fr. *dis-* + *parare* to prepare —
: containing or made up of fundamentally dif-
uous elements **2 :** markedly distinct in quali-
DIFFERENT — **dis·pa·rate·ly** *adv* — **dis·pa-**
**·i·ty** \di-ˈsper-ə-tē, -ˈspa-rə-\ *n*

**dis·part** \(ˌ)dis-ˈpärt\ *vb* [It & L; It *dispartire*, fr. L, fr. *dis-* + *partire* to divide — more at PART] (1590) *archaic* : SEPARATE, DIVIDE

**dis·pas·sion** \(ˌ)dis-ˈpa-shən\ *n* (1692) : absence of passion : COOLNESS

**dis·pas·sion·ate** \-sh(ə-)nət\ *adj* (1594) : not influenced by strong feeling; *esp* : not affected by personal or emotional involvement ⟨a ~ critic⟩ ⟨a ~ approach to an issue⟩ **syn** see FAIR — **dis·pas·sion·ate·ly** *adv* — **dis·pas·sion·ate·ness** *n*

**¹dis·patch** \di-ˈspach\ *vb* [Sp *despachar* or It *dispacciare*, fr. Occitan *despachar* to get rid of, fr. MF *despechier* to set free, fr. OF, fr. *des-* dis- + *-pechier* (as in *enpechier* to ensnare) — more at IMPEACH] *vt* (1517) **1 :** to send off or away with promptness or speed; *esp* : to send off on official business **2 a :** to kill with quick efficiency **b** *obs* : DEPRIVE **3 :** to dispose of (as a task) rapidly or efficiently **4 :** DEFEAT 3 ~ *vi*, *archaic* : to make haste : HURRY **syn** see KILL — **dis·patch·er** *n*

**²dis·patch** \di-ˈspach, ˈdis-ˌpach\ *n* (1537) **1 a :** a message sent with speed; *esp* : an important official message sent by a diplomatic, military, or naval officer **b :** a news item filed by a correspondent **2 :** the act of dispatching: as **a** *obs* : DISMISSAL **b :** the act of killing **c** (1) : a prompt settlement (as of an item of business) (2) : quick riddance **d :** a sending off : SHIPMENT **3 :** promptness and efficiency in performance or transmission ⟨done with ~⟩ **syn** see HASTE

**dispatch case** *n* (ca. 1918) : a case for carrying papers

**dis·pel** \di-ˈspel\ *vt* **dis·pelled; dis·pel·ling** [ME, fr. L *dispellere*, fr. *dis-* + *pellere* to drive, beat — more at FELT] (15c) : to drive away by or as if by scattering : DISSIPATE ⟨~ a rumor⟩ **syn** see SCATTER

**dis·pens·able** \di-ˈspen(t)-sə-bəl\ *adj* (1649) : capable of being dispensed with — **dis·pens·abil·i·ty** \-ˌspen(t)-sə-ˈbi-lə-tē\ *n*

**dis·pen·sa·ry** \di-ˈspen(t)s-(ə-)rē\ *n*, *pl* **-ries** (1699) : a place where medicine or medical or dental treatment is dispensed

**dis·pen·sa·tion** \ˌdis-pən-ˈsā-shən, -ˌpen-\ *n* (14c) **1 a :** a general state or ordering of things; *specif* : a system of revealed commands and promises regulating human affairs **b :** a particular arrangement or provision esp. of providence or nature **2 a :** an exemption from a law or from an impediment, vow, or oath **b :** a formal authorization **3 a :** the act of dispensing **b :** something dispensed or distributed — **dis·pen·sa·tion·al** \-shnəl, -shə-nᵊl\ *adj*

**dis·pen·sa·to·ry** \di-ˈspen(t)-sə-ˌtȯr-ē\ *n*, *pl* **-ries** (1566) : a medicinal formulary

**dis·pense** \di-ˈspen(t)s\ *vb* **dis·pensed; dis·pens·ing** [ME, fr. ML & L; ML *dispensare* to exempt, fr. L, to distribute, fr. *dis-* + *pensare* to weigh, freq. of *pendere* to weigh, pay out — more at SPIN] *vt* (14c) **1 a :** to deal out in portions **b :** ADMINISTER ⟨~ justice⟩ **2 :** to give dispensation to : EXEMPT **3 :** to prepare and distribute (medication) ~ *vi*, *archaic* : to grant dispensation **syn** see DISTRIBUTE — **dispense with 1 :** to set aside : DISCARD ⟨*dispensing with* the usual introduction⟩ **2 :** to do without ⟨could *dispense with* such a large staff⟩

**dis·pens·er** \-ˈspen(t)-sər\ *n* (14c) : one that dispenses: as **a :** a container that extrudes, sprays, or feeds out in convenient units **b :** a usu. mechanical device for vending merchandise

**dis·peo·ple** \(ˌ)dis-ˈpē-pəl\ *vt* (15c) : DEPOPULATE

**dis·pers·al** \di-ˈspər-səl\ *n* (1821) : the act or result of dispersing; *esp* : the process or result of the spreading of organisms from one place to another

**dis·per·sant** \di-ˈspər-sənt\ *n* (1941) : a dispersing agent; *esp* : a substance for promoting the formation and stabilization of a dispersion of one substance in another — **dispersant** *adj*

**dis·perse** \di-ˈspərs\ *vb* **dis·persed; dis·pers·ing** [ME, fr. L *dispersus*, pp. of *dispergere* to scatter, fr. *dis-* + *spargere* to scatter — more at SPARK] *vt* (14c) **1 a :** to cause to break up ⟨police *dispersed* the crowd⟩ **b :** to cause to become spread widely **c :** to cause to evaporate or vanish ⟨sunlight *dispersing* the mist⟩ **2 :** to spread or distribute from a fixed or constant source: as **a** *archaic* : DISSEMINATE **b :** to subject (as light) to dispersion **c :** to distribute (as fine particles) more or less evenly throughout a medium ~ *vi* **1 :** to break up in random fashion ⟨the crowd *dispersed* on request⟩ **2 a :** to become dispersed **b :** DISSIPATE, VANISH ⟨the fog *dispersed* toward morning⟩ **syn** see SCATTER — **dis·persed·ly** \-ˈspər-səd-lē, -ˈspərst-lē\ *adv* — **dis·pers·er** *n* — **dis·pers·ible** \-ˈspər-sə-bəl\ *adj*

**dis·per·sion** \di-ˈspər-zhən, -shən\ *n* (14c) **1** *cap* : DIASPORA 1a **2 :** the act or process of dispersing : the state of being dispersed **3 :** the scattering of the values of a frequency distribution from an average **4 :** the separation of light into colors by refraction or diffraction with formation of a spectrum; *also* : the separation of radiation into components in accordance with some varying characteristic (as energy) **5 a :** a dispersed substance **b :** a system consisting of a dispersed substance and the medium in which it is dispersed : COLLOID 2b

**dis·per·sive** \-ˈspər-siv, -ziv\ *adj* (1677) **1 :** of or relating to dispersion ⟨a ~ medium⟩ ⟨the ~ power of a lens⟩ **2 :** tending to disperse — **dis·per·sive·ly** *adv* — **dis·per·sive·ness** *n*

**dis·per·soid** \-ˈspər-ˌsȯid\ *n* (1911) : finely divided particles of one substance dispersed in another

**dis·pir·it** \(ˌ)dis-ˈpir-ət, -ˈpi-rət\ *vt* [*dis-* + *spirit*] (1647) : to deprive of morale or enthusiasm — **dis·pir·it·ed** *adj* — **dis·pir·it·ed·ly** *adv* — **dis·pir·it·ed·ness** *n*

**dis·pit·eous** \dis-ˈpi-tē-əs\ *adj* [alter. of *despiteous*] (1803) *archaic* : CRUEL

**dis·place** \(ˌ)dis-ˈplās, di-ˈsplās\ *vt* [prob. fr. MF *desplacer*, fr. *des-* dis- + *place* place] (1549) **1 a :** to remove from the usual or proper place; *specif* : to expel or force to flee from home or homeland ⟨*displaced* persons⟩ **b :** to remove from an office, status, or job **c** *obs* : to drive out : BANISH **2 a :** to move physically out of position ⟨a floating object ~s water⟩ **b :** to take the place of (as in a chemical reaction) : SUPPLANT **syn** see REPLACE — **dis·place·able** \-ˈplā-sə-bəl\ *adj*

**dis·place·ment** \(ˌ)dis-ˈplā-smənt, di-ˈsplā-\ *n* (1611) **1 :** the act or process of displacing : the state of being displaced **2 a :** the volume or weight of a fluid (as water) displaced by a floating body (as a ship) of equal weight **b :** the difference between the initial position of something (as a body or geometric figure) and any later position **c :** the volume displaced by a piston (as in a pump or an engine) in a single stroke; *also* : the total volume so displaced by all the pistons in an internal combustion engine (as in an automobile) **3 a :** the redirection of an emotion or impulse from its original object (as an idea or person) to another **b :** the substitution of another form of behavior for what is usual or expected esp. when the usual response is nonadaptive — called also *displacement activity, displacement behavior*

**dis·plant** \dis-ˈplant\ *vt* [MF *desplanter*, fr. *des-* dis- + *planter* to plant, fr. LL *plantare*] (15c) **1 :** DISPLACE, REMOVE **2 :** SUPPLANT

**¹dis·play** \di-ˈsplā\ *vb* [ME, fr. AF *desplaier, desploier*, lit., to unfold — more at DEPLOY] *vt* (14c) **1 a :** to put or spread before the view ⟨~ the flag⟩ **b :** to make evident ⟨~*ed* great skill⟩ **c :** to exhibit ostentatiously ⟨liked to ~ his erudition⟩ **2** *obs* : DESCRY ~ *vi* **1** *obs* : SHOW OFF **2 :** to make a breeding display ⟨penguins ~*ed* and copulated⟩ **syn** see SHOW — **dis·play·able** \-ˈsplā-ə-bəl\ *adj*

**²display** *n*, *often attrib* (1665) **1 a** (1) : a setting or presentation of something in open view ⟨a fireworks ~⟩ (2) : a clear sign or evidence : EXHIBITION ⟨a ~ of courage⟩ **b :** ostentatious show **c :** type, composition, or printing designed to catch the eye **d :** an eye-catching arrangement by which something is exhibited ⟨a ~ of artifacts⟩ — often used with *on* ⟨her early paintings are currently on ~⟩ **e :** an electronic device (as a cathode-ray tube) that presents information in visual form; *also* : the visual information **2 :** a pattern of behavior exhibited esp. by male birds in the breeding season

**dis·please** \(ˌ)dis-ˈplēz\ *vb* [ME *displesen*, fr. AF *despleisir, desplere*, fr. *des-* dis- + *pleisir* to please — more at PLEASE] *vt* (14c) **1 :** to incur the disapproval or dislike of esp. by annoying ⟨their gossip ~s her⟩ **2 :** to be offensive to ⟨abstract art ~s him⟩ ~ *vi* : to give displeasure ⟨behavior calculated to ~⟩

**dis·plea·sure** \(ˌ)dis-ˈple-zhər, -ˈplā-\ *n* (15c) **1 :** the feeling of one that is displeased : DISFAVOR **2 :** DISCOMFORT, UNHAPPINESS **3** *archaic* : OFFENSE, INJURY

**dis·plode** \di-ˈsplōd\ *vb* **dis·plod·ed; dis·plod·ing** [L *displodere*, fr. *dis-* + *plaudere* to clap, applaud] (1667) *archaic* : EXPLODE — **dis·plo·sion** \-ˈsplō-zhən\ *n*

**¹dis·port** \di-ˈspȯrt\ *n* (14c) *archaic* : SPORT, PASTIME

**²disport** *vb* [ME, fr. AF *desporter*, to carry away, comfort, entertain, fr. *des-* dis- + *porter* to carry, fr. L *portare* — more at FARE] *vt* (14c) **1 :** DIVERT, AMUSE **2 :** DISPLAY ~ *vi* : to amuse oneself in light or lively fashion : FROLIC — **dis·port·ment** \-mənt\ *n*

**¹dis·pos·able** \di-ˈspō-zə-bəl\ *adj* (1643) **1 :** subject to or available for disposal; *specif* : remaining to an individual after deduction of taxes and necessary living expenses ⟨~ income⟩ **2 :** designed to be used once and then thrown away ⟨~ diapers⟩ — **dis·pos·abil·i·ty** \-ˌspō-zə-ˈbi-lə-tē\ *n*

**²disposable** *n* (1963) : something that is disposable

**dis·pos·al** \di-ˈspō-zəl\ *n* (1630) **1 :** the power or authority to dispose or make use of as one chooses ⟨the car was at my ~⟩ **2 :** the act or process of disposing: as **a :** orderly placement or distribution **b :** REGULATION, ADMINISTRATION **c :** the act or action of presenting or bestowing something ⟨~ of favors⟩ **d :** systematic destruction; *esp* : destruction or transformation of garbage **3** [*garbage disposal unit*] : a device used to reduce waste matter (as by grinding)

**¹dis·pose** \di-ˈspōz\ *vb* **dis·posed; dis·pos·ing** [ME, fr. AF *desposer*, fr. L *disponere* to arrange (perf. indic. *disposui*), fr. *dis-* + *ponere* to put — more at POSITION] *vt* (14c) **1 :** to give a tendency to : INCLINE ⟨faulty diet ~s one to sickness⟩ **2 a :** to put in place : set in readiness : ARRANGE ⟨*disposing* troops for withdrawal⟩ **b** *obs* : REGULATE **c :** BESTOW ~ *vi* **1 :** to settle a matter finally **2** *obs* : to come to terms **syn** see INCLINE — **dis·pos·er** *n* — **dispose of 1 :** to place, distribute, or arrange esp. in an orderly way **2 a :** to transfer to the control of another ⟨*disposing of* personal property to a total stranger⟩ **b** (1) : to get rid of ⟨how to *dispose of* toxic waste⟩ (2) : to deal with conclusively ⟨*disposed of* the matter efficiently⟩

**²dispose** *n* (1590) **1** *obs* : DISPOSAL **2** *obs* **a :** DISPOSITION **b :** DEMEANOR

**dis·po·si·tion** \ˌdis-pə-ˈzi-shən\ *n* [ME, fr. AF, fr. L *disposition-, dispositio*, fr. *disponere*] (14c) **1 :** the act or the power of disposing or the state of being disposed: as **a :** ADMINISTRATION, CONTROL **b :** final arrangement : SETTLEMENT ⟨the ~ of the case⟩ **c** (1) : transfer to the care or possession of another (2) : the power of such transferal **d :** orderly arrangement **2 a :** prevailing tendency, mood, or inclination **b :** temperamental makeup **c :** the tendency of something to act in a certain manner under given circumstances — **dis·po·si·tion·al** \-ˈzish-nəl, -ˈzi-shə-nᵊl\ *adj*

**syn** DISPOSITION, TEMPERAMENT, TEMPER, CHARACTER, PERSONALITY mean the dominant quality or qualities distinguishing a person or group. DISPOSITION implies customary moods and attitude toward the life around one ⟨a cheerful *disposition*⟩. TEMPERAMENT implies a pattern of innate characteristics associated with one's specific physical and nervous organization ⟨an artistic *temperament*⟩. TEMPER implies the qualities acquired through experience that determine how a person or group meets difficulties or handles situations ⟨a resilient *temper*⟩. CHARACTER applies to the aggregate of moral qualities by which a person is judged apart from intelligence, competence, or special talents ⟨strength of *character*⟩. PERSONALITY applies to an aggregate of qualities that distinguish one as a person ⟨a somber *personality*⟩.

**dis·pos·i·tive** \di-ˈspä-zə-tiv\ *adj* (ca. 1618) : directed toward or effecting disposition (as of a case) ⟨~ evidence⟩

**dis·pos·sess** \ˌdis-pə-ˈzes *also* -ˈses\ *vt* [MF *despossesser*, fr. *des-* dis- + *possesser* to possess] (15c) : to put out of possession or occupancy ⟨~*ed* the nobles of their land⟩ — **dis·pos·ses·sion** \-ˈze-shən *also* -ˈse-\ *n* — **dis·pos·ses·sor** \-ˈze-sər *also* -ˈse-\ *n*

**dis·pos·sessed** \-ˈzest *also* -ˈsest\ *adj* (15c) : deprived of homes, possessions, and security

**dis·po·sure** \di-ˈspō-zhər\ *n* (1569) *archaic* : DISPOSAL, DISPOSITION

**dis·praise** \(ˌ)dis-ˈprāz\ *vt* [ME *dispraisen*, fr. AF *despreiser, despriser*, fr. *des-* dis- + *preiser* to praise] (13c) : to comment on with disapproval or censure — **dispraise** *n* — **dis·prais·er** *n* — **dis·prais·ing·ly** \-ˈprā-ziŋ-lē\ *adv*

**dispread** \di-ˈspred\ *vt* (1590) : to spread abroad or out

›f, being sensitive to, and vicariously expe-
ts, and experience of another of either the
ing the feelings, thoughts, and experience
jectively explicit manner; *also* : the capac-

,em-\ *n* [F, feathers of an arrow, empen-
an arrow, fr. *em-* ²en- + *penne* feather, fr.
: the tail assembly of an airplane
\ *n* [ME, fr. AF *emperur*, fr. L *imperator*,
to command, fr. *in-* + *parare* to prepare,
: the sovereign or supreme male monarch
**ship** \-,ship\ *n*
a penguin (*Aptenodytes forsteri*) that is the
ited for the male's habit of incubating the
old of abdominal skin resembling a pouch

**m·per·ies** [ME *emperie*, fr. AF — more at
ion : EMPIRE
, *pl* **-pha·ses** \-,sēz\ [L, fr. Gk, exposition,
indicate, fr. *en-* + *phainein* to show —
: force or intensity of expression that gives
ce to something **b** : a particular promi-
eaking to one or more words or syllables
or stress or insistence on something
HASIZE
*vt* **-sized; -siz·ing** (ca. 1806) : to place
*asized* the need for reform⟩
*adj* [Gk *emphatikos*, fr. *emphainein*] (1635)
y emphasis ⟨an ~ refusal⟩ **2** : tending to
speech or to take decisive action **3** : at-
: constituting or belonging to a set of tense
f the auxiliary *do* followed by an infinitive
acilitate rhetorical inversion or to empha-
**i·cal·ly** \-'fa-ti-k(ə-)lē\ *adv*
ē-mə, -'sē-\ *n* [NL, fr. Gk *emphysēma*, fr.
²en- + *physan* to blow, fr. *physa* breath —
a condition characterized by air-filled ex-
*cif* : a condition of the lung marked by ab-
alveoli with loss of pulmonary elasticity
shortness of breath and may lead to im-
— **em·phy·se·ma·tous** \-'ze-mə-təs, -'sē-
**e·mic** \-'zē-mik, -'sē-\ *adj*
, fr. AF *empire*, *empire*, fr. L *imperium* ab-
fr. *imperare* to command — more at
a major political unit having a territory of
territories or peoples under a single sover-
ing an emperor as chief of state (2) : the
unit **b** : something resembling a political
rritory or enterprise under single domina-
al sovereignty, rule, or dominion **3** *cap*
: New York⟩ : a juicy apple with dark red
McIntosh apple and a red Delicious apple
)r\ *adj* [F, fr. (*le premier*) *Empire* the first
f, relating to, or characteristic of a style (as
ular in early 19th century France
*n* (1902) : COMMONWEALTH DAY — used
of *Commonwealth Day* in 1958
[L *empiricus*, fr. Gk *empeirikos* doctor re-
*empeiria* experience, fr. *em-* ²en- + *peiran*
J (1562) **1** : CHARLATAN 2 **2** : one who
e
**·pir·ic** \-ik\ *adj* (1569) **1** : originating in
experience ⟨~ data⟩ **2** : relying on expe-
often without due regard for system and
theory⟩ **3** : capable of being verified or
experiment ⟨~ laws⟩ **4** : of or relating to
**ly** \-i-k(ə-)lē\ *adv*
: a chemical formula showing the simplest
und rather than the total number of atoms
e *empirical formula* for glucose⟩
əm, em-\ *n* (1657) **1 a** : a former school
l on experience without the aid of science
CHARLATANRY **2 a** : the practice of rely-
riment esp. in the natural sciences **b** : a
**3** : a theory that all knowledge originates
**ist** \-sist\ *n*
-formation fr. *emplacement*] (1865) : to put
*aced* around the city⟩
\ *n* [F, fr. MF *emplacer* to emplace, fr. *en-*
ation or location of something **2** : a pre-
or military equipment ⟨radar ~s⟩ **3** : a
EMENT
ME *emploien*, fr. AF *empleier*, *emploier*, *em-*
e use of, fr. L *implicare* to enfold, involve
more at PLY] (15c) **1 a** : to make use of
ctive) ⟨~ a pen for sketching⟩ **b** : to use
job that *~ed* her skills⟩ **c** (1) : to use or
to provide with a job that pays wages or a
fifty⟩ **2** : to devote to or direct toward a
⟨*~ed* all her energies to help the poor⟩
*n*
\ *n* (1666) **1 a** : USE, PURPOSE **b** : oc-
e of being employed ⟨in the city's ~⟩
\ *adj* (1593) : capable of being employed
-ə-'bi-lə-tē\ *n*
who is employable
\im-,plȯ(i)-'ē, (,)em-; im-'plȯ(i)-,ē, em-\ *n*
nother usu. for wages or salary and in a po-
evel
nt\ *n* (15c) **1** : USE, PURPOSE **2 a** : activ-
is employed ⟨seeking gainful ~⟩ **b** : an
: the act of employing : the state of being
etching⟩ **syn** see WORK

**employment agency** *n* (1888) : an agency whose business is to find jobs for people seeking them or to find people to fill jobs that are open
**em·poi·son** \im-'pȯi-zᵊn\ *vt* [ME *empoysonen*, fr. AF *empoisener*, fr. *en-* + *poison* poison] (14c) **1** *archaic* : POISON **2** : EMBITTER ⟨a look of *~ed* acceptance —Saul Bellow⟩ — **em·poi·son·ment** \-mənt\ *n*
**em·po·ri·um** \im-'pȯr-ē-əm, em-\ *n, pl* **-ri·ums** *also* **-ria** \-ē-ə\ [L, fr. Gk *emporion*, fr. *emporos* traveler, trader, fr. *em-* ²en- + *poros* passage, journey — more at FARE] (1586) **1 a** : a place of trade; *esp* : a commercial center **b** : a retail outlet ⟨a hardware ~⟩ ⟨a pizza ~⟩ **2** : a store carrying many different kinds of merchandise
**em·pow·er** \im-'pau̇(-ə)r\ *vt* (1648) **1** : to give official authority or legal power to ⟨*~ed* her attorney to act on her behalf⟩ **2** : ENABLE 1a **3** : to promote the self-actualization or influence of ⟨women's movement has been inspiring and *~ing* women —Ron Hansen⟩ — **em·pow·er·ment** \-mənt\ *n*
**em·press** \'em-prəs\ *n* [ME *emperice*, fr. AF, fem. of *emperur* emperor] (12c) **1** : the wife or widow of an emperor **2** : a woman who is the sovereign or supreme monarch of an empire
**em·presse·ment** \äⁿ-pres-'mäⁿ\ *n* [F, fr. (*s'*)*empresser* to hurry, fr. *en-* + *presser* to press] (1709) : demonstrative warmth or cordiality
**em·prise** \em-'prīz\ *n* [ME, undertaking, fr. AF, fr. *emprendre* to undertake, fr. VL *imprehendere*, fr. L *in-* + *prehendere* to seize — more at GET] (13c) : an adventurous, daring, or chivalric enterprise
¹**emp·ty** \'em(p)-tē\ *adj* **emp·ti·er; -est** [ME, fr. OE *ǣmettig* unoccupied, fr. *ǣmetta* leisure, perh. fr. *ǣ-* without + *-metta* (prob. akin to *mōtan* to have to) — more at MUST] (bef. 12c) **1 a** : containing nothing ⟨~ shelves⟩ **b** : not occupied or inhabited ⟨an ~ building⟩ **c** : UNFREQUENTED **d** : not pregnant ⟨~ heifer⟩ **e** : NULL 4a ⟨the ~ set⟩ **2 a** : lacking reality, substance, meaning, or value : HOLLOW ⟨an ~ pleasure⟩ **b** : destitute of effect or force ⟨an ~ threat⟩ **c** : devoid of sense : FOOLISH **3** : HUNGRY **4 a** : IDLE ⟨~ hours⟩ **b** : having no purpose or result : USELESS **5** : marked by the absence of human life, activity, or comfort ⟨an ~ silence⟩ — **emp·ti·ly** \-tə-lē\ *adv* — **emp·ti·ness** \-tē-nəs\ *n*
**syn** EMPTY, VACANT, BLANK, VOID, VACUOUS mean lacking contents which could or should be present. EMPTY suggests a complete absence of contents ⟨an *empty* bucket⟩. VACANT suggests an absence of appropriate contents or occupants ⟨a *vacant* apartment⟩. BLANK stresses the absence of any significant, relieving, or intelligible features on a surface ⟨a *blank* wall⟩. VOID suggests absolute emptiness as far as the mind or senses can determine ⟨a statement *void* of meaning⟩. VACUOUS suggests the emptiness of a vacuum and esp. the lack of intelligence or significance ⟨a *vacuous* facial expression⟩. **syn** see in addition VAIN
²**empty** *vb* **emp·tied; emp·ty·ing** *vt* (1548) **1 a** : to make empty : remove the contents of ⟨~ a purse⟩ **b** : DEPRIVE, DIVEST ⟨a phrase *emptied* of all meaning⟩ **c** : to discharge (itself) of contents **d** : to fire (a repeating firearm) until empty **2** : to remove from what holds or encloses ⟨~ the grain from sacks⟩ ~ *vi* **1** : to become empty ⟨the theater *emptied* quickly⟩ **2** : to discharge contents ⟨the river *empties* into the ocean⟩
³**empty** *n, pl* **emp·ties** (1865) : something (as a bottle or can) that is empty
**empty calories** *n pl* (1955) : calories from food that supplies energy but is not nutritionally balanced
**emp·ty–hand·ed** \,em(p)-tē-'han-dəd\ *adj* (1589) **1** : having or bringing nothing **2** : having acquired or gained nothing ⟨came back ~⟩
**emp·ty–head·ed** \-'he-dəd\ *adj* (1640) : VACUOUS 2
**empty nest·er** \-'nes-tər\ *n* (1962) : a parent whose children have grown and moved away from home
**emp·ty–nest syndrome** \,em(p)-tē-'nest-\ *n* (1972) : an emotional letdown often experienced by an empty nester
**em·pur·ple** \im-'pər-pəl\ *vb* **em·pur·pled; em·pur·pling** \-'pər-p(ə-)liŋ\ *vt* (1590) : to tinge or color purple ~ *vi* : to become purple
**em·py·ema** \,em-,pī-'ē-mə\ *n, pl* **-ema·ta** \-mə-tə\ *or* **-emas** [LL, fr. Gk *empyēma*, fr. *empyein* to suppurate, fr. *em-* ²en- + *pyon* pus — more at FOUL] (ca. 1605) : the presence of pus in a bodily cavity — **em·py·emic** \-mik\ *adj*
¹**em·py·re·al** \,em-,pī-'rē-əl, -pə-; em-'pir-ē-əl, -'pī-rē-\ *adj* [LL *empyrius*, *empyreus*, fr. LGk *empyrios*, fr. Gk *em-* ²en- + *pyr* fire] (15c) **1** : of or relating to the empyrean : CELESTIAL **2** : SUBLIME
¹**em·py·re·an** \-ən\ *adj* (15c) : EMPYREAL
²**empyrean** *n* (ca. 1610) **1 a** : the highest heaven or heavenly sphere in ancient and medieval cosmology usu. consisting of fire or light **b** : the true and ultimate heavenly paradise **2** : FIRMAMENT, HEAVENS **3** : an ideal place or state
**EMS** *abbr* emergency medical service; emergency medical services
**EMT** \,ē-(,)em-'tē\ *n* [emergency medical technician] (1972) : a specially trained medical technician certified to provide basic emergency services (as cardiopulmonary resuscitation) before and during transportation to a hospital — compare PARAMEDIC 2
¹**emu** \'ē-(,)myü, -mü\ *n* [modif. of Pg *ema* cassowary] (1656) : a swift-running Australian ratite bird (*Dromaius novae-hollandiae*) with undeveloped wings that is smaller than the ostrich
²**emu** *abbr* electromagnetic unit
¹**em·u·late** \'em-yə-,lāt, -yü-\ *vt* **-lat·ed; -lat·ing** [L *aemulatus*, pp. of *aemulari*, fr. *aemulus* rivaling] (1582) **1 a** : to strive to equal or excel **b** : IMITATE; *esp* : to imitate by means of an emulator **2** : to equal or approach equality with
²**em·u·late** \-lət\ *adj* (1602) *obs* : EMULOUS 1b ⟨pricked on by a most ~ pride —Shak.⟩
**em·u·la·tion** \,em-yə-'lā-shən, -yü-\ *n* (1542) **1** *obs* : ambitious or envious rivalry **2** : ambition or endeavor to equal or excel others (as in achievement) **3 a** : IMITATION **b** : the use of or technique of using an emulator — **em·u·la·tive** \'em-yə-,lā-tiv\ *adj* — **em·u·la·tive·ly** *adv*
**em·u·la·tor** \'em-yə-,lā-tər\ *n* (1589) **1** : one that emulates **2** : hardware or software that permits programs written for one computer to be run on another computer

emu

**em·u·lous** \'em-yə-ləs\ *adj* (1535) **1 a** : inspired by or deriving from a desire to emulate **b** : ambitious or eager to emulate **2** *obs* : JEALOUS — **em·u·lous·ly** *adv* — **em·u·lous·ness** *n*
**emul·si·fi·er** \i-'məl-sə-,fī(-ə)r\ *n* (1888) : one that emulsifies; *esp* : a surface-active agent (as a soap) promoting the formation and stabilization of an emulsion
**emul·si·fy** \-,fī\ *vt* **-fied; -fy·ing** (1859) : to disperse (as an oil) in an emulsion; *also* : to convert (two or more immiscible liquids) into an emulsion — **emul·si·fi·able** \i-'məl-sə-,fī-ə-bəl\ *adj* — **emul·si·fi·ca·tion** \i-,məl-sə-fə-'kā-shən\ *n*
**emul·sion** \i-'məl-shən\ *n* [NL *emulsion-*, *emulsio*, fr. L *emulgēre* to milk out, fr. *e-* + *mulgēre* to milk; akin to OE *melcan* to milk, Gk *amelgein*] (1612) **1 a** : a system (as fat in milk) consisting of a liquid dispersed with or without an emulsifier in an immiscible liquid usu. in droplets of larger than colloidal size **b** : the state of such a system **2** : SUSPENSION 2b(3); *esp* : a suspension of a sensitive silver salt or a mixture of silver halides in a viscous medium (as a gelatin solution) forming a coating on photographic plates, film, or paper
**en** \'en\ *n* (1792) **1** : the width of a piece of type half the width of an em **2** : the letter *n*
¹**en-** *also* **em-** \in *also* en; *sometimes only* in *is shown when* en *is infrequent*\ *prefix* [ME, fr. AF, fr. L *in-*, *im-*, fr. *in*] **1** : put into or onto ⟨*en*throne⟩ : cover with ⟨*en*shroud⟩ : go into or onto ⟨*en*plane⟩ — in verbs formed from nouns **2** : cause to be ⟨*en*slave⟩ — in verbs formed from adjectives or nouns **3** : provide with ⟨*em*power⟩ — in verbs formed from nouns **4** : so as to cover ⟨*en*wrap⟩ : thoroughly ⟨*en*tangle⟩ — in verbs formed from verbs; in all senses usu. *em-* before *b*, *m*, or *p*
²**en-** *also* **em-** *prefix* [ME, fr. L, fr. Gk, fr. *en* in — more at IN] : in : within ⟨*en*zootic⟩ — usu. *em-* before *b*, *m*, or *p* ⟨*em*pathy⟩
¹**-en** *also* **-n** *adj suffix* [ME, fr. OE; akin to OHG *-īn* made of, L *-inus* of or belonging to, Gk *-inos* made of, of or belonging to] : made of : consisting of ⟨earth*en*⟩ ⟨leather*n*⟩
²**-en** *vb suffix* [ME *-nen*, fr. OE *-nian*; akin to OHG *-inōn* -en] **1 a** : cause to be ⟨sharp*en*⟩ **b** : cause to have ⟨length*en*⟩ **2 a** : come to be ⟨steep*en*⟩ **b** : come to have ⟨length*en*⟩
**en·able** \i-'nā-bəl\ *vt* **en·abled; en·abling** \-b(ə-)liŋ\ (15c) **1 a** : to provide with the means or opportunity ⟨training that *~s* people to earn a living⟩ **b** : to make possible, practical, or easy ⟨a deal that would ~ passage of a new law⟩ **c** : to cause to operate ⟨software that *~s* the keyboard⟩ **2** : to give legal power, capacity, or sanction to ⟨a law *enabling* admission of a state⟩
**en·abler** \i-'nā-blər, -bᵊl-ər\ *n* (1615) : one that enables another to achieve an end; *esp* : one who enables another to persist in self-destructive behavior (as substance abuse) by providing excuses or by making it possible to avoid the consequences of such behavior
**en·act** \i-'nakt\ *vt* (15c) **1** : to establish by legal and authoritative act; *specif* : to make (as a bill) into law **2** : ACT OUT ⟨~ a role⟩ — **en·ac·tor** \-'nak-tər\ *n*
**en·act·ment** \-'nak(t)-mənt\ *n* (1792) **1** : the act of enacting : the state of being enacted **2** : something (as a law) that has been enacted
**enal·a·pril** \e-'na-lə-,pril\ *n* [perh. fr. phenyl + *alanyl* + *-pril*, alter. of *proline*] (1982) : an antihypertensive drug $C_{20}H_{28}N_2O_5$ that is an ACE inhibitor administered orally in the form of its maleate
¹**enam·el** \i-'na-məl\ *vt* **-eled** *or* **-elled; -el·ing** *or* **-el·ling** \-'nam-liŋ, -'na-mə-\ [ME, fr. AF *enameller*, fr. *en-* + *asmal*, *esmal* enamel, of Gmc origin; akin to OHG *smelzan* to melt — more at SMELT] (14c) **1** : to cover, inlay, or decorate with enamel **2** : to beautify with a colorful surface **3** : to form a glossy surface on (as paper, leather, or cloth) — **enam·el·er** *n* — **enam·el·ist** \-mə-list\ *n*
²**enamel** *n* (15c) **1** : a usu. opaque vitreous composition applied by fusion to the surface of metal, glass, or pottery **2** : a surface or outer covering that resembles enamel **3 a** : something that is enameled **b** : ENAMELWARE **4** : a cosmetic intended to give a smooth or glossy appearance **5** : a hard calcareous substance that forms a thin layer capping the teeth — see TOOTH illustration **6** : a paint that flows out to a smooth coat when applied and that dries with a glossy appearance
**enam·el·ware** \i-'na-məl-,wer\ *n* (1903) : metalware (as kitchen utensils) coated with enamel
**en·amine** \'e-nə-,mēn, 'ē-\ *n* [ISV *en-* (alter. of *-ene*) + *amine*] (1942) : an amine containing the double bond linkage C=C–N
**en·am·or** \i-'na-mər\ *vt* **-ored; -or·ing** \-mə-riŋ, -'nam-riŋ\ [ME *enamouren*, fr. AF *enamourer*, fr. *en-* + *amour* love — more at AMOUR] (14c) **1** : to inflame with love — usu. used in the passive with *of* **2** : to cause to feel a strong or excessive interest or fascination — usu. used in the passive with *of* or *with* ⟨baseball fans *~ed* of statistics⟩
**en·am·our** *chiefly Brit var of* ENAMOR
**en·an·tio·mer** \i-'nan-tē-ə-mər\ *n* [Gk *enantios* + E *-mer*] (ca. 1929) : either of a pair of chemical compounds whose molecular structures have a nonsuperimposable mirror-image relationship to each other — compare DIASTEREOMER — **en·an·tio·mer·ic** \-,nan-tē-ə-'mer-ik\ *adj*
**en·an·tio·morph** \i-'nan-tē-ə-,mȯrf\ *n* [Gk *enantios* opposite (fr. *enanti* facing, fr. *en* in + *anti* against) + ISV *-morph* -morph] (1885) **1** : ENANTIOMER **2** : either of a pair of crystals (as of quartz) that are structural mirror images — **en·an·tio·mor·phic** \-,nan-tē-ə-'mȯr-fik\ *adj* — **en·an·tio·mor·phism** \-'mȯr-,fi-zəm\ *n* — **en·an·tio·mor·phous** \-'mȯr-fəs\ *adj*
**ena·tion** \i-'nā-shən\ *n* [L *enatus*, pp. of *enasci* to rise out of, fr. *e-* + *nasci* to be born — more at NATION] (ca. 1842) : an outgrowth from the surface of an organ ⟨a plant virus causing *~s* on leaves⟩
**en banc** \äⁿ-'bäⁿk\ *adv or adj* [F, on the bench] (1863) : in full court : with full judiciary authority
**en bloc** \äⁿ-'bläk\ *adv or adj* [F] (1861) : as a whole : in a mass
**en bro·chette** \,äⁿ-brō-'shet\ *adj* [F] (ca. 1909) *of food* : cooked or served on a skewer ⟨shrimp *en brochette*⟩
**enc** *or* **encl** *abbr* enclosure

Case 4:18-cv-00519-ALM Document 60-5 Filed 03/16/20 Page 20 of 37 PageID #: 1998

\prä-klə-ˈmā-shən\ *n* [ME *proclamacion*, fr. AF, fr. L *proclamation-, proclamatio*, fr. *proclamare*] (14c) **1 :** the action of proclaiming : the state of being proclaimed **2 :** something proclaimed; *specif* : an official formal public announcement

...ō-ˈklit-ik\ *n* [NL *procliticus*, fr. Gk *pro-* + LL *-cliticus* (as in LL *encliticus* enclitic)] (ca. 1864) : a clitic that is associated with a following word — **proclitic** *adj*

...ō-ˈkli-və-tē\ *n, pl* **-ties** [L *proclivitas*, fr. *proclivis* sloping, fr. *pro-* forward + *clivus* slope — more at PRO-, DECLIVITY] : an inclination or predisposition toward something; *esp* : a strong inherent inclination toward something objectionable *syn* see LEANING

...nē\ *n* [L, fr. Gk *Proknē*] (ca. 1527) : the wife of Tereus ... into a swallow while fleeing from him

...prō-ˈkän(t)-səl\ *n* [ME, fr. L, fr. *pro consule* for a consul] ... governor or military commander of an ancient Roman ... an administrator in a modern colony, dependency, or ... with wide powers — **pro·con·su·lar** ... — **pro·con·sul·ship** ...

...te \-s(ə-)lət\ *n* — **pro·con·sul·ship** \-səl-ˌship\ *n*

...e \prə-ˈkras-tə-ˌnāt, prō-\ *vb* **-nat·ed; -nat·ing** [L *procrastinatus*, pp. of *procrastinare*, fr. *pro-* forward + *crastinus* of tomorrow, fr. *cras* tomorrow] *vt* (1588) : to put off intentionally and habitually ... off intentionally the doing of something that should be done ... DELAY — **pro·cras·ti·na·tion** \-ˌkras-tə-ˈnā-shən\ *n* — ...tor \-ˈkras-tə-ˌnā-tər\ *n*

...rō-krē-ənt\ *adj* (1588) **1 :** producing offspring **2 :** ... lating to procreation

...ăt\ *vb* **-at·ed; -at·ing** [L *procreatus*, pp. of *procreare*, fr. *pro-* ... *creare* to create — more at PRO-, CREATE] *vt* (1530) : to beget or bring forth (offspring) : PROPAGATE ~ *vi* : to beget or bring forth offspring : REPRODUCE — **pro·cre·ation** \ˌprō-krē-ˈā-shən\ *n* — ...\ˈprō-krē-ˌā-tiv\ *adj* — **pro·cre·ator** \-ˌā-tər\ *n*

...\prə-ˈkrəs-tē-ən, prō-\ *adj, often cap* (1832) **1 :** of, relating to, or typical of Procrustes **2 :** marked by arbitrary often ruthless disregard of individual differences or special circumstances

...**bed** *n, often cap P* (1832) : a scheme or pattern into which someone or something is arbitrarily forced

...\prə-ˈkrəs-(ˌ)tēz, prō-\ *n* [L, fr. Gk *Prokroustēs*] (1567) : a villain of Poseidon in Greek mythology who forces travelers to fit into his bed by stretching their bodies or cutting off their legs

...(ˌ)prō-ˈkrip-tik\ *adj* [*pro-* (as in *protect*) + *cryptic*] (1890) : of, relating to, or being a concealing pattern or shade of coloring esp. ...

...**um** \ˌpräk-tə-ˈdē-əm\ *n, pl* **-daea** \-ˈdē-ə\ *or* **-deums** [NL, fr. Gk *prōktos* anus + *hodos* way] (1876) : the embryonic posterior part of the alimentary canal

...\ˌpräk-ˈtä-lə-jē\ *n* [Gk *prōktos* + E *-logy*] (1899) : a branch of medicine dealing with the structure and diseases of the anus, rectum, and sigmoid colon — **proc·to·log·ic** \ˌpräk-tə-ˈlä-jik\ *or* **proc·to·log·i·cal** \-ji-kəl\ *adj* — **proc·tol·o·gist** \präk-ˈtä-lə-jist\ *n*

...ik-tər\ *n* [ME *procutour* procurator, proctor, short for *procuratour*] (14c) : SUPERVISOR, MONITOR; *specif* : one appointed to supervise students (as at an examination) — **proctor** *vb* — **proc·to·ri·al** ...ē-əl\ *adj* — **proc·tor·ship** \ˈpräk-tər-ˌship\ *n*

...**nt** \prō-ˈkəm-bənt\ *adj* [L *procumbent-, procumbens*, prp. of *procumbere* to fall or lean forward, fr. *pro-* forward + *-cumbere* to lie down] **1 :** being or having stems that trail along the ground ... **2 :** lying face down

...**n** \ˌprä-kyə-ˈrā-shən\ *n* [ME *procuratioun*, fr. AF *procuration*, fr. L *procuration-, procuratio*, fr. *procurare*] (15c) **1 a :** the act of appointing another as one's agent or attorney **b :** the authority vested in one so appointed **2 :** the action of obtaining something (as supplies)

...**r** \ˈprä-kyə-ˌrā-tər\ *n* (14c) **1 :** one that manages another's affairs : AGENT **2 :** an officer of the Roman empire entrusted with management of the financial affairs of a province and often having administrative powers as agent of the emperor — **proc·u·ra·to·ri·al** ...ˈtōr-ē-əl\ *adj*

...ə-ˈkyu̇r, prō-\ *vb* **pro·cured; pro·cur·ing** [ME, fr. AF *procurer*, fr. LL *procurare*, fr. L, to take care of, fr. *pro-* for + *curare* to care for] *vt* (14c) **1 a :** to get possession of : obtain by particular care and effort **b :** to obtain and make available for promiscuous sexual intercourse **2 :** BRING ABOUT, ACHIEVE ⟨*procured* the prisoner's release⟩ ~ *vi* : to procure women — **pro·cur·able** \-ˈkyu̇r-ə-bəl\ *adj*

...**ent** \-ˈkyu̇r-mənt\ *n* (14c) : the act or process of procuring; *esp* : the obtaining of military supplies by a government

...-ˈkyu̇r-ər\ *n* (1538) : one that procures; *esp* : PANDER

...ˈprō-sē-ˌän, ˈprä-, -ən\ *n* [L, fr. Gk *Prokyōn*, lit., fore-dog, fr. *pro-* + *kyōn* dog; fr. its rising before Sirius] (1658) : the brightest star in the constellation Canis Minor

...*vb* **prod·ded; prod·ding** [origin unknown] *vt* (1535) **1 a :** to thrust a pointed instrument into : PRICK **b :** to incite to action : STIR **2 :** to poke or stir as if with a prod ~ *vi* : to urge someone on

...*n* (1787) **1 :** a pointed instrument used to prod **2 :** an incitement to act ⟨needed a few ~*s* to remember her lines⟩

...roduct; production

...*n* [by shortening & alter.] (1942) *chiefly Irish*, *often disparaging* : PROTESTANT 1b

...\ˈprä-di-gəl\ *adj* [L *prodigus*, fr. *prodigere* to drive away, squander, fr. *pro-, prod-* forth + *agere* to drive — more at PRO-, AGENT] **1 :** characterized by profuse or wasteful expenditure : LAVISH **2 :** recklessly spendthrift ⟨~ outlays for her clothes⟩ **2 :** yielding abundantly : LUXURIANT — often used with *of* ⟨nature has been so ~ of her bounty —H. T. Buckle⟩ **3 :** ... — **prod·i·gal·i·ty** \ˌprä-də-ˈga-lə-tē\ *n* — **prod·i·gal·ly** \-g(ə-)lē\ *adv*

...*n* (1561) **1 :** one who spends or gives lavishly and foolishly **2 :** one who has returned after an absence

...**us** \prə-ˈdi-jəs\ *adj* (15c) **1 a** *obs* : being an omen : PORTENTOUS **b :** resembling or befitting a prodigy : STRANGE, UNUSUAL **2 :** causing amazement or wonder **3 :** extraordinary in bulk, magnitude, or degree : ENORMOUS *syn* see MONSTROUS — **pro·di·gious·ly** *adv* — **pro·di·gious·ness** *n*

**prod·i·gy** \ˈprä-də-jē\ *n, pl* **-gies** [ME, fr. L *prodigium* omen, monster, fr. *pro-, prod-* + *-igium* (akin to *aio* I say) — more at ADAGE] (15c) **1 a :** a portentous event : OMEN **b :** something extraordinary or inexplicable **2 a :** an extraordinary, marvelous, or unusual accomplishment, deed, or event **b :** a highly talented child or youth

...**pro·drome** ... production

**pro·dro·mal** \(ˌ)prō-ˈdrō-məl\ *adj* (1716) : PRECURSORY; *esp* : marked by prodromes

**pro·drome** \ˈprō-ˌdrōm\ *n* [F, lit., precursor, fr. Gk *prodromos*, fr. *pro-* + *dromos* act of running, racecourse — more at PRO-, DROMEDARY] (ca. 1834) : a premonitory symptom of disease

**pro·duce** \prə-ˈdüs, prō-, -ˈdyüs\ *vb* **pro·duced; pro·duc·ing** [ME, fr. L *producere*, fr. *pro-* forward + *ducere* to lead — more at TOW] *vt* (15c) **1 :** to offer to view or notice **2 :** to give birth or rise to : YIELD **3 :** to extend in length, area, or volume ⟨~ a side of a triangle⟩ **4 :** to make available for public exhibition or dissemination: as **a :** to provide funding for ⟨searching for backers to ~ the film⟩ **b :** to supervise the making of ⟨will ~ their new album⟩ **5 a :** to cause to have existence or to happen : BRING ABOUT **b :** to give being, form, or shape to : MAKE; *esp* : MANUFACTURE **6 :** to compose, create, or bring out by intellectual or physical effort **7 :** to cause to accrue ~ *vi* : to bear, make, or yield something — **pro·duc·ible** \-ˈdü-sə-bəl, -ˈdyü-\ *adj*

**pro·duce** \ˈprō-(ˌ)düs, ˈprō- *also* -(ˌ)dyüs\ *n* (1695) **1 a :** something produced **b :** the amount produced : YIELD **2 :** agricultural products and esp. fresh fruits and vegetables as distinguished from grain and other staple crops **3 :** the progeny usu. of a female animal

**pro·duc·er** \prə-ˈdü-sər, prō-, -ˈdyü-\ *n* (1513) **1 :** one that produces; *esp* : one that grows agricultural products or manufactures crude materials into articles of use **2 :** a person who supervises or finances a work (as a staged or recorded performance) for exhibition or dissemination to the public **3 :** an autotrophic organism (as a green plant) viewed as a source of biomass that can be consumed by other organisms — compare CONSUMER

**producer gas** *n* (1895) : a fuel gas made by circulating air or a mixture of air and steam through a layer of incandescent fuel and consisting chiefly of carbon monoxide, hydrogen, and nitrogen

**producer goods** *n pl* (1948) : goods (as tools and raw materials) used to produce other goods and satisfy human wants only indirectly

**prod·uct** \ˈprä-(ˌ)dəkt\ *n* [in sense 1, fr. ME, fr. ML *productum*, fr. L, something produced, fr. neut. of *productus*, pp. of *producere*; in other senses, fr. L *productum*] (15c) **1 :** the number or expression resulting from the multiplication together of two or more numbers or expressions **2 a (1) :** something produced; *esp* : COMMODITY 1 **(2) :** something (as a service) that is marketed or sold as a commodity **b :** something resulting from or necessarily following from a set of conditions ⟨a ~ of his environment⟩ **3 :** the amount, quantity, or total produced **4 :** CONJUNCTION 5

**pro·duc·tion** \prə-ˈdək-shən, prō-\ *n* (15c) **1 a :** something produced : PRODUCT **b (1) :** a literary or artistic work **(2) :** a work presented to the public (as on the stage or screen or over the air) **c :** something exaggerated out of proportion to its importance **2 a :** the act or process of producing **b :** the creation of utility; *esp* : the making of goods available for use **3 :** total output esp. of a commodity or an industry **4** *often attrib* : something not specially designed or customized and usu. mass-produced ⟨a ~ car⟩ ⟨~ housing⟩ — **pro·duc·tion·al** \-shnəl, -shə-nᵊl\ *adj*

**production control** *n* (1929) : systematic planning, coordinating, and directing of all manufacturing activities and influences to insure having goods made on time, of adequate quality, and at reasonable cost

**production line** *n* (1935) : LINE 6j

**pro·duc·tive** \prə-ˈdək-tiv, prō-\ *adj* (1612) **1 :** having the quality or power of producing esp. in abundance ⟨~ fishing waters⟩ **2 :** effective in bringing about ⟨investigating committees have been ~ of much good —R. K. Carr⟩ **3 a :** yielding results, benefits, or profits **b :** yielding or devoted to the satisfaction of wants or the creation of utilities **4 :** continuing to be used in the formation of new words or constructions ⟨*un-* is a ~ prefix⟩ **5 :** raising mucus or sputum (as from the bronchi) ⟨a ~ cough⟩ — **pro·duc·tive·ly** *adv* — **pro·duc·tive·ness** *n*

**pro·duc·tiv·i·ty** \ˌprō-ˌdək-ˈti-və-tē, ˌprä-, prə-ˌdək-\ *n* (ca. 1810) **1 :** the quality or state of being productive **2 :** the rate per unit area or per unit volume at which biomass consumable as food by other organisms is made by producers

**product placement** *n* (1982) : the inclusion of a product in a television program or film as a form of paid advertisement

**pro·em** \ˈprō-ˌem, -əm\ *n* [ME *proheme*, fr. AF *proeme*, fr. L *prooemium*, fr. Gk *prooimion*, fr. *pro-* + *oimē* song; prob. akin to Hitt *išamai-* song, Skt *syati* he binds — more at SINEW] (14c) **1 :** preliminary comment : PREFACE **2 :** PRELUDE — **pro·emi·al** \prō-ˈē-mē-əl, -ˈe-\ *adj*

**pro·en·zyme** \(ˌ)prō-ˈen-ˌzīm\ *n* [ISV] (ca. 1900) : ZYMOGEN

**pro·es·trus** \(ˌ)prō-ˈes-trəs\ *n* [NL] (1923) : a period immediately preceding estrus characterized by preparatory physiological changes

**prof** \ˈpräf\ *n* (1838) : PROFESSOR

**pro-fam·i·ly** \ˈprō-ˈfam-lē, -ˈfa-mə-\ *adj* (1926) **1 :** favoring or encouraging traditional family structures and values **2 :** opposing abortion and often birth control

**prof·a·na·tion** \ˌprä-fə-ˈnā-shən, ˌprō-\ *n* (1552) : the act or an instance of profaning

**pro·fa·na·to·ry** \prō-ˈfa-nə-ˌtōr-ē, prə-, -ˈfā-\ *adj* (1853) : tending to profane : DESECRATING

**¹pro·fane** \prō-ˈfān, prə-\ *vt* **pro·faned; pro·fan·ing** [ME *prophanen*, fr. AF *prophaner*, fr. L *profanare*, fr. *profanus*] (14c) **1 :** to treat (something sacred) with abuse, irreverence, or contempt : DESECRATE **2 :** to debase by a wrong, unworthy, or vulgar use — **pro·fan·er** *n*

**²profane** *adj* [ME *prophane*, fr. MF, fr. L *profanus*, fr. *pro-* before + *fanum* temple — more at PRO-, FEAST] (15c) **1 :** not concerned with religion or religious purposes : SECULAR **2 :** not holy because unconsecrated, impure, or defiled : UNSANCTIFIED **3 a :** serving to debase or defile what is holy : IRREVERENT **b :** OBSCENE, VULGAR **4 a :** not among the initiated **b :** not possessing esoteric or expert knowledge — **pro·fane·ly** *adv* — **pro·fane·ness** \-ˈfān-nəs\ *n*

**pro·fan·i·ty** \prō-ˈfa-nə-tē, prə-\ *n, pl* **-ties** (1607) **1 a :** the quality or state of being profane **b :** the use of profane language **2 a :** profane language **b :** an utterance of profane language

**pro·fess** \prə-ˈfes, prō-\ *vb* [in sense 1, fr. ME, fr. *profes*, adj., having professed one's vows, fr. AF, fr. LL *professus*, fr. L, pp. of *profitēri* to profess, confess, fr. *pro-* before + *fatēri* to acknowledge; in other senses, fr. L *professus*, pp. — more at CONFESS] *vt* (14c) **1 :** to receive formally into a religious community following a novitiate by acceptance of the required vows **2 a :** to declare or admit openly or freely : AFFIRM **b :** to declare in words or appearances only : PRETEND, CLAIM **3 :** to confess one's faith in or allegiance to **4 a :** to practice or claim to be versed in (a calling or profession) **b :** to teach as a professor ~ *vi* **1 :** to make a profession or avowal **2** *obs* : to profess friendship

**pro·fessed** \-ˈfest\ *adj* (ca. 1524) **1 :** openly and freely declared or acknowledged : AFFIRMED **2 :** professing to be qualified; *also* : EXPERT

**pro·fess·ed·ly** \prə-ˈfe-səd-lē, -ˈfest-lē\ *adv* (1570) **1 :** by profession or declaration : AVOWEDLY **2 :** with pretense : ALLEGEDLY

**pro·fes·sion** \prə-ˈfe-shən\ *n* [ME *professioun*, fr. AF *profession*, fr. LL & L; LL *profession-, professio*, fr. L, public declaration, fr. *profitēri*] (13c) **1 :** the act of taking the vows of a religious community **2 :** an act of openly declaring or publicly claiming a belief, faith, or opinion : PROTESTATION **3 :** an avowed religious faith **4 a :** a calling requiring specialized knowledge and often long and intensive academic preparation **b :** a principal calling, vocation, or employment **c :** the whole body of persons engaged in a calling

**¹pro·fes·sion·al** \prə-ˈfesh-nəl, -ˈfe-shə-nᵊl\ *adj* (1606) **1 a :** of, relating to, or characteristic of a profession **b :** engaged in one of the learned professions **c (1) :** characterized by or conforming to the technical or ethical standards of a profession **(2) :** exhibiting a courteous, conscientious, and generally businesslike manner in the workplace **2 a :** participating for gain or livelihood in an activity or field of endeavor often engaged in by amateurs ⟨a ~ golfer⟩ **b :** having a particular profession as a permanent career ⟨a ~ soldier⟩ **c :** engaged in by persons receiving financial return ⟨~ football⟩ **3 :** following a line of conduct as though it were a profession ⟨a ~ patriot⟩ — **pro·fes·sion·al·ly** *adv*

**²professional** *n* (1811) : one that is professional; *esp* : one that engages in a pursuit or activity professionally

**professional corporation** *n* (1970) : a corporation organized by one or more licensed individuals (as a doctor or lawyer) esp. for the purpose of providing professional services and obtaining tax advantages

**pro·fes·sion·al·ism** \-ˈfesh-nə-ˌli-zəm, -ˈfe-shə-nə-ˌli-\ *n* (1856) **1 :** the conduct, aims, or qualities that characterize or mark a profession or a professional person **2 :** the following of a profession (as athletics) for gain or livelihood

**pro·fes·sion·al·ize** \-ˌlīz\ *vt* **-ized; -iz·ing** (1856) : to give a professional character to — **pro·fes·sion·al·i·za·tion** \-ˌfesh-nə-lə-ˈzā-shən, -ˌfe-shə-nə-lə-\ *n*

**pro·fes·sor** \prə-ˈfe-sər\ *n* (14c) **1 :** one that professes, avows, or declares **2 a :** a faculty member of the highest academic rank at an institution of higher education **b :** a teacher at a university, college, or sometimes secondary school **c :** one that teaches or professes special knowledge of an art, sport, or occupation requiring skill — **pro·fes·so·ri·al** \ˌprō-fə-ˈsōr-ē-əl, ˌprä-\ *adj* — **pro·fes·so·ri·al·ly** \-ē-ə-lē\ *adv* — **pro·fes·sor·ship** \prə-ˈfe-sər-ˌship\ *n*

**pro·fes·sor·ate** \prə-ˈfe-sə-rət\ *n* (1860) : the office, term of office, or position of a professor

**pro·fes·so·ri·at** \ˌprō-fə-ˈsōr-ē-ət, ˌprä-, -ē-ˌat\ *or* **pro·fes·so·ri·ate** \-ət, -ˌāt\ *n* [modif. of F *professorat*, fr. *professeur* professor, fr. L *professor*, fr. *profitēri*] (1858) **1 :** the body of college and university teachers at an institution or in society **2 :** the office, duties, or position of a professor

**¹prof·fer** \ˈprä-fər\ *vt* **prof·fered; prof·fer·ing** \-f(ə-)riŋ\ [ME *profren*, fr. AF *profrer, proffrir, porofrir*, fr. *por-* forth (fr. L *pro-*) + *offrir* to offer — more at PRO-] (14c) : to present for acceptance : TENDER, OFFER

**²proffer** *n* (14c) : OFFER, SUGGESTION

**pro·fi·cien·cy** \prə-ˈfi-shən(t)-sē\ *n* (1544) **1 :** advancement in knowledge or skill : PROGRESS **2 :** the quality or state of being proficient

**pro·fi·cient** \-shənt\ *adj* [L *proficient-, proficiens*, prp. of *proficere* to go forward, accomplish, fr. *pro-* forward + *facere* to make — more at PRO-, DO] (ca. 1590) : well advanced in an art, occupation, or branch of knowledge — **proficient** *n* — **pro·fi·cient·ly** *adv*

*syn* PROFICIENT, ADEPT, SKILLED, SKILLFUL, EXPERT mean having great knowledge and experience in a trade or profession. PROFICIENT implies a thorough competence derived from training and practice ⟨*proficient* in translating foreign languages⟩. ADEPT implies special aptitude as well as proficiency ⟨*adept* at doing long division⟩. SKILLED stresses mastery of technique ⟨a *skilled* surgeon⟩. SKILLFUL implies individual dexterity in execution or performance ⟨*skillful* drivers⟩. EXPERT implies extraordinary proficiency and often connotes knowledge as well as technical skill ⟨*expert* in the evaluation of wines⟩.

**¹pro·file** \ˈprō-ˌfī(-ə)l\ *n* [It *profilo*, fr. *profilare* to draw in outline, fr. *pro-* forward (fr. L) + *filare* to spin, fr. LL — more at FILE] (1645) **1 :** a representation of something in outline; *esp* : a human head or face represented or seen in a side view **2 :** an outline seen or represented in sharp relief : CONTOUR **3 :** a side or sectional elevation: as **a :** a drawing showing a vertical section of the ground **b :** a vertical section of a soil from the ground surface to the underlying unweathered material **4 :** a set of data often in graphic form portraying the significant features of something ⟨a corporation's earnings ~⟩; *esp* : a graph representing the extent to which an individual exhibits traits or abilities as determined by tests or ratings **5 :** a concise biographical sketch **6 :** degree or level of public exposure ⟨trying to keep a low ~⟩ ⟨a job with a high ~⟩ *syn* see OUTLINE

**²profile** *vt* **pro·filed; pro·fil·ing** (1715) **1 :** to represent in profile or by a profile : produce (as by drawing, writing, or graphing) a profile of **2**



of incipient development : FERMENT ⟨ideas ~*ing* in the back of my mind⟩ **b :** to be in inward turmoil : SEETHE ~ *vt* : to cook slowly in a liquid just below the boiling point

²**simmer** *n* (1809) : the state of simmering

**simmer down** *vi* (1871) **1 :** to become calm or peaceful **2 :** to become reduced by or as if by simmering

**sim·nel** \'sim-nᵊl\ *n* [ME *simenel*, fr. AF, ultim. fr. L *simila* wheat flour] (13c) **1 :** a bun or bread of fine wheat flour **2** *Brit* **:** a rich fruitcake sometimes coated with almond paste and baked for mid-Lent, Easter, and Christmas

**si·mo·le·on** \sə-'mō-lē-ən\ *n* [origin unknown] (1896) *slang* : DOLLAR

**Si·mon** \'sī-mən\ *n* [Gk *Simōn*, fr. Heb *Shim'ōn*] (bef. 12c) **1 :** PETER — called also *Simon Peter* **2 :** one of the twelve disciples of Jesus — called also *Simon the Zealot* **3 :** a kinsman of Jesus **4 :** a Cyrenian constrained to help Jesus bear his cross to his place of crucifixion — called also *Simon the Cyrenian* **5 :** SIMON MAGUS

**si·mo·ni·ac** \sī-'mō-nē-,ak, sə-\ *n* [ME, fr. ML *simoniacus*, fr. LL *simonia* simony] (14c) : one who practices simony — **simoniac** *or* **si·mo·ni·a·cal** \,sī-mə-'nī-ə-kəl, ,si-\ *adj* — **si·mo·ni·a·cal·ly** \-k(ə-)lē\ *adv*

**si·mo·nize** \'sī-mə-,nīz\ *vt* **-nized; -niz·ing** [fr. *Simoniz*, a trademark] (1934) : to polish with or as if with wax ⟨~ a car⟩

**Si·mon Le·gree** \,sī-mən-lə-'grē\ *n* (1853) : a slave owner who has Tom flogged to death in Harriet B. Stowe's novel *Uncle Tom's Cabin*

**Simon Ma·gus** \-'mā-gəs\ *n* (ca. 1548) : a Samaritan sorcerer converted by the apostle Philip and severely rebuked by Peter for offering money for the gifts of the Holy Spirit

**si·mon–pure** \,sī-mən-'pyu̇r\ *adj* [fr. *the real Simon Pure*, alluding to a character impersonated by another in the play *A Bold Stroke for a Wife* (1718) by Susannah Centlivre] (1840) : of untainted purity or integrity; *also* : pretentiously or hypocritically pure

**si·mo·ny** \'sī-mə-nē, 'si-\ *n* [ME *symonie*, fr. AF *simonie*, fr. LL *simonia*, fr. *Simon* Magus, Samaritan sorcerer in Acts 8: 9–24] (13c) : the buying or selling of a church office or ecclesiastical preferment

**si·moom** \sə-'müm, sī-\ *or* **si·moon** \-'mün\ *n* [Ar *samūm*] (1790) : a hot dry violent dust-laden wind from Asian and African deserts

**simp** \'simp\ *n* (1903) : SIMPLETON

**sim·pa·ti·co** \sim-'pä-ti-,kō, -'pa-\ *adj* [It *simpatico* & Sp *simpático*, ultim. fr. L *sympathia* sympathy] (1864) **1 :** AGREEABLE, LIKABLE **2 :** being on the same wavelength : CONGENIAL, SYMPATHETIC

¹**sim·per** \'sim-pər\ *vb* **sim·pered; sim·per·ing** \-p(ə-)riŋ\ [akin to MD *zimperlijc* elegant, Dan dial. *simper* affected, coy] *vi* (ca. 1563) : to smile in a silly manner ~ *vt* : to say with a simper ⟨~*ed* an apology⟩ — **sim·per·er** \-pər-ər\ *n*

²**simper** *n* (1599) : a silly smile : SMIRK

¹**sim·ple** \'sim-pəl\ *adj* **sim·pler** \-p(ə-)lər\; **sim·plest** \-p(ə-)ləst\ [ME, fr. AF, fr. ML *simplus*, alter. of L *simplic-*, *simplex* single, having one ingredient, plain, fr. *sem-*, *sim-* one + *-plic-*, *-plex* -fold — more at SAME, -FOLD] (13c) **1 :** free from guile : INNOCENT **2 a :** free from vanity : MODEST **b :** free from ostentation or display ⟨a ~ outfit⟩ **3 :** of humble origin or modest position ⟨a ~ farmer⟩ **4 a :** lacking in knowledge or expertise ⟨a ~ amateur of the arts⟩ **b** (1) : STUPID (2) : mentally retarded **c :** not socially or culturally sophisticated : NAIVE; *also* : CREDULOUS **5 a :** SHEER, UNMIXED ⟨~ honesty⟩ **b :** free of secondary complications ⟨a ~ vitamin deficiency⟩ **c** (1) : having only one main clause and no subordinate clauses ⟨a ~ sentence⟩ (2) *of a subject or predicate* : having no modifiers, complements, or objects **d :** constituting a basic element : FUNDAMENTAL **e :** not made up of many like units ⟨a ~ eye⟩ **6 :** free from elaboration or figuration ⟨~ harmony⟩ **7 a** (1) : not subdivided into branches or leaflets ⟨a ~ stem⟩ ⟨a ~ leaf⟩ (2) : consisting of a single carpel (3) : developing from a single ovary ⟨a ~ fruit⟩ **b :** controlled by a single gene ⟨~ inherited characters⟩ **8 :** not limited or restricted : UNCONDITIONAL ⟨a ~ obligation⟩ **9 :** readily understood or performed ⟨~ directions⟩ ⟨the adjustment was ~ to make⟩ **10** *of a statistical hypothesis* : specifying exact values for one or more statistical parameters — compare COMPOSITE 3 — **sim·ple·ness** \-pəl-nəs\ *n*

***syn*** SIMPLE, FOOLISH, SILLY, FATUOUS, ASININE mean actually or apparently deficient in intelligence. SIMPLE implies a degree of intelligence inadequate to cope with anything complex or involving mental effort ⟨considered people *simple* who had trouble with computers⟩. FOOLISH implies the character of being or seeming unable to use judgment, discretion, or good sense ⟨*foolish* stunts⟩. SILLY suggests failure to act as a rational being esp. by ridiculous behavior ⟨the *silly* antics of revelers⟩. FATUOUS implies foolishness, inanity, and disregard of reality ⟨*fatuous* conspiracy theories⟩. ASININE suggests utter and contemptible failure to use normal rationality or perception ⟨an *asinine* plot⟩. ***syn*** see in addition EASY

²**simple** *n* (14c) **1 a :** a person of humble birth : COMMONER ⟨thought very little of anybody, ~*s* or gentry —Virginia Woolf⟩ **b** (1) : a rude or credulous person : IGNORAMUS (2) : a mentally retarded person **2 a :** a medicinal plant **b :** a vegetable drug having only one ingredient **3 :** one component of a complex; *specif* : an unanalyzable constituent

**simple closed curve** *n* (1919) : a closed plane curve (as a circle or an ellipse) that does not intersect itself — called also *Jordan curve*

**simple equation** *n* (1758) : a linear equation

**simple fraction** *n* (ca. 1728) : a fraction having whole numbers for the numerator and denominator — compare COMPLEX FRACTION

**simple fracture** *n* (1597) : a bone fracture that does not form an open wound in the skin — compare COMPOUND FRACTURE

**simple interest** *n* (1798) : interest paid or computed on the original principal only of a loan or on the amount of an account

**simple machine** *n* (ca. 1704) : any of various elementary mechanisms formerly considered as the elements of which all machines are composed and including the lever, the wheel and axle, the pulley, the inclined plane, the wedge, and the screw

**sim·ple·mind·ed** \,sim-pəl-'mīn-dəd, 'sim-pəl-,\ *adj* (1601) : devoid of subtlety : UNSOPHISTICATED; *also* : FOOLISH — **sim·ple·mind·ed·ly** *adv* — **sim·ple·mind·ed·ness** *n*

**simple protein** *n* (1908) : a protein (as a globulin) that yields amino acids as the chief or only products of complete hydrolysis — compare CONJUGATED PROTEIN

**simple sugar** *n* (1942) : MONOSACCHARIDE

**sim·ple·ton** \'sim-pəl-tən\ *n* ['*simple* + *-ton* (as in surnames such as *Washington*)] (ca. 1630) : a person lacking in common sense

**simple vow** *n* (1621) : a public vow taken by a religious in the Roman Catholic Church under which retention of property by the individual is permitted and marriage though illicit is valid under canon law

¹**sim·plex** \'sim-,pleks\ *adj* [L *simplic-*, *simplex* — more at SIMPLE] (1594) **1 :** SIMPLE, SINGLE **2 :** allowing telecommunication in only one direction at a time ⟨~ system⟩

²**simplex** *n*, *pl* **sim·plex·es** (1892) **1** *or pl* **sim·pli·ces** \-plə-,sēz\ *or* **sim·pli·cia** \sim-'pli-sh(ē-)ə\ : a simple word **2 :** a spatial configuration of *n* dimensions determined by *n* + 1 points in a space of dimension equal to or greater than *n* ⟨a triangle together with its interior determined by its three vertices is a two-dimensional ~ in the plane or any space of higher dimension⟩

**sim·pli·cial** \sim-'pli-shəl\ *adj* (1926) : of or relating to simplexes — **sim·pli·cial·ly** \-shə-lē\ *adv*

**sim·plic·i·ty** \sim-'pli-sə-tē, -'plis-tē\ *n*, *pl* **-ties** [ME *simplicite*, fr. AF *simplicité*, fr. L *simplicitat-*, *simplicitas*, fr. *simplic-*, *simplex*] (14c) **1 :** the state of being simple, uncomplicated, or uncompounded **2 a :** lack of subtlety or penetration : INNOCENCE, NAIVETÉ **b :** FOLLY, SILLINESS **3 :** freedom from pretense or guile : CANDOR **4 a :** directness of expression : CLARITY **b :** restraint in ornamentation : AUSTERITY

**sim·pli·fy** \'sim-plə-,fī\ *vt* **-fied; -fy·ing** [F *simplifier*, fr. ML *simplificare*, fr. *simplus* simple] (1759) : to make simple or simpler: as **a :** to reduce to basic essentials **b :** to diminish in scope or complexity : STREAMLINE ⟨was urged to ~ management procedures⟩ **c :** to make more intelligible : CLARIFY — **sim·pli·fi·ca·tion** \,sim-plə-fə-'kā-shən\ *n* — **sim·pli·fi·er** \'sim-plə-,fī(-ə)r\ *n*

**sim·plism** \'sim-,pli-zəm\ *n* (1849) : the act or an instance of oversimplifying; *esp* : the reduction of a problem to a false simplicity by ignoring complicating factors

**sim·plis·tic** \sim-'plis-tik\ *adj* (ca. 1881) **1 :** SIMPLE **2 :** of, relating to, or characterized by simplism : OVERSIMPLE ⟨adequate, if occasionally ~, historical background —Harlow Robinson⟩ — **sim·plis·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**sim·ply** \'sim-plē, *for 1 also* -pə-lē\ *adv* (14c) **1 a :** without ambiguity : CLEARLY **b :** without embellishment : PLAINLY **c :** DIRECTLY, CANDIDLY **2 a :** SOLELY, MERELY ⟨eats ~ to keep alive⟩ ⟨~ cleaned it up and went to bed —Garrison Keillor⟩ **b :** REALLY, LITERALLY ⟨the concert was ~ marvelous⟩ — often used as an intensive ⟨~ crawling with geniuses —F. Scott Fitzgerald⟩

**simply connected** *adj* (1893) : being or characterized by a surface that is divided into two separate parts by every closed curve it contains

**simply ordered** *adj* (ca. 1909) : having any two elements connected by a relationship that is reflexive, antisymmetric, and transitive

**Simp·son's rule** \'sim(p)-sənz-\ *n* [Thomas *Simpson* †1761 Eng. mathematician] (ca. 1875) : a method for approximating the area under a curve over a given interval that involves partitioning the interval by an odd number *n* + 1 of equally spaced ordinates and adding the areas of the *n*/2 figures formed by pairs of successive odd-numbered ordinates and the parabolas which they determine with their included even-numbered ordinates

**sim·u·la·cre** \'sim-yə-,lā-kər, -,la-\ *n* [ME, fr. AF, fr. L *simulacrum*] (14c) *archaic* : SIMULACRUM

**sim·u·la·crum** \,sim-yə-'la-krəm, -'lā-\ *n*, *pl* **-cra** \-krə\ *also* **-crums** [ME, fr. L, fr. *simulare*] (15c) **1 :** IMAGE, REPRESENTATION ⟨a reasonable ~ of reality —Martin Mayer⟩ **2 :** an insubstantial form or semblance of something : TRACE

¹**sim·u·lar** \'sim-yə-lər, -,lär\ *n* [irreg. fr. L *simulare* to simulate] (1526) *archaic* : one that simulates : DISSEMBLER

²**simular** *adj* (ca. 1610) *archaic* : COUNTERFEIT, PRETENDED

**sim·u·late** \'sim-yə-,lāt\ *vt* **-lat·ed; -lat·ing** [L *simulatus*, pp. of *simulare* to copy, represent, feign, fr. *similis* like — more at SAME] (1652) **1 :** to give or assume the appearance or effect of often with the intent to deceive : IMITATE **2 :** to make a simulation of (as a physical system) ***syn*** see ASSUME — **sim·u·la·tive** \-,lā-tiv\ *adj*

**simulated** *adj* (1622) : made to look genuine : FAKE ⟨~ pearls⟩

**sim·u·la·tion** \,sim-yə-'lā-shən\ *n* [ME *simulacion*, fr. AF, fr. L *simulation-*, *simulatio*, fr. *simulare*] (14c) **1 :** the act or process of simulating **2 :** a sham object : COUNTERFEIT **3 a :** the imitative representation of the functioning of one system or process by means of the functioning of another ⟨a computer ~ of an industrial process⟩ **b :** examination of a problem often not subject to direct experimentation by means of a simulating device

**sim·u·la·tor** \'sim-yə-,lā-tər\ *n* (1835) : one that simulates; *esp* : a device that enables the operator to reproduce or represent under test conditions phenomena likely to occur in actual performance

**si·mul·cast** \'sī-məl-,kast *also* 'si-\ *vb* [*simul*taneous *broadcast*] *vi* (1948) : to broadcast simultaneously (as by radio and television) ~ *vt* : to broadcast (a program) by simulcasting — **simulcast** *n*

**si·mul·ta·neous** \,sī-məl-'tā-nē-əs, -nyəs *also* ,si-\ *adj* [L *simul* at the same time + E *-taneous* (as in *instantaneous*) — more at SAME] (ca. 1660) **1 :** existing or occurring at the same time : exactly coincident **2 :** satisfied by the same values of the variables ⟨~ equations⟩ ***syn*** see CONTEMPORARY — **si·mul·ta·ne·ity** \-tə-'nē-ə-tē, -'nā-\ *n* — **si·mul·ta·neous·ly** \-'tā-nē-əs-lē, -nyəs-\ *adv* — **si·mul·ta·neous·ness** *n*

**sim·va·stat·in** \'sim-və-,sta-tᵊn, ,sim-və-'sta-\ *n* [*sim-* (prob. alter. of *synthetic*) + lo*vastatin*] (1987) : a semisynthetic drug $C_{25}H_{38}O_5$ that decreases the level of cholesterol in the bloodstream and is derived from a compound produced by a mold (*Aspergillus terreus*)

¹**sin** \'sin\ *n* [ME *sinne*, fr. OE *synn*; akin to OHG *sunta* sin and prob. to L *sont-*, *sons* guilty, *est* is — more at IS] (bef. 12c) **1 a :** an offense against religious or moral law **b :** an action that is or is felt to be highly reprehensible ⟨it's a ~ to waste food⟩ **c :** an often serious shortcoming : FAULT **2 a :** transgression of the law of God **b :** a vitiated state of human nature in which the self is estranged from God ***syn*** see OFFENSE

²**sin** *vi* **sinned; sin·ning** (bef. 12c) **1 :** to commit a sin **2 :** to commit an offense or fault

³**sin** \'sēn, 'sin\ *n* [Heb *śīn*] (ca. 1823) : the 21st letter of the Hebrew alphabet — see ALPHABET table

⁴**sin** *abbr* sine

**Sin·bad** *or* **Sind·bad** \'sin-,bad\ *n* (1789) : a citizen of Baghdad whose adventures at sea are told in the *Arabian Nights' Entertainments*

ə -drəm\ n [NL, fr. Gk *syndromē* combina-
*dramein* to run — more at DROMEDARY]
ms and symptoms that occur together and
onormality or condition 2 : a set of concur-
actions) that usu. form an identifiable pat-

nern), prob. contr. of OE *siththan* since —
*y Scot* : since then : AGO
t : SINCE
-(,)kē\ n [L, fr. Gk *synekdochē*, fr. *syn-* + *ek-*
, fr. *ekdechesthai* to receive, understand, fr.
eceive; akin to Gk *dokein* to seem good —
) : a figure of speech by which a part is put
or *fifty ships*), the whole for a part (as *society*
s for the genus (as *cutthroat* for *assassin*), the
*creature* for *a man*), or the name of the ma-
as *boards* for *stage*) — **syn·ec·doch·ic** \si-
**ec·doch·i·cal** \-'dä-ki-kəl\ *adj* — **syn·ec-**
*adv*
ə-jē, ,si-ne-\ n [G *Synökologie*, fr. *syn-* syn- +
: a branch of ecology that deals with the
d distribution of ecological communities —
-kə-'lä-ji-kəl, ,si-,ne-\ *adj*
-'nir-, *esp for 2* ,si-nə-'rē-\ n [LL *synaeresis*,
*ein* to contract, fr. *syn-* + *hairein* to take] (ca.
the separation of liquid from a gel caused by

k\ *adj* [Gk *synergētikos*, fr. *synergein* to work
s working together, fr. *syn-* + *ergon* work —
: SYNERGIC
*i* (1850) : working together : COOPERATING
**i·cal·ly** \-ji-k(ə-)lē\ *adv*
-nər-\ n [NL *synergida*, fr. Gk *synergos* work-
of two small cells lying near the micropyle of
osperm
om\ n [NL *synergismus*, fr. Gk *synergos*]
rete agencies (as industrial firms), agents (as
that the total effect is greater than the sum

: something (as a chemical or a muscle) that
of an active agent; *broadly* : either member

tik\ *adj* (ca. 1847) 1 : having the capacity to
s) 2 : of, relating to, or resembling syner-
**yn·er·gis·ti·cal·ly** \-ti-k(ə-)lē\ *adv*
**-gies** [NL *synergia*, fr. Gk *synergos* working
RGISM; *broadly* : combined action or opera-
ntageous conjunction or compatibility of dis-
or elements (as resources or efforts)
, fr. Gk, understanding, sense, fr. *syniénai* to
d, fr. *syn-* + *hienai* to send — more at JET]
struction in which agreement or reference is
than strict syntax (as *anyone* and *them* in "I
m out")
ē-zh(ē-)ə\ n [NL, fr. *syn-* + *-esthesia* (as in *an-*
a concomitant sensation; *esp* : a subjective
ense (as of color) other than the one (as of
2 : the condition marked by the experience
**-es·thet·ic** \-'the-tik\ *adj*
\ n (1985) : a person affected with synesthe-

[*synthetic* + *fuel*] (1975) : a liquid or gaseous
ossil fuel that is a solid (as coal) or part of a
ale)
[ISV] (1904) : sexual reproduction by union
N
5) : SYNTHESIS GAS
k\ *adj* [*syn-* + *-genic* (as in *isogeneic*)] (1961)
or being genetically identical or similar indi-
es esp. with respect to antigenic interaction
etween ~ mice) — compare ALLOGENEIC
\ n [LL, fr. Gk *synizēsis*, fr. *synizein* to sit
blend, fr. *syn-* + *hizein* to sit down; akin to L
e at SUBSIDE] (1846) : contraction of two syl-
in pronunciation two adjacent vowels
\ n [ME *sinod*, fr. LL *synodus*, fr. LGk *syno-*
mbly, fr. *syn-* + *hodos* way, journey] (14c) 1
ng or advisory council: as a : an assembly of
tholic Church b : the governing assembly of
: a Presbyterian governing body ranking be-
the general assembly d : a regional or na-
theran congregations 2 : the ecclesiastical
od — **syn·od·al** \'si-nə-dᵊl, -,nä-; sə-'nä-dᵊl\

**syn·od·i·cal** \-di-kəl\ *adj* (1561) 1 : of or re-
AL 2 *usu synodic* [Gk *synodikos*, fr. *synodos*
elating to conjunction; *esp* : relating to the pe-
ive conjunctions of the same celestial bodies
)
: a lunar month
n [ME *sinonyme*, fr. L *synonymum*, fr. Gk
*nōnymos* synonymous, fr. *syn-* + *onyma* name
1 : one of two or more words or expressions
have the same or nearly the same meaning in
a word or phrase that by association is held to
concept or quality) ⟨a tyrant whose name has
on⟩ b : METONYM 3 : one of two or more
designate the same taxonomic group — com-
**o·nym·ic** \,si-nə-'ni-mik\ *also* **syn·o·nym·i-**
**o·nym·i·ty** \-'ni-mə-tē\ n
-mist\ n (ca. 1753) : one who lists, studies, or

**syn·on·y·mize** \-,mīz\ *vt* **-mized; -miz·ing** (ca. 1595) **1 a** : to give or analyze the synonyms of (a word) **b** : to provide (as a dictionary) with synonymies **2** : to demonstrate (a taxonomic name) to be a synonym

**syn·on·y·mous** \-məs\ *adj* (1610) **1** : having the character of a synonym; *also* : alike in meaning or significance **2** : having the same connotations, implications, or reference ⟨to runners, Boston is ~ with marathon —*Runners World*⟩ — **syn·on·y·mous·ly** *adv*

**syn·on·y·my** \-mē\ *n, pl* **-mies** (1683) **1 a** : a list or collection of synonyms often defined and discriminated from each other **b** : the study or discrimination of synonyms **2** : the scientific names that have been used to designate the same taxonomic group (as a species); *also* : a list of these **3** : the quality or state of being synonymous

**syn·op·sis** \sə-'näp-səs\ *n, pl* **-op·ses** \-,sēz\ [LL, fr. Gk, lit., comprehensive view, fr. *synopsesthai* to be going to see together, fr. *syn-* + *opsesthai* to be going to see — more at OPTIC] (1611) **1** : a condensed statement or outline (as of a narrative or treatise) : ABSTRACT **2** : the abbreviated conjugation of a verb in one person only

**syn·op·size** \-,siz\ *vt* **-sized; -siz·ing** (1882) **1** : EPITOMIZE **2** : to make a synopsis of (as a novel)

**syn·op·tic** \sə-'näp-tik\ *also* **syn·op·ti·cal** \-ti-kəl\ *adj* [Gk *synoptikos*, fr. *synopsesthai*] (1763) **1** : affording a general view of a whole **2** : manifesting or characterized by comprehensiveness or breadth of view **3** : presenting or taking the same or common view; *specif, often cap* : of or relating to the first three Gospels of the New Testament **4** : relating to or displaying conditions (as of the atmosphere or weather) as they exist simultaneously over a broad area — **syn·op·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**syn·os·to·sis** \,si-,näs-'tō-səs\ *n, pl* **-to·ses** \-,sēz\ [NL] (ca. 1848) : union of two or more separate bones to form a single bone

**sy·no·via** \sə-'nō-vē-ə, sī-\ *n* [NL, any of various bodily fluids or discharges] (1726) : SYNOVIAL FLUID

**sy·no·vi·al** \-vē-əl\ *adj* (1756) : of, relating to, or secreting synovial fluid ⟨~ membranes⟩; *also* : lined with synovial membrane

**synovial fluid** *n* (1846) : a transparent viscid lubricating fluid secreted by a membrane of an articulation, bursa, or tendon sheath

**synovial joint** *n* (1854) : DIARTHROSIS 2

**sy·no·vi·tis** \,sī-nə-'vī-təs\ *n* (ca. 1836) : inflammation of a synovial membrane

**syn·tac·tic** \sin-'tak-tik\ *or* **syn·tac·ti·cal** \-ti-kəl\ *adj* [NL *syntacticus*, fr. Gk *syntaktikos* arranging together, fr. *syntassein*] (1577) : of, relating to, or according to the rules of syntax or syntactics — **syn·tac·ti·cal·ly** \-ti-k(ə-)lē\ *adv*

**syn·tac·ti·cian** \,sin-,tak-'ti-shən\ *n* (1900) : a specialist in syntax

**syn·tac·tics** \-tiks\ *n pl but sing or pl in constr* (1937) : a branch of semiotic that deals with the formal relations between signs or expressions in abstraction from their signification and their interpreters

**syn·tagm** \'sin-,tam\ *chiefly Brit var of* SYNTAGMA

**syn·tag·ma** \sin-'tag-mə\ *n, pl* **-mas** *or* **-ma·ta** \-mə-tə\ [Gk, *syntassein*] (1937) : a syntactic element — **syn·tag·mat·ic** \,sin-,tag-'ma-tik\ *adj*

**syn·tax** \'sin-,taks\ *n* [MF or LL; MF *sintaxe*, fr. LL *syntaxis*, fr. Gk, fr. *syntassein* to arrange together, fr. *syn-* + *tassein* to arrange] (1574) **1 a** : the way in which linguistic elements (as words) are put together to form constituents (as phrases or clauses) **b** : the part of grammar dealing with this **2** : a connected or orderly system : harmonious arrangement of parts or elements ⟨the ~ of classical architecture⟩ **3** : syntactics esp. as dealing with the formal properties of languages or calculi

**synth** \'sin(t)th\ *n, often attrib* (1976) : SYNTHESIZER 2

**syn·the·sis** \'sin(t)-thə-səs\ *n, pl* **-the·ses** \-,sēz\ [Gk, fr. *syntithenai* to put together, fr. *syn-* + *tithenai* to put, place — more at DO] (1589) **1 a** : the composition or combination of parts or elements so as to form a whole **b** : the production of a substance by the union of chemical elements, groups, or simpler compounds or by the degradation of a complex compound **c** : the combining of often diverse conceptions into a coherent whole; *also* : the complex so formed **2 a** : deductive reasoning **b** : the dialectic combination of thesis and antithesis into a higher stage of truth **3** : the frequent and systematic use of inflected forms as a characteristic device of a language — **syn·the·sist** \-sist\ *n*

**synthesis gas** *n* (ca. 1941) : a mixture of carbon monoxide and hydrogen used esp. in chemical synthesis

**syn·the·size** \-,sīz\ *vb* **-sized; -siz·ing** *vt* (1830) **1** : to combine or produce by synthesis **2** : to make a synthesis of **3** : to produce (as music) by an electronic synthesizer ~ *vi* : to make a synthesis

**syn·the·siz·er** \-,sī-zər\ *n* (1869) **1** : one that synthesizes ⟨an expert ~ of diverse views⟩ **2** : a usu. computerized electronic apparatus for the production and control of sound (as for producing music)

**syn·the·tase** \'sin-thə-,tās, -,tāz\ *n* [*synthetic* + *-ase*] (1947) : an enzyme that catalyzes the linking together of two molecules usu. using the energy derived from the concurrent splitting off of a pyrophosphate group from a triphosphate (as ATP) — called also *ligase*

**¹syn·thet·ic** \sin-'the-tik\ *adj* [Gk *synthetikos* of composition, component, fr. *syntithenai* to put together] (1697) **1** : relating to or involving synthesis : not analytic ⟨the ~ aspects of a philosophy⟩ **2** : attributing to a subject something determined by observation rather than analysis of the nature of the subject and not resulting in self-contradiction if negated — compare ANALYTIC **3** : characterized by frequent and systematic use of inflected forms to express grammatical relationships ⟨~ languages⟩ **4 a (1)** : of, relating to, or produced by chemical or biochemical synthesis; *esp* : produced artificially ⟨~ drugs⟩ ⟨~ silk⟩ **(2)** : of or relating to a synfuel **b** : devised, arranged, or fabricated for special situations to imitate or replace usual realities **c** : FACTITIOUS, BOGUS — **syn·thet·i·cal·ly** \-ti-k(ə-)lē\ *adv*

**²synthetic** *n* (1916) : something resulting from synthesis rather than occurring naturally; *esp* : a product (as a drug or plastic) of chemical synthesis

**synthetic division** *n* (1850) : a simplified method for dividing a polynomial by another polynomial of the first degree by writing down only the coefficients of the several powers of the variable and changing the sign of the constant term in the divisor so as to replace the usual subtractions by additions

**synthetic geometry** *n* (1856) : elementary euclidean geometry or projective geometry as distinguished from analytic geometry

**synthetic resin** *n* (1907) : RESIN 2

**syph** \'sif\ *n* (ca. 1914) *slang* : SYPHILIS

**syph·i·lis** \'si-f(ə-)ləs\ *n* [NL, fr. *Syphilus*, hero of the poem *Syphilis sive Morbus Gallicus* (*Syphilis or the French disease*) (1530) by Girolamo Fracastoro †1553 Ital. poet and physician] (1718) : a chronic contagious usu. venereal and often congenital disease caused by a spirochete (*Treponema pallidum*) and if left untreated producing chancres, rashes, and systemic lesions in a clinical course with three stages continued over many years — compare PRIMARY SYPHILIS, SECONDARY SYPHILIS, TERTIARY SYPHILIS — **syph·i·lit·ic** \,si-fə-'li-tik\ *adj or n*

**syphon** *var of* SIPHON

**Sy·rah** \sē-'rä\ *n* [F *syrah*, *syrac*] (1974) **1** : a grape whose skin has a dark blue to bluish-black color that was orig. grown in the northern valley of the Rhone and is now widely grown elsewhere (as in California and Australia); *also* : a vine producing Syrah grapes **2** : a red wine made from Syrah grapes

**sy·rette** \sə-'ret\ *n* [fr. *Syrette*, a trademark] (1941) : a small collapsible tube fitted with a hypodermic needle for injecting a single dose of a medicinal agent (as morphine)

**Syr·i·ac** \'sir-ē-,ak\ *n* [L *syriacus* Syrian, fr. Gk *syriakos*, fr. *Syria*, ancient country in Asia] (1605) **1** : a literary language based on an eastern Aramaic dialect and used as the literary and liturgical language by several Eastern Christian churches **2** : Aramaic spoken by Christian communities — **Syriac** *adj*

**Syr·i·an hamster** \'sir-ē-ən-\ *n* [*Syria*, Asia] (ca. 1949) : GOLDEN HAMSTER

**sy·rin·ga** \sə-'riŋ-gə\ *n* [NL, genus name, fr. Gk *syring-*, *syrinx* panpipe] (1664) : MOCK ORANGE 1

**¹sy·ringe** \sə-'rinj *also* 'sir-inj\ *n* [ME *syring*, fr. AF *siringe*, fr. ML *syringa*, fr. LL, injection, fr. Gk *syring-*, *syrinx* panpipe, tube] (14c) : a device used to inject fluids into or withdraw them from something (as the body or its cavities): as **a** : a device that consists of a nozzle of varying length and a compressible rubber bulb and is used for injection or irrigation **b** : an instrument (as for the injection of medicine or the withdrawal of bodily fluids) that consists of a hollow barrel fitted with a plunger and a hollow needle **c** : a gravity device consisting of a reservoir fitted with a long rubber tube ending with an exchangeable nozzle that is used for irrigation of the vagina or bowel

**²syringe** *vt* **sy·ringed; sy·ring·ing** (1610) : to irrigate or spray with or as if with a syringe

**sy·rin·go·my·e·lia** \sə-,riŋ-gō-mī-'ē-lē-ə\ *n* [NL, fr. Gk *syring-*, *syrinx* tube, fistula + NL *myel-* + *-ia*] (1880) : a chronic progressive disease of the spinal cord associated with sensory disturbances, muscle atrophy, and spasticity — **sy·rin·go·my·el·ic** \-'e-lik\ *adj*

**syr·inx** \'sir-iŋ(k)s\ *n, pl* **sy·rin·ges** \sə-'riŋ-,gēz, -'rin-,jēz\ *or* **syr·inx·es** (1606) **1** [LL, fr. Gk] : PANPIPE **2** [NL, fr. Gk] : the vocal organ of birds that is a special modification of the lower part of the trachea or of the bronchi or of both

**syr·phid fly** \'sər-fəd-, 'sir-\ *n* [NL *Syrphidae*, fr. *Syrphus*, genus of flies, fr. Gk *syrphos* gnat] (ca. 1891) : HOVERFLY

**syr·up** *also* **si·rup** \'sər-əp, 'sir-əp, 'sə-rəp\ *n* [ME *sirup*, fr. AF *sirop*, fr. ML *syrupus*, fr. Ar *sharāb*] (14c) **1 a** : a thick sticky solution of sugar and water often flavored or medicated **b** : the concentrated juice of a fruit or plant **2** : cloying sweetness or sentimentality — **syr·upy** *adj*

**sys·op** \'sis-(,)äp\ *n* [*system operator*] (1983) : the administrator of a computer bulletin board

**sys·tal·tic** \sis-'tòl-tik, -'tal-\ *adj* [LL *systalticus*, fr. Gk *systaltikos*, fr. *systellein* to contract — more at SYSTOLE] (1676) : marked by regular contraction and dilatation : PULSING

**syst** *abbr* system

**sys·tem** \'sis-təm\ *n* [LL *systemat-*, *systema*, fr. Gk *systēmat-*, *systēma*, fr. *synistanai* to combine, fr. *syn-* + *histanai* to cause to stand — more at STAND] (1603) **1** : a regularly interacting or interdependent group of items forming a unified whole ⟨a number ~⟩: as **a (1)** : a group of interacting bodies under the influence of related forces ⟨a gravitational ~⟩ **(2)** : an assemblage of substances that is in or tends to equilibrium ⟨a thermodynamic ~⟩ **b (1)** : a group of body organs that together perform one or more vital functions ⟨the digestive ~⟩ **(2)** : the body considered as a functional unit **c** : a group of related natural objects or forces ⟨a river ~⟩ **d** : a group of devices or artificial objects or an organization forming a network esp. for distributing something or serving a common purpose ⟨a telephone ~⟩ ⟨a heating ~⟩ ⟨a highway ~⟩ ⟨a computer ~⟩ **e** : a major division of rocks usu. larger than a series and including all formed during a period or era **f** : a form of social, economic, or political organization or practice ⟨the capitalist ~⟩ **2** : an organized set of doctrines, ideas, or principles usu. intended to explain the arrangement or working of a systematic whole ⟨the Newtonian ~ of mechanics⟩ **3 a** : an organized or established procedure ⟨the touch ~ of typing⟩ **b** : a manner of classifying, symbolizing, or schematizing ⟨a taxonomic ~⟩ ⟨the decimal ~⟩ **4** : harmonious arrangement or pattern : ORDER ⟨bring ~ out of confusion —Ellen Glasgow⟩ **5** : an organized society or social situation regarded as stultifying or oppressive : ESTABLISHMENT 2 — usu. used with *the* **syn** see METHOD — **sys·tem·less** \-ləs\ *adj*

**sys·tem·at·ic** \,sis-tə-'ma-tik\ *adj* [LL *systematicus*, fr. Gk *systēmatikos*, fr. *systēmat-*, *systēma*] (ca. 1680) **1** : relating to or consisting of a system **2** : presented or formulated as a coherent body of ideas or principles ⟨~ thought⟩ **3 a** : methodical in procedure or plan ⟨a ~ approach⟩ ⟨a ~ scholar⟩ **b** : marked by thoroughness and regularity ⟨~ efforts⟩ **4** : of, relating to, or concerned with classification; *specif* : TAXONOMIC — **sys·tem·at·i·cal·ly** \-ti-k(ə-)lē\ *adv* — **sys·tem·at·ic·ness** \-tik-nəs\ *n*

**systematic error** *n* (1811) : an error that is not determined by chance but is introduced by an inaccuracy (as of observation or measurement) inherent in the system

**sys·tem·at·ics** \,sis-tə-'ma-tiks\ *n pl but sing in constr* (1888) **1** : the science of classification **2 a** : a system of classification **b** : the classi-

y ⟨a ~ movie⟩ — **ter·ri·ble·ness** *n*
*terryer*,
rth dog,
: any of
gs orig.
ıme and
· drive it
*icus*, fr.
'ery bad
o excite
**2** : EX-
ıusually
— **ter-**
**-fy·ing**
**1 a** : to
ARE **b**
vith terror
ing terror or apprehension **2** : of a
·ly *adv*
adj [L *terrigena* earthborn, fr. *terra*
at KIN] (1882) : being or relating to
from the destruction of rocks on the
ore at TUREEN] (ca. 1706) **1 a** : TU-
dish in which foods are cooked and
meat, fish, or vegetables cooked and
(1625) **1 a** : NEARBY, LOCAL **b**
L **2 a** : of or relating to a territory
ng to or organized chiefly for home
ating to private property **3 a** : of or
ted area ⟨~ commanders⟩ **b** : ex-
⟨~ birds⟩ ⟨~ salespeople⟩ — **ter-**
a territorial military unit
in a U.S. territory that has jurisdic-
i-zəm\ *n* (1881) **1** : LANDLORDISM
5 requiring the inhabitants of a terri-
conform to the religion of their rul-
·ist \-list\ *n*
ı (1864) **1** : territorial status **2 a**
c territory **b** : the pattern of behav-
a territory
**ized; -iz·ing** (1818) : to organize on
**·i·za·tion** \-ˌtȯr-ē-ə-lə-ˈzā-shən\ *n*
waters under the sovereign jurisdic-
both marginal sea and inland waters
es [ME, fr. L *territorium*, lit., land
ore at TERRACE] (14c) **1 a** : a geo-
r the jurisdiction of a governmental
ıbdivision of a country **c** : a part of
state but organized with a separate
(as a colonial possession) dependent
ving some degree of autonomy **2 a**
a **b** : a field of knowledge or inter-
ne in which a sales representative or
often including a nesting or denning
that is occupied and defended by an
**with the territory** *or* **come with**
unavoidable aspect or accompani-
tion, or field ⟨criticism *goes with the*
AF *terrour*, fr. L *terror*, fr. *terrēre* to
aid, flee, *tremein* to tremble — more
intense fear **2 a** : one that inspires
aspect ⟨the ~*s* of invasion⟩ **c** : a
appalling person or thing; *esp* : BRAT
nt or destructive acts (as bombing)
intimidate a population or govern-
⟨insurrection and revolutionary ~⟩
\ *adj*
RIZE
: the systematic use of terror esp. as
t \-ər-ist\ *adj or n* — **ter·ror·is·tic**
**ing** (1823) **1** : to fill with terror or
threat or violence — **ter·ror·i·za-**
erh. modif. of F *tiré*, pp. of *tirer* to
the pile in uncut pile fabrics **2** : an
called also *terry cloth*
L *tersus* clean, neat, fr. pp. of *tergēre*
legant : POLISHED **2** : devoid of su-
HORT, BRUSQUE ⟨dismissed me with
erse·ly *adv* — **terse·ness** *n*
ı, fr. AF, fr. L *tertianus*, lit., of the
HIRD] (14c) : recurring at approxi-
f malaria
vivax malaria⟩
*pl* **-ries** (ca. 1550) **1** [ML *tertiarius*,
onastic third order esp. of lay people
m of rocks
aining a third, fr. *tertius* third] (ca.
nce, or value **b** *chiefly Brit* : of, re-
ı **c** : of, relating to, or constituting
four degrees of stress recognized by
third syllable of *basketball team*) **2**
st period of the Cenozoic era or the
ked by the formation of high moun-
Himalayas) and the dominance of

terrier

mammals on land — see GEOLOGIC TIME table **3 a** : involving or resulting from the substitution of three atoms or groups ⟨a ~ salt⟩ ⟨~ amine⟩ **b** : being or containing a carbon atom having bonds to three other carbon atoms ⟨an acid containing a ~ carbon⟩ ⟨~ alcohols⟩ **c** : of, relating to, or being the normal folded structure of the coiled chain of a protein or of DNA or RNA **4** : occurring in or being a third stage: as **a** : being or relating to the recovery of oil and gas from old wells by means of the underground application of heat and chemicals **b** : being or relating to the purification of wastewater by removal of fine particles, nitrates, and phosphates

**tertiary care** *n* (1979) : highly specialized medical care usu. over an extended period of time that involves advanced and complex procedures and treatments performed by medical specialists in state-of-the-art facilities — compare PRIMARY CARE, SECONDARY CARE

**tertiary color** *n* (ca. 1864) **1** : a color produced by mixing two secondary colors **2** : a color produced by an equal mixture of a primary color with a secondary color adjacent to it on the color wheel

**tertiary syphilis** *n* (1875) : the third stage of syphilis that develops after disappearance of the symptoms of secondary syphilis and is marked by ulcers in and gummas under the skin and commonly by involvement of the skeletal, cardiovascular, and nervous systems

**ter·ti·um quid** \ˌtər-shē-əm-ˈkwid, ˌtər-tē-\ *n* [LL, lit., third something; fr. its failing to fit into a dichotomy] (ca. 1724) **1** : a middle course or an intermediate component ⟨where there are two systems of law and two orders of courts, there must . . . be some *tertium quid* to deal with conflicts of law and jurisdiction —Ernest Baker⟩ **2** : a third party of ambiguous status ⟨there was a man and his wife and a *tertium quid* —Rudyard Kipling⟩

**ter·za ri·ma** \ˌtert-sə-ˈrē-mə\ *n* [It, lit., third rhyme] (1819) : a verse form consisting of tercets usu. in iambic pentameter in English poetry with an interlaced rhyme scheme (as *aba, bcb, cdc*)

**TESL** *abbr* teaching English as a second language

**tes·la** \ˈtes-lə\ *n* [Nikola *Tesla*] (1958) : a unit of magnetic flux density in the meter-kilogram-second system equivalent to one weber per square meter

**TESOL** *abbr* Teachers of English to Speakers of Other Languages

**tes·sel·late** \ˈte-sə-ˌlāt\ *vt* **-lat·ed; -lat·ing** [LL *tessellatus*, pp. of *tessellare* to pave with tesserae, fr. L *tessella*, dim. of *tessera*] (1789) : to form into or adorn with mosaic

**tes·sel·lat·ed** \-ˌlā-təd\ *adj* (1695) : having a checkered appearance

**tes·sel·la·tion** \ˌte-sə-ˈlā-shən\ *n* (1660) **1 a** : MOSAIC **b** : a covering of an infinite geometric plane without gaps or overlaps by congruent plane figures of one type or a few types **2** : an act of tessellating : the state of being tessellated

**tes·sera** \ˈte-sə-rə\ *n, pl* **-ser·ae** \-ˌrē, -ˌrī\ [L, prob. ultim. fr. Gk *tessares* four; fr. its having four corners — more at FOUR] (1538) **1** : a small tablet (as of wood, bone, or ivory) used by the ancient Romans as a ticket, tally, voucher, or means of identification **2** : a small piece (as of marble, glass, or tile) used in mosaic work

**tes·ser·act** \ˈte-sə-ˌrakt\ *n* [Gk *tessares* four + *aktis* ray — more at ACTIN-] (1888) : the four-dimensional analogue of a cube

**tes·si·tu·ra** \ˌte-sə-ˈtu̇r-ə\ *n* [It, lit., texture, fr. L *textura*] (1875) : the general range of a melody or voice part; *specif* : the part of the register in which most of the tones of a melody or voice part lie

[1]**test** \ˈtest\ *n* [ME, vessel in which metals were assayed, potsherd, fr. AF *test, tees* pot, L *testum* earthen vessel; akin to L *testa* earthen pot, shell] (14c) **1 a** *chiefly Brit* : CUPEL **b** (1) : a critical examination, observation, or evaluation : TRIAL; *specif* : the procedure of submitting a statement to such conditions or operations as will lead to its proof or disproof or to its acceptance or rejection ⟨a ~ of a statistical hypothesis⟩ (2) : a basis for evaluation : CRITERION **c** : an ordeal or oath required as proof of conformity with a set of beliefs **2 a** : a means of testing: as (1) : a procedure, reaction, or reagent used to identify or characterize a substance or constituent (2) : something (as a series of questions or exercises) for measuring the skill, knowledge, intelligence, capacities, or aptitudes of an individual or group **b** : a positive result in such a test **3** : a result or value determined by testing **4** : TEST MATCH

[2]**test** *adj* (1687) **1** : of, relating to, or constituting a test **2** : subjected to, used for, or revealed by testing ⟨a ~ group⟩ ⟨~ data⟩

[3]**test** *vt* (1748) **1** : to put to test or proof : TRY — often used with *out* **2** : to require a doctrinal oath of ~ *vi* **1 a** : to undergo a test **b** : to be assigned a standing or evaluation on the basis of tests ⟨~*ed* positive for cocaine⟩ ⟨the cake ~*ed* done⟩ **2** : to apply a test as a means of analysis or diagnosis — used with *for* ⟨~ for mechanical aptitude⟩ — **test·abil·i·ty** \ˌtes-tə-ˈbi-lə-tē\ *n* — **test·able** \ˈtes-tə-bəl\ *adj* — **test the waters** *also* **test the water** : to make a preliminary test or survey (as of reaction or interest) before embarking on a course of action

[4]**test** *n* [L *testa* shell] (ca. 1842) : an external hard or firm covering (as a shell) of many invertebrates (as a foraminifer or a mollusk)

**Test** *abbr* Testament

**tes·ta** \ˈtes-tə\ *n, pl* **tes·tae** \-ˌtē, -ˌtī\ [NL, fr. L, shell] (1796) : the hard external coating or integument of a seed

**tes·ta·ceous** \tes-ˈtā-shəs\ *adj* [L *testaceus*, fr. *testa* shell, earthen pot, brick] (1646) **1** : having a shell ⟨a ~ protozoan⟩ **2** : of any of the several light colors of bricks

**tes·ta·cy** \ˈtes-tə-sē\ *n, pl* **-cies** (ca. 1864) : the state of being testate

**tes·ta·ment** \ˈtes-tə-mənt\ *n* [ME, fr. AF, fr. LL & L; LL *testamentum* covenant with God, holy scripture, fr. L, last will, fr. *testari* to be a witness, call to witness, make a will, fr. *testis* witness; akin to L *tres* three & to L *stare* to stand; fr. the witness's standing by as a third party in a litigation — more at THREE, STAND] (14c) **1 a** *archaic* : a covenant between God and the human race **b** *cap* : either of two main divisions of the Bible **2 a** : a tangible proof or tribute **b** : an expression of conviction : CREED **3 a** : an act by which a person determines the disposition of his or her property after death **b** : WILL — **tes·ta·men·ta·ry** \ˌtes-tə-ˈmen-tə-rē, -ˈmen-trē\ *adj*

**tes·tate** \ˈtes-ˌtāt, -tət\ *adj* [ME, fr. L *testatus*, pp. of *testari* to make a will] (15c) : having left a valid will ⟨she died ~⟩

**tes·ta·tor** \ˈtes-ˌtā-tər, tes-ˈ\ *n* [ME *testatour*, fr. AF, fr. LL *testator*, fr. L *testari*] (14c) : a person who dies leaving a will or testament in force

**tes·ta·trix** \ˈtes-ˌtā-triks, tes-ˈ\ *n* [LL, fem. of *testator*] (1564) : a woman who is a testator

**test ban** *n* (1958) : a self-imposed partial or complete ban on the testing of nuclear weapons that is mutually agreed to by countries possessing such weapons

**test bed** *n* (1914) : a vehicle (as an airplane) used for testing new equipment (as engines or weapons systems); *broadly* : any device, facility, or means for testing something in development

**test case** *n* (1850) **1** : a representative case whose outcome is likely to serve as a precedent **2** : a proceeding brought by agreement or on an understanding of the parties to obtain a decision as to the constitutionality of a statute

**test·cross** \ˈtes(t)-ˌkrȯs\ *n* (1934) : a genetic cross between a homozygous recessive individual and a corresponding suspected heterozygote to determine the genotype of the latter — **testcross** *vt*

**test–drive** \ˈtes(t)-ˌdrīv\ *vt* **-drove** \-ˌdrōv\; **-driv·en** \-ˌdri-vən\; **-driv·ing** \-ˌdrī-viŋ\ (1950) **1** : to drive (a motor vehicle) in order to evaluate performance **2** : to use or examine (as a computer program) in order to evaluate performance ⟨~ the new game⟩ — **test–drive** *n*

**test·ed** \ˈtes-təd\ *adj* (1748) : subjected to or qualified through testing — often used in combination ⟨time-*tested* principles⟩

**test·ee** \tes-ˈtē\ *n* (1930) : one who takes an examination

[1]**tes·ter** \ˈtēs-tər, ˈtes-\ *n* [ME, headboard of a bed, canopy, fr. AF, fr. *teste* head, fr. LL *testa* skull, fr. L, shell] (14c) : the canopy over a bed, pulpit, or altar

[2]**tes·ter** \ˈtes-tər\ *n* [modif. of MF *testart*, fr. *teston*] (1546) : TESTON a

[3]**test·er** \ˈtes-tər\ *n* (1661) : one that tests or is used for testing

**testes** *pl of* TESTIS

**test–fly** \ˈtest-ˌflī\ *vt* **-flew** \-ˌflü\; **-flown** \-ˌflōn\; **-fly·ing** (1936) : to subject to a flight test ⟨~ an experimental plane⟩

**tes·ti·cle** \ˈtes-ti-kəl\ *n* [ME *testicule*, fr. L *testiculus*, dim. of *testis*] (15c) : TESTIS; *esp* : one of a higher mammal usu. with its enclosing structures — **tes·tic·u·lar** \tes-ˈti-kyə-lər\ *adj*

**tes·ti·fy** \ˈtes-tə-ˌfī\ *vb* **-fied; -fy·ing** [ME *testifien*, fr. AF *testifier*, fr. L *testificari*, fr. *testis* witness] *vi* (14c) **1 a** : to make a statement based on personal knowledge or belief : bear witness **b** : to serve as evidence or proof **2** : to express a personal conviction **3** : to make a solemn declaration under oath for the purpose of establishing a fact (as in a court) ~ *vt* **1 a** : to bear witness to : ATTEST **b** : to serve as evidence of : PROVE **2** *archaic* **a** : to make known (a personal conviction) **b** : to give evidence of : SHOW **3** : to declare under oath before a tribunal or officially constituted public body — **tes·ti·fi·er** \-ˌfī(-ə)r\ *n*

[1]**tes·ti·mo·ni·al** \ˌtes-tə-ˈmō-nē-əl, -nyəl\ *adj* (15c) **1** : of, relating to, or constituting testimony **2** : expressive of appreciation or esteem ⟨a ~ dinner⟩

[2]**testimonial** *n* (15c) **1** : EVIDENCE, TESTIMONY **2 a** : a statement testifying to benefits received **b** : a character reference : letter of recommendation **3** : an expression of appreciation : TRIBUTE

**tes·ti·mo·ny** \ˈtes-tə-ˌmō-nē\ *n, pl* **-nies** [ME *testimonie*, fr. AF, fr. LL & L; LL *testimonium* Decalogue, fr. L, evidence, witness, fr. *testis* witness — more at TESTAMENT] (14c) **1 a** (1) : the tablets inscribed with the Mosaic law (2) : the ark containing the tablets **b** : a divine decree attested in the Scriptures **2 a** : firsthand authentication of a fact : EVIDENCE **b** : an outward sign **c** : a solemn declaration usu. made orally by a witness under oath in response to interrogation by a lawyer or authorized public official **3 a** : an open acknowledgment **b** : a public profession of religious experience

**test·ing** \ˈtes-tiŋ\ *adj* (1858) : requiring maximum effort or ability ⟨a most difficult and ~ problem —Ernest Bevin⟩

**tes·tis** \ˈtes-təs\ *n, pl* **tes·tes** \ˈtes-ˌtēz\ [L, witness, testis] (1650) : a typically paired male reproductive gland that produces sperm and secretes testosterone and that in most mammals is contained within the scrotum at sexual maturity

**test–mar·ket** \ˈtes(t)-ˌmär-kət\ *vt* (1953) : to subject (a product) to trial in a limited market

**test match** *n* (1862) **1** : any of a series of championship cricket matches played between teams representing Australia and England **2** : a championship game or series (as of cricket) played between teams representing different countries

**tes·ton** \ˈtes-ˌtän\ *or* **tes·toon** \tes-ˈtün\ *n* [MF, fr. OIt *testone*, aug. of *testa* head, fr. LL, skull — more at TESTER] (1536) : any of several old European coins: as **a** : a shilling of Henry VIII of England decreasing in value to ninepence and then to sixpence in Shakespeare's time **b** : a French silver coin of the 16th century worth between 10 and 14½ sous

**tes·tos·ter·one** \tes-ˈtäs-tə-ˌrōn\ *n* [*testis* + *-o-* + *-sterone*] (1935) **1** : a hormone that is a hydroxy steroid ketone $C_{19}H_{28}O_2$ produced esp. by the testes or made synthetically and that is responsible for inducing and maintaining male secondary sex characters **2** : qualities (as brawn and aggressiveness) usu. associated with males : MANLINESS

**test pattern** *n* (ca. 1946) : a fixed picture broadcast by a television station to assist viewers in adjusting their receivers

**test pilot** *n* (1917) : a pilot who specializes in putting new or experimental airplanes through maneuvers designed to test them (as for strength) by producing strains in excess of normal

**test–tube** *adj* (1866) **1** : IN VITRO ⟨~ experiments⟩ **2** : produced by in vitro fertilization ⟨~ babies⟩

**test tube** *n* (1846) : a plain or lipped tube usu. of thin glass closed at one end and used esp. in chemistry and biology

**tes·tu·do** \tes-ˈtü-(ˌ)dō, -ˈtyü-\ *n, pl* **-dos** [L *testudin-, testudo*, lit., tortoise, tortoise shell; akin to L *testa* shell] (1609) : a cover of overlapping shields or a shed wheeled up to a wall used by the ancient Romans to protect an attacking force

**tes·ty** \ˈtes-tē\ *adj* **tes·ti·er; -est** [ME *testif*, fr. AF, headstrong, fr. *teste* head — more at TESTER] (1523) **1** : easily annoyed : IRRITABLE **2** : marked by impatience or ill humor ⟨~ remarks⟩ — **tes·ti·ly** \-tə-lē\ *adv* — **tes·ti·ness** \-tē-nəs\ *n*

**Tet** \ˈtet\ *n* [Vietnamese *tết*] (1885) : the Vietnamese New Year observed during the first several days of the lunar calendar beginning at the second new moon after the winter solstice

**Win·ches·ter** \'win-,ches-tər\ *adj* [fr. the code name used by the original developer] (1973) : relating to or being computer disk technology that permits high-density storage by sealing the rigid metal disks within the disk drive mechanism as protection against dust

[1]**wind** \'wind, *archaic or poetic* 'wīnd\ *n, often attrib* [ME, fr. OE; akin to OHG *wint* wind, L *ventus*, Gk *aēnai* to blow, Skt *vāti* it blows] (bef. 12c) **1 a :** a natural movement of air of any velocity; *esp* : the earth's air or the gas surrounding a planet in natural motion horizontally **b :** an artificially produced movement of air **c :** SOLAR WIND, STELLAR WIND **2 a :** a destructive force or influence **b :** a force or agency that carries along or influences : TENDENCY, TREND ⟨withstood the ~s of popular opinion —Felix Frankfurter⟩ **3 a :** BREATH 4a **b :** BREATH 2a **c :** the pit of the stomach : SOLAR PLEXUS **4 :** gas generated in the stomach or the intestines ⟨pass ~⟩ **5 a :** compressed air or gas **b** *archaic* : AIR **6 :** something that is insubstantial: as **a :** mere talk : idle words **b :** NOTHING, NOTHINGNESS **c :** vain self-satisfaction **7 a :** air carrying a scent (as of a hunter or game) **b :** slight information esp. about something secret : INTIMATION ⟨got ~ of the plan⟩ **8 a :** musical wind instruments esp. as distinguished from strings and percussion **b** *pl* : players of wind instruments **9 a :** a direction from which the wind may blow : a point of the compass; *esp* : one of the cardinal points **b :** the direction from which the wind is blowing — **wind·less** \-ləs\ *adj* — **wind·less·ly** *adv* — **before the wind :** in the same direction as the main force of the wind — **close to the wind :** as nearly as possible against the main force of the wind — **have the wind of 1 :** to be to windward of **2 :** to be on the scent of **3 :** to have a superior position to — **in the wind :** about to happen : ASTIR, AFOOT ⟨change is *in the wind*⟩ — **near the wind 1 :** close to the wind **2 :** close to a point of danger : near the permissible limit — **off the wind :** away from the direction from which the wind is blowing — **on the wind :** toward the direction from which the wind is blowing — **to the wind** *or* **to the winds :** ASIDE, AWAY ⟨threw caution *to the wind*⟩ — **under the wind 1 :** to leeward **2 :** in a place protected from the wind : under the lee

[2]**wind** \'wind\ *vt* (15c) **1 :** to detect or follow by scent **2 :** to expose to the air or wind : dry by exposing to air **3 :** to make short of breath **4 :** to regulate the wind supply of (an organ pipe) **5 :** to rest (as a horse) in order to allow the breath to be recovered ~ *vi* **1 :** to scent game **2** *dial* : to pause for breath

[3]**wind** \'wīnd, 'wind\ *vb* **wind·ed** \'wīn-dəd, 'win-\ *or* **wound** \'waůnd\; **wind·ing** ['*wind*] *vt* (1586) **1 :** to cause (as a horn) to sound by blowing : BLOW **2 :** to sound (as a call or note) on a horn ⟨*wound* a rousing call —R. L. Stevenson⟩ ~ *vi* : to produce a sound on a horn

[4]**wind** \'wīnd\ *vb* **wound** \'waůnd\ *also* **wind·ed; wind·ing** [ME, fr. OE *windan* to twist, move with speed or force, brandish; akin to OHG *wintan* to wind, Umbrian *ohavendu* let him turn aside] *vt* (bef. 12c) **1 a** *obs* : WEAVE **b :** ENTANGLE, INVOLVE **c :** to introduce sinuously or stealthily : INSINUATE **2 a :** to encircle or cover with something pliable : bind with loops or layers **b :** to turn completely or repeatedly about an object : COIL, TWINE **c (1) :** to hoist or haul by means of a rope or chain and a windlass **(2) :** to move (a ship) by hauling on a capstan **d (1) :** to tighten the spring of ⟨~ a clock⟩ **(2)** *obs* : to make tighter : TIGHTEN, TUNE **(3) :** CRANK **e :** to raise to a high level (as of excitement or tension) — usu. used with *up* **3 a :** to cause to move in a curving line or path **b** *archaic* : to turn the course of; *esp* : to lead (a person) as one wishes **c (1) :** to cause (as a ship) to change direction : TURN **(2) :** to turn (a ship) end for end **d :** to traverse on a curving course ⟨the river ~s the valley⟩ **e :** to effect by or as if by curving ~ *vi* **1 :** BEND, WARP **2 a :** to have a curving course or shape : extend in curves **b :** to proceed as if by winding **3 :** to move so as to encircle something **4 :** to turn when lying at anchor

[5]**wind** \'wīnd\ *n* (14c) **1 :** a mechanism (as a winch) for winding **2 :** an act of winding : the state of being wound **3 :** COIL, TURN **4 :** a particular method of winding

**wind·age** \'win-dij\ *n* ['*wind*] (ca. 1710) **1 a :** the space between the projectile of a smoothbore gun and the surface of the bore **b :** the difference between the diameter of the bore of a muzzle-loading rifled cannon and that of the projectile cylinder **2 a :** the amount of sight deflection necessary to compensate for wind displacement in aiming a gun **b (1) :** the influence of the wind in deflecting the course of a projectile **(2) :** the amount of deflection due to the wind **3 :** the surface exposed (as by a ship) to the wind

**wind·bag** \'win(d)-,bag\ *n* (1827) : an exhaustively talkative person

**wind–bell** \-,bel\ *n* (1897) **1 :** WIND CHIME — usu. used in pl. **2 :** a bell that is light enough to be moved and sounded by the wind

**wind·blast** \-,blast\ *n* (1582) **1 :** a gust of wind **2 :** the destructive effect of air friction on a pilot ejected from a high-speed airplane

**wind·blown** \-,blōn\ *adj* (1599) : blown by the wind; *esp* : having a permanent set or character of growth determined by the prevailing winds ⟨~ trees⟩

**wind–borne** \-,bōrn\ *adj* (1823) : carried by the wind ⟨~ pollen⟩ ⟨~ soil deposits⟩

**wind·break** \-,brāk\ *n* (1861) : a growth of trees or shrubs serving to break the force of wind; *broadly* : a shelter (as a fence) from the wind

**Wind·break·er** \-,brā-kər\ *trademark* — used for a jacket made of wind-resistant material

**wind–bro·ken** \-,brō-kən\ *adj* (1603) *of a horse* : affected with pulmonary emphysema or heaves

**wind·burn** \-,bərn\ *n* (1925) : irritation of the skin caused by wind — **wind·burned** \-,bərnd\ *adj*

**wind·chill** \'win(d)-,chil\ *n* (1939) : a still-air temperature that would have the same cooling effect on exposed human skin as a given combination of temperature and wind speed — called also *chill factor, windchill factor, windchill index*

**wind chime** *n* (1927) : a cluster of small often sculptured pieces (as of metal or glass) suspended so as to chime when blown by the wind — usu. used in pl.

**wind down** *vi* (1952) **1 :** to draw gradually toward an end ⟨the party was *winding down*⟩ **2 :** RELAX, UNWIND ⟨*wind down* with a good book⟩ ~ *vt* : to cause a gradual lessening of usu. with the intention of bringing to an end

**wind·er** \'wīn-dər\ *n* (13c) : one that winds: as **a :** a worker or machine that winds thread and yarn **b :** a key for winding a mechanism (as a clock) **c :** a step that is wider at one end than at the other (as in a spiral staircase)

**wind·fall** \'win(d)-,fȯl\ *n* (15c) **1 :** something (as a tree or fruit) blown down by the wind **2 :** an unexpected, unearned, or sudden gain or advantage

**wind farm** *n* (1980) : an area of land with a cluster of wind turbines for driving electrical generators

**wind·flow·er** \-,flaů(-ə)r\ *n* (1551) : ANEMONE 1

**wind·gall** \-,gȯl\ *n* (ca. 1534) : a soft tumor or synovial swelling on a horse's leg in the region of the fetlock joint

**wind gap** *n* (1769) : a notch in the crest of a mountain ridge : a pass not occupied by a stream — compare WATER GAP

**wind harp** *n* (1813) : AEOLIAN HARP

**wind·hov·er** \'wind-,hə-vər, -,hä-\ *n* (1674) *Brit* : KESTREL

[1]**wind·ing** \'wīn-diŋ\ *n* (bef. 12c) **1 :** material (as wire) wound or coiled about an object (as an armature); *also* : a single turn of the wound material **2 a :** the act of one that winds **b :** the manner of winding something **3 :** a curved or sinuous course, line, or progress

[2]**winding** *adj* (1530) : marked by winding: as **a :** having a curved or spiral course or form ⟨a ~ stairway⟩ **b :** having a course that winds ⟨a ~ road⟩

**wind·ing–sheet** \'wīn-diŋ-,shēt\ *n* (15c) : a sheet in which a corpse is wrapped

**wind·ing–up** \,wīn-diŋ-'əp\ *n* (ca. 1858) *Brit* : the process of liquidating the assets of a partnership or corporation in order to pay creditors and make distributions to partners or shareholders upon dissolution

**wind instrument** *n* (1582) : a musical instrument (as a trumpet, clarinet, or organ) sounded by wind; *esp* : one sounded by the player's breath

**wind·jam·mer** \'win(d)-,ja-mər\ *n* (1880) : a sailing ship; *also* : one of its crew — **wind·jam·ming** \-miŋ\ *n*

[1]**wind·lass** \'win(d)-ləs\ *n* [ME *wyneles, wyndlas*, alter. of *wyndase*, fr. OF *guindas, windas*, fr. ON *vindāss*, fr. *vinda* to wind (akin to OHG *wintan* to wind) + *āss* pole; akin to Goth *ans* beam] (13c) : any of various machines for hoisting or hauling: as **a :** a horizontal barrel supported on vertical posts and turned by a crank so that the hoisting rope is wound around the barrel **b :** a steam or electric winch with horizontal or vertical shaft and two drums used to raise a ship's anchor

[2]**windlass** *vt* (1834) : to hoist or haul with a windlass

**win·dle·straw** \'win-dᵊl-,strȯ, 'wi-nᵊl-\ *n* [ME **windelstraw*, fr. OE *windelstrēaw*, fr. *windel-* (akin to ME *windel* caulking material) + *strēaw* straw] (bef. 12c) *Brit* : a dry thin stalk of grass

[1]**wind·mill** \'win(d)-,mil\ *n* (14c) **1 a :** a mill or machine operated by the wind usu. acting on oblique vanes or sails that radiate from a horizontal shaft; *esp* : a wind-driven water pump or electric generator **b :** the wind-driven wheel of a windmill **2 :** something that resembles or suggests a windmill; *esp* : a calisthenic exercise that involves alternately lowering each outstretched hand to touch the toes of the opposite foot **3** [fr. the episode in *Don Quixote* by Cervantes in which the hero attacks windmills under the illusion that they are giants] : an imaginary wrong, evil, or opponent — usu. used in the phrase *to tilt at windmills*

windmill 1a

[2]**windmill** *vt* (1914) : to cause to move like a windmill ~ *vi* : to move like a windmill; *esp* : to spin from the force of wind

**win·dow** \'win-(,)dō\ *n, often attrib* [ME *windowe*, fr. ON *vindauga*, fr. *vindr* wind (akin to OE *wind*) + *auga* eye; akin to OE *ēage* eye — more at EYE] (13c) **1 a :** an opening esp. in the wall of a building for admission of light and air that is usu. closed by casements or sashes containing transparent material (as glass) and capable of being opened and shut **b :** WINDOWPANE **c :** a space behind a window of a retail store containing displayed merchandise **d :** an opening in a partition or wall through which business is conducted ⟨a bank teller's ~⟩ **2 :** a means of entrance or access; *esp* : a means of obtaining information ⟨a ~ on history⟩ **3 :** an opening (as a shutter, slot, or valve) that resembles or suggests a window **4 :** the transparent panel or opening of a window envelope **5 :** the framework (as a shutter or sash with its fittings) that closes a window opening **6 :** CHAFF 4 **7 :** a range of wavelengths in the electromagnetic spectrum to which a planet's atmosphere is transparent **8 a :** an interval of time within which a rocket or spacecraft must be launched to accomplish a particular mission **b :** an interval of time during which certain conditions or an opportunity exists ⟨a ~ of vulnerability⟩ **9 :** an area at the limits of the earth's sensible atmosphere through which a spacecraft must pass for successful reentry **10 :** any of various rectangular boxes appearing on a computer screen that display files or program output, that can usu. be moved and resized, and that facilitate multitasking — **win·dow·less** \-dō-ləs, -də-\ *adj* — **out the window :** out of existence, use, or consideration

**window box** *n* (ca. 1885) : a box designed to hold soil for growing plants at a windowsill

**window dressing** *n* (1895) **1 :** the display of merchandise in a retail store window **2 a :** the act or an instance of making something appear deceptively attractive or favorable **b :** something used to create a deceptively favorable or attractive impression — **win·dow–dress** \'win-dō-,dres\ *vt* — **window dresser** *n*

**win·dowed** \'win-(,)dōd, -dəd\ *adj* (15c) : having windows esp. of a specified kind — often used in combination

**window envelope** *n* (1914) : an envelope having an opening through which the address on the enclosure is visible

**win·dow·pane** \'win-dō-,pān, -də-\ *n* (1819) **1 :** a pane in a window **2 :** TATTERSALL

**window seat** *n* (ca. 1745) **1 :** a seat built into a window recess **2 :** a seat next to a window (as in a bus or airplane)

**window shade** *n* (1810) : a shade or curtain for a window

**win·dow–shop** \'win-dō-,shäp, -də-\ *vi* (1922) : to look at the displays in retail store windows without going inside the stores to make purchases — **win·dow–shop·per** *n*

**win·dow·sill** \-,sil\ *n* (1703) : the horizontal member at the bottom of a window opening

**wind·pipe** \'win(d)-,pīp\ *n* (1530) : TRACHEA 1

**wind–pol·li·nat·ed** \-'pä-lə-,nā-təd\ *adj* (1884) : pollinated by wind-borne pollen

**wind·proof** \-'prüf\ *adj* (1616) : imperv

**wind rose** \'wind-,rōz\ *n* [G *Windrose* c showing for a given place the relativ strength of winds from different directi

[1]**wind·row** \'win(d)-,rō\ *n* (ca. 1534) **1 a** before being baled or stored **b :** a si grain) for drying **2 :** a row heaped up long low ridge of road-making material : BANK, RIDGE, HEAP

[2]**windrow** *vt* (1729) : to form (as hay) in

**wind·screen** \'win(d)-,skrēn\ *n* (1858 against the wind **2** *chiefly Brit* : WIND

**wind shake** *n* (1545) : a shake in timbe

**wind shear** *n* (1941) : a radical shift i occurs over a very short distance

**wind·shield** \'win(d)-,shēld\ *n* (1902) : in front of the occupants of a vehicle

**wind sock** *n* (1928) : a truncated clo mounted in an elevated position to ind

**Wind·sor chair** \'win-zər-\ *n* [*Windso* chair with spindle back, raking legs, a also *Windsor*

**Windsor knot** *n* [prob. after Edward, D metrical necktie knot that is wider tha

**Windsor tie** *n* (1895) : a broad necktie

**wind sprint** *n* (1948) : a sprint perforn velop breathing capacity esp. during ex

**wind·storm** \'win(d)-,stȯrm\ *n* (14c) : with little or no precipitation

**Wind·surf·er** \-,sər-fər\ *trademark* — u

**wind·surf·ing** \-,sər-fiŋ\ *n* (1969) : the board — **wind·surf** \-,sərf\ *vi* — **wind**

**wind·swept** \'win(d)-,swept\ *adj* (1812)

**wind tee** *n* (1932) : a large weather van T on or near a landing field

**wind·throw** \'win(d)-,thrō\ *n* (1916) : t of trees by the wind

**wind tunnel** *n* (1911) : a tunnellike pas at a known velocity to investigate air fl plane part or model) placed in the pass

**wind turbine** *n* (1909) : a wind-driven t

[1]**wind–up** \'wīnd-,əp\ *n* (1665) **1 a :** the concluding act or part : FINISH **2 a :** a motions (as swinging the arms) made leasing a pitch **b :** an exaggerated bac

[2]**windup** *adj* (1784) : operated by a sprir

**wind up** *vt* (1583) **1 :** to bring to a co order for the purpose of bringing to an *Brit* : to effectuate the winding up of ~ sion **b :** to arrive in a place, situation result of a course of action ⟨*wound up* pitching windup

[1]**wind·ward** \'win(d)-wərd\ *n* (1549) : tl the wind is blowing — **to windward :** tion

[2]**windward** *adj* (1627) : being in or faci wind is blowing — compare LEEWARD

**wind·way** \'win(d)-,wā\ *n* (ca. 1875) : a pipe)

[1]**windy** \'win-dē\ *adj* **wind·i·er; -est** (be ~ coast⟩ **(2) :** marked by strong winc ~ day⟩ **b :** VIOLENT, STORMY **2 :** FL **a :** VERBOSE, BOMBASTIC ⟨a ~ poli : EMPTY ⟨~ promises⟩ — **wind·i·ly** \- nəs\ *n*

[2]**windy** \'wīn-dē\ *adj* **wind·i·er; -est** (18

**wine** \'wīn\ *n, often attrib* [ME *win*, fr. both ultim. fr. L *vinum* wine, perh. of n of Gk *oinos* wine] (bef. 12c) **1 a :** tl fresh grapes used as a beverage **b :** wi tian communion services **2 :** the alc plant product (as a fruit) used as a : something that invigorates or intoxic

[2]**wine** *vb* **wined; win·ing** *vi* (1829) : to d ⟨*wined* and dined his friends⟩

**wine cellar** *n* (14c) : a room for storing

**wine cooler** *n* (1815) **1 :** a vessel or co **2 :** a usu. carbonated beverage that c fruit juice

**wine·glass** \'wīn-,glas\ *n* (1709) : a ste

**wine·grow·er** \-,grō-ər\ *n* (1844) : a p and makes wine

**wine·mak·er** \'wīn-,mā-kər\ *n* (14c) : a : one who supervises the wine-making

**wine·press** \'wīn-,pres\ *n* (15c) : a vat i grapes by treading or by means of a pl

**win·ery** \'wī-nə-rē, 'wīn-rē\ *n, pl* **-er·ies** lishment

**wine·sap** \'wīn-,sap\ *n, often cap* (182 and juicy somewhat tart flesh

**wine·shop** \'wīn-,shäp\ *n* (1848) : a ta wine

**wine·skin** \-,skin\ *n* (1821) : a bag that imal (as a goat) and that is used for hol

**wine taster** *n* (1632) **1 :** a person wh professionally **2 :** a small shallow ves

**win·ey** *or* **winy** \'wī-nē\ *adj* **win·i·er; -e** qualities of wine ⟨a ~ sauce⟩ **2** *of the* ING

[1]**wing** \'wiŋ\ *n, often attrib* [ME *winge*, of *vinge* wing; akin to Skt *vāti* it blows — of the movable feathered or membran of which a bird, bat, or insect is able t even though rudimentary if possesse

Designed for

Microsoft® Windows NT® Windows®98

CD-ROM Included

Microsoft® Internet Explorer

THE ULTIMATE COMPUTER REFERENCE

Microsoft®

Over
8,000
Entries
with online updates
available quarterly

# Microsoft® Computer Dictionary

## Fourth Edition

- *Three new appendixes, file extensions, and Internet domains*
- *Searchable text on CD-ROM*
- *Extensive coverage of hardware, software, the Internet, and more!*
- *Detailed illustrations and diagrams for easy reference*

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1999 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary. -- 4th ed.
p. cm.
Previous eds. published under title: Microsoft Press computer
...es. 2. Microcomputers Dictionaries.
I. Microsoft Press computer dictionary.
QA76.15.M538 1999
004'.03--dc21 99-20168
CIP

Printed and bound in the United States of America.

4 5 6 7 8 9 MLML 4 3 2 1 0

Distributed in Canada by Penguin Books Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International

Macintosh, P... of Apple Computer, Inc. Kodak is a registered trademark of the Eastman Kodak Company. Intel is a registered trademark and Indeo is a trademark of Intel Corporation. Active Desktop, Active Directory, ActiveMovie, Active Platform, ActiveX, Authenticode, BackOffice, DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, MSN, NetMeeting, NetShow, Visual Basic, Visual C++, Visual J++, WebTV, WebTV Network, Win32, Win32s, Windows, Windows NT, and XENIX are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. PANTONE is a registered trademark of Pantone, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, people, and events depicted herein are fictitious. No association with any real company, organization, product, person, or event is intended or should be inferred.

**Acquisitions Editor:** Christey Bahn
**Project Editor:** Kim Fryer

A

**Apple Events** *n.* A feature added to Mac OS System 7 that enables one application to send a command, such as save or open, to another application. *See also* Mac OS.

**Apple Extended Keyboard** *n.* A 105-key keyboard that works with the Macintosh SE, Macintosh II, and Apple IIGS computers. This keyboard marks Apple's first inclusion of function (F) keys, whose absence was long cited as a shortcoming of the Macintosh compared with IBM PCs and compatibles. This feature, along with other layout changes and the addition of new keys and lights, makes the Apple Extended Keyboard quite similar in form to the IBM enhanced keyboard. See the illustration. *See also* enhanced keyboard.

**Apple II** *n.* The second computer introduced by the Apple Computer Corporation, in April 1977. The Apple II featured 4K dynamic RAM, expandable to 48K (with 16K chips), and used the 6502 microprocessor. The Apple II was the first computer to offer a TV video adapter as an optional alternative to a color computer monitor. It also featured sound and eight expansion slots. *See also* 6502.

**Apple key** *n.* A key on Apple keyboards labeled with an outline of the Apple logo. On the Apple Extended Keyboard, this key is the same as the Command key, which functions similarly to the Control key on IBM and compatible keyboards. It is generally used in conjunction with a character key as a shortcut to making menu selections or starting a macro.

**Apple Macintosh** *n. See* Macintosh.

**Apple Newton** *n. See* Newton.

**AppleScript** *n.* A script language developed by Apple Computer, Inc., for Macintosh computers running under the Mac OS to execute commands and automate functions. *See also* script.

**AppleShare** *n.* A file server software developed by Apple Computer, Inc., that works with the Mac OS and allows one Macintosh computer to share files with another on the same network. *See also* file server, Mac OS.

**applet** \a´plət\ *n.* A program that can be downloaded over the Internet and executed on the recipient's machine. Applets are often written in the Java programming language and run within browser software, and they are typically used to customize or add interactive elements to a Web page.

**AppleTalk** *n.* An inexpensive local area network developed by Apple Computer, Inc., for Macintosh computers that can be used by Apple and non-Apple computers to communicate and share resources such as printers and file servers. Non-Apple computers must be equipped with AppleTalk hardware and suitable software. The network uses a layered set of protocols similar to the ISO/OSI reference model and transfers information in the form of packets called frames. AppleTalk supports connections to other AppleTalk networks through devices known as bridges, and it supports connections to dissimilar networks through devices called gateways. *See also* bridge, frame (definition 2), gateway.

**application** *n.* A program designed to assist in the performance of a specific task, such as word processing, accounting, or inventory management. *Compare* utility.

*Apple Extended Keyboard.*

er types of
deal with storing
ıser. Schemas
ds from a DDL
by the database
hema.

ppear in a docu-
appearances.

rogramming, a
l. *See also* class.

characteristic of
or more processes
processor's time
simultaneously.
with much
ı perceive, con-
ring simulta-

ıtly simultaneous
· programs. Con-
ed on a single
hniques, such as
:s or threads of
essors. *Also*
ırallel algorithm,
, thread (defini-

ent.

rent.

*ee* concurrent.

characteristic of a
ıtions, that re-
d then sets the
normal spacing.
ture that causes
ch character and
in more charac-
e expanded.

on or a variable
ither true or

characteristic of
ce based on
true. *See also*
ement.

**conditional branch** *n.* In a program, a branch instruction that occurs when a particular condition code is true or false. The term is normally used in relation to low-level languages. *See also* branch instruction, condition code.

**conditional compilation** *n.* Selective compilation or translation of source code of a program based on certain conditions or flags; for example, sections of a program specified by the programmer might be compiled only if a DEBUG flag has been defined at compilation time. *See also* comment out.

**conditional expression** *n. See* Boolean expression.

**conditional jump** *n.* In a program, a jump instruction that occurs when a particular condition code is true or false. The term is normally used in relation to low-level languages. *See also* condition code, jump instruction.

**conditional statement** *n.* A programming-language statement that selects an execution path based on whether some condition is true or false (for example, the IF statement). *See also* case statement, conditional, IF statement, statement.

**conditional transfer** *n.* A transfer of the flow of execution to a given location in a program based on whether or not a particular condition is true. The term is usually used in relation to high-level languages. *See also* conditional statement.

**condition code** *n.* One of a set of bits that are set *on* (1, or true) or *off* (0, or false) as the result of previous machine instructions. The term is used primarily in assembly or machine language situations. Condition codes are hardware-specific but usually include carry, overflow, zero result, and negative result codes. *See also* conditional branch.

**conditioning** *n.* The use of special equipment to improve the ability of a communications line to transmit data. Conditioning controls or compensates for signal attenuation, noise, and distortion. It can be used only on leased lines, where the path from sending to receiving computer is known in advance.

**conductor** *n.* A substance that conducts electricity well. Metals are good conductors, with silver and gold being among the best. The most commonly used conductor is copper. *Compare* insulator, semiconductor.

**Conference on Data Systems Languages** *n. See* CODASYL.

**CONFIG.SYS** \kən-fig`-dot-sis`\ *n.* A special text file that controls certain aspects of operating-system behavior in MS-DOS and OS/2. Commands in the CONFIG.SYS file enable or disable system features, set limits on resources (for example, the maximum number of open files), and extend the operating system by loading device drivers that control hardware specific to an individual computer system.

**configuration** *n.* **1.** In reference to a single microcomputer, the sum of a system's internal and external components, including memory, disk drives, keyboard, video, and generally less critical add-on hardware, such as a mouse, modem, or printer. Software (the operating system and various device drivers), the user's choices established through configuration files such as the AUTOEXEC.BAT and CONFIG.SYS files on IBM PCs and compatibles, and sometimes hardware (switches and jumpers) are needed to "configure the configuration" to work correctly. Although system configuration can be changed, as by adding more memory or disk capacity, the basic structure of the system—its architecture—remains the same. *See also* AUTOEXEC.BAT, CONFIG.SYS. **2.** In relation to networks, the entire interconnected set of hardware, or the way in which a network is laid out—the manner in which elements are connected.

**configuration file** *n.* A file that contains machine-readable operating specifications for a piece of hardware or software or that contains information on another file or on a specific user, such as the user's logon ID.

**connect charge** *n.* The amount of money a user must pay for connecting to a commercial communications system or service. Some services calculate the connect charge as a flat rate per billing period. Others charge a varying rate based on the type of service or the amount of information being accessed. Still others base their charges on the number of time units used, the time or distance involved per connection, the bandwidth of each connected session, or some combination of the preceding criteria. *See also* connect time.

**connection** *n.* A physical link via wire, radio, fiber-optic cable, or other medium between two or more communications devices.

**connectionless** *adj.* In communications, of, pertaining to, or characteristic of a method of data transmission that does not require a direct connection between two

after it is read. *Also called* destructive readout. *See also* core. *Compare* nondestructive readout.

**detail file** *n. See* transaction file.

**detection** *n.* Discovery of a certain condition that affects a computer system or the data with which it works.

**determinant** *n.* In database design theory, any attribute or combination of attributes on which any other attribute or combination of attributes is functionally dependent.

**determinism** *n.* In computing, the ability to predict an outcome or to know in advance how data will be manipulated by a processing system. A deterministic simulation, for example, is one in which a certain input always produces the same output.

**developer** *n.* **1.** One who designs and develops software. **2.** See programmer.

**developer's toolkit** *n.* A set of routines (usually in one or more libraries) designed to allow developers to more easily write programs for a given computer, operating system, or user interface. *See also* library (definition 1), toolbox.

**development cycle** *n.* The process of application development from definition of requirements to finished product, including the following stages: analysis, design and prototyping, software coding and testing, and implementation.

**device** *n.* A generic term for a computer subsystem. Printers, serial ports, and disk drives are often referred to as devices; such subsystems frequently require their own controlling software, called device drivers. *See also* device driver.

**device address** *n.* A location within the address space of a computer's random access memory (RAM) that can be altered either by the microprocessor or by an external device. Device addresses are different from other locations in RAM, which can be altered only by the microprocessor. *See also* device, input/output, RAM.

**device control character** *n. See* control character.

**device controller** *n. See* input/output controller.

**device dependence** *n.* The requirement that a particular device be present or available for the use of a program, interface, or protocol. Device dependence in a program is often considered unfortunate because the program either is limited to one system or requires adjustments for every other type of system on which it is to run. *Compare* device independence.

**device driver** *n.* A software component that permits a computer system to communicate with a device. In most cases, the driver also manipulates the hardware in order to transmit the data to the device. However, device drivers associated with application packages typically perform only the data translation; these higher-level drivers then rely on lower-level drivers to actually send the data to the device. Many devices, especially video adapters on PC-compatible computers, will not work properly—if at all—without the correct device drivers installed in the system.

**device independence** *n.* A characteristic of a program, interface, or protocol that supports software operations that produce similar results on a wide variety of hardware. For example, the PostScript language is a device-independent page description language because programs issuing PostScript drawing and text commands need not be customized for each potential printer. *Compare* device dependence.

**device-independent bitmap** *n. See* DIB.

**device manager** *n.* A software utility that allows viewing and changing hardware configuration settings, such as interrupts, base addresses, and serial communication parameters.

**Device Manager** *n.* In Windows 95, a function within the System Properties utility that indicates device conflicts and other problems and allows a user to change the properties of the computer and each device attached to it. *See also* property, property sheet.

**device name** *n.* The label by which a computer system component is identified by the operating system. MS-DOS, for example, uses the device name COM1 to identify the first serial communications port.

**device resolution** *n. See* resolution (definition 1).

**DFP** *n. See* digital flat panel port.

**DFS** *n. See* distributed file system.

**DGIS** *n.* Acronym for **D**irect **G**raphics **I**nterface **S**pecification. An interface developed by Graphics Software Systems. DGIS is firmware (generally implemented in ROM on a video adapter) that allows a program to display graphics on a video display through an extension to the IBM BIOS Interrupt 10H interface.

**DHCP** *n.* Acronym for **D**ynamic **H**ost **C**onfiguration **P**rotocol. A TCP/IP protocol that enables a network connected to the Internet to assign a temporary IP address to a host automatically when the host connects

**disk server** *n.* A node on a local area network that acts as a remote disk drive shared by network users. Unlike a file server, which performs the more sophisticated tasks of managing network requests for files, a disk server functions as a storage medium on which users can read and write files. A disk server can be divided into sections (volumes), each of which appears to be a separate disk. *Compare* file server.

**disk striping** *n.* The procedure of combining a set of same-size disk partitions that reside on separate disks (from 2 to 32 disks) into a single volume, forming a virtual "stripe" across the disks that the operating system recognizes as a single drive. Disk striping enables multiple I/O operations in the same volume to proceed concurrently, thus offering enhanced performance. *See also* disk striping with parity, input/output.

**disk striping with parity** *n.* The technique of maintaining parity information across a disk stripe so that if one disk partition fails, the data on that disk can be re-created using the information stored across the remaining partitions in the disk stripe. *See also* disk striping, fault tolerance, parity.

**disk unit** *n.* A disk drive or its housing.

**dispatcher** *n.* In some multitasking operating systems, the set of routines responsible for allocating CPU (central processing unit) time to various applications.

**dispatch table** *n.* A table of identifiers and addresses for a certain class of routines such as interrupt handlers (routines carried out in response to certain signals or conditions). *Also called* interrupt vector table, jump table, vector table. *See also* interrupt handler.

**disperse** *vb.* To break up and place in more than one location—for example, to disperse results among several sets of data or to disperse items (such as fields in records) so that they appear in more than one place in the output. *Compare* distribute.

**dispersion** *n.* The degree to which, at any given time, data in a distributed (interconnected) system of computers is stored at different locations or on different devices.

**display** *n.* The visual output device of a computer, which is commonly a CRT-based video display. With portable and notebook computers, the display is usually an LCD-based or a gas plasma–based flat-panel display. *See also* flat-panel display, liquid crystal display, video adapter, video display.

**display adapter** *n. See* video adapter.

**display attribute** *n.* A quality assigned to a character or image displayed on the screen. Display attributes include such features as color, intensity, and blinking. Users of applications can control display attributes when programs allow them to change color and other screen elements.

**display background** *n.* In computer graphics, the portion of an on-screen image that remains static while other elements change; for example, window borders on a screen, or a palette of shapes or patterns in a drawing program.

**display board** *n. See* video adapter.

**display card** *n. See* video adapter.

**display cycle** *n.* The complete set of events that must occur in order for a computer image to be displayed on the screen, including both the software creation of an image in a computer's video memory and the hardware operations required for accurate on-screen display. *See also* refresh cycle.

**Display Data Channel** *n. See* DDC.

**display device** *n. See* display.

**display element** *n. See* graphics primitive.

**display entity** *n. See* entity, graphics primitive.

**display face** *n.* A typeface suitable for headings and titles in documents, distinguished by its ability to stand out from other text on the page. Sans serif faces such as Helvetica and Avant Garde often work well as display faces. *See also* sans serif. *Compare* body face.

**display frame** *n.* One image in an animation sequence. *See also* frame (definition 3).

**display image** *n.* The collection of elements displayed together at a single time on a computer screen.

**display page** *n.* One screenful of display information stored in a computer's video memory. Computers can have enough video memory to hold more than one display page at a time. In such instances, programmers, especially those concerned with creating animation sequences, can update the screen rapidly by creating or modifying one display page while another is being viewed by the user. *See also* animation.

E

**emitter** *n.* In transistors, the region that serves as a source of charge carriers. *Compare* base (definition 3), collector.

**emitter-coupled logic** *n.* A circuit design in which the emitters of two transistors are connected to a resistor so that only one of the transistors switches at a time. The advantage of this design is very high switching speed. Its drawbacks are the high number of components required and susceptibility to noise. *Acronym:* ECL.

**EMM** *n. See* Expanded Memory Manager.

**e-money** or **emoney** \ē´mən`ē\ *n.* Short for electronic **money**. A generic name for the exchange of money through the Internet. *Also called* cybercash, digicash, digital cash, e-cash, e-currency.

**emotag** \ē´mō-tag`\ *n.* In an e-mail message or newsgroup article, a letter, word, or phrase that is encased in angle brackets and that, like an emoticon, indicates the attitude the writer takes toward what he or she has written. Often emotags have opening and closing tags, similar to HTML tags, that enclose a phrase or one or more sentences. For example: <joke>You didn't think there would really be a joke here, did you?</joke>. Some emotags consist of a single tag, such as <grin>. *See also* emoticon, HTML.

**emoticon** \ē-mō´ti-kon`\ *n.* A string of text characters that, when viewed sideways, form a face expressing a particular emotion. An emoticon is often used in an e-mail message or newsgroup post as a comment on the text that precedes it. Common emoticons include :-) or :) (meaning "I'm smiling at the joke here"), ;-) ("I'm winking and grinning at the joke here"), :-( ("I'm sad about this"), :-7 ("I'm speaking with tongue in cheek"), :D or :-D (big smile; "I'm overjoyed"), and :-O (either a yawn of boredom or a mouth open in amazement). *Compare* emotag.

**EMS** *n.* Acronym for **E**xpanded **M**emory **S**pecification. A technique for adding memory to PCs that allows for increasing memory beyond the Intel 80x86 microprocessor real-mode limit of 1 megabyte. In earlier versions of microprocessors, EMS bypassed this memory board limit with a number of 16-kilobyte banks of RAM that could be accessed by software. In later versions of Intel microprocessors, including the 80386 and 80486 models, EMS is converted from extended memory by software memory managers, such as EMM386 in MS-DOS 5. Now EMS is used mainly for older MS-DOS applications because Windows and other applications running in protected mode on 80386 and higher microprocessors are free of the 1-MB limit. *Also called* LIM EMS. *See also* expanded memory, protected mode. *Compare* conventional memory, extended memory.

**em space** *n.* A typographical unit of measure that is equal in width to the point size of a particular font. For many fonts, this is equal to the width of a capital M, from which the em space takes its name. *Compare* en space, fixed space, thin space.

**emulate** *vb.* For a hardware or software system to behave in the same manner as another hardware or software system. In a network, for example, microcomputers might emulate terminals in order to communicate with mainframes.

**emulation** *n.* The process of a computer, device, or program imitating the function of another computer, device, or program.

**emulator** *n.* Hardware or software designed to make one type of computer or component act as if it were another. By means of an emulator, a computer can run software written for another machine. In a network, microcomputers might emulate terminals in order to communicate with mainframes.

**emulsion laser storage** *n.* A method for recording data in film by selective heating with a laser beam.

**enable** *vb.* To activate or turn on. *Compare* disable.

**encapsulate** *vb.* **1.** To treat a collection of structured information as a whole without affecting or taking notice of its internal structure. In communications, a message or packet constructed according to one protocol, such as a TCP/IP packet, may be taken with its formatting data as an undifferentiated stream of bits that is then broken up and packaged according to a lower-level protocol (for example, as ATM packets) to be sent over a particular network; at the destination, the lower-level packets are assembled, re-creating the message as formatted for the encapsulated protocol. *See also* ATM (definition 1). **2.** In object-oriented programming, to keep the implementation details of a class a separate file whose contents do not need to be known by a programmer using that class. *See also* object-oriented programming, TCP/IP.

**Encapsulated PostScript** *n. See* EPS.

**encapsulated type** *n. See* abstract data type.

**encapsulation** *n.* In object-oriented programming, the packaging of attributes (properties) and functionality (methods or behaviors) to create an object that is es-

ıction (usually a
xecuted only by the
uctions exist be-
to perform certain
d not be allowed to
ıting-system rou-
to execute these

ːcution, supported
l 80286 and higher
re can carry out
ate critical compo-
ory and input/out-
programs cannot be
heart (kernel) of the
can the programs
ːes attached to the

or *printer.* A name
ıg system for the
ːy refers to a
nown as LPT1.

an event will hap-
ːd mathematically.
ıbability theory are
ıability is used to
e or error in a sys-

; of devising and
ng a solution or for
dition into a more
ificial intelligence
ing is performed
ificial intelligence.

mming language in
ːment is the proce-
ɑents, such as a rou-
e most widely used
Basic, FORTRAN,
languages. *See also*
ral language.

dering of a two-
mensional coordi-
user-specified
degree of lighting.

ɩed sequence of
constants, data

types, and variables, that usually performs a single task. A procedure can usually be called (executed) by other procedures, as well as by the main body of the program. Some languages distinguish between a procedure and a function, with the latter (the function) returning a value. *See also* function, parameter, procedural language, routine, subroutine.

**procedure call** *n.* In programming, an instruction that causes a procedure to be executed. A procedure call can be located in another procedure or in the main body of the program. *See also* procedure.

**process**[1] *n.* A program or part of a program; a coherent sequence of steps undertaken by a program.

**process**[2] *vb.* To manipulate data with a program.

**process-bound** *adj.* Limited in performance by processing requirements. *See also* computation-bound.

**process color** *n.* A method of handling color in a document in which each block of color is separated into its subtractive primary color components for printing: cyan, magenta, and yellow (as well as black). All other colors are created by blending layers of various sizes of halftone spots printed in cyan, magenta, and yellow to create the image. *See also* color model, color separation (definition 1). *Compare* spot color.

**processing** *n.* The manipulation of data within a computer system. Processing is the vital step between receiving data (input) and producing results (output)—the task for which computers are designed.

**processor** *n. See* central processing unit, microprocessor.

**Processor Direct Slot** *n. See* PDS (definition 1).

**Processor Input/Output** *n. See* PIO.

**Prodigy Information Service** *n.* An online information service founded by IBM and Sears. Like its competitors America Online and CompuServe, Prodigy offers access to databases and file libraries, online chat, special interest groups, e-mail, and Internet connectivity. *Also called* Prodigy.

**product** *n.* **1.** An operator in the relational algebra used in database management that, when applied to two existing relations (tables), results in the creation of a new table containing all possible ordered concatenations (combinations) of tuples (rows) from the first relation with tuples from the second. The number of rows in the resulting relation is the product of the number of rows in the two source relations. *Also called* Cartesian product. *Compare* inner join. **2.** In mathematics, the result of multiplying two or more numbers. **3.** In the most general sense, an entity conceived and developed for the purpose of competing in a commercial market. Although computers are products, the term is more commonly applied to software, peripherals, and accessories in the computing arena.

**production system** *n.* In expert systems, an approach to problem solving based on an "IF this, THEN that" approach that uses a set of rules, a database of information, and a "rule interpreter" to match premises with facts and form a conclusion. Production systems are also known as rule-based systems or inference systems. *See also* expert system.

**Professional Graphics Adapter** *n.* A video adapter introduced by IBM, primarily for CAD applications. The Professional Graphics Adapter is capable of displaying 256 colors, with a horizontal resolution of 640 pixels and a vertical resolution of 480 pixels. *Acronym:* PGA.

**Professional Graphics Display** *n.* An analog display introduced by IBM, intended for use with their Professional Graphics Adapter. *See also* Professional Graphics Adapter.

**profile**[1] *n. See* user profile.

**profile**[2] *vb.* To analyze a program to determine how much time is spent in different parts of the program during execution.

**Profiles for Open Systems Internetworking Technology** *n. See* POSIT.

**program**[1] *n.* A sequence of instructions that can be executed by a computer. The term can refer to the original source code or to the executable (machine language) version. *Also called* software. *See also* program creation, routine, statement.

**program**[2] *vb.* To create a computer program, a set of instructions that a computer or other device executes to perform a series of actions or a particular type of work.

**program card** *n. See* PC Card, ROM card.

**program cartridge** *n. See* ROM cartridge.

**program counter** *n.* A register (small, high-speed memory circuit within a microprocessor) that contains the address (location) of the instruction to be executed next in the program sequence.

Case 4:18-cv-00519-ALM Document 60-5 Filed 03/16/20 Page 33 of 37 PageID #: 2011

**USB** *n.* Acronym for **u**niversal **s**erial **b**us. A serial bus with a data transfer rate of 12 megabits per second (Mbps) for connecting peripherals to a microcomputer. USB can connect up to 127 peripherals, such as external CD-ROM drives, printers, modems, mice, and keyboards, to the system through a single, general-purpose port. This is accomplished by daisy chaining peripherals together. USB is designed to support the ability to automatically add and configure new devices and the ability to add such devices without having to shut down and restart the system (hot plugging). USB was developed by Intel, Compaq, DEC, IBM, Microsoft, NEC, and Northern Telecom. It competes with DEC's ACCESS.bus for lower-speed applications. *See also* bus, daisy chain, hot plugging, input/output port, peripheral. *Compare* ACCESS.bus.

**U.S. Department of Defense** *n.* The military branch of the United States government. The Department of Defense developed ARPANET, the origin of today's Internet and MILNET, through its Advanced Research Projects Agency (ARPA). *See also* ARPANET, Internet, MILNET.

**Usenet** or **UseNet** or **USENET** *n.* A worldwide network of UNIX systems that has a decentralized administration and is used as a bulletin board system by special-interest discussion groups. Usenet, which is considered part of the Internet (although Usenet predates it), is composed of thousands of newsgroups, each devoted to a particular topic. Users can post messages and read messages from others in these newsgroups in a manner similar to users on dial-in BBSs. Usenet was originally implemented using UUCP (UNIX-to-UNIX Copy) software and telephone connections; that method remains important, although more modern methods, such as NNTP and network connections, are more commonly used. *See also* BBS (definition 1), newsgroup, newsreader, NNTP, UUCP.

**Usenet User List** *n.* A list maintained by the Massachusetts Institute of Technology that contains the name and e-mail address of everyone who has posted to the Usenet. *See also* Usenet.

**user account** *n.* On a secure or multiuser computer system, an established means for an individual to gain access to the system and its resources. Usually created by the system's administrator, a user account consists of information about the user, such as password, rights, and permissions. *See also* group[1], logon, user profile.

**user agent** *n.* In the terminology established by the ISO/OSI reference model for LANs (local area networks), a program that helps a client connect with a server. *Acronym:* UA. *See also* agent (definition 3), ISO/OSI reference model, LAN.

**User Datagram Protocol** *n. See* UDP.

**user-defined data type** *n.* A data type defined in a program. User-defined data types are usually combinations of data types defined by the programming language being used and are often used to create data structures. *See also* data structure, data type.

**user-defined function key** *n. See* keyboard enhancer, programmable function key.

**user-friendly** *adj.* Easy to learn and easy to use.

**user group** *n.* A group of people drawn together by interest in the same computer system or software. User groups, some of which are large and influential organizations, provide support for newcomers and a forum where members can exchange ideas and information.

**user interface** *n.* The portion of a program with which a user interacts. Types of user interfaces, or UIs, include command-line interfaces, menu-driven interfaces, and graphical user interfaces. *Acronym:* UI.

**User Interface Toolbox** *n. See* Toolbox.

**username** *n.* The name by which a user is identified to a computer system or network. During the logon process, the user must enter the username and the correct password. If the system or network is connected to the Internet, the username generally corresponds to the leftmost part of the user's e-mail address (the portion preceding the @ sign, as in username@company.com). *See also* e-mail address, logon.

**user name** *n.* The name by which a person is known and addressed on a communications network. *See also* alias (definition 2).

**user profile** *n.* A computer-based record maintained about an authorized user of a multiuser computer system. A user profile is needed for security and other reasons; it can contain such information as the person's access restrictions, mailbox location, type of terminal, and so on. *See also* user account.

**user state** *n.* The least privileged of the modes in which a Motorola 680x0 microprocessor can operate.

**SIMM** \sim\ *n.* Acronym for single inline memory module. A small circuit board designed to accommodate surface-mount memory chips.

**Simple Mail Transfer Protocol** *n.* A TCP/IP protocol for sending messages from one computer to another on a network. This protocol is used on the Internet to route e-mail. *Acronym:* SMTP. *See also* communications protocol, TCP/IP. *Compare* CCITT X series, Post Office Protocol.

**Simple Network Management Protocol** *n. See* SNMP.

**simplex** *n.* Communication that takes place only from sender to receiver. *Compare* duplex[2] (definition 1), half-duplex[2].

**simplex transmission** *n. See* simplex.

**simulation** *n.* The imitation of a physical process or object by a program that causes a computer to respond mathematically to data and changing conditions as though it were the process or object itself. *See also* emulator, modeling (definition 1).

**simultaneous access** *n. See* parallel access.

**simultaneous processing** *n.* **1.** True multiple-processor operation in which more than one task can be processed at a time. *See also* multiprocessing, parallel processing. **2.** Loosely, concurrent operation in which more than one task is processed by dividing processor time among the tasks. *See also* concurrent, multitasking.

**sine wave** *n.* A uniform, periodic wave often generated by an object that vibrates at a single frequency. See the illustration. *Compare* square wave.

**single attachment station** *n.* An FDDI node that connects to the primary ring through a concentrator. *Compare* dual attachment station.

**single-board** *adj.* Of or pertaining to a computer that occupies only one circuit board, usually with no capacity for additional boards.



*Sine wave.*

**single-density** *adj.* Of or pertaining to a disk that is certified only for use with frequency modulation (FM) recording. A single-density disk can store much less data than a disk using modified FM encoding or run-length limited encoding. *See also* modified frequency modulation encoding, run-length limited encoding.

**Single Image Random Dot Stereogram** *n. See* autostereogram.

**Single Image Stereograms** *n. See* autostereogram.

**single inline memory module** *n. See* SIMM.

**single inline package** *n. See* SIP.

**single inline pinned package** *n. See* SIP.

**single-instruction, multiple-data stream processing** *n. See* SIMD.

**single-line digital subscriber line** *n. See* SDSL.

**single-precision** *adj.* Of or pertaining to a floating-point number having the least precision among two or more options commonly offered by a programming language, such as single-precision versus double-precision. *See also* floating-point notation, precision (definition 2). *Compare* double-precision.

**single-sided** *adj.* Of or pertaining to a floppy disk in which data can be stored on only one side.

**single step** *vb.* To execute a program one step at a time, usually within the context of a debugger. *See also* debugger.



*SIMD.*

RAM makes use of burst operations and includes features such as block writes that increase efficiency in retrieving and writing graphics data to the screen. *Acronym:* SGRAM. *See also* block, mask.

**synchronous idle character** *n. See* SYN.

**synchronous operation** *n.* **1.** Any procedure under the control of a clock or timing mechanism. *Compare* asynchronous operation. **2.** In communications and bus operation, data transfer accompanied by clock pulses either embedded in the data stream or provided simultaneously on a separate line.

**Synchronous Optical Network** *n. See* SONET.

**synchronous protocol** *n.* A set of guidelines developed to standardize synchronous communications between computers, usually based on either bit stream transmission or recognized character codes. Examples include the character-oriented binary synchronous (BISYNC) protocol and the bit-oriented High-level Data Link Control (HDLC) and Synchronous Data Link Control (SDLC) protocols. *See also* BISYNC, HDLC, SDLC.

**synchronous transmission** *n.* Data transfer in which information is transmitted in blocks (frames) of bits separated by equal time intervals. *Compare* asynchronous transmission.

**synchronous UART** *n.* A universal asynchronous receiver/transmitter (UART) that supports synchronous serial transmission, where the sender and receiver share a timing signal. *See also* UART.

**sync signal** \sēnk sig`nəl\ *n.* Short for **sync**hronization **signal**. The part of a raster-display video signal that denotes the end of each scan line (the horizontal sync signal) and the end of the last scan line (the vertical sync signal).

**sync SRAM** \sēnk S´ram\ *n. See* synchronous burst static RAM.

**SYN flood** \sin´ fləd`\n. A method of overwhelming a host computer on a network, especially the Internet, by sending the host a high volume of SYN (synchronization) packets requesting a connection, but never responding to the acknowledgement packets returned by the host. A SYN flood is a form of denial of service attack. *See also* denial of service attack. *Compare* Ping of Death.

**synonym** *n.* **1.** A word that is an equivalent of another word. When used in reference to data input, for example, the verbs *type* and *keyboard* are synonyms. **2.** In hashing, one of two distinct keys that produce the same hash address. *See also* hash[2].

**syntax** *n.* The grammar of a language; the rules governing the structure and content of statements. *See also* logic, programming language, syntax error. *Compare* semantics (definition 1).

**syntax checker** *n.* A program for identifying errors in syntax for a programming language. *See also* syntax, syntax error.

**syntax error** *n.* An error resulting from a statement that violates one or more of the grammatical rules of a language and is thus not "legal." *See also* logic, semantics (definition 1), syntax.

**synthesis** *n.* The combining of separate elements to form a coherent whole, or the result of such a combining (for example, combining digital pulses to replicate a sound, or combining digitized words to synthesize human speech). *See also* speech synthesis.

**synthesizer** *n.* A computer peripheral, chip, or stand-alone system that generates sound from digital instructions rather than through manipulation of physical equipment or recorded sound. *See also* MIDI.

**.sys** *n.* A file extension for system configuration files.

**sysadmin** *n.* The usual logon name or e-mail address for the system administrator of a UNIX-based system. *See also* system administrator.

**sysgen** \sis´jen\ *n. See* system generation.

**sysop** \sis´op\ *n.* Short for **sys**tem **op**erator. The overseer of a BBS or a small multiuser computer system.

**Sys Req key** *n.* Short for **Sys**tem **Req**uest **key**. A key on some IBM and compatible keyboards that is intended to provide the same function as the Sys Req key on an IBM mainframe computer terminal: to reset the keyboard or to change from one session to another.

**system** *n.* Any collection of component elements that work together to perform a task. Examples are a hardware system consisting of a microprocessor, its allied chips and circuitry, input and output devices, and peripheral devices; an operating system consisting of a set of programs and data files; or a database management system used to process specific kinds of information.

**system administrator** *n.* The person responsible for administering use of a multiuser computer system, communications system, or both. A system administrator performs such duties as assigning user accounts

net user to
ote computer
using a text-
computer.
ocols.
an overlay
eys and key
pattern that
ned image.
ed spread-
other ele-
f memory
DOS com-
p publishing
contains for-
memory or
e other pro-
hen discarded.
ry or on a
ted for use in
ional, sorting,
ise-10 system
number and is
from 1 less
or by sub-
her power of
ment of 25 is
racting each
use (9 – 2 = 7,
75) or by sub-
of 10, which
ement. Com-
ning $10^{12}$: 1
tem, 1 million
terabyte.
ised for high-
quals $2^{40}$, or
is commonly
s. Abbrevia-
oating-point
lops serves as a
neasures the
ey can perform

in a set amount of time. *Also called* TFLOPS. *See also* FLOPS.

**terminal** *n.* **1.** In networking, a device consisting of a video adapter, a monitor, and a keyboard. The adapter and monitor and, sometimes, the keyboard are typically combined in a single unit. A terminal does little or no computer processing on its own; instead, it is connected to a computer with a communications link over a cable. Terminals are used primarily in multiuser systems and today are not often found on single-user personal computers. *See also* dumb terminal, smart terminal, terminal emulation. **2.** In electronics, a point that can be physically linked to something else, usually by a wire, to form an electrical connection.

**Terminal Access Controller Access Control System** *n. See* TACACS.

**terminal adapter** *n.* The correct name for an ISDN "modem," which connects a PC to an ISDN line but does not modulate or demodulate signals as a typical modem does.

**terminal emulation** *n.* The imitation of a terminal by using software that conforms to a standard, such as the ANSI standard for terminal emulation. Terminal-emulation software is used to make a microcomputer act as if it were a particular type of terminal while it is communicating with another computer, such as a mainframe. *See also* VT-52, VT-100, VT-200.

**terminal server** *n.* In a LAN (local area network), a computer or a controller that allows terminals, microcomputers, and other devices to connect to a network or host computer, or to devices attached to that particular computer. See the illustration. *See also* controller, LAN, microcomputer, terminal.

Network computer
Terminal server
Terminals

*Terminal server.*

**terminal session** *n.* The period of time spent actively using a terminal. *See also* session.

**terminal strip** *n.* A usually long and narrow assembly containing one or more electrical connectors. Commonly, terminal strips consist of screws on which bare wires are wrapped before the screws are tightened; for example, some consumer-grade stereo receiver/amplifiers incorporate a set of terminal strips on the rear panel for attaching speaker wires to the unit.

**terminate** *vb.* **1.** With reference to software, to end a process or program. Abnormal termination occurs in response to user intervention or because of a hardware or software error. **2.** With reference to hardware, to install a plug, jack, or other connector at the end of a wire or cable.

**terminate-and-stay-resident program** *n. See* TSR.

**terminator** *n.* **1.** A character that indicates the end of a string, such as the null character in an ASCIIZ string. *See also* ASCII, ASCIIZ string. **2.** An item of hardware that must be installed in the last device in a daisy chain or bus network, such as Ethernet or SCSI. The terminator "caps" the end of a cable in a bus network in order to keep signals from bouncing back along the line. *See also* terminator cap.

**terminator cap** *n.* A special connector that must be attached to each end of an Ethernet bus. If one or both terminator caps are missing, the Ethernet network will not work.

**ternary** *adj.* In programming, of, pertaining to, or characteristic of an element with three possible values, a condition that has three possible states, or a base-3 number system. *Compare* binary[1], unary.

**test** *vb.* To check program correctness by trying out various sequences and input values. *See also* debug, test data.

**test automation software** *n.* A program that automatically enters a predetermined set of characters or user commands in order to test new or modified versions of software applications.

**test data** *n.* A set of values used to test proper functioning of a program. Reasons for choosing particular test data include verifying known output (anticipated output) and pushing boundary conditions that might cause the program to fail.

T

specification. *Also called* glass box testing. *Compare* black box testing.

**white noise** *n.* Noise that contains components at all frequencies, at least within the frequency band of interest. It is called "white" by analogy to white light, which contains light at all the visible frequencies. In the audible spectrum, white noise is a hiss or a roar, such as that produced when a television set is tuned to a channel over which no station is broadcasting.

**white pages** *n. See* DIB (definition 2).

**white paper** *n.* An informal paper stating a position or proposing a draft specification, usually on a technical topic. *See also* specification (definition 1).

**whois** *n.* **1.** An Internet service, provided by some domains, that enables a user to find e-mail addresses and other information for users listed in a database at that domain. **2.** A UNIX command to access the whois service. **3.** A command that displays a list of all users logged onto a Novell network.

**whois client** *n.* A program (such as the UNIX whois command) that enables a user to access databases of usernames, e-mail addresses, and other information. *See also* whois.

**whois server** *n.* Software that provides the usernames and e-mail addresses from a database (often listing people who have accounts at an Internet domain) to users who request the information using whois clients. *See also* whois.

**Whole Earth 'Lectronic Link** *n. See* WELL.

**whole number** *n.* A number without a fractional component—for example, 1 or 173; an integer.

**Wide Area Information Server** *n. See* WAIS.

**wide area network** *n. See* WAN.

**wideband transmission** *n. See* broadband network.

**Wide SCSI** \wīd´ skuz`ē\ *n.* A form of the SCSI-2 interface that can transfer data 16 bits at a time at up to 20 megabytes per second. The Wide SCSI connector has 68 pins. *Also called* Wide SCSI-2. *See also* SCSI, SCSI-2. *Compare* Fast SCSI, Fast/Wide SCSI.

**Wide SCSI-2** \wīd´ skuz`ē-tyōō\ *n. See* Wide SCSI.

**widow** *n.* A last line of a paragraph, shorter than a full line, appearing at the top of a page. A widow is considered visually undesirable on the printed page. *Compare* orphan.

**wildcard character** *n.* A keyboard character that can be used to represent one or many characters. The asterisk (*), for example, typically represents one or more characters, and the question mark (?) typically represents a single character. Wildcard characters are often used in operating systems as a means of specifying more than one file by name.

**WIMP** *n.* Acronym for Windows, Icons, Mouse, and Pointers. A graphical user interface (GUI) such as those provided by the Macintosh and Windows operating systems. WIMP is usually said to stand for Windows, Icons, Mouse, and Pointers, but the acronym is sometimes spelled out as either Windows, Icons, Menus, and Pointers or Windows, Icons, Mouse, and Pull-down menus. The WIMP interface was invented at the Xerox Palo Alto Research Center (PARC), where it was first used in the Alto computer in the early 1970s. *See also* graphical user interface.

**Win32** *n.* The application programming interface in Windows 95 and Windows NT that enables applications to use the 32-bit instructions available on 80386 and higher processors. Although Windows 95 and Windows NT support 16-bit 80x86 instructions as well, Win32 offers greatly improved performance. *See also* 16-bit machine, 32-bit machine, 80386DX, 8086, application programming interface, central processing unit, Win32s.

**Win32 Driver Model** *n. See* Windows Driver Model.

**Win32s** *n.* A subset of the Win32 application programming interface that works under Windows 3.*x*. By including the Win32s software, which is distributed as freeware, an application can gain in performance from using the 32-bit instructions available on 80386 and higher processors while running under Windows 3.*x*. *See also* 32-bit machine, 80386DX, central processing unit, Win32.

**Winchester disk** *n.* An early IBM name for a hard disk. The term is derived from IBM's internal code name for its first hard disk, which stored 30 megabytes (MB) and had a 30-millisecond access time, reminding its inventors of a Winchester .30-caliber rifle known as a ".30-.30."

**window** *n.* In applications and graphical interfaces, a portion of the screen that can contain its own document or message. In window-based programs, the screen can be divided into several windows, each of which has its own boundaries and can contain a different document (or another view into the same document).