# EXHIBIT 6



Deposition of:
# Matthew Shoemake

*February 27, 2020*

In the Matter of:

# Wapp Tech Limited Partnership et al v. Micro Focus International PLC

Veritext Legal Solutions

800-462-2233 | calendar-de@veritext.com |

Page 1

1           IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF TEXAS
2                    SHERMAN DIVISION
3    WAPP TECH LIMITED           *
     PARTNERSHIP AND WAPP TECH    *
4    CORP.                        *
                                  *
5                                 *
     VS                           * CIVIL ACTION NO.
6                                 * 4:18-cv-469
                                  *
7                                 *
     BANK OF AMERICA CORP.        *
8
9
10
11                   ORAL DEPOSITION
12                        OF
13                  MATTHEW SHOEMAKE
14                 FEBRUARY 27, 2020
15
16           ANSWERS AND DEPOSITION OF MATTHEW SHOEMAKE,
17    produced as a witness at the instance of the
18    Plaintiff, taken in the above-styled and -numbered
19    cause on the 27th day of February, 2020, from
20    9:15 a.m. to 2:42 p.m., before Deborah A. Copeland, a
21    Certified Shorthand Reporter in and for the State of
22    Texas, reported by machine shorthand at the offices of
23    Gibson Dunn, located at 2001 Ross Avenue, in
24    the City of Dallas, County of Dallas and State of
25    Texas, pursuant to the Rules of Federal Procedure.

Page 2

A P P E A R A N C E S

1
2
3  FOR THE PLAINTIFF ( Appearing telephonically)
4      MR. HENRICK PARKER
       Devlin Law Firm
5      1526 Gilpin Avenue
       Wilmington, Delaware  19806
6      302.449.9010
       hparker@devinlaw.com
7
8  FOR THE DEFENDANT
9      MR. NEEMA JALALI
       MR. PHILLIP JACOB SPEAR
10     Gibson Dunn & Crutcher, LLP
       555 Mission Street
11     San Francisco, California  94105
       415.393.8200
12     njalali@gibsondunn.com
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

I N D E X

1
2
3  Appearances                2
   Stipulations               4
4
   MATTHEW SHOEMAKE
5      Examination by Mr. Parker        4
       Examination by Mr. Jalali       105
6
   Corrigendum                109
7  Reporter's Certificate     111
8
9
       E X H I B I T S
10
   NUMBER        DESCRIPTION        PAGE
11
   Exhibit 34  Declaration of Matthew   7
12        B. Shoemake With Attachments
13 Exhibit 35  U.S. Patent 192         14
14 Exhibit 36  U.S. Patent 864         14
15 Exhibit 37  U.S. Patent 678         14
16 Exhibit 38  Joint Claim Construction  15
          And Prehearing Statement
17        With Attachments
18
19
20
21
22
23
24
25

Page 4

1              MATTHEW SHOEMAKE,
2  the witness, being first sworn, testified as follows:
3              EXAMINATION
4  BY MR. PARKER:
5      Q    Good morning, Mr. Shoemake.  My name is Rik
6  Parker.  I'm on the phone from Wilmington, Delaware.
7  Have you ever been deposed before?
8      A    I have been deposed before.
9      Q    How many times?
10     A    Nice to meet you, by the way.  I'm glad to
11 hear that you -- I thought you may have been on the
12 West Coast, it's very early.  So I'm happy to hear
13 you're on the East Coast.
14          Then to answer your question, I think
15 now it's probably over 30 times I've been deposed.
16     Q    And have all of those depositions concerned
17 some aspect of patent litigation?
18     A    No, not all of them.  The vast majority have,
19 but there may be one or two exceptions.
20     Q    What's the general subject matter of the
21 exceptions?
22     A    So I think there are two exceptions.  One of
23 them, there was a case that I testified in that had to
24 do with false advertising related to wifi, and so
25 there were not patents involved in that case.  And

Page 5

1  there was also at one of my previous employers, there
2  was an employee that sued the company, so I guess it
3  had to do with a termination of employment issue and I
4  was deposed in that as well.
5      Q    Roughly how many expert reports or
6  declarations have you prepared?
7      A    You mean outside this case, correct?  Just in
8  general?
9      Q    Yes.  Just in total over your career.
10     A    I'm sorry.  You asked about expert reports.
11 Anything else?  Expert reports and declarations?
12     Q    Yeah.  I said declarations.  Written versions
13 of you giving an expert opinion.
14     A    Sure.  So the answer is numerous.  I would
15 have to -- I don't know the exact number, but I can
16 try to give an estimate.  Total expert reports and
17 declarations, I also would not be surprised if it was
18 20 or 30, or north of 30, or in excess of 30.
19     Q    To your knowledge, has the court ever
20 criticized one of your opinions?
21     A    Not that I'm aware of.
22     Q    Did you bring any documents with you today?
23     A    I did not.  I don't have any documents here
24 with me.  I do have some documents that have been put
25 in front of me.  I haven't looked at them, but I

2 (Pages 2 - 5)

Page 6

1   assume they're exhibits that maybe you sent.
2       Q    Yes. We'll get to those shortly.
3       A    Okay.
4       Q    When were you retained by Gibson Dunn for
5   purposes of these actions?
6       A    I was thinking about that just this morning.
7   It was the second half of last year. I don't know the
8   exact month.
9       Q    And were you originally retained only to
10  provide expert opinions as to -- well, let me start
11  over again.
12          When you were originally retained by
13  Gibson Dunn, how many patents were you retained to
14  provide expert opinions about?
15          MR. JALALI: Objection. Form.
16      A    So I don't think that's the way the retention
17  worked. I think that it was a general retention, and
18  I don't recall there being any -- I think there was
19  specificity to a case or cases, but I don't recall
20  specificity to patents.
21      Q    (By Mr. Parker) Have you been retained
22  for -- as to all three of the -- actually, let me
23  just -- let's -- I guess it's already been marked.
24  the court reporter has marked as Exhibit 34 a document
25  that I hope you have in front of you or will have in a

Page 7

1   moment.
2          (Exhibit 34 marked.)
3       A    I do. There's a stack and 34 is at the top
4   of the stack. So what I will do, I'll take 34 and
5   I'll set the rest of the stack to the side. If you
6   want me to grab anything other than 34 out of the
7   stack, I'm happy to do that as well.
8       Q    Let's start with Exhibit 34, please. Do you
9   recognize that document?
10      A    I do.
11      Q    What is it?
12      A    This is the declaration that I submitted in
13  this case regarding claim construction.
14      Q    And there are three different cases actually
15  captioned on the front page of Exhibit 34, correct?
16      A    That's correct.
17      Q    Have you been retained in all three of those
18  actions?
19      A    So my -- so if we look at Paragraph 1 of my
20  report. So I have been retained to -- by counsel for
21  the defendants, and that -- so this report is
22  submitted on behalf of all the defendants in the case.
23  Does that answer your question?
24      Q    Let me back up. When you were first retained
25  at some point in the latter half of last year, was

Page 8

1   your retention specific to a given action or did it
2   include more than one action at that time?
3       A    I don't have my retention agreement in front
4   of me. What I recall is that there was -- that it
5   contains a list of multiple parties, but I don't have
6   it in front of me. And I generally understand the
7   retention to pertain to the WAPPs case that is brought
8   and listed of the first page of Exhibit 34 against --
9   well, I understand it to pertain to all three cases.
10  And, more importantly, the declaration, Exhibit 34, is
11  submitted on behalf of all defendants that are -- as I
12  say in Paragraph Number 1. So it's for all three
13  cases that are listed on the first page of Exhibit 34.
14      Q    And you referred to Paragraph 1 on Page 2 of
15  Exhibit 34. That paragraph refers to three different
16  patents, right?
17      A    It does. It refers to the 192, the 864 and
18  678 patents.
19      Q    If you look at -- so I'm not quite sure how
20  they put things together, but I believe your counsel
21  helped me to attach all of the exhibits to Exhibit 34
22  so it is a single complete -- let me just start out.
23  Could you please look through Exhibit 34 and tell me
24  whether or not you believe it's complete as you
25  created it.

Page 9

1       A    Give me one moment. I do see that there are
2   exhibits here that were in the stack that I set aside,
3   so give me one moment to analyze what I have here.
4          Okay. So since this is by phone, it
5   looks like I have Exhibit 34, which has -- I'll just
6   tell you the exhibits I have, I have Exhibits 34, 35,
7   36, and it looks like there's one more, and I have 37.
8   I'm setting those aside. Previously I had set aside
9   what looks to be Exhibits A through G, which I think
10  go -- are part of, actually, Exhibit 34. So those are
11  exhibits to the declaration that is the subject matter
12  of today's deposition. And I have -- and I do have,
13  it looks like a complete set of the exhibits, which is
14  Exhibits A through G.
15      Q    Okay. Just so everybody is clear here, it's
16  my intention that Exhibit 34 include the entirety of
17  Dr. Shoemake's declaration including the Exhibits A
18  through G.
19          If you would look at the Exhibit B to
20  your declaration, and, in particular, Page 4 of
21  Exhibit B, or it's numbered Page 4 of 14.
22      A    You broke up just a little bit. So you're
23  asking me to go to Exhibit B of Exhibit 34, correct?
24      Q    Yes.
25      A    Okay. I have Exhibit B.

3 (Pages 6 - 9)

1    Q    That's your CV, correct?

2    A    Exhibit B to Exhibit 34 of my declaration --

3    I'm sorry.  I have -- let me start over.  Yes.

4    Exhibit B to Exhibit 4 is my CV.  It's a version of my

5    CV dated February 19 of 2020.

6    Q    Okay.  And if you would look at Numbered Page

7    4 of that CV --

8    A    I'm there.

9    Q    -- there's a reference to a case involving

10   WAPP Tech near the bottom of the page.  Do you see

11   that?

12   A    I do.

13   Q    And that reference refers to -- well,

14   actually for what purpose were you retained in that

15   action?

16        MR. JALALI:  Objection.  Form.  And I'll

17   caution the witness not to reveal any privileged

18   information.

19   A    So you said that action.  So this item in my

20   CV refers to the -- refers to my general retention in

21   the actions that WAPP has brought against Micro Focus

22   and the other defendants that are listed on Page 1 of

23   Exhibit 34.

24   Q    (By Mr. Parker)  The mention on Page 4 of

25   your CV refers to the case being in the District of

1    Delaware, correct?

2    A    It does.  That's correct.  I see that.  I

3    don't know if that's a typo or not.  I would have to

4    check.  I, generally, in my CV try to keep a listing

5    brief of these cases.  So I don't know -- I'd have to

6    go check records to see if that's a typo or not.

7    Q    Okay.  Well, and it mentions -- the

8    description there mentions two U.S. patents, correct?

9    A    It does.  The 192 patent and the 678 patent.

10   Q    Were you originally not retained to

11   provide --

12        MR. PARKER:  Was someone else talking,

13   or was it just an echo that I had?

14        THE WITNESS:  That was the court

15   reporter.  You broke up just a little bit.  Could you

16   repeat your question since you broke up.

17   Q    (By Mr. Parker)  Sure.  I didn't actually

18   finish it.  Were you originally retained -- were you

19   not originally retained to also provide opinions about

20   the 864 patent that you now reference in Paragraph 1

21   of your declaration, Exhibit 34?

22   A    Let me answer it this way since there was a

23   negative in your question.

24        So my retention is broad and is not

25   limited to just these two patents.  I don't understand

1    my retention to be limited to a -- to a -- to a

2    specific case.  I understand that it -- for example,

3    it's not just limited, if you're asking to the first

4    case listed on Page 1 of Exhibit 34.  I understand my

5    retention to be applicable to not only the 192 patent

6    and the 678 patent, but other patents that may arise

7    in the case in the Eastern District of Texas or any

8    cases in the Northern District of Delaware or any

9    other districts or appeals courts.

10        So I don't understand my retention to be

11   limited to only the 192, only the 168 [sic], only, for

12   example, Seattle Spinco or only Micro Focus.

13   Hopefully that helps -- that's responsive to your

14   question.

15   Q    Why, then, is there mention of two patents in

16   that description, but not of the third patent?

17   A    Give me one moment.  I don't know.  I'd have

18   to research that.  I don't -- it -- it would be

19   speculation, but it may be because -- it may be

20   because my own action was to review those patents

21   first and that just ended up how I listed it in my CV.

22   But, of course, as I say in my declaration in this

23   case, all three patents that I discuss in my

24   declaration are from the same family.

25   Q    What did you do to prepare for today's

1    deposition?

2    A    I reviewed documents.  I reviewed my

3    declaration.  I reviewed the three patents that my

4    declaration is directed toward, those patents listed

5    in Paragraph 1 of my declaration.  I also met with

6    counsel for defendants yesterday at their offices in

7    downtown Dallas.  I read one of the patents again in

8    full as well, the 192 patent.  And I think that's a

9    good summary of what I did to prepare.  I tried to get

10   a good night's sleep.

11   Q    Did you look at anything that's not mentioned

12   somewhere in your declaration, Exhibit 34?

13   A    I did.  I did.

14   Q    What did you look at that wasn't mentioned in

15   the declaration?

16   A    I looked at one spreadsheet that listed the

17   terms that are at issue in the -- at this stage of the

18   litigation, meaning this claim construction stage.  I

19   understand that there are terms that I did not opine

20   on and was not asked to opine on in my report, but are

21   nonetheless at issue and are in front of the court and

22   I looked through a list of those terms.

23   Q    When you say a spreadsheet, was this a --

24   well, to your knowledge, is that a spreadsheet that

25   was -- that formed at least part of a court filing?

Page 14

1    A   I don't know, but to speculate, I would say
2   it looked that way to me.  So it may be something
3   that -- and this is pure speculation.  It may be
4   something that the parties jointly put together to
5   submit to the court.  I don't know one way or another.
6    Q   All right.
7        MR. PARKER:  So I'm going to ask the
8   court reporter to locate, I think there are probably
9   three different versions.  I think we only need to use
10   one of a pleading that's entitled Joint Claim
11   Construction And Plea Hearing Statements.
12        MR. JALALI:  We're looking for it, Rik.
13   I see the cover meeting here, is that what you're
14   talking about?
15        MR. PARKER:  If you can just tell me
16   which action the header says.
17        MR. JALALI:  The first one I came
18   across, Joint Claim Construction And Prehearing
19   Statement.  The case number -- the pacer stamp is the
20   519 case.
21        MR. PARKER:  Okay.  So let's mark that
22   one as Exhibit 38, please.  I realize we're going out
23   of order here perhaps.
24        (Exhibits 35-37 marked.)
25    Q   (By Mr. Parker)  Actually, let me just -- why

Page 15

1   don't we do this.  I believe the court reporter has
2   marked and  you had in front of you and put off to the
3   side Exhibits 35, 36 and 37.  Could you look at those,
4   Dr. Shoemake, and just tell me what those are.
5    A   Yes. I'm looking now.  So I'll go through
6   them one at a time.
7        Exhibit 35 includes -- oh, it looks like
8   multiple copies of the -- it's the 192 patent.  There
9   just happened to be multiple copies.  So that's
10   Exhibit 35.  And then Exhibit 36 is the 864 patent.
11   And Exhibit 37 is the 678 patent.
12    Q   Okay.  So those are the three patents that
13   are referenced in your declaration, correct?
14    A   That's correct.
15        (Exhibit 38 marked.)
16    Q   Okay.  Now if we can mark as Exhibit 38, the
17   document that your counsel was talking about a minute
18   ago.
19    A   Okay.  So I have in front of me, Exhibit 38
20   now, which includes two exhibits, Exhibits A and B.
21   Is that what you wanted me to have?
22    Q   Yes.  So ignoring the single line header that
23   appears on each page, if you could look at Exhibit A
24   to Exhibit 38.  And does that look like the
25   spreadsheet that you said you looked at?

Page 16

1    A   Give me one moment to review.  Just for the
2   record, there is a blank page between Page 4 and 5 of
3   Exhibit A.  It looks like it was a printing error, a
4   pure white page.  I'm leaving it in.  I'm not taking
5   it out.  There's also one between 9 and 10, and
6   between 14 and 15.  I'm almost done.
7        I think this is likely the document that
8   I looked at.  The document that I looked at had -- was
9   in this format.  It had, well, three main columns and
10   I think maybe this document I have in front of me
11   actually has four columns, but the first column is a
12   thin column that has numbers.  And the document that I
13   looked at had the disputed claim terms and then also
14   had plaintiff and defendant's proposed construction.
15   So I don't have that document in front of me, but I
16   think it's likely that this is that document or very
17   similar to the document that I looked at.
18    Q   Just to close the loop, other than this
19   spreadsheet that you believe is at least very similar
20   to Exhibit A of Exhibit 38, is there anything else
21   that you looked at to prepare for this deposition that
22   isn't listed or discussed in your declaration?
23    A   Let me think for a moment.  No, not that I
24   recall at this time.
25    Q   How was your declaration, Exhibit 38,

Page 17

1   prepared?
2        MR. JALALI:  Objection. Form. Caution
3   the witness not to reveal anything privileged.
4    A   So Exhibit -- I think -- so the record is
5   clear, I think you just said Exhibit 38, which is not
6   my declaration.  My declaration is Exhibit 34.
7    Q   (By Mr. Parker)  You're right.  I apologize.
8   I meant Exhibit 34.
9    A   Okay.  Can you repeat your question, please.
10    Q   How was Exhibit 34 prepared?
11        MR. JALALI:  Objection. Form. I'll
12   caution the witness not to reveal anything privileged.
13    A   So what do you mean by how it was prepared?
14    Q   (By Mr. Parker)  I mean, what was the
15   process?  Did you write the entire thing?  Were you
16   given something by somebody else?  How did the written
17   document -- how was it created?
18        MR. JALALI:  Objection. Form. And I'll
19   caution the witness not to reveal anything privileged.
20    A   Well, the general process was, counsel made
21   me aware that we're at the stage of the proceedings
22   for the different cases that deals with claim
23   construction, and counsel asked me to review the
24   patents.  And there were -- I think I was provided
25   documents similar to what's in Exhibit A of Exhibit 34

5 (Pages 14 - 17)

Page 18

1  to this deposition.  I think Exhibit A to Exhibit 34
2  of this deposition is -- has in the title PR4-3.  My
3  recollection is I may have seen something called
4  PR4-2, which I suspect may be a step in the process
5  where the parties individually identified terms that
6  may need -- that they think the court may need to
7  construe or address.  So I performed my own analysis
8  and I had a sequence of conference calls with
9  defendants' counsel to discuss those terms.
10         I was ultimately asked to opine on the
11  terms that -- the specific terms that are mentioned in
12  my declaration in Exhibit 34.
13         So I'll stop there and see if you want
14  to ask me follow-up questions, but that's the general
15  process that I went through.
16     Q   Who actually wrote the declaration,
17  Exhibit 34?
18         MR. JALALI:  Objection.  Form.  I'll
19  caution the witness not to reveal anything privileged.
20     A   So the -- give me one moment.  So, first --
21  so that the report -- those are my words.  Every bit
22  of this report I stand behind.  As far as the drafting
23  goes -- as far as the drafting goes -- for example,
24  the -- for example, the legal section, it's -- I
25  typically get that from counsel and review it myself,

Page 19

1  and I did that in this case as well.  I found the
2  legal section to be consistent with other legal
3  sections that I've had in declarations and reports
4  over the last 12 years, but that section, Legal
5  Standards, was written by counsel.  But the rest of
6  it, I either wrote directly myself or was written at
7  either -- directly wrote myself or was -- was
8  written based on my direction, but, overall, these are
9  my words.
10         There was a final clean-up stage that
11  counsel does that I don't do to make sure, for
12  example, all the headings, for example, on Page 1 and
13  the court case numbers are correct, but that's the
14  general process.  So the -- so, hopefully, that
15  addresses your question.
16     Q   So in your declaration you discuss, I think,
17  maybe five different claims terms or phrases; is that
18  correct?
19     A   So here I'll point you to specific
20  paragraphs.  To give you a simple answer, depending on
21  how you count the answer, that might be yes.  I put
22  them into two different groups.  And if you give me
23  one moment, I can point you to paragraphs where that
24  happens.
25     Q   Well, perhaps, let me try to shortcut this a

Page 20

1  little.  If you look at Exhibit 38 -- Exhibit A to
2  Exhibit 28, that exhibit lists off 11 different terms
3  or phrases.  But let me do it this way.
4         If you'd look at Exhibit A to Exhibit 38
5  and identify for me by the number in the left column
6  which terms and phrases you provided opinions about.
7     A   I can do that.  Give me one moment.  So my
8  declaration pertains to Item 4 on Page, or I guess
9  technically it's called Number -- Number 4 on Page 7.
10  I'm continuing through.  It pertains to Number 5 that
11  starts on Page 11.  It pertains to Number 6 that
12  starts on Page 14.  It pertains to Number 7 that
13  starts on Page 18.  It pertains to Number 8 which
14  starts on Page 21.  And that's it.
15     Q   Were you asked for your opinion as to an
16  appropriate instruction for any of the other terms
17  listed in that Exhibit A to Exhibit 38?  In other
18  words, terms 1 through 3 or 9 through 11?
19     A   Could you repeat your question, please?
20     Q   You have identified terms 4 through 8 as ones
21  on which you opine in your declaration, Exhibit 34.
22  I'm asking you whether you ever were asked for an
23  opinion as to any of terms 1 through 3 or 9 through
24  11?
25         MR. JALALI:  Objection.  Form.

Page 21

1     A   So I was -- so those other disputed claim
2  terms or phrases.  I was not asked to -- I was not
3  asked to opine on them in the declaration that's
4  Exhibit 34.
5     Q   (By Mr. Parker)  Were you ever given an
6  explanation as to why you were asked as to terms 4
7  through 8, but not terms 1 to 3 and 9 to 11?
8     A   Not that I recall.
9     Q   Your declaration includes references as
10  Exhibits C through G; is that correct?
11     A   Give me one moment to stay organized here.
12  Give me one moment.
13         So I'm taking Exhibit 38 with its two
14  exhibits, A and B, and setting that aside.  I'm going
15  back to Exhibit 34, which is my declaration.  You have
16  a question about the exhibits to it?
17     Q   Yes.  Exhibits C through G are examples of
18  extrinsic evidence, correct?
19     A   Give me one moment.  Yes.  C is extrinsic
20  evidence from Microsoft computer dictionary.  D is
21  extrinsic evidence from a Chambers Dictionary of
22  Science & Technology.  E is extrinsic evidence from a
23  Wiley Electrical & Electronics Engineering Dictionary.
24  F is also extrinsic evidence from Ques Computer User
25  Dictionary.  And Exhibit G is extrinsic evidence from

6 (Pages 18 - 21)

Page 22

1   the new IEEE Standard Dictionary of Electrical &
2   Electronics Terms.
3       Q    If you look at the Exhibit A to your
4   declaration, Exhibit 34, there are -- there's a
5   category in the middle of the first page of Exhibit A
6   that is entitled, Extrinsic evidence.  Do you see
7   that?
8       A    I do.
9       Q    And the attached exhibits that you just
10  walked through are the first five items listed under
11  that heading, right?
12      A    Yes.  That's correct.
13      Q    But there are seven more items listed under
14  that heading.
15      A    That's correct.
16      Q    Why are they not attachments to your
17  declaration?
18      A    So I'm not sure I understand your question.
19  So I have listed them in my declaration here as
20  materials considered in Exhibit A.  They're publicly
21  available information, so they are listed here.  So
22  can you help me understand your question?
23      Q    How did you decide that the references that
24  you attach as Exhibits A through G should be the ones
25  that are attached and specifically quoted from or

Page 23

1   otherwise referenced in the declaration as compared to
2   the rest of the list here that not so discussed or
3   attached?
4       A    For different reasons.  So, first, I have a
5   collection of dictionaries that have to do with
6   technical terms.  And so these are the dictionaries
7   that I had in my personal possession in my personal
8   library.  And so some of them do a better or worse job
9   of discussing terms like simulate and emulate.  So I
10  don't have all of them in front of me right now, but
11  my recollection is that, for example, some of them may
12  have just discussed simulate or emulate, or they may
13  have had a definition -- or their definition of
14  simulate or emulate was in a different context than --
15  or I felt that their context or field was slightly
16  askew or askew from the -- from the patents in this
17  case.
18          So I felt that the first five of these
19  were a -- were a good set of references to help and
20  assist the court.  I also felt like they sufficed,
21  because I didn't feel like -- to give the court a feel
22  for what is in the extrinsic record and technology
23  dictionaries, I didn't feel like I needed to list all
24  12 of them.  I felt like five was a good
25  representative set.

Page 24

1       Q    And I need to close the loop here.  Did you
2   consider any other references that are not listed in
3   Exhibit A to your Exhibit 34?
4       A    By references, do you mean, for example,
5   other dictionaries, or do you mean just any other
6   documents that I considered?
7       Q    Well, I guess I want to cover both.  Let's do
8   the broader question and see if there's any.  Is there
9   anything you considered in reaching the opinions and
10  preparing the declaration that is Exhibit 34 that is
11  not mentioned beyond the spreadsheet that we've
12  discussed that is not mentioned in Exhibit A to
13  Exhibit 34?
14      A    So with respect to references, I think that I
15  did look at other dictionary references, if you will,
16  but I didn't depend on them.  For example, I recall on
17  my Mac Book, my Mac Book comes with a dictionary as
18  well.  It's not -- it's not a technical dictionary
19  like most of these listed in Exhibit A to Exhibit 34,
20  but I recall looking at definitions of simulate and
21  emulate that -- in those dictionaries as well.  But
22  other than that, I don't recall looking at any other
23  documents.  I may have also just looked at general,
24  online nontechnical dictionaries, but I didn't depend
25  on them for my declaration.

Page 25

1       Q    Okay.  So the title of Exhibit A to
2   Exhibit 34 that says, List of materials considered is
3   actually an incorrect title, because you did consider
4   other things that aren't included in that list.
5           MR. JALALI:  Objection.  Form.
6       Q   (By Mr. Parker)  Is that correct?
7           MR. JALALI:  Objection.  Form.
8       A    No.  I don't agree with that.  So I have a
9   lot of knowledge.  I've read a lot of things over the
10  years.  I haven't listed everything that I
11  have -- that I've read over the years.  You asked me a
12  question about other things that I've read and I told
13  you.  There are other things that I've read in
14  addition to that.  So what I was trying to list here
15  in materials considered is things that I -- that I
16  looked at in forming my opinions.
17          And so I don't think that there's
18  anything inaccurate about Exhibit A to Exhibit 34.  It
19  is a list of materials that I considered.
20      Q    But it's an incomplete list, because you did
21  look at certain other things that you just mentioned
22  in a prior answer.
23          MR. JALALI:  Objection.  Form.
24      Q   (By Mr. Parker)  Is that correct?
25          MR. JALALI:  Objection.  Form.

7 (Pages 22 - 25)

Page 26

1    A    Could you repeat your question, please?
2    Q    (By Mr. Parker)  In an answer that you gave
3  just a minute or two ago you talked about certain
4  other things that you looked at, a Mac Book.  I don't
5  want to mischaracterize your words, but certain other
6  materials that you looked at, but then for whatever
7  reason you decided not to --
8    A    Consider them.  Yes.  That's true.
9    Q    -- use them as a basis for your opinions.
10  But you did look at them thinking that maybe you might
11  use them; is that fair?
12    A    No.
13    Q    Why did you look at them?
14    A    I looked at them as part of my general
15  analysis, but I did -- I found that they were not
16  applicable, so I did not consider them in forming the
17  opinions that are in my declaration, and so I did not
18  list them in the materials considered, because they
19  were not applicable.  And so I didn't consider them in
20  forming the opinions, therefore, I didn't list them in
21  the, quote, list of materials considered, end quote.
22          By the way, I'm happy to -- I mean, we
23  can look at those if you want because there's nothing
24  in them that is contradictory to anything in my
25  report.  And you'll see exactly why I decided not to

Page 27

1  consider them, because they're -- as far as extrinsic
2  evidence goes, the dictionaries that I've listed here,
3  the extrinsic sources that I've listed here in
4  Exhibit A are actually technical dictionaries, maybe
5  except for one, which is the second from the end,
6  Merriam Webster's Collegiate Dictionary is a
7  nontechnical dictionary.  But, generally, I found in
8  my analysis that what I should be considering, because
9  it's more -- because it's more applicable to what's
10  being discussed in the patents is these technical
11  dictionaries, so that's what I considered.
12    Q    Would you please look at Paragraph 24 of your
13  declaration, Exhibit 34.
14    A    I have Exhibit 34.  What was the paragraph
15  number?
16    Q    24.
17    A    I'm at Paragraph 24.
18    Q    What went into your determination as to what
19  a POSITA would be as you described in Paragraph 24?
20          MR. JALALI:  Objection.
21    Q    (By Mr. Parker)  How did you come to that
22  definition of level of skill of a POSITA?
23    A    So I understand that a patent is to be
24  considered from the perspective of a person of
25  ordinary skill in the arts.  So the primary way I did

Page 28

1  that was looking at the patents themselves.  So I
2  examined the patents.  I read their specifications.  I
3  read the claims.  I considered the time that the
4  patents were filed.  And I considered the -- I
5  considered other factors the -- well, with respect to
6  the time, you can see in Paragraph 24 I -- so I
7  considered this timeframe, 2000, 2005.  I also
8  considered the things such as the state of development
9  and what was happening in the industry around 2005 and
10  I used that as the -- generally as the basis for
11  coming up with my definition of a person of ordinary
12  skill in the art.
13    Q    Would your definition of a POSITA as it
14  relates to the patents in suit here be different if
15  the relevant date was a year earlier, for example?
16    A    Give me one moment.  I don't think that it
17  would.
18    Q    Would it be different if it was four years
19  later than June 10, 2005?
20    A    I think it's unlikely to change if it was
21  four years later also.
22    Q    Do you consider yourself, today, as a person
23  of ordinary skill in the art relevant to these patents
24  in suit?
25    A    In your question you said today, correct?

Page 29

1    Q    Yes.
2    A    Yes, I do.
3    Q    So one of the terms that you opine on in your
4  declaration, Exhibit 34, is the word emulate, correct?
5    A    That's correct.
6    Q    As of mid 2005, what do you think -- how
7  would a person of ordinary skill in the art have
8  construed that term as used in the patent?  I'm sorry.
9  I misspoke.  Let me start over again.
10          Ignoring the patents, how would a person
11  of ordinary skill in the art in 2005 construe -- have
12  construed the term emulate?
13          MR. JALALI:  Objection.  Form.
14    A    So I want to make sure I understand your
15  question.  First, because you've asked me to put the
16  patents aside.  At the same time you've asked me
17  about -- your question has construe in it, which has
18  to do with construction, so there's tension there to
19  me.  So because you've asked me to put the patents
20  aside, yet you've asked me about construction.  Can
21  you clarify your question?
22    Q    What do you think was the plain and ordinary
23  meaning of the word emulate to a person of ordinary
24  skill in the art in 2005?
25          MR. JALALI:  Objection.  Form.

8 (Pages 26 - 29)

Page 30

1    A   In the context of the patents or putting the
2  patents aside?
3    Q   (By Mr. Parker)  Just, in general, a person
4  of ordinary skill in this art field as you've defined
5  in your declaration, if you walked up to them on the
6  street and you said, how do you construe the term
7  emulate, what would they say the plain and ordinary
8  meaning of that term is?
9         MR. JALALI:  Objection.  Form.
10   A   So I want to make sure the record is clear.
11  So my declaration is about construction for the
12  patents.  So you're -- and that construction is done
13  from the perspective of a person of ordinary skill in
14  the art.
15        So what I heard in your question -- I
16  just want to be clear, is that you want me to put the
17  patents aside, and your question appears to have to do
18  with a layperson, not a person of ordinary skill in
19  the art, a person on the street.  Is that what you
20  want me to have in mind?
21   Q   No.
22   A   Can you clarify your question?
23   Q   I'm talking about a person of ordinary skill
24  in this art, the kind of person that you have defined
25  in Paragraph 24, what, to them, is the plain and

Page 31

1  ordinary meaning of the word emulate?
2    A   Give me one moment.  So I would direct you to
3  Paragraph 36 of my report.  So the plain and ordinary
4  meaning in light of the specification of the patents
5  at issue in this case would be mimic.
6    Q   So I'm clear here, you're saying the plain
7  and ordinary meaning of emulate in the context of one
8  of ordinary skill at the time of these patents is
9  mimic.  Is that what your testimony is?
10   A   First question is vague to me because it's
11  not clear if you're asking me to put the patent aside
12  or not.  And so my last answer was with respect to
13  what I understand the proper procedure to be when
14  going through claim construction, which is to consider
15  the claims in light of the specification from the
16  perspective of a person of ordinary skill in the art
17  and the proper timeframe.  And, in that case, you can
18  see in Paragraph 36 that I believe that a person of
19  ordinary skill in the art would have understood
20  emulate to mean mimic.  And I go through in Section A
21  that starts on Page 18 of my declaration, and I have a
22  lot of explanation with respect to that, that depends
23  on -- that discusses both the intrinsic record and the
24  extrinsic evidence.
25   Q   So just to be clear here, it is your opinion

Page 32

1  that the term emulate, as used in the patents in suit,
2  is being used consistently with its plain and ordinary
3  meaning to a POSITA at the time; is that correct?
4    A   Again, I want to make sure I understand your
5  question.  So the construction that Defendants have
6  put forth that I've analyzed and I agree with, yes, I
7  believe to be a proper understanding in the relevant
8  timeframe from the perspective of a person of
9  ordinary skill in the art with respect to the field of
10  the three asserted patents and in light of claims and
11  the specification of those patents.
12   Q   So the patents don't require construing the
13  term emulate in any way that would be inconsistent
14  with their plain and ordinary meaning; is that
15  correct?
16        MR. JALALI:  Object to form.
17   A   I don't understand the patents to require
18  construction at all.  I understand the process of
19  determining whether there's infringement or not is a
20  two-step process.  And the first step of that process
21  is claim construction.  I understand that to be what
22  we're going through now.  I understand that to be a
23  court process, a process that the court uses and not a
24  requirement of the patents.
25   Q   (By Mr. Parker)  Okay, sir.  As you set forth

Page 33

1  in your declaration, if the inventor decides to give a
2  term a special meaning, he's allowed to do that.  And
3  what I'm trying to understand is if you are taking the
4  position, one way or the other, if the term emulate is
5  given a special meaning or not given a special
6  meaning?
7    A   Now I understand what you're asking.  So
8  you're asking me if I believe the inventor acted as
9  his own lexicographer in defining the term emulate.
10   Q   Well, what I'm asking you is, is the term
11  emulate, as used in these patents, being used in any
12  manner that is inconsistent with its plain and
13  ordinary meaning to a POSITA at the time?
14        MR. JALALI:  Objection.  Form.
15   A   So I don't think that -- I think that the
16  term emulate is not a term that the jury would readily
17  understand as a person of ordinary skill in the art
18  would understand it.  So I don't see -- I see the
19  specification providing detail and shedding light on
20  what the inventor meant by the word emulate.  And I
21  think that emulate is not a word that a lay juror
22  would readily understand and would at once understand
23  in the context of this field.  But I don't think that
24  there is -- I haven't seen the inventor act as his own
25  lexicographer with respect to emulate, and I haven't

9 (Pages 30 - 33)

Page 34

1  seen the inventor use this technical and field
2  specific term in a way that's -- that's inconsistent
3  with how a person of ordinary skill in the art could
4  have understood it in this specific field.
5      Q   (By Mr. Parker)  I'm going to ask you the
6  same question about simulate.  Is the term simulate,
7  as used in the patents, used in a manner that is
8  consistent with what its plain and ordinary meaning
9  would be to a person of ordinary skill in the art at
10  the time?
11          MR. JALALI:  Objection.  Form.
12      A   So the terms emulate and simulate -- and I
13  understand your question now has to do with simulate,
14  are specific terms that have meaning to individuals,
15  persons of ordinary skill in the art in this field,
16  that would not be obvious or understood to a lay
17  juror.  And in analyzing the specification -- or
18  specifications, plural, it's the same family, the
19  specifications are highly similar.  In analyzing the
20  specifications I believe that what the inventor meant
21  by simulation, I believe the specification sheds a lot
22  of light on what was meant by simulation.
23          At the same time, I haven't seen the
24  inventor acting as his own lexicographer for the word
25  simulate, nor have I seen the inventor using the term

Page 35

1  simulate in a way that would be inconsistent with what
2  a person of ordinary skill in the art would
3  understand.  But, again, these are highly technical
4  terms that may need some interpretation for the jury
5  to understand.
6      Q   (By Mr. Parker)  Is it your view that the
7  plain and ordinary meaning to the POSITA at the time
8  of the term simulate is imitate?
9          MR. JALALI:  Objection.  Form.
10      A   Could you repeat the question, please?
11      Q   (By Mr. Parker)  Is it your opinion that the
12  plain and ordinary meaning of the term simulate to a
13  POSITA at the time as used in the patents is imitate?
14      A   Yes.  I believe in this timeframe, around
15  2005, that a person of ordinary skill in the art
16  reading the claims and reading the specification would
17  understand that the term simulate means to imitate.
18  I'd also point out that I have a section in my report
19  starting on Page 23, Section B, where I go into great
20  detail on this and discuss both intrinsic and
21  extrinsic evidence with respect to this simulate term.
22      Q   Just to be clear here, none of that evidence
23  that you're now referring to requires any kind of
24  departure from what a POSITA would consider the plain
25  and ordinary meaning?

Page 36

1          MR. JALALI:  Objection.  Form.
2      Q   (By Mr. Parker)  Is that correct?
3          MR. JALALI:  Objection.  Form.
4      A   I don't -- I don't view it exactly that way.
5  I view it as us being in a situation where when I
6  first saw these patents and I saw them using the word
7  emulate and simulate, I recognized, as a person of
8  ordinary skill in the art, that these had meanings
9  that a lay juror was not going to immediately
10  understand or immediately see.  And so I thought that
11  it would be helpful for to use more common terms in
12  explaining what simulate and emulate mean.
13          But to focus on your question, the -- I
14  don't see any -- I don't think that the inventor is
15  using the word simulate in a way that contradicts what
16  a person of ordinary skill in the art, putting aside
17  the patents, would understand simulate to mean.
18  However, I think a lot of light is shed on what
19  simulate and emulate mean by analysis of the
20  specification.  And I think that without construction
21  here by the court, that the jury is going to miss --
22  is not -- will have difficulty understanding what
23  simulate and emulate mean to a POSITA.
24      Q   Is mimic a common term in this particular
25  field or was it in this particular field at the time

Page 37

1  in 2005?
2          MR. JALALI:  Objection.  Form.
3      A   So I think mimic is a -- just a -- generally
4  a common word that a juror would more readily get
5  their hands around than the word emulate.  So I think
6  that when you ask about, in this field, I think
7  generally the word mimic is a term that, around the
8  time of 2005, that both a person of ordinary skill in
9  the art would understand and I think is more
10  digestible to a juror.
11      Q   (By Mr. Parker)  Did the work that you were
12  doing back at that time, did you describe that work as
13  involving mimicking?
14          MR. JALALI:  Objection.  Form.
15      A   So I want to make sure I understand the work
16  you're talking about.  Are you generally asking about,
17  for example -- yeah, the question is not clear to me.
18  Which work are you referring to?
19      Q   (By Mr. Parker)  In your declaration you talk
20  about your work experience on several pages,
21  discussing the work you did over time.  I'm just
22  wondering whether you commonly used the term mimic or
23  mimicking when you were doing that work?
24      A   So I more commonly used terms such as
25  simulate, for example.  But simulate has a meaning to

10 (Pages 34 - 37)

Page 38

1   a POSITA.  So recall that when I'm doing work, I'm
2   working with other people of skill in the art, so we
3   frequently use terms that have meaning to us that may
4   not be readily apparent to a lay juror.  So I would,
5   for example, use the word simulate, but if I needed to
6   explain that to one of my -- to a lay juror, or, for
7   example, to one of my nontechnical family members, I
8   don't think they would at once understand all of the
9   meaning of the word simulate.
10      Q   When you were asked to opine on the terms
11  that you've opined on, terms -- items 4 through 8 in
12  the spreadsheet that we looked at earlier, did you
13  come up with those constructions on your own or were
14  they given to you by counsel?
15      A   So I was asked to review the -- with respect
16  to those terms, I was asked to review the proposed
17  constructions by both parties.  So I was -- so I was
18  given -- I forget if the number of the document is
19  PR4-2, but through some means I was informed of what
20  each of the parties had proposed for the
21  constructions.
22          And as you're aware, just so the record
23  is clear, so for the terms at issue in my declaration,
24  it's my understanding that Plaintiff did not propose
25  constructions for those terms.

Page 39

1       Q   So your opinion was more of a type where you
2   were agreeing with constructions that were given to
3   you than it was coming up with your own construction;
4   is that fair?
5       A   I disagree with that characterization.  So
6   from Plaintiff I did not have a construction to
7   analyze.  And from Defendants, I looked at the
8   proposed construction that had -- that had been
9   provided to me, and I determined that it was -- that
10  it was technically correct, and that it would be --
11  and it was consistent with how a person of ordinary
12  skill in the art would view the term in light of both
13  the claims, and looking at the claims in light of the
14  specification.  And I agreed that the constructions
15  were both technically accurate and would be helpful to
16  the jury.  And so I adopted those constructions, and I
17  go through in some detail in this report explaining
18  why I believe them to be correct.
19      Q   Look at Paragraph 3 of your declaration,
20  Exhibit 34, please.
21      A   I am at Page 3.  This is the page that has
22  Paragraph -- the end of Paragraph 4 and the beginning
23  of Paragraph 5.
24      Q   I want you to look at Paragraph Number 3.
25      A   I'm sorry.  I'm at Paragraph 3 on Page 2.

Page 40

1       Q   In the first sentence you say you may rely
2   upon certain things, one of them being and/or
3   additional materials.  Do you have -- did you have
4   anything specific in mind when you made that
5   statement?
6       A   Give me one moment to refresh my memory.
7       Q   Let me restate it.  What additional materials
8   are you referring to in that statement?
9       A   Okay.  That's fine.  Let me just read the few
10  paragraphs around here and then I'll answer your
11  question.
12          So I think what I'm doing here -- so
13  I -- all of the information that I have depended on --
14  I've laid out in the declaration.  As you can see in
15  this Paragraph 3, I'm discussing additional documents
16  that may come up in the future.  Well, at least in
17  part I'm discussing that.  I say in the third sentence
18  of Paragraph 3 that if further information becomes
19  available, or if I'm asked to consider additional
20  information, I'd like to be able to opine on that.
21          So -- but going back to your question,
22  the first sentence of Paragraph 3, you're asking about
23  the very end of that, Additional materials in forming
24  any necessary opinions.  So I think I can make this
25  clear.  So all of the materials that I've depended on

Page 41

1   for the opinions in this declaration are included
2   either in the declaration or in the exhibits or
3   referenced in the exhibits.  So I have no other
4   additional materials in mind when I'm referring to the
5   necessary opinions here.  But if there -- if there is
6   additional information in the future that becomes
7   available, I'd like to be able to consider that, and
8   that may generate new opinions.
9           Here it says necessary opinions, that
10  may generate new opinions.  But there is no additional
11  information, looking backwards in time, if you will,
12  that I'm thinking of with respect to the opinions that
13  are in this report.  Hopefully that answers your
14  question.
15      Q   If you look at Paragraph 4 of your
16  declaration, Exhibit 34.
17      A   Okay.
18      Q   On the top of Page 3, the first sentence that
19  starts on Page 3, you say, I have many years of
20  experience using simulators.  What are you referring
21  to when you say simulators?
22      A   Sure.  So, first, this sentence is
23  specifically talking about -- it says, In my academic
24  work, many years of simulators in my academic work.
25  And then if you look at the next sentence, I say as an

11 (Pages 38 - 41)

Page 42

1  example when I was working on my master's and Ph.D. I
2  used simulators.  I continue to talk about those
3  particular simulators through the rest of the
4  paragraph.
5          And so those simulators, for example,
6  would have been written in MATLAB or C, and they are
7  used to simulate communications systems.  So, for
8  example, wired or wireless communication systems, and
9  to model how those systems might work.  But they were
10 not -- they were not full implementations.  They were
11 not a mimicking, if you will, of a full communication
12 system.  They were just modeling certain aspects of
13 communications systems.  And I'm happy to answer more
14 questions about that if you'd like.
15     Q   Is there a difference between modeling and
16 imitating?
17     A   Well, you can -- they are two different words
18 and I actually discuss this.  This comes up in some of
19 the extrinsic evidence that I've cited in my report.
20 I think I would say it this way, is one way to imitate
21 something is using a model.  That's how I would say
22 it.
23     Q   Is another way to imitate to mimic?
24     A   No.  That's not what I'm saying here in the
25 context of this -- in the context of this report.  In

Page 43

1  fact, I would point you back to the sections where I
2  talked about emulation and simulation.  And by
3  mimic -- so the proposed construction from Defendants,
4  and I agree with that construction for emulate, is
5  mimic.  As I say in the report, that is -- that
6  emulation or mimicking is precise while -- it has
7  precision to it, while simulation is relatively less
8  precise.  I think that it might be possible for either
9  of them to use modeling, but I think a key distinction
10 here is that -- and this is supported by the intrinsic
11 and extrinsic record, that emulation has a high degree
12 of precision, while simulating or imitating does not.
13     Q   How do you draw the line between when it's
14 precise enough to move into emulation from simulation?
15     A   Well, we do that in light of the
16 specifications.  So, for example, we can see -- one of
17 the things that can guide us is the specification
18 itself.  So if you look at Paragraph 39 of my report,
19 we see the -- we see, for example, a level of
20 precision being taught by the inventors with respect
21 to mobile devices.  And we can see that in Table 1,
22 for example.  We can see a level of precision that is
23 used here by the inventors when they're talking about
24 emulating an application running on a mobile device.
25 So we can see, for example -- the experts in this case

Page 44

1  can see for example, using Table 1, the level of
2  precision that the inventors meant when they used the
3  word emulate.
4          MR. JALALI:  How are you doing?  Do you
5  need a break?
6          THE WITNESS:  I usually take a break
7  every hour to hour and a half.  I don't know how long
8  we've been going, but I would be fine with a break now
9  if it's a good time.
10         MR. JALALI:  Rik, are you approaching a
11 break point?  Do you want to do it now?
12         MR. PARKER:  We can do it now.  That's
13 fine.
14         (Recess taken from 10:44 to 11:03.)
15     Q   (By Mr. Parker)  Dr. Shoemake, in preparing
16 your declaration and coming up with your opinions that
17 are contained therein, did you ever look at any
18 thesauruses?
19     A   I'm just checking Exhibit A to my declaration
20 to make sure that none of these also consider
21 themselves a thesaurus.  No.  I think they all refer
22 to themselves as dictionaries.  And so, no, I did not
23 look at any thesauruses, that I recall.
24     Q   And to follow up on a question earlier, as
25 you sit here today, are you a person of ordinary skill

Page 45

1  in the art of -- the relevant art field here or a
2  person of extraordinarily skill in the art field?
3          MR. JALALI:  Objection.  Form.
4     A   So as I sit here today, I have the skill of a
5  person of ordinary skill in the art.  I also consider
6  myself an expert in the field.
7     Q   (By Mr. Parker)  You don't view those two
8  standards as different?
9     A   So I understand that the standard here, using
10 your word, is that in claim construction the claims
11 are supposed to be viewed in light of the
12 specification from the perspective of a person of
13 ordinary skill in the art, so that's what I've done.
14 In my declaration I've considered -- I perform my
15 analysis from the perspective of a person of ordinary
16 skill in the art and that's why in Paragraph 24 of my
17 report, I went through the exercise of considering
18 what I believe a person of ordinary skill in the art
19 to be.
20         And so my analysis is performed as an
21 expert, but from the perspective of a person with
22 ordinary skill in the art where the -- where that's
23 proper.  I understand that to be proper here when
24 considering claim construction.
25     Q   Without trying to and hoping not to

12 (Pages 42 - 45)

Page 46

1  mischaracterize your testimony, I believe earlier that
2  you made a distinction between emulation and
3  simulation that depended, at least in part, on the
4  degree of precision used; is that fair to say?
5      A   I did.  But let me go to my report,
6  because -- so, for example, at Paragraph 36 I talk
7  about emulate.  And when I talked about precision
8  earlier, you can see -- I'll just read it into the
9  record.  I say -- this is at the bottom of
10 Paragraph 36.  It says -- I say, A POSITA would
11 understand that in that environment, the target
12 conditions and/or device would be represented with
13 hardware and/or software components that model the
14 target conditions relatively precisely as compared
15 with simulations, which I describe below.  And then
16 I -- at the end of the paragraph, I say, I refer to
17 this relatively precise representation as mimicking a
18 target.
19         And so I won't go to the section on
20 simulation right now, but, yes, I did talk about
21 precision earlier before our break.  And, as I explain
22 here in the report, a POSITA would view emulation as
23 being more precise or relatively more precise than
24 simulation.  And, again, that's supported by the
25 intrinsic and extrinsic records.  Well, the intrinsic

Page 47

1  and extrinsic evidence.
2      Q   Where is there intrinsic evidence that
3  emulation requires a high degree of precision, a
4  relatively high -- a relatively high precision?
5      A   Well, let me start off at a high level and
6  see if you want to go deeper.  So I think a person of
7  ordinary skill in the art, when looking at the
8  specification, would see that the inventor is
9  describing emulation of applications for mobile
10 devices.  And one of the things that is done is the
11 execution of that application in the emulator is
12 profiled, and it's profiled to determine if a resource
13 utilization is exceeded or not.  And the patent lists
14 a number of different types of resources, such as
15 processor speed and others that we can go into if you
16 wanted to.
17         But the intrinsic record, the
18 specification, talks about emulation in this context.
19 And, for example, before the break I pointed to
20 Table 1 as an example, where the mobile device that is
21 being emulated in Table 1 is shown as a Nokia 3650 and
22 it's shown precisely with a specific processor, with a
23 precise processor speed and precise storage access
24 speeds and the list goes on.  Even precise width in
25 pixels and height in pixels of the display.  So this

Page 48

1  is one place that the specification shows that
2  emulation has precision.  If you didn't have this
3  precision, you wouldn't be able to achieve one of the
4  goals of emulation which is described in the
5  specification as being able to determine using
6  emulation whether or not the application, when
7  actually put onto the target device, for example, a
8  Nokia 3650 mobile device, whether that application
9  would exceed the resource capability of that phone or
10 whether it would be okay.  In other words, it would
11 not try to utilize more resources than are available.
12         I think this is kind of an overarching
13 thing through the specification that a POSITA would
14 understand.
15     Q   What -- does the patent -- do the patents
16 disclose mimicking all characteristics of a particular
17 mobile device?
18         MR. JALALI:  Objection.  Form.
19     A   So I think that the specification discloses
20 that you can -- with respect to the characteristics,
21 for example, if we stay focused on Table 1, I think
22 there is a specific place in the specification that
23 says that there could be more characteristics or fewer
24 characteristics that are emulated or mimicked.  So I
25 think that you can -- that -- so that leads me to

Page 49

1  believe that you don't necessarily have to emulate or
2  mimic every single characteristic.
3         But with that said, it's important to
4  realize that a POSITA, viewing the specification,
5  would understand that you need to -- you need to mimic
6  sufficient characteristics precisely to allow the
7  result of your profiling to be accurate, because
8  that's an overall problem, if you will, that the
9  patents -- that inventor says that the patents set out
10 to solve.  So if you don't precisely mimic the mobile
11 device characteristics, if you don't mimic them to a
12 degree that allows your profiling results to be
13 precise, then I think that would be inconsistent with
14 how a person of ordinary skill in the art would view
15 the teachings of the specification.
16         But -- so with all that said, I don't
17 think the specification teaches that you have to mimic
18 every single characteristic of the mobile device.
19     Q   (By Mr. Parker)  And is it your opinion that
20 the application that's being tested does not need to
21 be emulated in the context of the patents, the
22 invention of the patent?
23         MR. JALALI:  Objection.  Form.
24     A   Could you repeat the question, please?
25     Q   (By Mr. Parker)  Is it your opinion that in

1  the context of the claimed systems of the patents in
2  suit, that the applications being tested do not need
3  to be mimicked?
4         MR. JALALI:  Object to form.
5      A   So the use of the word simulate and emulate,
6  and emulate meaning mimic, varies through the claims.
7  So I think that would be -- I think to answer the
8  question we have to be more specific about which claim
9  we're talking about.
10     Q   (By Mr. Parker)  Okay.  So let's be more
11  specific.  Do you believe that there are claims
12  systems described in these patents where the
13  application being tested needs to be mimicked?
14        MR. JALALI:  Objection.  Form.
15     A   There are claims that require emulation,
16  which I believe the proper construction of is
17  mimicking.  We need to -- let me go to -- however, the
18  target of the simulation or emulation can potentially
19  vary.  So give me one moment to pull the patents out.
20        Well, again, I think that we could go
21  through -- to answer this, we need to go through claim
22  by claim.  I think we have a lot of time today so I'm
23  happy to do that.  But, generally speaking, if we go
24  to the specification, the specification is talking
25  about emulating applications on mobile devices.  With

1  that said, some of the claims shift to -- they talk
2  about simulation.  Some of the claims talked about
3  simulation instead of emulation.  And some of the
4  claims talk about simulation with respect to --
5  without having the claims in front of me, they talked
6  about network-related items being simulated.  So
7  that's why I said it would be good for us to go to a
8  specific claim if you wanted to.
9         That was the end of my answer.  Is there
10  another question?  Are you still on the line?
11     Q   Great.  I just asked you a big long-winded
12  question and I was on mute.  I apologize.
13     A   I didn't hear it.
14     Q   Let me try it again.  I can't even read it
15  back.  Okay.  I'm going to step back and make this
16  more general and not focus on claims, and ask whether
17  in your analysis of these patents for consideration of
18  the meaning of the terms emulate and simulate, whether
19  it is your view that the patents discuss situations
20  where applications are emulated during the tests
21  process?
22     A   Okay.  I understand that context.
23     Q   Well, so are you aware -- do you believe
24  there are situations where the patents discuss
25  applications being emulated?

1      A   I'm just trying to make sure I have my hand
2  around your question.  So I think -- I don't have the
3  record in front of me.  I think you just asked about
4  the patent instead of a specific claim.  So if you're
5  asking about the patent in general, and I want to make
6  sure I understand your question clearly before I
7  answer.
8         So you're asking if the patents
9  generally talk about emulating an application?
10     Q   Yes.
11     A   So if you look at the 192 patent, if you look
12  at the abstract, if you look at the very first
13  sentence of the abstract, it is, A system and methods,
14  plural, emulate an application executing in real time
15  in a mobile device.
16        So the very first sentence of the
17  abstract talks about emulation of an application.
18     Q   In the context of the patents, emulation can
19  apply to both the applications and the target device,
20  the mobile devices, against which the applications are
21  being tested; is that true?
22     A   Yes.  Generally speaking, I think that's
23  true.  I think we can see that, for example, in
24  Figure 1A.  You can see Unit 100, and there's emulator
25  101.  And inside that emulator, there's a mobile

1  device model 102.  And inside the mobile device model,
2  and this is all inside the emulator, there's a
3  frame-based application 104.  So I think this means
4  that both the mobile device and applications can be
5  implemented -- I'm sorry, can be emulated generally.
6      Q   Is it actually true that the described
7  systems of the patents actually run the applications
8  rather than just simulating them or emulating them?
9         MR. JALALI:  Object to form.
10     A   Can you repeat the question, please?
11     Q   (By Mr. Parker)  Is it true that the
12  described systems of the patents involve actually
13  running the application being tested rather than
14  simply simulating it or emulating it, that
15  application?
16        MR. JALALI:  Objection.  Form.
17     A   So the question is vague because you haven't
18  told me which system we're talking about, but I'll try
19  to be responsive nonetheless.  In doing so, I'll try
20  to be clear as to how I understand your question.  If
21  you're asking, can an application actually be run
22  outside of an emulator, does the specification discuss
23  that, I believe that's true.
24        For example, if you look at Figure 1A,
25  there's on the bottom right, mobile device 114.  And

Page 54

1  you can see that inside that, it says -- shows
2  frame-based application 104 as well. And I believe,
3  if we look at the associated text that goes with
4  Figure 1A, we could see it describing that the
5  application, this frame-based application 104, can
6  actually be run on the mobile device 114.
7      Q   (By Mr. Parker)  Is it not run within the
8  system 100 as well?
9      A   Is the application not run within --
10     Q   The system 100.  If you're looking at
11 Figure 1A, the upper large dotted box is system 100.
12 The question is, isn't the application run within that
13 system as well?
14     A   Well, I think more accurately this is an
15 emulator, so it's being emulated.  Is there a certain
16 distinction that you're drawing between emulation and
17 running?
18     Q   Well, let me ask you.  Do you believe that
19 emulation is different from running of an -- with
20 respect to a given application, is running that
21 application distinct from emulating that application?
22     A   Well, I think these are two different topics.
23 And the reason I asked is because, at least my read on
24 your previous question, you seemed to emphasize the
25 word run, and so I wanted to make sure I understand

Page 55

1  whether or not you have any specific distinction that
2  you're trying to draw.
3          And so I guess to try to answer your
4  question, I think that it is possible to run an
5  application inside an emulator.  I don't know if that
6  helps you or not.  It's also possible to run the
7  application on the -- for example, a mobile device,
8  114.
9      Q   And so the patents disclose systems where an
10 application that's being tested is actually run as
11 opposed to simply being emulated; is that true?
12     MR. JALALI:  Objection.  Form.
13     A   I disagree with that.  You're drawing -- I
14 think you're drawing an improper distinction.  If
15 you're suggesting that the patents don't discuss
16 emulating an application, that's just not true.  I
17 gave you the abstract and we can start heading through
18 the specification and see other places.  I've shown
19 you Figure 1A that shows inside an emulator the
20 application running.  So maybe there's some confusion
21 about the question here, some imprecision in the
22 question.  But if you're asking me if -- if you're
23 suggesting that the application is run in the emulator
24 and not emulated, I disagree with that.  I don't think
25 those are mutually exclusive.

Page 56

1      Q   (By Mr. Parker)  So you don't think that what
2  are mutually exclusive?
3      A   I think, for example, that you could run an
4  application in an emulator.  You can also run an
5  application on a target device.
6      Q   Okay.  That was my question.  Does the patent
7  disclose running applications as opposed to emulating
8  them?
9      A   So, again, you appear to be emphasizing the
10 word run.  So to answer your question, I would -- and
11 I'm happy to do this.  The patent isn't that long, I
12 think, before the claims, only like 12 or 13 columns,
13 I'd be happy to go through and search for the word run
14 and see exactly what it says about -- the
15 specification says about run, if that's what you're
16 asking me to do.
17     Q   Well, it doesn't have to be the word run, it
18 could be playing, for example, playing the
19 application.  The point here is that you have proposed
20 that the word emulate means to mimic, which,
21 presumably, does not mean the actual -- mimic implies
22 that something else is being mimicked as opposed to
23 the original thing itself doing it.  Is that -- would
24 you agree with that?
25     MR. JALALI:  Objection.  Form.

Page 57

1      Q   (By Mr. Parker)  Let me make it simpler here.
2  Doesn't -- when you say that something, A, mimics --
3  you have to have an object of that.  It's -- item A
4  mimics item B or process A mimics process B.  Is that
5  -- would you agree with that?
6      A   That's true for emulation as well, correct?
7  You're emulating something.  You're emulating either a
8  mobile device or an application, right?  So I don't
9  see -- so the same is true for --
10     Q   So my --
11     A   Go ahead.
12     Q   So my question is, does the description of
13 the systems in the patent allow for the notion of
14 running applications rather than running something
15 that mimics the applications or emulates the
16 applications the way you've equated them?
17     A   Could you repeat the question, please?
18     Q   When the patent -- does the patent describe
19 scenarios where an application is played or run within
20 the context of the inventive system rather than
21 emulating, or as you equate it, mimicking that
22 application?  Something else operating the act to
23 emulate or mimic the application?
24     A   Yes.  So, for example, at Column 5, Row 15,
25 in one part of the specification it says, Application

15 (Pages 54 - 57)

Page 58

1  104 is transferred to the emulator 101 for playing
2  within mobile device model 102 to estimate resource
3  usage of application 104 when played on mobile device
4  114.  So there's an example that uses the word
5  playing.
6        By the way, I should read the next
7  sentence too.  Upon playing application 104 within
8  model 102, emulator 101 utilizes profiler 106 to
9  determine resource utilization of application 104
10  based upon mobile device characteristics 115.
11        So does that answer your question?
12  Q   I think you did a moment ago, so thank you.
13  Is there a difference in speed a necessary distinction
14  that would -- let me start over again.
15        In distinguishing simulation -- you
16  believe that emulation and simulation are two
17  different things; is that correct?
18  A   They are.  And a person of ordinary skill in
19  the art would understand that and that's exactly why I
20  think the court should -- one of the reasons the court
21  should consider construing these terms.
22  Q   And does -- is a difference in speed in the
23  context of the inventions described in the patents,
24  something that you believe is a determining factor as
25  to whether something is a simulation or an emulation?

Page 59

1  A   Speed of what?
2  Q   Well, you've used it in your declaration in
3  various spots, have you not?  You talked about speed.
4  A   I have.  There are different types of speed.
5  That's why to answer your question, I want to make
6  sure I understand exactly what type of speed you're
7  talking about.
8  Q   Let me try this a different way.  We talked
9  earlier about relative precision and how, in your
10  view, emulation required the higher relative precision
11  than does simulation.
12        Does emulation require a closer
13  adherence to real-time performance than does
14  simulation --
15        MR. JALALI:  Objection.  Form.
16  Q   (By Mr. Parker)  -- the terms of speed?
17        MR. JALALI:  Objection.  Form.
18  A   So, first, context matters here.  We don't
19  have a specific context.  So I'm trying to be
20  responsive without a particular context.  I can tell
21  you that, depending on context and what type of speed
22  you're talking about, for example, if you're talking
23  about speed of a processor and you're talking about
24  emulation, then the speed, that characteristic of a
25  processor can be very important and needs to be very

Page 60

1  precise with respect to the emulation, otherwise, you
2  may not be able to achieve goals that are taught in a
3  specification, such as being able to look at a
4  profiling result to look at the -- for example, a
5  profiling result that tells you how much load there
6  was on the processor to figure out if the application
7  is overloading the processor or not.
8        So in some context speed can be very
9  important to determining whether or not, for example,
10  you are properly emulating something as the
11  specification teaches or not.
12  Q   (By Mr. Parker)  To be clear here, when
13  you -- the systems described in the patents do not
14  emulate the mobile devices in the mobile device
15  entirety, do they?
16        MR. JALALI:  Objection.  Form.
17  A   Give me one moment to go back to the patent.
18  I'm going to put the 192 -- so, first, I'm not sure
19  what you mean by emulate in its entirety, but a person
20  of ordinary skill in the art would understand, for
21  example, looking at Figure 2.  If we shift to
22  Figure 2, for example, we have emulator 101 that has
23  inside it device model 102.  And inside the model
24  memory 216 we can again see an application 104.  So
25  we're in the context of an emulator and we have

Page 61

1  profilers 106 at the bottom.  For example, there's a
2  processor profile module 202 that would be monitoring
3  the execution of application 104 inside the device
4  model operating inside the emulator, and to determine,
5  for example, if the application is overloading the --
6  would overload the processor on the device.
7        And so how to answer your question,
8  certainly the -- I think a person of ordinary skill in
9  the art would look at the teachings of the
10  specification and believe that the emulation has to be
11  precise enough and model enough characteristics to be
12  able to have an accurate result from the items being
13  profiled.  So, therefore, be able to accurately
14  determine if the -- what the resource utilization is
15  for specific resources or characteristics of the
16  mobile device.
17  Q   (By Mr. Parker)  But what's being emulated is
18  actually network characteristics and not the actual
19  device; is that true?
20        MR. JALALI:  Objection.  Form.
21  A   So, again, context is important.  There's no
22  context to your question, whether or not we're talking
23  about a specific claim or just generally.  I think
24  you're asking just generally.  And, just generally, I
25  disagree.  The -- there are separate sections that I'm

16 (Pages 58 - 61)

Page 62

1  happy to discuss in the specification that talk about
2  network connectivity and network events.  But the
3  initial part of the specification talks about
4  emulation of a -- of a mobile device with -- and where
5  an application is running inside that emulator or
6  model without discussion or requiring a network
7  interface at all.  So I disagree with your statement.
8      Q    (By Mr. Parker)  So I guess I'm going to
9  circle back here, then, because is there anyplace in
10  the patent specification where there is a discussion
11  of emulating more of the additional aspects of the
12  mobile device beyond the network performance
13  characteristics?
14     A    I'm trying to decide if we should try to
15  align on your question, or if I should answer because
16  the answer seems to be, yes, there are many places.
17  Look at Figure 2.  Figure 2 shows that there are --
18  there's profiling, for example, of -- with a
19  unit 202, which is a profiler that determines, for
20  example, processor load.  We can look at the specific
21  language in the specification related to that.
22  There's also a profiler for memory.  There's a
23  profiler for graphics.  A profiler for system profile
24  model 208.  And so these are all profilers that are
25  monitoring resource usage as the application runs

Page 63

1  inside the emulator and none of those have to do with
2  network connectivity at all.
3      Q    What basis do you have for asserting that
4  imitation is comparatively relatively imprecise when
5  compared to mimicking?
6      A    Sure.  I'm happy to help with that.  Give me
7  just one moment.  I'm headed to my report.  This is
8  Exhibit 34.  We can go to the section on simulation.
9  I lay out the answer to that question there.
10         So this starts on Page 23, Paragraph 44
11  under the heading Simulate.  Give me one moment.  So
12  as one example, I would direct you to Paragraph 46
13  where I talk about the intrinsic record and the
14  specification talking about simulation, and talking
15  about pull-down lists that have network
16  characteristics that may be simulated by a simulator.
17         And I won't read the whole Paragraph 46,
18  we can go where you want to go, but you can see in
19  this context in the -- and this is the context of the
20  specification discussing simulation, you can see that
21  rather than emulating an entire network with
22  precision, what's happening is there's a relatively
23  imprecise action going on here, which is simulating,
24  which is described as simulating.  And you can see,
25  for example, some of the actions can be -- and this is

Page 64

1  at the top of Page 25, they can be, for example, check
2  a message or send a message.  So the specification
3  describes these as events.  I think in this part of
4  the specification they discuss three different
5  categories of events, but these are network-related
6  events, but they are -- they certainly don't have
7  precision in modeling the entire network or large --
8  or even key aspects of the network.
9          What we have here is we have something
10  that's simulating, which is less precise.  It does
11  imitate certain aspects related to the network, such
12  as checking messages or sending messages, but this is
13  evidence, for example, of what I'm talking about, that
14  simulation is relatively less precise than emulation
15  and doesn't constitute a full or near-full modeling of
16  a -- of the target.
17     Q    In that paragraph you were just reading from,
18  starting four lines down on Page 25, this is in
19  Exhibit 34, you describe the application as running on
20  the emulator.  So the application, in the context of
21  this description here, is neither being emulated nor
22  being simulated; is that correct?
23     A    Give me one moment.  So, first, just for the
24  record, you broke up a little bit, but I think I have
25  some aspects of your question.

Page 65

1          So what -- so here in this sentence on
2  Page 25 of my declaration that starts with, According
3  to the asserted patents, once the user.  So with
4  respect to that, what I'm describing is that, yes, an
5  application can run on an emulator, and the
6  specification describes that certain network events of
7  interest can, likewise, be simulated, such as
8  simulation of sending a message or checking a message.
9  And I think that a person of ordinary skill in the art
10  would understand that -- in reading this
11  specification, would understand that, again, we're in
12  the context of looking at resource load on a mobile
13  device using an emulator.  And with respect to network
14  events that could put load on the target device, on
15  the resources in the target device, one of the things
16  that could be done is to have a simulation of network
17  events, such as sending a message or checking a
18  message.  And, yes, the specification describes that
19  that can be done in the context of emulation as well.
20     Q    Do you have an opinion as to where on the
21  emulation versus simulation, I don't know, maybe
22  spectrum or division, modeling falls?  Is modeling
23  more like simulation or emulation?
24     A    Yeah.  I don't view it that way at all.  You
25  can see, for example, in some of the extrinsic record

17 (Pages 62 - 65)

Page 66

1 you can see -- you can see the word modeling being
2 used there as well. I'm happy to look at that with
3 you if you'd like to, but I think it would be fair to
4 say that you could potentially call a simulator -- you
5 could say a simulator is modeling something, you could
6 also say an emulator is modeling something. And so I
7 don't think that injection of the word modeling
8 caused -- I don't think that the word modeling
9 necessarily would just go with simulation or
10 emulation. I think that you could use the word
11 modeling potentially with either of them in a true
12 fashion, if you will.
13    Q   How would modeling differ if it was a
14 simulating model as opposed to an emulating model?
15    A   I think we can go back to the intrinsic
16 evidence for guidance there, and we can see the
17 specification teaching that simulation, for example,
18 is not a complete modeling. For example, we see that
19 the simulator being discussed around -- in column 12,
20 I think it is, of the 192 patent, that we can see that
21 it is not trying to model the complete network. It's
22 trying to model very limited aspects of the network.
23 So we don't have a precise model of a network, we have
24 very limited aspects of a network.
25          And, in fact, the specification says we

Page 67

1 just have certain events. So events, not even a full
2 network being modeled. But when we look at the
3 specification with respect to emulation, we see
4 precision. We see to the degree we refer to -- if you
5 turn back to Figure, for example, 11A in the
6 specification, again we -- and I'm happy to look at
7 text in the specification with you as well if you'd
8 like to. We see that -- in fact, let's go back to
9 Figure 2. We see here in the context of an emulator
10 that there has to be -- the degree of modeling has to
11 be complete and precise enough to achieve the
12 objective, if you will. So the objective here, we end
13 up -- in the emulator, we end up with a complete model
14 of the mobile device. It's so complete that you can
15 actually emulate or run or play, whichever verb you
16 want to use, the application inside the model. And
17 it's complete and precise enough to allow you to
18 profile or measure the resource utilization as we can
19 see with the profilers 106.
20    Q   Once, again, I was on mute. I'm trying to
21 avoid making a lot of noise next to the phone.
22          Okay. Paragraph 45 of your declaration
23 you analyze a hurricane. In fact, wouldn't emulating
24 a hurricane require essentially God-like qualities to
25 create giant winds and lots of rain and things of that

Page 68

1 nature?
2          MR. JALALI: Objection. Form.
3    A   No. I don't view it that way. That's not
4 what I was trying to -- that's not what I was trying
5 to say. I was trying to give the court -- I think in
6 that case, I think I was trying to give the court an
7 example of something that relates to simulation. So,
8 for example, it is -- so, for example, what -- with
9 hurricanes, what you do is, at least with current
10 computing power it seems impossible. I think it is
11 impossible to -- to mimic the -- mimic exactly what a
12 hurricane is going to do using a computer.
13          And so, in fact, what happens in
14 hurricane modeling is there's a model. There's a --
15 and the model is simulated. And, in fact, different
16 meteorologists come up with many different models.
17 And if you go and study -- when there's a hurricane,
18 if you go to NOAH.gov you'll see that the tracks they
19 give to the general public, they actually have
20 underlying many different models that they simulate
21 and try to predict exactly what the hurricanes are
22 going to do.
23          So I was trying to use this as an
24 example to help the court understand some of the
25 differences between simulation and emulation. If you

Page 69

1 were going to try to, using a computer, which is the
2 context that we're in here with the patents, if you
3 were going to try to emulate all of the important or
4 key aspects of a hurricane, and I list some of those
5 out in my report that I think we might want to know,
6 like its speed, where it's coming ashore, where
7 spawned tornados are going to be, then that degree of
8 mimicking using a computer is not possible. That's
9 why hurricanes are simulated and not emulated using
10 computers.
11    Q   (By Mr. Parker) Wouldn't a -- it sounds like
12 you are talking in the context of computer simulation
13 as opposed to just simulation as that term would be,
14 you know, commonly understood.
15          Would a simulation of a hurricane be
16 more akin to what somebody might do -- make a movie of
17 where you recreate, as best you can with CGI and
18 whatever else, the look and feel of a hurricane?
19    A   Give me one moment. So, first, I mentioned a
20 computer at least because I think that's the context
21 that we're in with respect to the claims at issue
22 here. We're talking about the field of using
23 computers to implement emulators and simulate certain,
24 for example, aspects of a network.
25          You can see, in fact, just one example

18 (Pages 66 - 69)

1  of that is in Figure 1B where unit 130, that the
2  emulator is running on it is called a computer.  But
3  with that said, I don't think I got your question.
4  Because to answer your question, because I focused on
5  your preamble there.  So can you repeat the specific
6  question?  You may be on mute.
7     Q   No.  We're not on mute.  I'm just mute at the
8  moment.
9     A   Okay.
10    Q   I think we can move on.  I think the
11 deposition is clear on this one.
12        Are there real world -- are there
13 situations where something can be imitating something
14 else but not simulating that something else?
15        MR. JALALI:  Objection.  Form.
16    A   I haven't had to consider that for this
17 declaration.  There may or there may not be.  What I
18 was doing for the declaration was considering and
19 analyzing a small number, I think five words and
20 phrases that I was asked to opine on.  I haven't --
21 one of those was simulate, which I agree means
22 imitate.  And I have a lot of detail in my report
23 describing that.  I think you're asking me the reverse
24 question and I'd have to analyze that further.
25    Q   (By Mr. Parker)  Well, let's think of it in

1  terms of like a Venn diagram.  If you had the circle
2  of meaning of the term simulate and the circle of
3  meaning of the term imitate, are they going to be
4  coextensive?
5        MR. JALALI:  Objection.  Form.
6     A   So in the context of these patents and the
7  asserted claims and in light of the specification,
8  yes.  I think that simulate and emulate are
9  coextensive.  If you drew the diagram, the -- they
10 would overlap.  It's important to note that my
11 response is with respect to these patents, which I
12 think is the proper context for us to be operating in.
13    Q   (By Mr. Parker)  Do you believe they're
14 coextensive if you take them generally?  In other
15 words, not in the specific context of the patent?
16        MR. JALALI:  Objection.  Form.
17    A   So I think it's irrelevant to the analysis
18 here whether outside the context of the claims you can
19 find a context in which they're not coextensive.  My
20 understanding here is that the exercise that the court
21 is going through is claim construction that's viewed
22 that is construing words and phrases in the claims and
23 that's supposed to be done in context of the patents
24 themselves and in light of the specification, not
25 outside.

1     Q   (By Mr. Parker)  Can you answer the question?
2     A   I can.  I'm happy to.  Can you repeat the
3  question?
4     Q   Is the scope of meaning of simulate
5  coextensive with the scope of meaning of imitate, just
6  generally?  In other words, not within the context of
7  the patents in suit.
8        MR. JALALI:  Objection.  Form.
9     A   Putting the patents in suit aside, it may or
10 may not be.  I haven't analyzed that question.
11    Q   (By Mr. Parker)  So you don't know the answer
12 as you sit here right now?
13    A   If asked to analyze that, I could try to
14 analyze it.  But putting the patents aside, I would
15 need context and I would need time to analyze within
16 that context to see if in the specific context they
17 were exactly the same or different.  But from the --
18 but in the context of the patents and from the
19 perspective of a person of ordinary skill in the art,
20 I think they're coextensive.
21    Q   Let's talk about emulate.  As a general
22 matter, is the scope of meaning of the word emulate
23 coextensive with the scope of meaning of the word
24 mimic?
25        MR. JALALI:  Object to form.

1     A   Again, I didn't analyze it as a general
2  matter.  I analyzed in the context of the patents that
3  are at issue here and with respect to the asserted
4  claims in light of the specification from the
5  perspective of a person of ordinary skill in the art.
6  So I did not go outside that context to try to decide
7  if emulate and mimic are coextensive in some other
8  context.
9         In this context, I think that -- in this
10 context meaning the context of the patents at issue in
11 these cases, and the context of the asserted claims, I
12 do believe that they're coextensive.  I believe that
13 mimicking is a good construction and helpful
14 construction to the jury to convey what emulate means
15 to a person of ordinary skill in this art.
16    Q   (By Mr. Parker)  So as we sit here, you don't
17 know the answer to the question that I asked.  That's
18 correct?
19        MR. JALALI:  Objection.  Form.
20    A   As I sit here today, I haven't analyzed how
21 coextensive emulate and mimic are outside the context
22 of the patents and claims at issue in this case.  My
23 analysis was performed with respect to the patents at
24 issue in these cases.
25    Q   (By Mr. Parker)  Do you have any knowledge as

19 (Pages 70 - 73)

Page 74

1  to the meaning of the word mimic as a general matter?
2       MR. JALALI:  Object to form.
3  A   Give me one moment.  Yes, I do.
4  Q   (By Mr. Parker)  What does the word mimic
5  mean to you?
6  A   Right.  As a general matter, outside the
7  context of the patents, the word mimic has to do with
8  trying to be the same as, if you will.  So trying to
9  be the same as some type of other target or object.
10  Trying to be the same as another person.  Trying to be
11  the same as something else.
12       In this context, mimicking means, for
13  example, trying to be the same as a mobile device.
14  And so, therefore, enabling an emulator that is
15  mimicking a mobile device to try to be precise enough
16  in its mimicking that you can do things like profiling
17  of resource utilization.
18  Q   What's your understanding of the word
19  imitate?
20       MR. JALALI:  Objection.  Form.
21  A   Again, now, you mean just as a kind of a
22  general matter, putting aside the patents, do I have
23  an understanding of the word imitate?
24  Q   (By Mr. Parker)  Is imitate used in the
25  patent?

Page 75

1  A   So you're changing the question.  So --
2  Q   Yeah.  I mean, you said in the context of the
3  patents and I'm not sure imitate is in the patents.
4  Is imitate in the patents?
5  A   Oh, that's not what I meant to imply.  I was
6  asking -- I was trying to get clarification on your
7  question and I was trying to understand if you're
8  asking me the meaning of what I mean by imitate,
9  generally to a layperson or what I mean with respect
10  to the proposed construction in light of the
11  specifications of the patents at issue in this case?
12  Q   Are you saying that the word imitate is used
13  differently by you in construing the patent than it is
14  generally?
15  A   No.  That's not what I was saying.  I was
16  trying to make sure your question was clear.
17  Q   Okay.  My question was very simple.  What is
18  your understanding of the meaning of the word imitate?
19       MR. JALALI:  Objection.  Form.
20  A   Give me one moment.  So imitate -- imitate
21  also has some qualities of being like something else,
22  but it's not as strong as mimic.
23       Mimic means you're trying to have the
24  exact qualities or exactly copy with precision.
25  Imitate -- a general meaning of imitate does not have

Page 76

1  those same restrictions, so that's why I've used
2  simulate to -- well, I've used imitate as the
3  construction for simulate.  I've analyzed this.  It
4  actually came from Defendants' counsel, but I think
5  this is a good representation, imitate, of what
6  simulate means.  And I explain this starting in
7  Paragraph 44 -- at least in Paragraph 44 and going on
8  in my report.
9       By the way, I point you to the end of
10  Paragraph 44 where I talk about imitating a target as
11  well and I say, I refer to this relatively imprecise
12  modeling and representation as imitating a target.
13  Q   Did you conduct any investigation through,
14  you know, looking at dictionaries or any other kind of
15  research into the meaning of the word imitate while
16  preparing your declaration?
17  A   I did, but I did not depend on it, because I
18  think that, unlike the words simulate and emulate, I
19  think the words mimic and imitate have a more common
20  meaning and understanding to a layperson, to a lay
21  juror.
22  Q   What investigation or research did you do
23  into the term imitate?
24  A   As I mentioned earlier this morning, I looked
25  at the dictionary that comes with my Mac Book.  This

Page 77

1  is a software dictionary, and I looked at definitions
2  of simulate and imitate there.  And they were
3  consistent with what I think a lay juror or a
4  layperson would view -- I'm sorry.  I may have
5  misspoken.  I looked at imitate and mimic, and they
6  were consistent with how I think a lay juror would
7  view those terms.  I think they have a meaning that's
8  more understandable to a lay juror than the terms
9  simulate and emulate.
10       THE WITNESS:  So, Mr. Parker, lunch is
11  here.  I don't know what your lunch plans are, but is
12  this a good time for a break?
13       MR. PARKER:  Sure.  Why don't we do
14  that.
15       (Recess was taken from 12:23 to 1:30.)
16  Q   (By Mr. Parker)  Why don't we pull out
17  Exhibit 37, which is the 678 patent, and Exhibit A to
18  Exhibit 38, the spreadsheet that has the proposed
19  construction.
20  A   Okay.  Give me one moment to find those.
21  Okay.  I have Exhibits 37 and 38.
22  Q   Okay.  So I'm going to be talking about the
23  claim term that's on Page 7 of Exhibit A of Exhibit
24  38, Item Number 4, Claim Term Number 4.
25  A   Okay.

20 (Pages 74 - 77)

Page 78

1    Q   I'm pointing you to that so you can have it
2  in front of you.  But that appears in -- for example,
3  Claim 1 of the 678 patent, which is Exhibit 37, so I'm
4  going to be asking you to look at Claim 1 of the 678
5  patent.
6    A   Okay.  So I have -- is there any objection to
7  me throwing away these blank pages?  For example,
8  there's a blank page between -- in Exhibit 38 between
9  Page 1 and 2.
10    Q   It doesn't bother me.  My copy doesn't have
11  those blank pages.
12    A   All right.  Good.  So I've taken the blank
13  page out.  So now Exhibit 38 just has Pages 1, 2 --
14  all the way through 5, plus Exhibits A and B.  All
15  right.  Where did you want me to go in Exhibit 38?
16    Q   Claim Term Number 4.  It's on Page 7 of
17  Exhibit A.
18    A   Okay.  I'm sorry.  Got it.  I'm getting out
19  Exhibit A.  I'm on Page 7.  Item Number 4 begins --
20  this is the one, Simultaneously visually simulate via
21  one or more profile display windows.
22    Q   But I'm going to be asking you questions
23  about Claim 1 of the 678 patent.
24    A   Okay.  So let me get that as well.  Try to
25  stay organized here.  So now I have Exhibit 37 as well

Page 79

1  and I've gone to the claims.  I have turned to Claim 1
2  in Column 15 of the 678 patent as well.
3    Q   So the construction proposed by the
4  Defendants and agreed to by you is set forth there  in
5  the spreadsheet on Page 7.  Imitate, while at the same
6  time displaying one or more windows showing in real
7  time resources of the mobile device that are available
8  to the application as a result of the imitated
9  activity.  I read that properly, right?
10    A   I believe you did.
11    Q   Okay.  So if we use that claim construction
12  for the phrase in the context of Claim 1 of the 678
13  patent, what is the imitated activity in Claim 1?
14    A   Give me one moment.  Well, it's a plurality
15  of operator network characteristics, and then that
16  goes on.
17    Q   So you're saying that operator network
18  characteristics is an activity?
19    A   Yes, I am.  That's correct.  So that's what's
20  being simulated, a plurality of operator network
21  characteristics.
22    Q   Bandwidth is a type of network
23  characteristic, is it not?
24    A   The specification describes bandwidth in one
25  place that I'm aware of, and it talks about it under

Page 80

1  network related events.  But, generally, putting
2  the -- generally bandwidth is a characteristic of a
3  network, putting the patent specification aside, if
4  you will.
5    Q   But bandwidth is a thing as opposed to an
6  action, right?  I mean, how are you using bandwidth in
7  the context of an activity?
8    A   Sure.  Give me just one moment to answer
9  that.  So I've grown accustomed to using the
10  specification that's in the 192, by the way, so I
11  grabbed the 192.  If you look in Column 12, starting
12  at Line 3 going through Line 20, there's a paragraph
13  there.  And I think this gets to the answer to your
14  question.
15        You can see the inventors discussing
16  window 1200 shows a pull-down list 1202 of network
17  characteristics that may be simulated by simulator
18  810.  Then it says, For example, simulator 810 may
19  allow control of scripted events.  And so -- and then
20  it gives an example of some of the scripted events.
21  So the inventors for, say, one of the scripted events
22  is bandwidth.
23        So this is an area of the specification
24  this tells us that the inventors view bandwidth as
25  something that can fit within the category of an

Page 81

1  event, specifically here a scripted event.
2    Q   So let's turn back to your -- the Defendants
3  proposed construction for the phrase we've been
4  looking at, Item 4 on Page 7 of Exhibit A of
5  Exhibit 38.  The proposed definition says, Imitate,
6  then comma, and then ends with the imitated activity,
7  which, in the context of the claim we've been looking
8  at, I believe is a plurality of operator network
9  characteristics.  I think you said that.  Let me pause
10  there.  That's correct, right?
11    A   Yes.  I think that if you look at -- I'm
12  sorry.  Let me switch back to the correct patent now.
13  Give me one moment.  I'm accumulating a lot of
14  documents here.
15        So going back to the 678, in the back
16  with the claims in Column 5, yes, we see that Claim 1
17  says Simulate, and then it says, Via one or more
18  profile display windows.  But if I skip over that to
19  see what's being simulated, we have simulate a
20  plurality of operator network characteristics.  So
21  what you said is correct.
22    Q   Okay.  So in the proposed construction that
23  the Defendants are setting forth and you've agreed
24  with, what is being displayed is not the simulated or
25  imitated activity; is that correct?

21 (Pages 78 - 81)

Page 82

1    A   I think what I would say is with respect to
2   the display -- display, we have the claim requiring
3   that you simulate via one or more profile display
4   windows.  And I explain in my declaration that, in my
5   opinion, a person of ordinary skill in the art would
6   turn to the specification to understand what this
7   means, what it means to simulate via a window.  And
8   then we would -- we find in the specification
9   description of profiles and displays, and actually a
10  number of figures that talk about taking the profile
11  data that tells us about the resources of the mobile
12  device that are available to the application, it talks
13  about displaying those.  I think maybe the first time
14  there is a figure that shows that is something like
15  Figure 3, but we can go through figures, if you'd like
16  to.
17   Q   Okay.  My question is, is what's being
18  displayed something that's different than the
19  plurality of operator network characteristics?
20   A   Yes.  What's being -- as I explain in my
21  report, this display window, when you look at the
22  specification, is about the -- is about profiling, and
23  it's about resources on a mobile device.  So, yes.  So
24  what is being displayed has to do with profiling, as I
25  explain in my declaration, and resources -- and

Page 83

1   resource utilization.
2    Q   So as you're construing this element, the via
3   one or more profile display windows actually relates
4   to something different than what is being simulated.
5   I want to be sure I'm understanding what you're
6   saying.  Is that correct?
7    A   Well, I think the answer to that is, yes, but
8   let me just add to it to make sure it's clear.  So,
9   yes, in Claim 1 of the 678 what's being simulated is a
10  plurality of operator network characteristics.  The
11  claim also requires the simulation to be via one or
12  more profile display windows.  And then a person of
13  ordinary skill in the art to determine what that means
14  would turn to the specification and see that the
15  specification discusses -- and I'm being general here,
16  that the specification, with respect to a profile
17  display window, that means a particular thing that the
18  inventor has taught about, that has to do with windows
19  that display resource utilization of mobile devices.
20        And with respect to this specific claim,
21  that would be displaying the resource utilization in
22  windows where what is being simulated is a plurality
23  of operator network characteristics.  And, again, the
24  claim goes on, for example, including at last
25  bandwidth.

Page 84

1        So this is not just a display of
2   bandwidth on a screen, for example.  This requires
3   that -- this has -- it's important to realize that
4   this via one or more profile display windows has to do
5   with profiling of the resource utilization on the
6   mobile device.  In fact, the claim doesn't require
7   displaying bandwidth at all.
8    Q   So if you were to look at Figure 12 of any
9   one of the patents -- I mean, I guess let's stick with
10  the 678 patent.
11   A   I'm sorry?  Which claim number do you want to
12  go to?
13   Q   Figure 12.
14   A   Oh, Figure 12.  Okay.  I'm at Figure 12 of
15  the 678 patent.
16   Q   Are you there?
17   A   I am, yes.
18   Q   Okay.  Would you agree that the items listed
19  in the bottom window there, 1202, 1204, 1206, that
20  those are various network characteristics?
21   A   Give me one moment.  Yes, I would.  In fact,
22  you can look in the specification at Column 12,
23  Row 26, it says that window 1200 shows a pull-down
24  list 1202 of network characteristics.  These are
25  characteristics that, continuing, that may be

Page 85

1   simulated by the simulator 810.
2    Q   Please find the 192 patent, which is
3   Exhibit 35.
4    A   Okay.
5    Q   In particular Claim 1.
6    A   I'm going to put the 168 patent away for the
7   time being.  Sorry.  Give me just one second.  Trying
8   to stay organized here.
9        I have Exhibit 35 out, which is the 192
10  patent.  I understand you want to go to Claim 1.
11   Q   Yes.
12   A   Okay.  I'm there.  I'm in Column 14.
13   Q   I'm just going to clarify pretty much the
14  same thing that I did with the last claim.  But what
15  is the -- in the claim the word emulate is used
16  instead of simulate, and you have proposed that that
17  means mimic.  What is it that's being -- what activity
18  is being mimicked in the context of this claim?
19   A   A plurality of network characteristics.
20   Q   And how is the -- how would you determine
21  whether the plurality of network characteristics are
22  being simulated or emulated?
23        MR. JALALI:  Object to form.
24   Q   (By Mr. Parker) In the earlier claim it
25  talks about simulating the network characteristics.

22 (Pages 82 - 85)

Page 86

1 In this claim it talks about emulating the network
2 characteristics.  How would you determine which of
3 those two things was being done if you were looking at
4 an example of the system?
5        MR. JALALI:  Objection.  Form.
6    A   Let me just give you a general answer.  So I
7 think you're asking about kind of the second step of
8 infringement analysis moving past claim construction.
9 So I would compare the claims as construed by -- and
10 using any terms that the court might construe, and
11 those would be compared to a -- to a product.  And so
12 I would analyze that product to determine if it is
13 emulating or mimicking a plurality of network
14 characteristics.
15        And I actually wouldn't stop there, just
16 so you know.  And I'm sure you're quite aware that the
17 claim continues.  But I would look at that product and
18 make a determination as to whether or not it was
19 emulating or mimicking a plurality of network
20 characteristics versus simulating.  And that would
21 turn on things such as the level of precision that was
22 being used with the plurality of network
23 characteristics.
24    Q   (By Mr. Parker)  Would the same network
25 characteristic be simulated or emulated?  I'm not --

Page 87

1 let me try that again.
2        Both of these claims talk about the
3 network characteristics.  And you've said that the
4 activity that's in one instance imitated and in
5 another instance mimicked.  Can the same network
6 characteristic, depending on how it is presented, fit
7 within -- be something that can be emulated in one
8 instance, and in another instance, be something that
9 can be emulated?
10    A   Give me one moment to think about your
11 question.  Okay.  If you don't mind, can you just
12 repeat the question one more time, or as close to it
13 as you can?
14    Q   I am trying to find out whether you believe
15 that the same network characteristic could be used in
16 the context of both Claim 1 of the 678 patent and the
17 Claim 1 of the 192 patent.  Let me just leave it at
18 that.
19    A   I think -- let me just tell you how I
20 understand your question, and then I'll answer it.  So
21 I think you're simply asking, could -- if given a
22 network characteristic, might it be possible to
23 emulate that network characteristic, and might it be
24 possible to simulate the same network characteristic.
25 That's your question, correct?

Page 88

1    Q   I think you used simulate twice and I was
2 saying in one instance simulate, in another instance
3 emulate.
4    A   I'm sorry if I misspoke.  I meant to say
5 simulate one time and emulate in the other.  If that's
6 your question, I think that can happen.  I think it's
7 possible to, for example, emulate the arrival -- it
8 might be possible to emulate some specific network
9 characteristic and also -- and it, likewise, might be
10 possible to simulate the same network characteristic.
11    Q   And, in your mind in such an example, what is
12 it that distinguishes whether it's being emulated or
13 simulated?
14    A   So, again, that goes back to what we
15 discussed this morning, the difference between
16 emulation and simulation to a -- what that means to a
17 person of ordinary skill in the art in light of what's
18 being taught in the specification.  It would have to
19 do with the level of precision.  Emulation is precise
20 and exacting, but a simulation need not be.  And that
21 can be seen in the -- that can be seen in the
22 teachings that are in the specification.  For example,
23 with respect to the discussion on simulating network
24 characteristics where it's not done by, for example,
25 emulating a full emulation, but rather done by

Page 89

1 simulating just specific events.
2    Q   So we'll stick with Claim 1 of the 192
3 patent.  Does simultaneously visually emulating, as
4 used in that claim, require that more be emulated than
5 just the plurality of network characteristics?  Let me
6 try again.  Hold on.
7        We have in Claim 1 of the 678 patent,
8 Exhibit 37, we talk about simultaneously visually
9 simulating, but in the third patent that we haven't
10 been talking about recently, but I'd like for you to
11 get now, Exhibit 36, you have a similar phrase in
12 Claim 1, except it does not say simultaneously
13 visually.
14    A   Yes.  I talked about this in my report
15 somewhere around Paragraph 56, I think.
16    Q   What does simultaneously visually add to the
17 rest of the term?  If you have the two terms side by
18 side, they're the same except for one of them has
19 simultaneously visually?
20    A   Right.  I've analyzed this.  I can address
21 this for you.  Were you finished with your question?
22    Q   Yes.
23    A   Give me one moment.  So if look in Paragraph
24 56, kind of start in the middle, I have a sentence
25 that starts with, First and then a subsequent sentence

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 90

1 that starts with second. And so this is referring to
2 embodiments in the specification. And so to
3 understand this phrasing, like simultaneously
4 visually, I turned to the specification, and I see the
5 specification teaching different embodiments. So let
6 me read from Paragraph 56. I say, First, the asserted
7 patents state that profile data 152 may be displayed
8 in real time as application 104 is played within model
9 2. And then also the specification teaches that
10 something else could happen. Reading from Paragraph
11 56 that, I say, Second, the asserted patents state
12 that, alternatively, profile data 152 may be output as
13 report.
14       And so I think this is where the
15 specification gives us guidance on what simultaneously
16 visually means. I think that a person of ordinary
17 skill in the art would understand this term
18 simultaneously visually to correspond to that first
19 embodiment, where there is a real time requirement to
20 display the data as the emulation occurs.
21       And, likewise, you can see in claims
22 that do not have this simultaneous visually, I think
23 that Defendants have not included -- well, the
24 proposed construction from Defendants that I agree
25 with, does not include that requirement for a

Page 91

1 real-time display.
2       Simultaneous means displaying the window
3 and the information that's required to be in the
4 window at the same time the simulation or emulation is
5 running.
6       MR. PARKER: I would like to take a
7 10-minute break with the expectation that I am close
8 to finishing. I just want to make sure I'm not
9 missing anything.
10       MR. JALALI: Okay.
11       (Recess taken from 2:03 to 2:09.)
12   Q   (By Mr. Parker) So we've spent some time
13 talking about network characteristics as they are used
14 in -- that phrase is used in the patent and in the
15 claims, in particular.
16       Do any of the patents describe how
17 network characteristics are mimicked?
18       MR. JALALI: Objection. Form.
19   A   So let me answer it this way. So, first,
20 with respect to network characteristics, the patents
21 do talk about network characteristics. One place that
22 they talk about that is in Column 12 of the 192
23 patent. And we can see the first full paragraph
24 there, Rows 3 through 20, talk about network
25 characteristics. They talk about network

Page 92

1 characteristics in the context of simulation there.
2       Likewise, with respect to emulation, the
3 patents also talk about emulation, and it's in a more
4 broad way, it's not just one paragraph. They talk
5 about emulation in many locations. And so the patents
6 talk about both emulation and simulation, and they
7 also do talk about the network characteristics and
8 simulating them.
9   Q   Okay. I think you -- I probably phrased it
10 poorly, because I think you missed the import of my
11 question.
12       The question is, does the patents
13 describe -- you used the word emulate and simulate,
14 but does it provide any further explanation of what
15 that means when you're talking about a particular
16 network characteristic?
17       MR. JALALI: Objection. Form.
18   A   So let me try to -- I didn't mean to miss
19 your previous question, so let me try to make sure I
20 understand this question before I dive in again.
21       So are you focusing on does -- does the
22 patent specification describe how to emulate or mimic
23 a network characteristic? Is that the crux of your
24 question?
25   Q   (By Mr. Parker) Well, it may be an aspect of

Page 93

1 it. I'm getting an echo on the phone. Are you guys
2 not having an echo on your end?
3   A   We don't hear an echo, but you're breaking up
4 just a little bit, so something is happening on the
5 network.
6       MR. PARKER: Going to hang up and call
7 back in.
8       THE WITNESS: Okay.
9       MR. PARKER: I'm back and it's just as
10 bad.
11       MR. JALALI: Rik, you're pretty close to
12 done, sounds like.
13       MR. PARKER: Yeah. I think so.
14       MR. JALALI: Want to try calling my
15 phone and I'll put it on speaker here and see if
16 that's easier?
17       MR. PARKER: Let me call from my cell
18 phone rather than the conference room phone.
19       MR. JALALI: Okay.
20   Q   (By Mr. Parker) So the question is, the
21 patents describe simulating network characteristics or
22 emulating network characteristics, but do they give
23 any more detailed description about what that means
24 with respect to any given network characteristic?
25   A   Okay. So there are details in the

24 (Pages 90 - 93)

Page 94

1  specification. So, for example, going back to
2  Column 12 where the first complete paragraph where the
3  inventor talks about simulating network
4  characteristics, there are details such as, they're
5  referring to simulator 810. And we can see that
6  simulator 810, I believe in -- for example, we can see
7  that in Figure 8. So, in general, there are more
8  details, but I think the very last part of your
9  question, you're really asking about details of the
10 network characteristics themselves and there is in
11 this Paragraph 12, I guess trying to be responsive to
12 your question, there are these scripted events that
13 are talked about or they're events. It says, The
14 simulator may allow control of scripted events,
15 consumer events, incoming events. And then it gives
16 different types of events. This is under the context
17 of the paragraph of network characteristics. And so
18 there's some additional detail provided by the
19 specification.
20 Q But it's not detail that would allow a POSITA
21 to determine whether or not the network characteristic
22 is being simulated or emulated, is it?
23        MR. JALALI: Objection. Form.
24 A Oh, yes. Well, first, there are two parts to
25 answering that question. First, a person of ordinary

Page 95

1  skill in the art or an expert in the case should be
2  able to determine if a network characteristic is being
3  emulated or simulated by a particular product. But,
4  further, this Paragraph 12 gives us some guidance into
5  exactly that, in that it's talking about simulation
6  rather than emulation of network characteristics. And
7  it talks about using scripted events and using events
8  for that simulation. So there's some guidance right
9  there as to an aspect of a potential simulation of a
10 network characteristic.
11 Q (By Mr. Parker) We're still, I think,
12 talking past each other here, because the -- what I'm
13 trying to find out is whether a person of ordinary
14 skill would take away from the patent that, okay,
15 we're talking about network characteristics. When I'm
16 simulating, I'm going to be doing something -- some
17 level of precision or some other aspect of the
18 characteristics that puts it into the category of
19 simulation or, conversely, puts it into the category
20 of emulation.
21        Is there any detail about any of the
22 network characteristics that would aid in that
23 determination?
24 A Yes. There is, and that's just what I was
25 going through. For example, in Column 12 in this

Page 96

1  paragraph it talks about -- for example, with respect
2  to simulation that you may just -- this is my word,
3  you may trigger a network event. You may trigger
4  a -- for example, an event such as receiving a
5  message. There may also be some in -- I think there's
6  another place in the specification as well. Maybe
7  Column 11. Give me one moment. Almost done. Give me
8  one second. Just finding it in Column 1. Here we go.
9        So Column 1, Row 23, again is talking
10 about network simulation. It says, For example, if a
11 message is received and/or retrieved by a model 102
12 while playing application 104, certain resources are
13 required to handle the received message and,
14 therefore, available resources for the application is
15 reduced accordingly. If you look above where I just
16 read, there's also some discussion about network
17 simulation using events.
18        But I think a person of ordinary skill
19 in the art would look at this and understand this is
20 not a fully -- this is not a full emulation, this is a
21 simulation where, for example, you trigger a -- for
22 example, a message to be received. And then the
23 emulator, the model that's running the application,
24 can then determine how the resource utilization is
25 impacted.

Page 97

1        So I do think that there are a number of
2  things in the specification where the inventors are
3  teaching us not only about the differences between
4  emulation and simulation, but giving us examples of
5  how you might go about simulating certain network
6  characteristics.
7  Q Is there a description as to how any
8  particular network characteristic is mimicked?
9        MR. JALALI: Object to form.
10 A There are descriptions of emulation and
11 simulation. There are also discussions, as I've just
12 gone through several times now, that describe how
13 network characteristics can be simulated. There are
14 descriptions of how those network characteristics can
15 be simulated in the context of emulating using a
16 device model, for example, in Figure 8.
17        If you're asking if the -- if there is
18 an equivalent paragraph to Paragraph 12 that says how
19 to mimic a network characteristic, I don't think that
20 exists in the specification, but there's plenty of
21 discussion of emulation in the specification itself.
22 Q (By Mr. Parker) But the notion of saying
23 emulate and simulate is the description or conclusion
24 about what is happening without a description of what
25 is going on to meet that conclusion. What is

25 (Pages 94 - 97)

Page 98

1 happening with the network characteristics that
2 demonstrates that it is simulating or emulating?  Is
3 there any description along those lines?
4          MR. JALALI:  Object to form.
5     A   So you're very garbled, by the way.  It's
6 very difficult to understand what you're saying.  Can
7 you just give me the main part of the question so I
8 can try to hear it clearly?
9     Q   (By Mr. Parker)  Hold on.  Let me see if this
10 works any better.
11    A   Yes.  That was an improvement on our end.
12    Q   Not an improvement on my end.  My question
13 concerns whether there is any description in the
14 specification that informs the reader about how a
15 particular network characteristic is presented so that
16 it either simulates or emulates the network
17 characteristic?
18          MR. JALALI:  Objection.  Form.
19    A   And your question has to do with how it's
20 presented?
21    Q   (By Mr. Parker)  You have been talking
22 about, in conclusiary terms, it says, This
23 characteristic is simulated.  But I'm asking, what --
24 what other description, if any, is there that
25 evidences that it is being simulated or emulated?

Page 99

1          MR. JALALI:  Objection.  Form.
2     A   That what?  You have the pronoun it in your
3 question.  Are you talking about a generic network
4 characteristic?
5     Q   (By Mr. Parker)  Yes.  Any network
6 characteristics.  I don't care.
7     A   Maybe we should focus on the question.  The
8 question is vague.  Three or four times now I have
9 explained where the specification talks about
10 simulation of network events and where it talks about
11 emulation and where it talks about emulation and
12 simulation of network events together, or I should
13 say, network characteristics and how the network
14 characteristics may be implemented using events.  So
15 it's just not clear to me how my answers are --
16    Q   Is there any description as to how those
17 things are accomplished?
18          MR. JALALI:  Objection.  Form.
19    A   Those things?  These questions are --
20    Q   (By Mr. Parker)  The network -- the
21 simulation of network characteristics or the emulation
22 of network characteristics?
23    A   Yes, there is.
24    Q   What is that?
25    A   Well, I've gone through that many times for

Page 100

1 you.  I can go through more, if you want me to go
2 through more.
3          There's, for example, Figure 8.  There's
4 a discussion of a network simulator 804.  There's an
5 operator development server 808 that has a simulator
6 in it that has an event generator.  814, which
7 corresponds, I think, to this Column 11 and 12 that we
8 were looking at.  In fact, you can see in Column 11
9 that simulator 810 using data provider 812 and event
10 generator 814 does -- interacts with network simulator
11 804.
12          So there's a lot of discussion here
13 about network characteristics and their simulations
14 and how they -- yeah.  And so there are many things
15 that are being discussed here with respect to network
16 characteristics and their simulation and how that fits
17 with the emulation.  For example, emulator 101 in
18 Figure 8.
19    Q   But none of those provide the detail that
20 would allow a person or person of ordinary skill to
21 determine on their own whether the network
22 characteristic is only being simulated or is actually
23 being emulated; is that true?
24    A   It sounds like you're asking me to undertake
25 like a Section 112 analysis.  I haven't been asked to

Page 101

1 do that at this stage.  So are you asking about lack
2 of written description in support of simulation and
3 emulation?
4     Q   No.  You have pointed to a number of
5 different places where the terms simulate or simulator
6 for emulate, emulator, emulation appear.  But I'm
7 asking you, is there any additional detail that would
8 support looking at a network characteristic as set up
9 in one of these systems and saying, Oh, yeah, that
10 network characteristic is being simulated or it's
11 being emulated?
12    A   And I think multiple times now I've said,
13 yes, there are details in the specification that would
14 help a person of ordinary skill in the art and also an
15 expert in analyzing product to determine whether, for
16 example, a network characteristic is being simulated
17 or emulated.  I've talked about Column 12 where it
18 talks about simulation of network characteristics
19 using events.  I've talked about --
20    Q   What is there in Paragraph 12 that points to
21 a network characteristic and shows that it is not
22 being emulated?
23    A   So Paragraph 12 talks about how to simulate
24 network -- I'm sorry.  It's Column 12, it's not
25 paragraph.  So it's Column 12, the paragraph we're

26 (Pages 98 - 101)

Page 102

1 talking about is Rows 3 through 20.  And so this
2 column talks about -- it talks about simulation of
3 network characteristics using pull-down menus and
4 using different types of events.
5     Q   Let's pick one of those things.  Let's say
6 checking E-mail.  That's an example, right?
7     A   Yes.  That's correct.
8     Q   Could you emulate the event of checking
9 E-mail?
10    A   Yes.  I think you could.
11    Q   Within the context of the patent?  So what
12 would -- what detail would you need to know to
13 determine whether checking E-mail is being emulated or
14 merely simulated?
15    A   Yes.  I think that -- for example, what's
16 being taught in Figures 8 through 13 and the
17 associated text can guide us on that.  I think that,
18 for example, with respect to E-mail, one might look
19 and follow the guidance of Column 12 for simulation.
20 There might just be something that triggers the
21 application to think that there's an event -- triggers
22 the application to process an incoming E-mail event.
23 With an emulation, one might expect a -- expect
24 something more full-blown, a mimicking of something
25 that actually generates an E-mail, not merely

Page 103

1 something that generates an event or simulates
2 something happening, but something that emulates a
3 real E-mail occurring.
4         And so that gets back to what we
5 discussed earlier about the difference between
6 emulation and simulation.  So a person of ordinary
7 skill in the art would expect there to be precision,
8 and more precision in that emulation of an E-mail and
9 more of a having full-blown characteristics of
10 receiving an E-mail message.
11    Q   But none of that is described in the patent
12 specification, is it, the way that you distinguish
13 simulation from emulation in terms of precision and
14 the like, that is not discussed in the patent, is it?
15    A   I disagree.
16    Q   Where is it discussed?
17    A   Well, throughout the specification.  The
18 specification talks about emulation throughout.  We
19 talked about this earlier today.  We started out with
20 Table Number 1 and talking about how emulation of
21 something, whether it's a mobile device or a network
22 message would be very -- it would be very precise to
23 allow you to -- for example, in the case of emulation,
24 to profile properly.
25         And then in the case of simulation, we

Page 104

1 see that the -- we see the specification teaching us
2 -- no matter what you're simulating, we see that it's
3 not a full-blown version of what is being simulated.
4 We see things used like triggering events instead of
5 generating full-blown E-mail servers or network
6 browsers or implementing complete network models.
7         And so I think that a person --
8     Q   Does precise or precision appear anywhere in
9 the specification?
10    A   Sorry.  I wasn't finished with my answer.
11        I think that a person with ordinary
12 skill in the art would see that -- throughout these
13 specifications, they see the difference between an
14 emulator and simulator.  By the way, that's seen in
15 the specification, but I even saw it immediately just
16 with my knowledge as a person of ordinary skill in the
17 art before I read the specification I knew of this
18 difference between emulator and simulator and that's
19 reflected in the extrinsic information as well.
20        So your next question was?
21    Q   Do any of the words precise, precision --
22 leave it with those two.  Do they appear anywhere in
23 this specification?
24    A   You know, I haven't searched for them, but I
25 don't think that they do.  Those are words that I've

Page 105

1 used to try to communicate what these terms mean and
2 try to help the court understand what the difference
3 is between emulation and simulation.
4     Q   Okay.  That's precisely my point.  Okay.
5        MR. PARKER:  I don't have any further
6 questions.
7        EXAMINATION
8 BY MR. JALALI:
9     Q   Neema Jalali for defendants.
10        Dr. Shoemake, can I have you turn to the
11 192 patent.
12    A   Yes.  Give me just a moment.  I was just
13 putting that patent back in proper order.  Give me one
14 moment.
15    Q   For the record, this is Exhibit Number --
16    A   35.  Actually, I think I've achieved the
17 proper ordering.  I have the 192 patent in front of
18 me, which is Exhibit 35.
19    Q   Do you recall earlier today answering
20 questions regarding the first sentence in the
21 abstract?
22    A   I do.  That sentence says, A system and
23 methods emulate an application executing in real time
24 in a mobile device.  Yes, I recall that.
25    Q   Do you remember questions relating to the

27 (Pages 102 - 105)

Page 106

1  emulation of the application in the context of the
2  sentence?
3      A  I do.
4      Q  Can you describe what that means?
5      A  I can.  I think I would, again, probably use
6  Figure 1A to do that.  And so you can see in Figure 1A
7  there is an emulator 101, it's emulating a mobile
8  device mode 102.  There is an application called a
9  frame-based application 104.  And, by the way, on the
10 bottom right-hand side you can see there's a mobile
11 device 114.  It's actually in dashed lines, but you
12 can see it also -- dashed lines has frame-based
13 application 104.
14          And so -- then going back to the
15 abstract, you were asking about emulate an
16 application.  So, for example, with respect to this
17 Figure 1A, you can see that there's an application
18 104, and it can be run either inside the mobile device
19 114 or inside the emulator 101.  By the way, that is
20 the exact application that's run in both models, so
21 it's not -- the application itself isn't a mimicked
22 version of the application.  In fact, this
23 specification teaches that you can run the same
24 application in either the emulator or in the mobile
25 device in the target platform, if you will, on the

Page 107

1  mobile device -- device itself.
2          Sometimes persons of ordinary skill in
3  the art might say, as appears to be happening here in
4  the abstract, emulate an application, but that is not
5  a mimicked application, it's the same application that
6  could be run inside an emulator or could be run on the
7  target mobile device.
8      Q  Thank you.  So just to clarify, when the
9  sentence here in the abstract that you also testified
10 about just now and earlier today, A system and methods
11 emulate an application executing in real time in a
12 mobile device, the application referenced here, is it
13 the actual application that the patent envisions being
14 developed or is it an emulated version of the
15 application?
16     A  It is the prior.  It's the actual application
17 that you're trying to develop and you can run that on
18 the mobile device, or you can run it inside the
19 emulator.  This patent doesn't teach nor would a
20 person of ordinary skill in the art ever think that
21 the application itself is actually emulated or a
22 mimicked version of the application.  It's actually
23 the real application that you're trying to develop to
24 run -- ultimately run on the mobile division.
25     Q  And are the claims of the three patents in

Page 108

1  suit directed to running the application in an
2  emulated version of the mobile device or running the
3  application in a real-world version of the mobile
4  device?
5      A  If I understand your question correctly, they
6  are -- the patents are focused on running the actual
7  application inside an emulator, not on the real-world
8  mobile device.  In fact, they teach that there are
9  problems with having to run the actual application in
10 development on the real-world mobile device, so they
11 would teach away from that.  They actually teach
12 toward running the actual application inside the
13 emulator and inside a mobile device model such as
14 emulator 101 and mobile device model 102.
15         MR. JALALI:  I have nothing further.
16 Rik, do you?
17         MR. PARKER:  No.  Nothing further from
18 me.  Thank you, Dr. Shoemake.
19         THE WITNESS:  Nice to meet you.
20         (Deposition concluded.)
21
22
23
24
25

Page 109

1          CHANGES AND SIGNATURE
2  WITNESS NAME:  MATTHEW SHOEMAKE
   DATE OF DEPOSITION: FEBRUARY 27, 2020
3
4  PAGE   LINE  CHANGE    REASON
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23 _____
24 _____
25 _____

28 (Pages 106 - 109)

Page 110

1    I, MATTHEW SHOEMAKE, have read the foregoing
deposition and hereby affix my signature that same is
2    true and correct, except as noted above.

3

4                    MATTHEW SHOEMAKE

5    STATE OF TEXAS  )

6
     Before me, _____on this day
7    personally appeared, MATTHEW SHOEMAKE, known to me (or
     proved to me under oath or through _____) to
8    be the person whose name is subscribed to the
     foregoing instrument and acknowledged to me that they
9    executed the same for the purposes and consideration
     therein expressed.

10
     Given under my hand and seal of office this
11   ____day of _____, 2020.

12
     _____
13              Notary Public in and
                For the State of _____

14

15

16

17

18

19

20

21

22

23

24

25

---

Page 111

1    STATE OF TEXAS     X

2    COUNTY OF DALLAS    X

3

4         I, Deborah A. Copeland, a Certified

5    Shorthand Reporter duly commissioned and qualified in

6    and for the State of Texas, do hereby certify that

7    there came before me on the 27th day of February,

8    2020, in the offices of Gibson Dunn & Crutcher,

9    located at 2001 Ross Avenue, in the City of Dallas,

10   State of Texas, the following named person, to-wit:

11   MATTHEW SHOEMAKE, who was duly sworn to testify the

12   truth, the whole truth, and nothing but the truth of

13   knowledge touching and concerning the matters in

14   controversy in this cause; and that he was thereupon

15   examined upon his oath and his examination reduced to

16   typewriting under my supervision; that the deposition

17   is a true record of the testimony given by the

18   witness.

19       I further certify that pursuant to FRCP Rule

20   30(e) that the signature of the deponent:

21       _x__ was requested by the deponent or a party

22   before the completion of the deposition, and that

23   signature is to be before any notary public and

24   returned within 30 days from date of receipt of the

25   transcript:

---

Page 112

1    ____ was not requested by the deponent or a

2    party before the completion of the deposition.

3         I further certify that I am neither attorney nor

4    counsel for, nor related to or employed by any of the

5    parties to the action in which this deposition is

6    taken, and further that I am not a relative or

7    employee of any attorney or counsel employed by the

8    parties hereto, or financially interested in the

9    action.

10

11       IN WITNESS WHEREOF, I have hereunto set my hand

12   this _____ day of _____, 2020.

13

14

15       _____
         DEBORAH A. COPELAND, CSR 5730

16       Expiration Date: 7/31/22

         VERITEXT LEGAL SOLUTIONS
17       Veritext Registration No. 571

         300 Throckmorton Street, Suite 1600
18       Fort Worth, Texas  76102

         817.336.3042
19       800.336.4000

20   Job No. 4007891

21

22

23

24

25

---

Page 113

1    COUNTY OF DALLAS)

2    STATE OF TEXAS  )

3

4         I hereby certify that the witness was notified on

5    _____ that the witness has 30 days or (___

6    days per agreement of counsel) after being notified by

7    the officer that the transcript is available for

8    review by the witness and if there are changes in the

9    form or substance to be made, then the witness shall

10   sign a statement reciting such changes and the reasons

11   given by the witness for making them;

12       That the witness' signature was/was not returned

13   as of _____.

14       Subscribed and sworn to on this, the ____ day of

15   _____, 2020.

16

17       _____
         DEBORAH A. COPELAND, CSR 5730

18       Expiration Date: 7/31/22

         VERITEXT LEGAL SOLUTIONS
19       Veritext Registration No. 571

         300 Throckmorton Street, Suite 1600
20       Fort Worth, Texas  76102

         817.336.3042
21       800.336.4000

22   Job No. 4007891

23

24

25

29 (Pages 110 - 113)

Page 114

1   Neema Jalali, Esquire

2   njalali@gibsondunn.com

3             March 10, 2020

4   Warp Tech Limited Partnership Et Al. v. Seattle Spinco Inc.

5     2/27/2020, Matthew Shoemake (#4007891)

6     The above-referenced transcript is available for

7   review.

8     Within the applicable timeframe, the witness should

9   read the testimony to verify its accuracy. If there are

10  any changes, the witness should note those with the

11  reason, on the attached Errata Sheet.

12    The witness should sign the Acknowledgment of

13  Deponent and Errata and return to the deposing attorney.

14  Copies should be sent to all counsel, and to Veritext at

15  cs-midatlantic@veritext.com

16

17   Return completed errata within 30 days from

18  receipt of testimony.

19    If the witness fails to do so within the time

20  allotted, the transcript may be used as if signed.

21

22           Yours,

23           Veritext Legal Solutions

24

25

30 (Page 114)

| & | | | |
|---|---|---|---|

**&**   2:10 21:22,23
22:1 111:8

**1**

**1**   7:19 8:12,14
10:22 11:20 12:4
13:5 19:12 20:18
20:23 21:7 43:21
44:1 47:20,21
48:21 78:3,4,9,13
78:23 79:1,12,13
81:16 83:9 85:5
85:10 87:16,17
89:2,7,12 96:8,9
103:20
**10**   16:5 28:19 91:7
114:3
**100**   52:24 54:8,10
54:11
**101**   52:25 58:1,8
60:22 100:17
106:7,19 108:14
**102**   53:1 58:2,8
60:23 96:11 106:8
108:14
**104**   53:3 54:2,5
58:1,3,7,9 60:24
61:3 90:8 96:12
106:9,13,18
**105**   3:5
**106**   58:8 61:1
67:19
**109**   3:6
**10:44**   44:14
**11**   20:2,11,18,24
21:7 96:7 100:7,8
**111**   3:7
**112**   100:25
**114**   53:25 54:6
55:8 58:4 106:11

106:19
**115**   58:10
**11:03**   44:14
**11a**   67:5
**12**   19:4 23:24
56:12 66:19 80:11
84:8,13,14,14,22
91:22 94:2,11
95:4,25 97:18
100:7 101:17,20
101:23,24,25
102:19
**1200**   80:16 84:23
**1202**   80:16 84:19
84:24
**1204**   84:19
**1206**   84:19
**12676**   112:15
113:17
**12:23**   77:15
**13**   56:12 102:16
**130**   70:1
**14**   3:13,14,15 9:21
16:6 20:12 85:12
**15**   3:16 16:6 57:24
79:2
**152**   90:7,12
**1526**   2:5
**1600**   112:17
113:19
**168**   12:11 85:6
**18**   20:13 31:21
**19**   10:5
**192**   3:13 8:17 11:9
12:5,11 13:8 15:8
52:11 60:18 66:20
80:10,11 85:2,9
87:17 89:2 91:22
105:11,17
**19806**   2:5

**1:30**   77:15
**1a**   52:24 53:24
54:4,11 55:19
106:6,6,17
**1b**   70:1

**2**

**2**   3:3 8:14 39:25
60:21,22 62:17,17
67:9 78:9,13 90:9
**2/27/2020**   114:5
**20**   5:18 80:12
91:24 102:1
**2000**   28:7
**2001**   1:23 111:9
**2005**   28:7,9,19
29:6,11,24 35:15
37:1,8
**202**   61:2 62:19
**2020**   1:14,19 10:5
109:2 110:11
111:8 112:12
113:15 114:3
**208**   62:24
**21**   20:14
**216**   60:24
**23**   35:19 63:10
96:9
**24**   27:12,16,17,19
28:6 30:25 45:16
**25**   64:1,18 65:2
**26**   84:23
**27**   1:14 109:2
**27th**   1:19 111:7
**28**   20:2
**2:03**   91:11
**2:09**   91:11
**2:42**   1:20

**3**

**3**   20:18,23 21:7
39:19,21,24,25

40:15,18,22 41:18
41:19 80:12 82:15
91:24 102:1
**30**   4:15 5:18,18,18
111:20,24 113:5
114:17
**300**   112:17 113:19
**302.449.9010**   2:6
**34**   3:11 6:24 7:2,3
7:4,6,8,15 8:8,10
8:13,15,21,23 9:5
9:6,10,16,23 10:2
10:23 11:21 12:4
13:12 17:6,8,10,25
18:1,12,17 20:21
21:4,15 22:4 24:3
24:10,13,19 25:2
25:18 27:13,14
29:4 39:20 41:16
63:8 64:19
**35**   3:13 9:6 15:3,7
15:10 85:3,9
105:16,18
**35-37**   14:24
**36**   3:14 9:7 15:3
15:10 31:3,18
46:6,10 89:11
**3650**   47:21 48:8
**37**   3:15 9:7 15:3
15:11 77:17,21
78:3,25 89:8
**38**   3:16 14:22
15:15,16,19,24
16:20,25 17:5
20:1,4,17 21:13
77:18,21,24 78:8
78:13,15 81:5
**39**   43:18

[4 - answer]                                                                    Page 2

| **4** | **8** | | |
|---|---|---|---|
| **4**  3:3,5 9:20,21 | **8**  20:13,20 21:7 | **accurately**  54:14 | **agree**  25:8 32:6 |
| 10:4,7,24 16:2 | 38:11 94:7 97:16 | 61:13 | 43:4 56:24 57:5 |
| 20:8,9,20 21:6 | 100:3,18 102:16 | **accustomed**  80:9 | 70:21 84:18 90:24 |
| 38:11 39:22 41:15 | **800.336.4000** | **achieve**  48:3 60:2 | **agreed**  39:14 79:4 |
| 77:24,24 78:16,19 | 112:19 113:21 | 67:11 | 81:23 |
| 81:4 | **804**  100:4,11 | **achieved**  105:16 | **agreeing**  39:2 |
| **4007891**  112:20 | **808**  100:5 | **acknowledged** | **agreement**  8:3 |
| 113:22 114:5 | **810**  80:18,18 85:1 | 110:8 | 113:6 |
| **415.393.8200**  2:11 | 94:5,6 100:9 | **acknowledgment** | **ahead**  57:11 |
| **44**  63:10 76:7,7,10 | **812**  100:9 | 114:12 | **aid**  95:22 |
| **45**  67:22 | **814**  100:6,10 | **act**  33:24 57:22 | **akin**  69:16 |
| **46**  63:12,17 | **817.336.3042** | **acted**  33:8 | **al**  114:4 |
| **469**  1:6 | 112:18 113:20 | **acting**  34:24 | **align**  62:15 |
| **4:18**  1:6 | **864**  3:14 8:17 | **action**  1:5 8:1,2 | **allotted**  114:20 |
| **5** | 11:20 15:10 | 10:15,19 12:20 | **allow**  49:6 57:13 |
| **5**  16:2 20:10 39:23 | **9** | 14:16 63:23 80:6 | 67:17 80:19 94:14 |
| 57:24 78:14 81:16 | **9**  16:5 20:18,23 | 112:5,9 | 94:20 100:20 |
| **519**  14:20 | 21:7 | **actions**  6:5 7:18 | 103:23 |
| **555**  2:10 | **94105**  2:11 | 10:21 63:25 | **allowed**  33:2 |
| **56**  89:15,24 90:6 | **9:15**  1:20 | **activity**  79:9,13,18 | **allows**  49:12 |
| 90:11 | **a** | 80:7 81:6,25 | **alternatively** |
| **571**  112:17 113:19 | **a.m.**  1:20 | 85:17 87:4 | 90:12 |
| **5730**  112:15 | **able**  40:20 41:7 | **actual**  56:21 61:18 | **america**  1:7 |
| 113:17 | 48:3,5 60:2,3 | 107:13,16 108:6,9 | **analysis**  18:7 |
| **6** | 61:12,13 95:2 | 108:12 | 26:15 27:8 36:19 |
| **6**  20:11 | **abstract**  52:12,13 | **add**  83:8 89:16 | 45:15,20 51:17 |
| **678**  3:15 8:18 11:9 | 52:17 55:17 | **addition**  25:14 | 71:17 73:23 86:8 |
| 12:6 15:11 77:17 | 105:21 106:15 | **additional**  40:3,7 | 100:25 |
| 78:3,4,23 79:2,12 | 107:4,9 | 40:15,19,23 41:4,6 | **analyze**  9:3 39:7 |
| 81:15 83:9 84:10 | **academic**  41:23,24 | 41:10 62:11 94:18 | 67:23 70:24 72:13 |
| 84:15 87:16 89:7 | **access**  47:23 | 101:7 | 72:14,15 73:1 |
| **7** | **accomplished** | **address**  18:7 | 86:12 |
| **7**  3:11 20:9,12 | 99:17 | 89:20 | **analyzed**  32:6 |
| 77:23 78:16,19 | **accumulating** | **addresses**  19:15 | 72:10 73:2,20 |
| 79:5 81:4 | 81:13 | **adherence**  59:13 | 76:3 89:20 |
| **7/31/22**  112:16 | **accuracy**  114:9 | **adopted**  39:16 | **analyzing**  34:17 |
| 113:18 | **accurate**  39:15 | **advertising**  4:24 | 34:19 70:19 |
| **76102**  112:18 | 49:7 61:12 | **affix**  100:1 | 101:15 |
| 113:20 | | **ago**  15:18 26:3 | **answer**  4:14 5:14 |
| | | 58:12 | 7:23 11:22 19:20 |
| | | | 19:21 25:22 26:2 |

[answer - believe]                                                              Page 3

31:12 40:10 42:13
50:7,21 51:9 52:7
55:3 56:10 58:11
59:5 61:7 62:15
62:16 63:9 70:4
72:1,11 73:17
80:8,13 83:7 86:6
87:20 91:19
104:10
**answering**  94:25
105:19
**answers**  1:16
41:13 99:15
**anyplace**  62:9
**apologize**  17:7
51:12
**apparent**  38:4
**appeals**  12:9
**appear**  56:9 101:6
104:8,22
**appearances**  3:3
**appeared**  110:7
**appearing**  2:3
**appears**  15:23
30:17 78:2 107:3
**applicable**  12:5
26:16,19 27:9
114:8
**application**  43:24
47:11 48:6,8
49:20 50:13 52:9
52:14,17 53:3,13
53:15,21 54:2,5,5
54:9,12,20,21,21
55:5,7,10,16,20,23
56:4,5,19 57:8,19
57:22,23,25 58:3,7
58:9 60:6,24 61:3
61:5 62:5,25
64:19,20 65:5
67:16 79:8 82:12

90:8 96:12,14,23
102:21,22 105:23
106:1,8,9,13,16,17
106:20,21,22,24
107:4,5,5,11,12,13
107:15,16,21,22
107:23 108:1,3,7,9
108:12
**applications**  47:9
50:2,25 51:20,25
52:19,20 53:4,7
56:7 57:14,15,16
**apply**  52:19
**approaching**
44:10
**appropriate**  20:16
**area**  80:23
**arrival**  88:7
**art**  28:12,23 29:7
29:11,24 30:4,14
30:19,24 31:16,19
32:9 33:17 34:3,9
34:15 35:2,15
36:8,16 37:9 38:2
39:12 45:1,1,2,5
45:13,16,18,22
47:7 49:14 58:19
60:20 61:9 65:9
72:19 73:5,15
82:5 83:13 88:17
90:17 95:1 96:19
101:14 103:7
104:12,17 107:3
107:20
**arts**  27:25
**ashore**  69:6
**aside**  9:2,8,8 21:14
29:16,20 30:2,17
31:11 36:16 72:9
72:14 74:22 80:3

**asked**  5:10 13:20
17:23 18:10 20:15
20:22 21:2,3,6
25:11 29:15,16,19
29:20 38:10,15,16
40:19 51:11 52:3
54:23 70:20 72:13
73:17 100:25
**askew**  23:16,16
**asking**  9:23 12:3
20:22 31:11 33:7
33:8,10 37:16
40:22 52:5,8
53:21 55:22 56:16
61:24 70:23 75:6
75:8 78:4,22 86:7
87:21 94:9 97:17
98:23 100:24
101:1,7 106:15
**aspect**  4:17 92:25
95:9,17
**aspects**  42:12
62:11 64:8,11,25
66:22,24 69:4,24
**asserted**  32:10
65:3 71:7 73:3,11
90:6,11
**asserting**  63:3
**assist**  23:20
**associated**  54:3
102:17
**assume**  6:1
**attach**  8:21 22:24
**attached**  22:9,25
23:3 114:11
**attachments**  3:12
3:17 22:16
**attorney**  112:3,7
114:13
**available**  22:21
40:19 41:7 48:11

79:7 82:12 96:14
113:7 114:6
**avenue**  1:23 2:5
111:9
**avoid**  67:21
**aware**  5:21 17:21
38:22 51:23 79:25
86:16

**b**

**b**  3:9,12 9:19,21
9:23,25 10:2,4
15:20 21:14 35:19
57:4,4 78:14
**back**  7:24 21:15
37:12 40:21 43:1
51:15,15 60:17
62:9 66:15 67:5,8
81:2,12,15,15
88:14 93:7,9 94:1
103:4 105:13
106:14
**backwards**  41:11
**bad**  93:10
**bandwidth**  79:22
79:24 80:2,5,6,22
80:24 83:25 84:2
84:7
**bank**  1:7
**based**  19:8 53:3
54:2,5 58:10
106:9,12
**basis**  26:9 28:10
63:3
**beginning**  39:22
**begins**  78:19
**behalf**  7:22 8:11
**believe**  8:20,24
15:1 16:19 31:18
32:7 33:8 34:20
34:21 35:14 39:18
45:18 46:1 49:1

**50:**11,16 **51:**23
**53:**23 **54:**2,18
**58:**16,24 **61:**10
**71:**13 **73:**12,12
**79:**10 **81:**8 **87:**14
**94:**6
**best** 69:17
**better** 23:8 98:10
**beyond** 24:11
62:12
**big** 51:11
**bit** 9:22 11:15
18:21 64:24 93:4
**blank** 16:2 78:7,8
78:11,12
**blown** 102:24
103:9 104:3,5
**book** 24:17,17
26:4 76:25
**bother** 78:10
**bottom** 10:10 46:9
53:25 61:1 84:19
106:10
**box** 54:11
**break** 44:5,6,8,11
46:21 47:19 77:12
91:7
**breaking** 93:3
**brief** 11:5
**bring** 5:22
**broad** 11:24 92:4
**broader** 24:8
**broke** 9:22 11:15
11:16 64:24
**brought** 8:7 10:21
**browsers** 104:6

**c**

**c** 2:1 21:10,17,19
42:6
**california** 2:11

**call** 66:4 93:6,17
**called** 18:3 20:9
70:2 106:8
**calling** 93:14
**calls** 18:8
**capability** 48:9
**captioned** 7:15
**care** 99:6
**career** 5:9
**case** 4:23,25 5:7
6:19 7:13,22 8:7
10:9,25 12:2,4,7
12:23 14:19,20
19:1,13 23:17
31:5,17 43:25
68:6 73:22 75:11
95:1 103:23,25
**cases** 6:19 7:14 8:9
8:13 11:5 12:8
17:22 73:11,24
**categories** 64:5
**category** 22:5
80:25 95:18,19
**cause** 1:19 111:14
**caused** 66:8
**caution** 10:17 17:2
17:12,19 18:19
**cell** 93:17
**certain** 25:21 26:3
26:5 40:2 42:12
54:15 64:11 65:6
67:1 69:23 96:12
97:5
**certainly** 61:8
64:6
**certificate** 3:7
**certified** 1:21
111:4
**certify** 111:6,19
112:3 113:4

**cgi** 69:17
**chambers** 21:21
**change** 28:20
109:4
**changes** 109:1
113:8,10 114:10
**changing** 75:1
**characteristic**
49:2,18 59:24
79:23 80:2 86:25
87:6,15,22,23,24
88:9,10 92:16,23
93:24 94:21 95:2
95:10 97:8,19
98:15,17,23 99:4
100:22 101:8,10
101:16,21
**characteristics**
48:16,20,23,24
49:6,11 58:10
61:11,15,18 62:13
63:16 79:15,18,21
80:17 81:9,20
82:19 83:10,23
84:20,24,25 85:19
85:21,25 86:2,14
86:20,23 87:3
88:24 89:5 91:13
91:17,20,21,25
92:1,7 93:21,22
94:4,10,17 95:6,15
95:18,22 97:6,13
97:14 98:1 99:6
99:13,14,21,22
100:13,16 101:18
102:3 103:9
**characterization**
39:5
**check** 11:4,6 64:1
**checking** 44:19
64:12 65:8,17

102:6,8,13
**circle** 62:9 71:1,2
**cited** 42:19
**city** 1:24 111:9
**civil** 1:5
**claim** 3:16 7:13
13:18 14:10,18
16:13 17:22 21:1
31:14 32:21 45:10
45:24 50:8,21,22
51:8 52:4 61:23
71:21 77:23,24
78:3,4,16,23 79:1
79:11,12,13 81:7
81:16 82:2 83:9
83:11,20,24 84:6
84:11 85:5,10,14
85:15,18,24 86:1,8
86:17 87:16,17
89:2,4,7,12
**claimed** 50:1
**claims** 19:17 28:3
31:15 32:10 35:16
39:13,13 45:10
50:6,11,15 51:1,2
51:4,5,16 56:12
69:21 71:7,18,22
73:4,11,22 79:1
81:16 86:9 87:2
90:21 91:15
107:25
**clarification** 75:6
**clarify** 29:21
30:22 85:13 107:8
**clean** 19:10
**clear** 9:15 17:5
30:10,16 31:6,11
31:25 35:22 37:17
38:23 40:25 53:20
60:12 70:11 75:16
83:8 99:15

**clearly** 52:6 98:8
**close** 16:18 24:1
  87:12 91:7 93:11
**closer** 59:12
**coast** 4:12,13
**coextensive** 71:4,9
  71:14,19 72:5,20
  72:23 73:7,12,21
**collection** 23:5
**collegiate** 27:6
**column** 16:11,12
  20:5 57:24 66:19
  79:2 80:11 81:16
  84:22 85:12 91:22
  94:2 95:25 96:7,8
  96:9 100:7,8
  101:17,24,25
  102:2,19
**columns** 16:9,11
  56:12
**come** 27:21 38:13
  40:16 68:16
**comes** 24:17 42:18
  76:25
**coming** 28:11 39:3
  44:16 69:6
**comma** 81:6
**commissioned**
  111:5
**common** 36:11,24
  37:4 76:19
**commonly** 37:22
  37:24 69:14
**communicate**
  105:1
**communication**
  42:8,11
**communications**
  42:7,13
**company** 5:2

**comparatively**
  63:4
**compare** 86:9
**compared** 23:1
  46:14 63:5 86:11
**complete** 8:22,24
  9:13 66:18,21
  67:11,13,14,17
  94:2 104:6
**completed** 114:17
**completion** 111:22
  112:2
**components** 46:13
**computer** 21:20
  21:24 68:12 69:1
  69:8,12,20 70:2
**computers** 69:10
  69:23
**computing** 68:10
**concerned** 4:16
**concerning** 111:13
**concerns** 98:13
**concluded** 108:20
**conclusiary** 98:22
**conclusion** 97:23
  97:25
**conditions** 46:12
  46:14
**conduct** 76:13
**conference** 18:8
  93:18
**confusion** 55:20
**connectivity** 62:2
  63:2
**consider** 24:2 25:3
  26:8,16,19 27:1
  28:22 31:14 35:24
  40:19 41:7 44:20
  45:5 58:21 70:16
**consideration**
  51:17 110:9

**considered** 22:20
  24:6,9 25:2,15,19
  26:18,21 27:11,24
  28:3,4,5,7,8 45:14
**considering** 27:8
  45:17,24 70:18
**consistent** 19:2
  34:8 39:11 77:3,6
**consistently** 32:2
**constitute** 64:15
**construction** 3:16
  7:13 13:18 14:11
  14:18 16:14 17:23
  29:18,20 30:11,12
  31:14 32:5,18,21
  36:20 39:3,6,8
  43:3,4 45:10,24
  50:16 71:21 73:13
  73:14 75:10 76:3
  77:19 79:3,11
  81:3,22 86:8
  90:24
**constructions**
  38:13,17,21,25
  39:2,14,16
**construe** 18:7
  29:11,17 30:6
  86:10
**construed** 29:8,12
  86:9
**construing** 32:12
  58:21 71:22 75:13
  83:2
**consumer** 94:15
**contained** 44:17
**contains** 8:5
**context** 23:14,15
  30:1 31:7 33:23
  42:25,25 47:18
  49:21 50:1 51:22
  52:18 57:20 58:23

  59:18,19,20,21
  60:8,25 61:21,22
  63:19,19 64:20
  65:12,19 67:9
  69:2,12,20 71:6,12
  71:15,18,19,23
  72:6,15,16,16,18
  73:2,6,8,9,10,10
  73:11,21 74:7,12
  75:2 79:12 80:7
  81:7 85:18 87:16
  92:1 94:16 97:15
  102:11 106:1
**continue** 42:2
**continues** 86:17
**continuing** 20:10
  84:25
**contradictory**
  26:24
**contradicts** 36:15
**control** 80:19
  94:14
**controversy**
  111:14
**conversely** 95:19
**convey** 73:14
**copeland** 1:20
  111:4 112:15
  113:17
**copies** 15:8,9
  114:14
**copy** 75:24 78:10
**corp** 1:4,7
**correct** 5:7 7:15
  7:16 9:23 10:1
  11:1,2,8 15:13,14
  19:13,18 21:10,18
  22:12,15 25:6,24
  28:25 29:4,5 32:3
  32:15 36:2 39:10
  39:18 57:6 58:17

[correct - determine]                                                          Page 6

64:22 73:18 79:19
81:10,12,21,25
83:6 87:25 102:7
110:2
**correctly**  108:5
**correspond**  90:18
**corresponds**  100:7
**corrigendum**  3:6
**counsel**  7:20 8:20
13:6 15:17 17:20
17:23 18:9,25
19:5,11 38:14
76:4 112:4,7
113:6 114:14
**count**  19:21
**county**  1:24 111:2
113:1
**course**  12:22
**court**  1:1 5:19
6:24 11:14 13:21
13:25 14:5,8 15:1
18:6 19:13 23:20
23:21 32:23,23
36:21 58:20,20
68:5,6,24 71:20
86:10 105:2
**courts**  12:9
**cover**  14:13 24:7
**create**  67:25
**created**  8:25 17:17
**criticized**  5:20
**crutcher**  2:10
111:8
**crux**  92:23
**cs**  114:15
**csr**  112:15 113:17
**current**  68:9
**cv**  1:6 10:1,4,5,7
10:20,25 11:4
12:21

**d**

**d**  3:1 21:20
**dallas**  1:24,24 13:7
111:2,9 113:1
**dashed**  106:11,12
**data**  82:11 90:7,12
90:20 100:9
**date**  28:15 109:2
111:24 112:16
113:18
**dated**  10:5
**day**  1:19 110:6,11
111:7 112:12
113:14
**days**  111:24 113:5
113:6 114:17
**deals**  17:22
**deborah**  1:20
111:4 112:15
113:17
**decide**  22:23 62:14
73:6
**decided**  26:7,25
**decides**  33:1
**declaration**  3:11
7:12 8:10 9:11,17
9:20 10:2 11:21
12:22,24 13:3,4,5
13:12,15 15:13
16:22,25 17:6,6
18:12,16 19:16
20:8,21 21:3,9,15
22:4,17,19 23:1
24:10,25 26:17
27:13 29:4 30:5
30:11 31:21 33:1
37:19 38:23 39:19
40:14 41:1,2,16
44:16,19 45:14
59:2 65:2 67:22
70:17,18 76:16

82:4,25
**declarations**  5:6
5:11,12,17 19:3
**deeper**  47:6
**defendant**  2:8
**defendant's**  16:14
**defendants**  7:21
7:22 8:11 10:22
13:6 18:9 32:5
39:7 43:3 76:4
79:4 81:2,23
90:23,24 105:9
**defined**  30:4,24
**defining**  33:9
**definition**  23:13
23:13 27:22 28:11
28:13 81:5
**definitions**  24:20
77:1
**degree**  43:11 46:4
47:3 49:12 67:4
67:10 69:7
**delaware**  2:5 4:6
11:1 12:8
**demonstrates**  98:2
**departure**  35:24
**depend**  24:16,24
76:17
**depended**  40:13
40:25 46:3
**depending**  19:20
59:21 87:6
**depends**  31:22
**deponent**  111:20
111:21 112:1
114:13
**deposed**  4:7,8,15
5:4
**deposing**  114:13
**deposition**  1:11,16
9:12 13:1 16:21

18:1,2 70:11
108:20 109:2
110:1 111:16,22
112:2,5
**depositions**  4:16
**describe**  37:12
46:15 57:18 64:19
91:16 92:13,22
93:21 97:12 106:4
**described**  27:19
48:4 50:12 53:6
53:12 58:23 60:13
63:24 103:11
**describes**  64:3
65:6,18 79:24
**describing**  47:9
54:4 65:4 70:23
**description**  3:10
11:8 12:16 57:12
64:21 82:9 93:23
97:7,23,24 98:3,13
98:24 99:16 101:2
**descriptions**  97:10
97:14
**detail**  33:19 35:20
39:17 70:22 94:18
94:20 95:21
100:19 101:7
102:12
**detailed**  93:23
**details**  93:25 94:4
94:8,9 101:13
**determination**
27:18 86:18 95:23
**determine**  47:12
48:5 58:9 61:4,14
83:13 85:20 86:2
86:12 94:21 95:2
96:24 100:21
101:15 102:13

determined 39:9
determines 62:19
determining 32:19
  58:24 60:9
develop 107:17,23
developed 107:14
development 28:8
  100:5 108:10
device 43:24 46:12
  47:20 48:7,8,17
  49:11,18 52:15,19
  53:1,1,4,25 54:6
  55:7 56:5 57:8
  58:2,3,10 60:14,23
  61:3,6,16,19 62:4
  62:12 65:13,14,15
  67:14 74:13,15
  79:7 82:12,23
  84:6 97:16 103:21
  105:24 106:8,11
  106:18,25 107:1,1
  107:7,12,18 108:2
  108:4,8,10,13,14
devices 43:21
  47:10 50:25 52:20
  60:14 83:19
devinlaw.com 2:6
devlin 2:4
diagram 71:1,9
dictionaries 23:5,6
  23:23 24:5,21,24
  27:2,4,11 44:22
  76:14
dictionary 21:20
  21:21,23,25 22:1
  24:15,17,18 27:6,7
  76:25 77:1
differ 66:13
difference 42:15
  58:13,22 88:15
  103:5 104:13,18

105:2
differences 68:25
  97:3
different 7:14 8:15
  14:9 17:22 19:17
  19:22 20:2 23:4
  23:14 28:14,18
  42:17 45:8 47:14
  54:19,22 58:17
  59:4,8 64:4 68:15
  68:16,20 72:17
  82:18 83:4 90:5
  94:16 101:5 102:4
differently 75:13
difficult 98:6
difficulty 36:22
digestible 37:10
direct 31:2 63:12
directed 13:4
  108:1
direction 19:8
directly 19:6,7
disagree 39:5
  55:13,24 61:25
  62:7 103:15
disclose 48:16
  55:9 56:7
discloses 48:19
discuss 12:23 18:9
  19:16 35:20 42:18
  51:19,24 53:22
  55:15 62:1 64:4
discussed 16:22
  23:2,12 24:12
  27:10 66:19 88:15
  100:15 103:5,14
  103:16
discusses 31:23
  83:15
discussing 23:9
  37:21 40:15,17

63:20 80:15
discussion 62:6,10
  88:23 96:16 97:21
  100:4,12
discussions 97:11
display 47:25
  78:21 81:18 82:2
  82:2,3,21 83:3,12
  83:17,19 84:1,4
  90:20 91:1
displayed 81:24
  82:18,24 90:7
displaying 79:6
  82:13 83:21 84:7
  91:2
displays 82:9
disputed 16:13
  21:1
distinct 54:21
distinction 43:9
  46:2 54:16 55:1
  55:14 58:13
distinguish 103:12
distinguishes
  88:12
distinguishing
  58:15
district 1:1,1
  10:25 12:7,8
districts 12:9
dive 92:20
division 1:2 65:22
  107:24
document 6:24 7:9
  15:17 16:7,8,10,12
  16:15,16,17 17:17
  38:18
documents 5:22
  5:23,24 13:2
  17:25 24:6,23
  40:15 81:14

doing 37:12,23
  38:1 40:12 44:4
  53:19 56:23 70:18
  95:16
dotted 54:11
downtown 13:7
dr 9:17 15:4 44:15
  105:10 108:18
drafting 18:22,23
draw 43:13 55:2
drawing 54:16
  55:13,14
drew 71:9
duly 111:5,11
dunn 1:23 2:10 6:4
  6:13 111:8

e

e 2:1,1 3:1,9 21:22
  102:6,9,13,18,22
  102:25 103:3,8,10
  104:5 111:20
earlier 28:15
  38:12 44:24 46:1
  46:8,21 59:9
  76:24 85:24 103:5
  103:19 105:19
  107:10
early 4:12
easier 93:16
east 4:13
eastern 1:1 12:7
echo 11:13 93:1,2
  93:3
either 19:6,7 41:2
  43:8 57:7 66:11
  98:16 106:18,24
electrical 21:23
  22:1
electronics 21:23
  22:2

element  83:2

embodiment
  90:19

embodiments  90:2
  90:5

emphasize  54:24

emphasizing  56:9

employed  112:4,7

employee  5:2
  112:7

employers  5:1

employment  5:3

emulate  23:9,12
  23:14 24:21 29:4
  29:12,23 30:7
  31:1,7,20 32:1,13
  33:4,9,11,16,20,21
  33:25 34:12 36:7
  36:12,19,23 37:5
  43:4 44:3 46:7
  49:1 50:5,6 51:18
  52:14 56:20 57:23
  60:14,19 67:15
  69:3 71:8 72:21
  72:22 73:7,14,21
  76:18 77:9 85:15
  87:23 88:3,5,7,8
  92:13,22 97:23
  101:6 102:8
  105:23 106:15
  107:4,11

emulated  47:21
  48:24 49:21 51:20
  51:25 53:5 54:15
  55:11,24 61:17
  64:21 69:9 85:22
  86:25 87:9 88:12
  89:4 94:22 95:3
  98:25 100:23
  101:11,17,22
  102:13 107:14,21

108:2

emulates  57:15
  98:16 103:2

emulating  43:24
  50:25 52:9 53:8
  53:14 54:21 55:16
  56:7 57:7,7,21
  60:10 62:11 63:21
  66:14 67:23 86:1
  86:13,19 88:25
  89:3 93:22 97:15
  98:2 106:7

emulation  43:2,6
  43:11,14 46:2,22
  47:3,9,18 48:2,4,6
  50:15,18 51:3
  52:17,18 54:16,19
  57:6 58:16,25
  59:10,12,24 60:1
  61:10 62:4 64:14
  65:19,21,23 66:10
  67:3 68:25 88:16
  88:19,25 90:20
  91:4 92:2,3,5,6
  95:6,20 96:20
  97:4,10,21 99:11
  99:11,21 100:17
  101:3,6 102:23
  103:6,8,13,18,20
  103:23 105:3
  106:1

emulator  47:11
  52:24,25 53:2,22
  54:15 55:5,19,23
  56:4 58:1,8 60:22
  60:25 61:4 62:5
  63:1 64:20 65:5
  65:13 66:6 67:9
  67:13 70:2 74:14
  96:23 100:17
  101:6 104:14,18

106:7,19,24 107:6
  107:19 108:7,13
  108:14

emulators  69:23

enabling  74:14

ended  12:21

ends  81:6

engineering  21:23

entire  17:15 63:21
  64:7

entirety  9:16
  60:15,19

entitled  14:10 22:6

environment
  46:11

envisions  107:13

equate  57:21

equated  57:16

equivalent  97:18

errata  114:11,13
  114:17

error  16:3

esquire  114:1

essentially  67:24

estimate  5:16 58:2

et  114:4

event  81:1,1 96:3
  96:4 100:6,9
  102:8,21,22 103:1

events  62:2 64:3,5
  64:6 65:6,14,17
  67:1,1 80:1,19,20
  80:21 89:1 94:12
  94:13,14,15,15,16
  95:7,7 96:17
  99:10,12,14
  101:19 102:4
  104:4

everybody  9:15

evidence  21:18,20
  21:21,22,24,25

22:6 27:2 31:24
  35:21,22 42:19
  47:1,2 64:13
  66:16

evidences  98:25

exact  5:15 6:8
  75:24 106:20

exacting  88:20

exactly  26:25 36:4
  56:14 58:19 59:6
  68:11,21 72:17
  75:24 95:5

examination  3:5,5
  4:3 105:7 111:15

examined  28:2
  111:15

example  12:2,12
  18:23,24 19:12,12
  23:11 24:4,16
  28:15 37:17,25
  38:5,7 42:1,5,8
  43:16,19,22,25
  44:1 46:6 47:19
  47:20 48:7,21
  52:23 53:24 55:7
  56:3,18 57:24
  58:4 59:22 60:4,9
  60:21,22 61:1,5
  62:18,20 63:12,25
  64:1,13 65:25
  66:17,18 67:5
  68:7,8,8,24 69:24
  69:25 74:13 78:2
  78:7 80:18,20
  83:24 84:2 86:4
  88:7,11,22,24 94:1
  94:6 95:25 96:1,4
  96:10,21,22 97:16
  100:3,17 101:16
  102:6,15,18
  103:23 106:16

**[examples - form]**

| | | | |
|---|---|---|---|
| **examples** 21:17 97:4 | 105:15,18 | 69:25 84:6,21 100:8 106:22 108:8 | **find** 71:19 77:20 82:8 85:2 87:14 95:13 |
| **exceed** 48:9 | **exhibits** 6:1 8:21 9:2,6,6,9,11,13,14 | | |
| **exceeded** 47:13 | 9:17 14:24 15:3 | **factor** 58:24 | **finding** 96:8 |
| **exceptions** 4:19,21 4:22 | 15:20,20 21:10,14 21:16,17 22:9,24 | **factors** 28:5 | **fine** 40:9 44:8,13 |
| | | **fails** 114:19 | **finish** 11:18 |
| **excess** 5:18 | 41:2,3 77:21 78:14 | **fair** 26:11 39:4 46:4 66:3 | **finished** 89:21 104:10 |
| **exclusive** 55:25 56:2 | **exists** 97:20 | **falls** 65:22 | **finishing** 91:8 |
| **executed** 110:9 | **expect** 102:23,23 103:7 | **false** 4:24 | **firm** 2:4 |
| **executing** 52:14 105:23 107:11 | | **family** 12:24 34:18 38:7 | **first** 4:2 7:24 8:8 8:13 12:3,21 |
| | **expectation** 91:7 | | |
| **execution** 47:11 61:3 | **experience** 37:20 41:20 | **far** 18:22,23 27:1 | 14:17 16:11 18:20 22:5,10 23:4,18 |
| **exercise** 45:17 71:20 | **expert** 5:5,10,11 5:13,16 6:10,14 | **fashion** 66:12 | 29:15 31:10 32:20 36:6 40:1,22 |
| | | **february** 1:14,19 10:5 109:2 111:7 | |
| **exhibit** 3:11,13,14 3:15,16 6:24 7:2,8 | 45:6,21 95:1 101:15 | **federal** 1:25 | 41:18,22 52:12,16 59:18 60:18 64:23 |
| 7:15 8:8,10,13,15 | **experts** 43:25 | **feel** 23:21,21,23 69:18 | 69:19 82:13 89:25 90:6,18 91:19,23 |
| 8:21,23 9:5,10,16 9:19,21,23,23,25 | **expiration** 112:16 113:18 | **felt** 23:15,18,20,24 | 94:2,24,25 105:20 |
| 10:2,2,4,4,23 | **explain** 38:6 46:21 | **fewer** 48:23 | **fit** 80:25 87:6 |
| 11:21 12:4 13:12 | 76:6 82:4,20,25 | **field** 23:15 30:4 | **fits** 100:16 |
| 14:22 15:7,10,10 | **explained** 99:9 | 32:9 33:23 34:1,4 | **five** 19:17 22:10 |
| 15:11,15,16,19,23 | **explaining** 36:12 | 34:15 36:25,25 | 23:18,24 70:19 |
| 15:24 16:3,20,20 | 39:17 | 37:6 45:1,2,6 | **focus** 10:21 12:12 |
| 16:25 17:4,5,6,8 | **explanation** 21:6 | 69:22 | 36:13 51:16 99:7 |
| 17:10,25,25 18:1,1 | 31:22 92:14 | **figure** 52:24 53:24 | **focused** 48:21 70:4 |
| 18:12,17 20:1,1,2 | **expressed** 110:9 | 54:4,11 55:19 | 108:6 |
| 20:2,4,4,17,17,21 | **extraordinarily** | 60:6,21,22 62:17 | **focusing** 92:21 |
| 21:4,13,15,25 22:3 | 45:2 | 62:17 67:5,9 70:1 | **follow** 18:14 44:24 |
| 22:4,5,20 24:3,3 | **extrinsic** 21:18,19 | 82:14,15 84:8,13 | 102:19 |
| 24:10,12,13,19,19 | 21:21,22,24,25 | 84:14,14 94:7 | **following** 111:10 |
| 25:1,2,18,18 27:4 | 22:6 23:22 27:1,3 | 97:16 100:3,18 | **follows** 4:2 |
| 27:13,14 29:4 | 31:24 35:21 42:19 | 106:6,6,17 | **foregoing** 110:1,8 |
| 39:20 41:16 44:19 | 43:11 46:25 47:1 | **figures** 82:10,15 | **forget** 38:18 |
| 63:8 64:19 77:17 | 65:25 104:19 | 102:16 | **form** 6:15 10:16 |
| 77:17,18,23,23 | | **filed** 28:4 | 17:2,11,18 18:18 |
| 78:3,8,13,15,17,19 | **f** | **filing** 13:25 | 20:25 25:5,7,23,25 |
| 78:25 81:4,5 85:3 | **f** 21:24 | **final** 19:10 | 29:13,25 30:9 |
| 85:9 89:8,11 | **fact** 43:1 66:25 67:8,23 68:13,15 | **financially** 112:8 | 32:16 33:14 34:11 |

**[form - happening]**

35:9 36:1,3 37:2
37:14 45:3 48:18
49:23 50:4,14
53:9,16 55:12
56:25 59:15,17
60:16 61:20 68:2
70:15 71:5,16
72:8,25 73:19
74:2,20 75:19
85:23 86:5 91:18
92:17 94:23 97:9
98:4,18 99:1,18
113:9
**format**   16:9
**formed**   13:25
**forming**   25:16
26:16,20 40:23
**fort**   112:18 113:20
**forth**   32:6,25 79:4
81:23
**found**   19:1 26:15
27:7
**four**   16:11 28:18
28:21 64:18 99:8
**frame**   53:3 54:2,5
106:9,12
**francisco**   2:11
**frcp**   111:19
**frequently**   38:3
**front**   5:25 6:25
7:15 8:3,6 13:21
15:2,19 16:10,15
23:10 51:5 52:3
78:2 105:17
**full**   13:8 42:10,11
64:15,15 67:1
88:25 91:23 96:20
102:24 103:9
104:3,5
**fully**   96:20

**further**   40:18
70:24 92:14 95:4
105:5 108:15,17
111:19 112:3,6
**future**   40:16 41:6

### g

**g**   9:9,14,18 21:10
21:17,25 22:24
**garbled**   98:5
**general**   4:20 5:8
6:17 10:20 17:20
18:14 19:14 24:23
26:14 30:3 51:16
52:5 68:19 72:21
73:1 74:1,6,22
75:25 83:15 86:6
94:7
**generally**   8:6 11:4
27:7 28:10 37:3,7
37:16 50:23 52:9
52:22 53:5 61:23
61:24,24 72:6
75:9,14 80:1,2
**generate**   41:8,10
**generates**   102:25
103:1
**generating**   104:5
**generator**   100:6
100:10
**generic**   99:3
**generically**   71:14
**getting**   78:18 93:1
**giant**   67:25
**gibson**   1:23 2:10
6:4,13 111:8
**gibsondunn.com**
2:12 114:2
**gilpin**   2:5
**give**   5:16 9:1,3
12:17 16:1 18:20
19:20,22 20:7

21:11,12,19 23:21
28:16 31:2 33:1
40:6 50:19 60:17
63:6,11 64:23
68:5,6,19 69:19
74:3 75:20 77:20
79:14 80:8 81:13
84:21 85:7 86:6
87:10 89:23 93:22
96:7,7 98:7
105:12,13
**given**   8:1 17:16
21:5 33:5,5 38:14
38:18 39:2 54:20
87:21 93:24
110:10 111:17
113:11
**gives**   80:20 90:15
94:15 95:4
**giving**   5:13 97:4
**glad**   4:10
**go**   9:10,23 11:6
15:5 31:20 35:19
39:17 46:5,19
47:6,15 50:17,20
50:21,23 51:7
56:13 57:11 60:17
63:8,18,18 66:9,15
67:8 68:17,18
73:6 78:15 82:15
84:12 85:10 96:8
97:5 100:1,1
**goals**   48:4 60:2
**god**   67:24
**goes**   18:23,23 27:2
47:24 54:3 79:16
83:24 88:14
**going**   14:7,22
21:14 31:14 32:22
34:5 36:9,21
40:21 44:8 51:15

60:18 62:8 63:23
68:12,22 69:1,3,7
71:3,21 76:7
77:22 78:4,22
80:12 81:15 85:6
85:13 93:6 94:1
95:16,25 97:25
106:14
**good**   4:5 13:9,10
23:19,24 44:9
51:7 73:13 76:5
77:12 78:12
**grab**   7:6
**grabbed**   80:11
**graphics**   62:23
**great**   35:19 51:11
**groups**   19:22
**grown**   80:9
**guess**   5:2 6:23
20:8 24:7 55:3
62:8 84:9 94:11
**guidance**   66:16
90:15 95:4,8
102:19
**guide**   43:17
102:17
**guys**   93:1

### h

**h**   3:9
**half**   6:7 7:25 44:7
**hand**   52:1 106:10
110:10 112:11
**handle**   96:13
**hands**   37:5
**hang**   93:6
**happen**   88:6 90:10
**happened**   15:9
**happening**   28:9
63:22 93:4 97:24
98:1 103:2 107:3

**happens** 19:24 68:13

**happy** 4:12 7:7 26:22 42:13 50:23 56:11,13 62:1 63:6 66:2 67:6 72:2

**hardware** 46:13

**headed** 63:7

**header** 14:16 15:22

**heading** 22:11,14 55:17 63:11

**headings** 19:12

**hear** 4:11,12 51:13 93:3 98:8

**heard** 30:15

**hearing** 14:11

**height** 47:25

**help** 22:22 23:19 63:6 68:24 101:14 105:2

**helped** 8:21

**helpful** 36:11 39:15 73:13

**helps** 12:13 55:6

**henrick** 2:4

**hereto** 112:8

**hereunto** 112:11

**high** 43:11 47:3,4 47:4,5

**higher** 59:10

**highly** 34:19 35:3

**hold** 89:6 98:9

**hope** 6:25

**hopefully** 12:13 19:14 41:13

**hoping** 45:25

**hour** 44:7,7

**hparker** 2:6

**hurricane** 67:23 67:24 68:12,14,17 69:4,15,18

**hurricanes** 68:9 68:21 69:9

**i**

**identified** 18:5 20:20

**identify** 20:5

**ieee** 22:1

**ignoring** 15:22 29:10

**imitate** 35:8,13,17 42:20,23 64:11 70:22 71:3 72:5 74:19,23,24 75:3,4 75:8,12,18,20,20 75:25,25 76:2,5,15 76:19,23 77:2,5 79:5 81:5

**imitated** 79:8,13 81:6,25 87:4

**imitating** 42:16 43:12 70:13 76:10 76:12

**imitation** 63:4

**immediately** 36:9 36:10 104:15

**impacted** 96:25

**implement** 69:23

**implementations** 42:10

**implemented** 53:5 99:14

**implementing** 104:6

**implies** 56:21

**imply** 75:5

**import** 92:10

**important** 49:3 59:25 60:9 61:21

69:3 71:10 84:3

**importantly** 8:10

**impossible** 68:10 68:11

**imprecise** 63:4,23 76:11

**imprecision** 55:21

**improper** 55:14

**improvement** 98:11,12

**inaccurate** 25:18

**include** 8:2 9:16 90:25

**included** 25:4 41:1 90:23

**includes** 15:7,20 21:9

**including** 9:17 83:24

**incoming** 94:15 102:22

**incomplete** 25:20

**inconsistent** 32:13 33:12 34:2 35:1 49:13

**incorrect** 25:3

**individually** 18:5

**individuals** 34:14

**industry** 28:9

**information** 10:18 22:21 40:13,18,20 41:6,11 91:3 104:19

**informed** 38:19

**informs** 98:14

**infringement** 32:19 86:8

**initial** 62:3

**injection** 66:7

**inside** 52:25 53:1,2 54:1 55:5,19

60:23,23 61:3,4 62:5 63:1 67:16 106:18,19 107:6 107:18 108:7,12 108:13

**instance** 1:17 87:4 87:5,8,8 88:2,2

**instruction** 20:16

**instrument** 110:8

**intention** 9:16

**interacts** 100:10

**interest** 65:7

**interested** 112:8

**interface** 62:7

**interpretation** 35:4

**intrinsic** 31:23 35:20 43:10 46:25 46:25 47:2,17 63:13 66:15

**invention** 49:22

**inventions** 58:23

**inventive** 57:20

**inventor** 33:1,8,20 33:24 34:1,20,24 34:25 36:14 47:8 49:9 83:18 94:3

**inventors** 43:20,23 44:2 80:15,21,24 97:2

**investigation** 76:13,22

**involve** 53:12

**involved** 4:25

**involving** 10:9 37:13

**irrelevant** 71:17

**issue** 5:3 13:17,21 31:5 38:23 69:21 73:3,10,22,24 75:11

**item**  10:19 20:8
57:3,4 77:24
78:19 81:4
**items**  22:10,13
38:11 51:6 61:12
84:18

**j**

**jacob**  2:9
**jalali**  2:9 3:5 6:15
10:16 14:12,17
17:2,11,18 18:18
20:25 25:5,7,23,25
27:20 29:13,25
30:9 32:16 33:14
34:11 35:9 36:1,3
37:2,14 44:4,10
45:3 48:18 49:23
50:4,14 53:9,16
55:12 56:25 59:15
59:17 60:16 61:20
68:2 70:15 71:5
71:16 72:8,25
73:19 74:2,20
75:19 85:23 86:5
91:10,18 92:17
93:11,14,19 94:23
97:9 98:4,18 99:1
99:18 105:8,9
108:15 114:1
**job**  23:8 112:20
113:22
**joint**  3:16 14:10,18
**jointly**  14:4
**june**  28:19
**juror**  33:21 34:17
36:9 37:4,10 38:4
38:6 76:21 77:3,6
77:8
**jury**  33:16 35:4
36:21 39:16 73:14

**k**

**keep**  11:4
**key**  43:9 64:8 69:4
**kind**  30:24 35:23
48:12 74:21 76:14
86:7 89:24
**knew**  104:17
**know**  5:15 6:7
11:3,5 12:17 14:1
14:5 44:7 55:5
65:21 69:5,14
72:11 73:17 76:14
77:11 86:16
102:12 104:24
**knowledge**  5:19
13:24 25:9 73:25
104:16 111:13
**known**  110:7

**l**

**lack**  101:1
**laid**  40:14
**language**  62:21
**large**  54:11 64:7
**law**  2:4
**lay**  33:21 34:16
36:9 38:4,6 63:9
76:20 77:3,6,8
**layperson**  30:18
75:9 76:20 77:4
**leads**  48:25
**leave**  87:17 104:22
**leaving**  16:4
**left**  20:5
**legal**  18:24 19:2,2
19:4 112:16
113:18 114:23
**level**  27:22 43:19
43:22 44:1 47:5
86:21 88:19 95:17

**lexicographer**
33:9,25 34:24
**library**  23:8
**light**  31:4,15 32:10
33:19 34:22 36:18
39:12,13 43:15
45:11 71:7,24
73:4 75:10 88:17
**likewise**  65:7 88:9
90:21 92:2
**limited**  1:3 11:25
12:1,3,11 66:22,24
114:4
**line**  15:22 43:13
51:10 80:12,12
109:4
**lines**  64:18 98:3
106:11,12
**list**  8:5 13:22 23:2
23:23 25:2,4,14,19
25:20 26:18,20,21
47:24 69:4 80:16
84:24
**listed**  8:8,13 10:22
12:4,21 13:4,16
16:22 20:17 22:10
22:13,19,21 24:2
24:19 25:10 27:2
27:3 84:18
**listing**  11:4
**lists**  20:2 47:13
63:15
**litigation**  4:17
13:18
**little**  9:22 11:15
20:1 64:24 93:4
**llp**  2:10
**load**  60:5 62:20
65:12,14
**locate**  14:8

**located**  1:23 111:9
**locations**  92:5
**long**  44:7 51:11
56:11
**look**  7:19 8:19,23
9:19 10:6 13:11
13:14 15:3,23,24
20:1,4 22:3 24:15
25:21 26:10,13,23
27:12 39:19,24
41:15,25 43:18
44:17,23 52:11,11
52:12 53:24 54:3
60:3,4 61:9 62:17
62:20 66:2 67:2,6
69:18 78:4 80:11
81:11 82:21 84:8
84:22 86:17 89:23
96:15,19 102:18
**looked**  5:25 13:16
13:22 14:2 15:25
16:8,8,13,17,21
24:23 25:16 26:4
26:6,14 38:12
39:7 76:24 77:1,5
**looking**  14:12 15:5
24:20,22 28:1
39:13 41:11 47:7
54:10 60:21 65:12
76:14 81:4,7 86:3
100:8 101:8
**looks**  9:5,7,9,13
15:7 16:3
**loop**  16:18 24:1
**lot**  25:9,9 31:22
34:21 36:18 50:22
67:21 70:22 81:13
100:12
**lots**  67:25
**lunch**  77:10,11

| m | | | |
| --- | --- | --- | --- |

**mac** 24:17,17 26:4
76:25
**machine** 1:22
**mail** 102:6,9,13,18
102:22,25 103:3,8
103:10 104:5
**main** 16:9 98:7
**majority** 4:18
**making** 67:21
113:11
**manner** 33:12
34:7
**march** 114:3
**mark** 14:21 15:16
**marked** 6:23,24
7:2 14:24 15:2,15
**master's** 42:1
**materials** 22:20
25:2,15,19 26:6,18
26:21 40:3,7,23,25
41:4
**matlab** 42:6
**matter** 4:20 9:11
72:22 73:2 74:1,6
74:22 104:2
**matters** 59:18
111:13
**matthew** 1:13,16
3:4,11 4:1 109:2
110:1,4,7 111:11
114:5
**mean** 5:7 17:13,14
24:4,5 26:22
31:20 36:12,17,19
36:23 56:21 60:19
74:5,21 75:2,8,9
80:6 84:9 92:18
105:1
**meaning** 13:18
29:23 30:8 31:1,4

31:7 32:3,14 33:2
33:5,6,13 34:8,14
35:7,12,25 37:25
38:3,9 50:6 51:18
71:2,3 72:4,5,22
72:23 73:10 74:1
75:8,18,25 76:15
76:20 77:7
**meanings** 36:8
**means** 35:17 38:19
53:3 56:20 70:21
73:14 74:12 75:23
76:6 82:7,7 83:13
83:17 85:17 88:16
90:16 91:2 92:15
93:23 106:4
**meant** 17:8 33:20
34:20,22 44:2
75:5 88:4
**measure** 67:18
**meet** 4:10 97:25
108:19
**meeting** 14:13
**members** 38:7
**memory** 40:6
60:24 62:22
**mention** 10:24
12:15
**mentioned** 13:11
13:14 18:11 24:11
24:12 25:21 69:19
76:24
**mentions** 11:7,8
**menus** 102:3
**merely** 102:14,25
**merriam** 27:6
**message** 64:2,2
65:8,8,17,18 96:5
96:11,13,22
103:10,22

**messages** 64:12,12
**met** 13:5
**meteorologists**
68:16
**methods** 52:13
105:23 107:10
**micro** 10:21 12:12
**microsoft** 21:20
**mid** 29:6
**midatlantic**
114:15
**middle** 22:5 89:24
**mimic** 31:5,9,20
36:24 37:3,7,22
42:23 43:3,5 49:2
49:5,10,11,17 50:6
56:20,21 57:23
68:11,11 72:24
73:7,21 74:1,4,7
75:22,23 76:19
77:5 85:17 92:22
97:19
**mimicked** 48:24
50:3,13 56:22
85:18 87:5 91:17
97:8 106:21 107:5
107:22
**mimicking** 37:13
37:23 42:11 43:6
46:17 48:16 50:17
57:21 63:5 69:8
73:13 74:12,15,16
86:13,19 102:24
**mimics** 57:2,4,4
57:15
**mind** 30:20 40:4
41:4 87:11 88:11
**minute** 15:17 26:3
91:7
**mischaracterize**
26:5 46:1

**missed** 92:10
**missing** 91:9
**mission** 2:10
**misspoke** 29:9
88:4
**misspoken** 77:5
**mobile** 43:21,24
47:9,20 48:8,17
49:10,18 50:25
52:15,20,25 53:1,4
53:25 54:6 55:7
57:8 58:2,3,10
60:14,14 61:16
62:4,12 65:12
67:14 74:13,15
79:7 82:11,23
83:19 84:6 103:21
105:24 106:7,10
106:18,24 107:1,7
107:12,18,24
108:2,3,8,10,13,14
**mode** 106:8
**model** 42:9,21
46:13 53:1,1 58:2
58:8 60:23,23
61:4,11 62:6,24
66:14,14,21,22,23
67:13,16 68:14,15
90:8 96:11,23
97:16 108:13,14
**modeled** 67:2
**modeling** 42:12,15
43:9 64:7,15
65:22,22 66:1,5,6
66:7,8,11,13,18
67:10 68:14 76:12
**models** 68:16,20
104:6 106:20
**module** 61:2
**moment** 7:1 9:1,3
12:17 16:1,23

18:20 19:23 20:7
21:11,12,19 28:16
31:2 40:6 50:19
58:12 60:17 63:7
63:11 64:23 69:19
70:8 74:3 75:20
77:20 79:14 80:8
81:13 84:21 87:10
89:23 96:7 105:12
105:14
**monitoring**  61:2
62:25
**month**  6:8
**morning**  4:5 6:6
76:24 88:15
**move**  43:14 70:10
**movie**  69:16
**moving**  86:8
**multiple**  8:5 15:8
15:9 101:12
**mute**  51:12 67:20
70:6,7,7
**mutually**  55:25
56:2

**n**

**n**  2:1 3:1
**name**  4:5 109:2
110:8
**named**  111:10
**nature**  68:1
**near**  10:10 64:15
**necessarily**  49:1
66:9
**necessary**  40:24
41:5,9 58:13
**need**  14:9 18:6,6
24:1 35:4 44:5
49:5,5,20 50:2,17
50:21 72:15,15
88:20 102:12

**needed**  23:23 38:5
**needs**  50:13 59:25
**neema**  2:9 105:9
114:1
**negative**  11:23
**neither**  64:21
112:3
**network**  51:6
61:18 62:2,2,6,12
63:2,15,21 64:5,7
64:8,11 65:6,13,16
66:21,22,23,24
67:2 69:24 79:15
79:17,20,22 80:1,3
80:16 81:8,20
82:19 83:10,23
84:20,24 85:19,21
85:25 86:1,13,19
86:22,24 87:3,5,15
87:22,23,24 88:8
88:10,23 89:5
91:13,17,20,21,24
91:25 92:7,16,23
93:5,21,22,24 94:3
94:10,17,21 95:2,6
95:10,15,22 96:3
96:10,16 97:5,8,13
97:14,19 98:1,15
98:16 99:3,5,10,12
99:13,13,20,21,22
100:4,10,13,15,21
101:8,10,16,18,21
101:24 102:3
103:21 104:5,6
**new**  22:1 41:8,10
**nice**  4:10 108:19
**night's**  13:10
**njalali**  2:12 114:2
**noah.gov**  68:18
**noise**  67:21

**nokia**  47:21 48:8
**nontechnical**
24:24 27:7 38:7
**north**  5:18
**northern**  12:8
**notary**  110:13
111:23
**note**  71:10 114:10
**noted**  110:2
**notified**  113:4,6
**notion**  57:13 97:22
**number**  3:10 5:15
8:12 14:19 20:5,9
20:9,10,11,12,13
27:15 38:18 39:24
47:14 70:19 77:24
77:24 78:16,19
82:10 84:11 97:1
101:4 103:20
105:15
**numbered**  1:18
9:21 10:6
**numbers**  16:12
19:13
**numerous**  5:14

**o**

**oath**  110:7 111:15
**object**  32:16 50:4
53:9 57:3 72:25
74:2,9 85:23 97:9
98:4
**objection**  6:15
10:16 17:2,11,18
18:18 20:25 25:5
25:7,23,25 27:20
29:13,25 30:9
33:14 34:11 35:9
36:1,3 37:2,14
45:3 48:18 49:23
50:14 53:16 55:12
56:25 59:15,17

60:16 61:20 68:2
70:15 71:5,16
72:8 73:19 74:20
75:19 78:6 86:5
91:18 92:17 94:23
98:18 99:1,18
**objective**  67:12,12
**obvious**  34:16
**occurring**  103:3
**occurs**  90:20
**office**  110:10
**officer**  113:7
**offices**  1:22 13:6
111:8
**oh**  15:7 75:5 84:14
94:24 101:9
**okay**  6:3 9:4,15,25
10:6 11:7 14:21
15:12,16,19 17:9
25:1 32:25 40:9
41:17 48:10 50:10
51:15,22 56:6
67:22 70:9 75:17
77:20,21,22,25
78:6,18,24 79:11
81:22 82:17 84:14
84:18 85:4,12
87:11 91:10 92:9
93:8,19,25 95:14
105:4,4
**once**  33:22 38:8
65:3 67:20
**ones**  20:20 22:24
**online**  24:24
**operating**  57:22
61:4 71:12
**operator**  79:15,17
79:20 81:8,20
82:19 83:10,23
100:5

**opine**   13:19,20
18:10 20:21 21:3
29:3 38:10 40:20
70:20
**opined**   38:11
**opinion**   5:13 20:15
20:23 31:25 35:11
39:1 49:19,25
65:20 82:5
**opinions**   5:20 6:10
6:14 11:19 20:6
24:9 25:16 26:9
26:17,20 40:24
41:1,5,8,9,10,12
44:16
**opposed**   55:11
56:7,22 66:14
69:13 80:5
**oral**   1:11
**order**   14:23
105:13
**ordering**   105:17
**ordinary**   27:25
28:11,23 29:7,11
29:22,23 30:4,7,13
30:18,23 31:1,3,7
31:8,16,19 32:2,9
32:14 33:13,17
34:3,8,9,15 35:2,7
35:12,15,25 36:8
36:16 37:8 39:11
44:25 45:5,13,15
45:18,22 47:7
49:14 58:18 60:20
61:8 65:9 72:19
73:5,15 82:5
83:13 88:17 90:16
94:25 95:13 96:18
100:20 101:14
103:6 104:11,16
107:2,20

**organized**   21:11
78:25 85:8
**original**   56:23
**originally**   6:9,12
11:10,18,19
**output**   90:12
**outside**   5:7 53:22
71:18,25 73:6,21
74:6
**overall**   19:8 49:8
**overarching**   48:12
**overlap**   71:10
**overload**   61:6
**overloading**   60:7
61:5

**p**

**p**   2:1,1
**p.m.**   1:20
**pacer**   14:19
**page**   3:10 7:15 8:8
8:13,14 9:20,21
10:6,10,22,24 12:4
15:23 16:2,2,4
19:12 20:8,9,11,12
20:13,14 22:5
31:21 35:19 39:21
39:21,25 41:18,19
63:10 64:1,18
65:2 77:23 78:8,9
78:13,16,19 79:5
81:4 109:4
**pages**   37:20 78:7
78:11,13
**paragraph**   7:19
8:12,14,15 11:20
13:5 27:12,14,17
27:19 28:6 30:25
31:3,18 39:19,22
39:22,23,24,25
40:15,18,22 41:15
42:4 43:18 45:16

46:6,10,16 63:10
63:12,17 64:17
67:22 76:7,7,10
80:12 89:15,23
90:6,10 91:23
92:4 94:2,11,17
95:4 96:1 97:18
97:18 101:20,23
101:25,25
**paragraphs**   19:20
19:23 40:10
**parker**   2:4 3:5 4:4
4:6 6:21 10:24
11:12,17 14:7,15
14:21,25 17:7,14
21:5 25:6,24 26:2
27:21 30:3 32:25
34:5 35:6,11 36:2
37:11,19 44:12,15
45:7 49:19,25
50:10 53:11 54:7
56:1 57:1 59:16
60:12 61:17 62:8
69:11 70:25 71:13
72:1,11 73:16,25
74:4,24 77:10,13
77:16 85:24 86:24
91:6,12 92:25
93:6,9,13,17,20
95:11 97:22 98:9
98:21 99:5,20
105:5 108:17
**part**   9:10 13:25
26:14 40:17 46:3
57:25 62:3 64:3
94:8 98:7
**particular**   9:20
36:24,25 42:3
48:16 59:20 83:17
85:5 91:15 92:15
95:3 97:8 98:15

**parties**   8:5 14:4
18:5 38:17,20
112:5,8
**partnership**   1:3
114:4
**parts**   94:24
**party**   111:21
112:2
**patent**   3:13,14,15
4:17 11:9,9,20
12:5,6,16 13:8
15:8,10,11 27:23
29:8 31:11 47:13
48:15 49:22 52:4
52:5,11 56:6,11
57:13,18,18 60:17
62:10 66:20 71:15
74:25 75:13 77:17
78:3,5,23 79:2,13
80:3 81:12 84:10
84:15 85:2,6,10
87:16,17 89:3,7,9
91:14,23 92:22
95:14 102:11
103:11,14 105:11
105:13,17 107:13
107:19
**patents**   4:25 6:13
6:20 8:16,18 11:8
11:25 12:6,15,20
12:23 13:3,4,7
15:12 17:24 23:16
27:10 28:1,2,4,14
28:23 29:10,16,19
30:1,2,12,17 31:4
31:8 32:1,10,11,12
32:17,24 33:11
34:7 35:13 36:6
36:17 48:15 49:9
49:9,21 50:1,12,19
51:17,19,24 52:8

52:18 53:7,12
55:9,15 58:23
60:13 65:3 69:2
71:6,11,23 72:7,9
72:14,18 73:2,10
73:22,23 74:7,22
75:3,3,4,11 84:9
90:7,11 91:16,20
92:3,5,12 93:21
107:25 108:6
**pause** 81:9
**people** 38:2
**perform** 45:14
**performance**
59:13 62:12
**performed** 18:7
45:20 73:23
**person** 27:24
28:11,22 29:7,10
29:23 30:3,13,18
30:19,23,24 31:16
31:18 32:8 33:17
34:3,9 35:2,15
36:7,16 37:8
39:11 44:25 45:2
45:5,12,15,18,21
47:6 49:14 58:18
60:19 61:8 65:9
72:19 73:5,15
74:10 82:5 83:12
88:17 90:16 94:25
95:13 96:18
100:20,20 101:14
103:6 104:7,11,16
107:20 110:8
111:10
**personal** 23:7,7
**personally** 110:7
**persons** 34:15
107:2

**perspective** 27:24
30:13 31:16 32:8
45:12,15,21 72:19
73:5
**pertain** 8:7,9
**pertains** 20:8,10
20:11,12,13
**ph.d.** 42:1
**phillip** 2:9
**phone** 4:6 9:4 48:9
67:21 93:1,15,18
93:18
**phrase** 79:12 81:3
89:11 91:14
**phrased** 92:9
**phrases** 19:17
20:3,6 21:2 70:20
71:22
**phrasing** 90:3
**pick** 102:5
**pixels** 47:25,25
**place** 48:1,22
79:25 91:21 96:6
**places** 55:18 62:16
101:5
**plain** 29:22 30:7
30:25 31:3,6 32:2
32:14 33:12 34:8
35:7,12,24
**plaintiff** 1:18 2:3
16:14 38:24 39:6
**plans** 77:11
**platform** 106:25
**play** 67:15
**played** 57:19 58:3
90:8
**playing** 56:18,18
58:1,5,7 96:12
**plea** 14:11
**pleading** 14:10

**please** 7:8 8:23
14:22 17:9 20:19
26:1 27:12 35:10
39:20 49:24 53:10
57:17 85:2
**plenty** 97:20
**plural** 34:18 52:14
**plurality** 79:14,20
81:8,20 82:19
83:10,22 85:19,21
86:13,19,22 89:5
**plus** 78:14
**point** 7:25 19:19
19:23 35:18 43:1
44:11 56:19 76:9
105:4
**pointed** 47:19
101:4
**pointing** 78:1
**points** 101:20
**poorly** 92:10
**posita** 27:19,22
28:13 32:3 33:13
35:7,13,24 36:23
38:1 46:10,22
48:13 49:4 94:20
**position** 33:4
**possession** 23:7
**possible** 43:8 55:4
55:6 69:8 87:22
87:24 88:7,8,10
**potential** 95:9
**potentially** 50:18
66:4,11
**power** 68:10
**pr4-2** 18:4 38:19
**pr4-3** 18:2
**preamble** 70:5
**precise** 43:6,8,14
46:17,23,23 47:23
47:23,24 49:13

60:1 61:11 64:10
64:14 66:23 67:11
67:17 74:15 88:19
103:22 104:8,21
**precisely** 46:14
47:22 49:6,10
105:4
**precision** 43:7,12
43:20,22 44:2
46:4,7,21 47:3,4
48:2,3 59:9,10
63:22 64:7 67:4
75:24 86:21 88:19
95:17 103:7,8,13
104:8,21
**predict** 68:21
**prehearing** 3:16
14:18
**prepare** 12:25
13:9 16:21
**prepared** 5:6 17:1
17:10,13
**preparing** 24:10
44:15 76:16
**presented** 87:6
98:15,20
**presumably** 56:21
**pretty** 85:13 93:11
**previous** 5:1 54:24
92:19
**previously** 9:8
**primary** 27:25
**printing** 16:3
**prior** 25:22 107:16
**privileged** 10:17
17:3,12,19 18:19
**probably** 4:15
14:8 92:9 106:5
**problem** 49:8
**problems** 108:9

procedure  1:25
   31:13
proceedings  17:21
process  17:15,20
   18:4,15 19:14
   32:18,20,20,23,23
   51:21 57:4,4
   102:22
processor  47:15
   47:22,23 59:23,25
   60:6,7 61:2,6
   62:20
produced  1:17
product  86:11,12
   86:17 95:3 101:15
profile  61:2 62:23
   67:18 78:21 81:18
   82:3,10 83:3,12,16
   84:4 90:7,12
   103:24
profiled  47:12,12
   61:13
profiler  58:8
   62:19,22,23,23
profilers  61:1
   62:24 67:19
profiles  82:9
profiling  49:7,12
   60:4,5 62:18
   74:16 82:22,24
   84:5
pronoun  99:2
proper  31:13,17
   32:7 45:23,23
   50:16 71:12
   105:13,17
properly  60:10
   79:9 103:24
propose  38:24
proposed  16:14
   38:16,20 39:8

43:3 56:19 75:10
   77:18 79:3 81:3,5
   81:22 85:16 90:24
proved  110:7
provide  6:10,14
   11:11,19 92:14
   100:19
provided  17:24
   20:6 39:9 94:18
provider  100:9
providing  33:19
public  68:19
   110:13 111:23
publicly  22:20
pull  50:19 63:15
   77:16 80:16 84:23
   102:3
pure  14:3 16:4
purpose  10:14
purposes  6:5
   110:9
pursuant  1:25
   111:19
put  5:24 8:20 14:4
   15:2 19:21 29:15
   29:19 30:16 31:11
   32:6 48:7 60:18
   65:14 85:6 93:15
puts  95:18,19
putting  30:1 36:16
   72:9,14 74:22
   80:1,3 105:13

## q

qualified  111:5
qualities  67:24
   75:21,24
ques  21:24
question  4:14 7:23
   11:16,23 12:14
   17:9 19:15 20:19
   21:16 22:18,22

24:8 25:12 26:1
   28:25 29:15,17,21
   30:15,17,22 31:10
   32:5 34:6,13
   35:10 36:13 37:17
   40:11,21 41:14
   44:24 49:24 50:8
   51:10,12 52:2,6
   53:10,17,20 54:12
   54:24 55:4,21,22
   56:6,10 57:12,17
   58:11 59:5 61:7
   61:22 62:15 63:9
   64:25 70:3,4,6,24
   72:1,3,10 73:17
   75:1,7,16,17 80:14
   82:17 87:11,12,20
   87:25 88:6 89:21
   92:11,12,19,20,24
   93:20 94:9,12,25
   98:7,12,19 99:3,7
   99:8 104:20 108:5
questions  18:14
   42:14 78:22 99:19
   105:6,20,25
quite  8:19 86:16
quote  26:21,21
quoted  22:25

## r

r  2:1
rain  67:25
reaching  24:9
read  13:7 25:9,11
   25:12,13 28:2,3
   40:9 46:8 51:14
   54:23 58:6 63:17
   79:9 90:6 96:16
   104:17 110:1
   114:9
reader  98:14

readily  33:16,22
   37:4 38:4
reading  35:16,16
   64:17 65:10 90:10
real  52:14 59:13
   70:12 79:6 90:8
   90:19 91:1 103:3
   105:23 107:11,23
   108:3,7,10
realize  14:22 49:4
   84:3
really  94:9
reason  26:7 54:23
   109:4 114:11
reasons  23:4 58:20
   113:10
recall  6:18,19 8:4
   16:24 21:8 24:16
   24:20,22 38:1
   44:23 105:19,24
receipt  111:24
   114:18
received  96:11,13
   96:22
receiving  96:4
   103:10
recess  44:14 77:15
   91:11
reciting  113:10
recognize  7:9
recognized  36:7
recollection  18:3
   23:11
record  16:2 17:4
   23:22 30:10 31:23
   38:22 43:11 46:9
   47:17 52:3 63:13
   64:24 65:25
   105:15 111:17
records  11:6 46:25

recreate  69:17
reduced  96:15
  111:15
refer  44:21 46:16
  67:4 76:11
reference  10:9,13
  11:20
referenced  15:13
  23:1 41:3 107:12
  114:6
references  21:9
  22:23 23:19 24:2
  24:4,14,15
referred  8:14
referring  35:23
  37:18 40:8 41:4
  41:20 90:1 94:5
refers  8:15,17
  10:13,20,20,25
reflected  104:19
refresh  40:6
regarding  7:13
  105:20
registration
  112:17 113:19
related  4:24 51:6
  62:21 64:5,11
  80:1 112:4
relates  28:14 68:7
  83:3
relating  105:25
relative  59:9,10
  112:6
relatively  43:7
  46:14,17,23 47:4,4
  63:4,22 64:14
  76:11
relevant  28:15,23
  32:7 45:1
rely  40:1

remember  105:25
repeat  11:16 17:9
  20:19 26:1 35:10
  49:24 53:10 57:17
  70:5 72:2 87:12
report  7:20,21
  13:20 18:21,22
  26:25 31:3 35:18
  39:17 41:13 42:19
  42:25 43:5,18
  45:17 46:5,22
  63:7 69:5 70:22
  76:8 82:21 89:14
  90:13
reported  1:22
reporter  1:21 6:24
  11:15 14:8 15:1
  111:5
reporter's  3:7
reports  5:5,10,11
  5:16 19:3
representation
  46:17 76:5,12
representative
  23:25
represented  46:12
requested  111:21
  112:1
require  32:12,17
  50:15 59:12 67:24
  84:6 89:4
required  59:10
  91:3 96:13
requirement
  32:24 90:19,25
requires  35:23
  47:3 83:11 84:2
requiring  62:6
  82:2
research  12:18
  76:15,22

resource  47:12
  48:9 58:2,9 61:14
  62:25 65:12 67:18
  74:17 83:1,19,21
  84:5 96:24
resources  47:14
  48:11 61:15 65:15
  79:7 82:11,23,25
  96:12,14
respect  24:14 28:5
  31:12,22 32:9
  33:25 35:21 38:15
  41:12 43:20 48:20
  51:4 54:20 60:1
  65:4,13 67:3
  69:21 71:11 73:3
  73:23 75:9 82:1
  83:16,20 88:23
  91:20 92:2 93:24
  96:1 100:15
  102:18 106:16
response  71:11
responsive  12:13
  53:19 59:20 94:11
rest  7:5 19:5 23:2
  42:3 89:17
restate  40:7
restrictions  76:1
result  49:7 60:4,5
  61:12 79:8
results  49:12
retained  6:4,9,12
  6:13,21 7:17,20,24
  10:14 11:10,18,19
retention  6:16,17
  8:1,3,7 10:20
  11:24 12:1,5,10
retrieved  96:11
return  114:13,17
returned  111:24
  113:12

reveal  10:17 17:3
  17:12,19 18:19
reverse  70:23
review  12:20 16:1
  17:23 18:25 38:15
  38:16 113:8 114:7
reviewed  13:2,2,3
right  8:16 14:6
  17:7 22:11 23:10
  46:20 53:25 57:8
  72:12 74:6 78:12
  78:15 79:9 80:6
  81:10 89:20 95:8
  102:6 106:10
rik  4:5 14:12
  44:10 93:11
  108:16
room  93:18
ross  1:23 111:9
roughly  5:5
row  57:24 84:23
  96:9
rows  91:24 102:1
rule  111:19
rules  1:25
run  53:7,21 54:6,7
  54:9,12,25 55:4,6
  55:10,23 56:3,4,10
  56:13,15,17 57:19
  65:5 67:15 106:18
  106:20,23 107:6,6
  107:17,18,24,24
  108:9
running  43:24
  53:13 54:17,19,20
  55:20 56:7 57:14
  57:14 62:5 64:19
  70:2 91:5 96:23
  108:1,2,6,12
runs  62:25

| s | | | |
|---|---|---|---|
| **s**  2:1 3:9 | 40:14 43:16,19,19 | **shedding**  33:19 | 35:8,12,17,21 36:7 |
| **san**  2:11 | 43:21,22,25 44:1 | **sheds**  34:21 | 36:12,15,17,19,23 |
| **saw**  36:6,6 104:15 | 46:8 47:6,8 52:23 | **sheet**  114:11 | 37:25,25 38:5,9 |
| **saying**  31:6 42:24 | 52:24 54:1,4 | **sherman**  1:2 | 42:7 50:5 51:18 |
| 75:12,15 79:17 | 55:18 56:14 57:9 | **shift**  51:1 60:21 | 63:11 68:20 69:23 |
| 83:6 88:2 97:22 | 60:24 63:18,20,24 | **shoemake**  1:13,16 | 70:21 71:2,8 72:4 |
| 98:6 101:9 | 65:25 66:1,1,16,18 | 3:4,12 4:1,5 15:4 | 76:2,3,6,18 77:2,9 |
| **says**  14:16 25:2 | 66:20 67:3,4,8,9 | 44:15 105:10 | 78:20 81:17,19 |
| 41:9,23 46:10 | 67:19 68:18 69:25 | 108:18 109:2 | 82:3,7 85:16 |
| 48:23 49:9 54:1 | 72:16 80:15 81:16 | 110:1,4,7 111:11 | 87:24 88:1,2,5,10 |
| 56:14,15 57:25 | 81:19 83:14 90:4 | 114:5 | 92:13 97:23 101:5 |
| 66:25 80:18 81:5 | 90:21 91:23 93:15 | **shoemake's**  9:17 | 101:23 |
| 81:17,17 84:23 | 94:5,6 98:9 100:8 | **shortcut**  19:25 | **simulated**  51:6 |
| 94:13 96:10 97:18 | 104:1,1,2,4,12,13 | **shorthand**  1:21,22 | 63:16 64:22 65:7 |
| 98:22 105:22 | 106:6,10,12,17 | 111:5 | 68:15 69:9 79:20 |
| **scenarios**  57:19 | **seen**  18:3 33:24 | **shortly**  6:2 | 80:17 81:19,24 |
| **science**  21:22 | 34:1,23,25 88:21 | **showing**  79:6 | 83:4,9,22 85:1,22 |
| **scope**  72:4,5,22,23 | 88:21 104:14 | **shown**  47:21,22 | 86:25 87:7 88:13 |
| **screen**  84:2 | **send**  64:2 | 55:18 | 94:22 95:3 97:13 |
| **scripted**  80:19,20 | **sending**  64:12 | **shows**  48:1 54:1 | 97:15 98:23,25 |
| 80:21 81:1 94:12 | 65:8,17 | 55:19 62:17 80:16 | 100:22 101:10,16 |
| 94:14 95:7 | **sent**  6:1 114:14 | 82:14 84:23 | 102:14 104:3 |
| **seal**  110:10 | **sentence**  40:1,17 | 101:21 | **simulates**  98:16 |
| **search**  56:13 | 40:22 41:18,22,25 | **sic**  12:11 | 103:1 |
| **searched**  104:24 | 52:13,16 58:7 | **side**  7:5 15:3 89:17 | **simulating**  43:12 |
| **seattle**  12:12 114:4 | 65:1 89:24,25 | 89:18 106:10 | 53:8,14 63:23,24 |
| **second**  6:7 27:5 | 105:20,22 106:2 | **sign**  113:10 114:12 | 64:10 66:14 70:14 |
| 85:7 86:7 90:1,11 | 107:9 | **signature**  109:1 | 85:25 86:20 88:23 |
| 96:8 | **separate**  61:25 | 110:1 111:20,23 | 89:1,9 92:8 93:21 |
| **section**  18:24 19:2 | **sequence**  18:8 | 112:15 113:12,17 | 94:3 95:16 97:5 |
| 19:4 31:20 35:18 | **server**  100:5 | **signed**  114:20 | 98:2 104:2 |
| 35:19 46:19 63:8 | **servers**  104:5 | **similar**  16:17,19 | **simulation**  34:21 |
| 100:25 | **set**  7:5 9:2,8,13 | 17:25 34:19 89:11 | 34:22 43:2,7,14 |
| **sections**  19:3 43:1 | 23:19,25 32:25 | **simple**  19:20 | 46:3,20,24 50:18 |
| 61:25 | 49:9 79:4 101:8 | 75:17 | 51:2,3,4 58:15,16 |
| **see**  9:1 10:10 11:2 | 112:11 | **simpler**  57:1 | 58:25 59:11,14 |
| 11:6 14:13 18:13 | **setting**  9:8 21:14 | **simply**  53:14 | 63:8,14,20 64:14 |
| 22:6 24:8 26:25 | 81:23 | 55:11 87:21 | 65:8,16,21,23 66:9 |
| 28:6 31:18 33:18 | **seven**  22:13 | **simulate**  23:9,12 | 66:17 68:7,25 |
| 33:18 36:10,14 | **shed**  36:18 | 23:14 24:20 34:6 | 69:12,13,15 83:11 |
| | | 34:6,12,13,25 35:1 | 88:16,20 91:4 |

92:1,6 95:5,8,9,19
96:2,10,17,21 97:4
97:11 99:10,12,21
100:16 101:2,18
102:2,19 103:6,13
103:25 105:3
**simulations** 46:15
100:13
**simulator** 63:16
66:4,5,19 80:17,18
85:1 94:5,6,14
100:4,5,9,10 101:5
104:14,18
**simulators** 41:20
41:21,24 42:2,3,5
**simultaneous**
90:22 91:2
**simultaneously**
78:20 89:3,8,12,16
89:19 90:3,15,18
**single** 8:22 15:22
49:2,18
**sir** 32:25
**sit** 44:25 45:4
72:12 73:16,20
**situation** 36:5
**situations** 51:19
51:24 70:13
**skill** 27:22,25
28:12,23 29:7,11
29:24 30:4,13,18
30:23 31:8,16,19
32:9 33:17 34:3,9
34:15 35:2,15
36:8,16 37:8 38:2
39:12 44:25 45:2
45:4,5,13,16,18,22
47:7 49:14 58:18
60:20 61:8 65:9
72:19 73:5,15
82:5 83:13 88:17

90:17 95:1,14
96:18 100:20
101:14 103:7
104:12,16 107:2
107:20
**skip** 81:18
**sleep** 13:10
**slightly** 23:15
**small** 70:19
**software** 46:13
77:1
**solutions** 112:16
113:18 114:23
**solve** 49:10
**somebody** 17:16
69:16
**sorry** 5:10 10:3
29:8 39:25 53:5
77:4 78:18 81:12
84:11 85:7 88:4
101:24 104:10
**sounds** 69:11
93:12 100:24
**sources** 27:3
**spawned** 69:7
**speaker** 93:15
**speaking** 50:23
52:22
**spear** 2:9
**special** 33:2,5,5
**specific** 8:1 12:2
18:11 19:19 34:2
34:4,14 40:4
47:22 48:22 50:8
50:11 51:8 52:4
55:1 59:19 61:15
61:23 62:20 70:5
71:15 72:16 83:20
88:8 89:1
**specifically** 22:25
41:23 81:1

**specification** 31:4
31:15 32:11 33:19
34:17,21 35:16
36:20 39:14 43:17
45:12 47:8,18
48:1,5,13,19,22
49:4,15,17 50:24
50:24 53:22 55:18
56:15 57:25 60:3
60:11 61:10 62:1
62:3,10,21 63:14
63:20 64:2,4 65:6
65:11,18 66:17,25
67:3,6,7 71:7,24
73:4 79:24 80:3
80:10,23 82:6,8,22
83:14,15,16 84:22
88:18,22 90:2,4,5
90:9,15 92:22
94:1,19 96:6 97:2
97:20,21 98:14
99:9 101:13
103:12,17,18
104:1,9,15,17,23
106:23
**specifications** 28:2
34:18,19,20 43:16
75:11 104:13
**specificity** 6:19,20
**spectrum** 65:22
**speculate** 14:1
**speculation** 12:19
14:3
**speed** 47:15,23
58:13,22 59:1,3,4
59:6,16,21,23,24
60:8 69:6
**speeds** 47:24
**spent** 91:12
**spinco** 12:12 114:4

**spots** 59:3
**spreadsheet** 13:16
13:23,24 15:25
16:19 24:11 38:12
77:18 79:5
**stack** 7:3,4,5,7 9:2
**stage** 13:17,18
17:21 19:10 101:1
**stamp** 14:19
**stand** 18:22
**standard** 22:1
45:9
**standards** 19:5
45:8
**start** 6:10 7:8 8:22
10:3 29:9 47:5
55:17 58:14 89:24
**started** 103:19
**starting** 35:19
64:18 76:6 80:11
**starts** 20:11,12,13
20:14 31:21 41:19
63:10 65:2 89:25
90:1
**state** 1:21,24 28:8
90:7,11 110:5,13
111:1,6,10 113:2
**statement** 3:16
14:19 40:5,8 62:7
113:10
**statements** 14:11
**states** 1:1
**stay** 21:11 48:21
78:25 85:8
**step** 18:4 32:20,20
51:15 86:7
**stick** 84:9 89:2
**stipulations** 3:3
**stop** 18:13 86:15
**storage** 47:23

**street**  2:10 30:6,19
  112:17 113:19
**strong**  75:22
**study**  68:17
**styled**  1:18
**subject**  4:20 9:11
**submit**  14:5
**submitted**  7:12,22
  8:11
**subscribed**  110:8
  113:14
**subsequent**  89:25
**substance**  113:9
**sued**  5:2
**sufficed**  23:20
**sufficient**  49:6
**suggesting**  55:15
  55:23
**suit**  28:14,24 32:1
  50:2 72:7,9 108:1
**suite**  112:17
  113:19
**summary**  13:9
**supervision**
  111:16
**support**  101:2,8
**supported**  43:10
  46:24
**supposed**  45:11
  71:23
**sure**  5:14 8:19
  11:17 19:11 22:18
  29:14 30:10 32:4
  37:15 41:22 44:20
  52:1,6 54:25 59:6
  60:18 63:6 75:3
  75:16 77:13 80:8
  83:5,8 86:16 91:8
  92:19
**surprised**  5:17

**suspect**  18:4
**switch**  81:12
**sworn**  4:2 111:11
  113:14
**system**  42:12
  52:13 53:18 54:8
  54:10,11,13 57:20
  62:23 86:4 105:22
  107:10
**systems**  42:7,8,9
  42:13 50:1,12
  53:7,12 55:9
  57:13 60:13 101:9

**t**

**t**  3:9
**table**  43:21 44:1
  47:20,21 48:21
  103:20
**take**  7:4 44:6
  71:14 91:6 95:14
**taken**  1:18 44:14
  77:15 78:12 91:11
  112:6
**talk**  37:19 42:2
  46:6,20 51:1,4
  52:9 62:1 63:13
  72:21 76:10 82:10
  87:2 89:8 91:21
  91:22,24,25 92:3,4
  92:6,7
**talked**  26:3 43:2
  46:7 51:2,5 59:3,8
  89:14 94:13
  101:17,19 103:19
**talking**  11:12
  14:14 15:17 30:23
  37:16 41:23 43:23
  50:9,24 53:18
  59:7,22,22,23
  61:22 63:14,14
  64:13 69:12,22

77:22 89:10 91:13
  92:15 95:5,12,15
  96:9 98:21 99:3
  102:1 103:20
**talks**  47:18 52:17
  62:3 79:25 82:12
  85:25 86:1 94:3
  95:7 96:1 99:9,10
  99:11 101:18,23
  102:2,2 103:18
**target**  46:11,14,18
  48:7 50:18 52:19
  56:5 64:16 65:14
  65:15 74:9 76:10
  76:12 106:25
  107:7
**taught**  43:20 60:2
  83:18 88:18
  102:16
**teach**  107:19
  108:8,11,11
**teaches**  49:17
  60:11 90:9 106:23
**teaching**  66:17
  90:5 97:3 104:1
**teachings**  49:15
  61:9 88:22
**tech**  1:3,3 10:10
  114:4
**technical**  23:6
  24:18 27:4,10
  34:1 35:3
**technically**  20:9
  39:10,15
**technology**  21:22
  23:22
**telephonically**  2:3
**tell**  8:23 9:6 14:15
  15:4 59:20 87:19
**tells**  60:5 80:24
  82:11

**tension**  29:18
**term**  29:8,12 30:6
  30:8 32:1,13 33:2
  33:4,9,10,16,16
  34:2,6,25 35:8,12
  35:17,21 36:24
  37:7,22 39:12
  69:13 71:2,3
  76:23 77:23,24
  78:16 89:17 90:17
**termination**  5:3
**terms**  13:17,19,22
  16:13 18:5,9,11,11
  19:17 20:2,6,16,18
  20:20,23 21:2,6,7
  22:2 23:6,9 29:3
  34:12,14 35:4
  36:11 37:24 38:3
  38:10,11,16,23,25
  51:18 58:21 59:16
  71:1 77:7,8 86:10
  89:17 98:22 101:5
  103:13 105:1
**tested**  49:20 50:2
  50:13 52:21 53:13
  55:10
**testified**  4:2,23
  107:9
**testify**  111:11
**testimony**  31:9
  46:1 111:17 114:9
  114:18
**tests**  51:20
**texas**  1:1,22,25
  12:7 110:5 111:1
  111:6,10 112:18
  113:2,20
**text**  54:3 67:7
  102:17
**thank**  58:12 107:8
  108:18

**thesaurus**  44:21
**thesauruses**  44:18
  44:23
**thin**  16:12
**thing**  17:15 48:13
  56:23 80:5 83:17
  85:14
**things**  8:20 25:4,9
  25:12,13,15,21
  26:4 28:8 40:2
  43:17 47:10 58:17
  65:15 67:25 74:16
  86:3,21 97:2
  99:17,19 100:14
  102:5 104:4
**think**  4:14,22 6:16
  6:17,18 9:9 13:8
  14:8,9 16:7,10,16
  16:23 17:4,5,24
  18:1,6 19:16
  24:14 25:17 28:16
  28:20 29:6,22
  33:15,15,21,23
  36:14,18,20 37:3,5
  37:6,9 38:8 40:12
  40:24 42:20 43:8
  43:9 44:21 47:6
  48:12,19,21,25
  49:13,17 50:7,7,20
  50:22 52:2,3,22,23
  53:3 54:14,22
  55:4,14,24 56:1,3
  56:12 58:12,20
  61:8,23 64:3,24
  65:9 66:3,7,8,10
  66:15,20 68:5,6,10
  69:5,20 70:3,10,10
  70:19,23,25 71:8
  71:12,17 72:20
  73:9 76:4,18,19
  77:3,6,7 80:13

  81:9,11 82:1,13
  83:7 86:7 87:10
  87:19,21 88:1,6,6
  89:15 90:14,16,22
  92:9,10 93:13
  94:8 95:11 96:5
  96:18 97:1,19
  100:7 101:12
  102:10,15,17,21
  104:7,11,25
  105:16 106:5
  107:20
**thinking**  6:6 26:10
  41:12
**third**  12:16 40:17
  89:9
**thought**  4:11
  36:10
**three**  6:22 7:14,17
  8:9,12,15 12:23
  13:3 14:9 15:12
  16:9 32:10 64:4
  99:8 107:25
**throckmorton**
  112:17 113:19
**throwing**  78:7
**time**  8:2 15:6
  16:24 28:3,6
  29:16 31:8 32:3
  33:13 34:10,23
  35:7,13 36:25
  37:8,12,21 41:11
  44:9 50:22 52:14
  59:13 72:15 77:12
  79:6,7 82:13 85:7
  87:12 88:5 90:8
  90:19 91:1,4,12
  105:23 107:11
  114:19
**timeframe**  28:7
  31:17 32:8 35:14

  114:8
**times**  4:9,15 97:12
  99:8,25 101:12
**title**  18:2 25:1,3
**today**  5:22 28:22
  28:25 44:25 45:4
  50:22 73:20
  103:19 105:19
  107:10
**today's**  9:12 12:25
**told**  25:12 53:18
**top**  7:3 41:18 64:1
**topics**  54:22
**tornados**  69:7
**total**  5:9,16
**touching**  111:13
**tracks**  68:18
**transcript**  111:25
  113:7 114:6,20
**transferred**  58:1
**tried**  13:9
**trigger**  96:3,3,21
**triggering**  104:4
**triggers**  102:20,21
**true**  26:8 52:21,23
  53:6,11,23 55:11
  55:16 57:6,9
  61:19 66:11
  100:23 110:2
  111:17
**truth**  111:12,12,12
**try**  5:16 11:4
  19:25 48:11 51:14
  53:18,19 55:3
  59:8 62:14 68:21
  69:1,3 72:13 73:6
  74:15 78:24 87:1
  89:6 92:18,19
  93:14 98:8 105:1
  105:2

**trying**  25:14 33:3
  45:25 52:1 55:2
  59:19 62:14 66:21
  66:22 67:20 68:4
  68:4,5,6,23 74:8,8
  74:10,10,13 75:6,7
  75:16,23 85:7
  87:14 94:11 95:13
  107:17,23
**turn**  67:5 81:2
  82:6 83:14 86:21
  105:10
**turned**  79:1 90:4
**twice**  88:1
**two**  4:19,22 11:8
  11:25 12:15 15:20
  19:22 21:13 26:3
  32:20 42:17 45:7
  54:22 58:16 86:3
  89:17 94:24
  104:22
**type**  39:1 59:6,21
  74:9 79:22
**types**  47:14 59:4
  94:16 102:4
**typewriting**
  111:16
**typically**  18:25
**typo**  11:3,6

**u**

**u.s.**  3:13,14,15
  11:8
**ultimately**  18:10
  107:24
**underlying**  68:20
**understand**  8:6,9
  11:25 12:2,4,10
  13:19 22:18,22
  27:23 29:14 31:13
  32:4,17,18,21,22
  33:3,7,17,18,22,22

34:13 35:3,5,17
36:10,17 37:9,15
38:8 45:9,23
46:11 48:14 49:5
51:22 52:6 53:20
54:25 58:19 59:6
60:20 65:10,11
68:24 75:7 82:6
85:10 87:20 90:3
90:17 92:20 96:19
98:6 105:2 108:5
**understandable**
77:8
**understanding**
32:7 36:22 38:24
71:20 74:18,23
75:18 76:20 83:5
**understood**  31:19
34:4,16 69:14
**undertake**  100:24
**unit**  52:24 62:19
70:1
**united**  1:1
**upper**  54:11
**usage**  58:3 62:25
**use**  14:9 26:9,11
34:1 36:11 38:3,5
43:9 50:5 66:10
67:16 68:23 79:11
106:5
**user**  21:24 65:3
**uses**  32:23 58:4
**usually**  44:6
**utilization**  47:13
58:9 61:14 67:18
74:17 83:1,19,21
84:5 96:24
**utilize**  48:11
**utilizes**  58:8

### v

**v**  114:4
**vague**  31:10 53:17
99:8
**varies**  50:6
**various**  59:3 84:20
**vary**  50:19
**vast**  4:18
**venn**  71:1
**verb**  67:15
**verify**  114:9
**veritext**  112:16,17
113:18,19 114:14
114:23
**veritext.com**
114:15
**version**  10:4 104:3
106:22 107:14,22
108:2,3
**versions**  5:12 14:9
**versus**  65:21 86:20
**view**  35:6 36:4,5
39:12 45:7 46:22
49:14 51:19 59:10
65:24 68:3 77:4,7
80:24
**viewed**  45:11
71:21
**viewing**  49:4
**visually**  78:20
89:3,8,13,16,19
90:4,16,18,22
**vs**  1:5

### w

**walked**  22:10 30:5
**want**  7:6 18:13
24:7 26:5,23
29:14 30:10,16,16
30:20 32:4 37:15
39:24 44:11 47:6

52:5 59:5 63:18
67:16 69:5 78:15
83:5 84:11 85:10
91:8 93:14 100:1
**wanted**  15:21
47:16 51:8 54:25
**wapp**  1:3,3 10:10
10:21
**wapps**  8:7
**warp**  114:4
**way**  4:10 6:16
11:22 14:2,5 20:3
26:22 27:25 32:13
33:4 34:2 35:1
36:4,15 42:20,20
42:23 57:16 58:6
59:8 65:24 68:3
76:9 78:14 80:10
91:19 92:4 98:5
103:12 104:14
106:9,19
**we've**  24:11 44:8
81:3,7 91:12
**webster's**  27:6
**went**  18:15 27:18
45:17
**west**  4:12
**whereof**  112:11
**whichever**  67:15
**white**  16:4
**width**  47:24
**wifi**  4:24
**wiley**  21:23
**wilmington**  2:5
4:6
**winded**  51:11
**window**  80:16
82:7,21 83:17
84:19,23 91:2,4
**windows**  78:21
79:6 81:18 82:4

83:3,12,18,22 84:4
**winds**  67:25
**wired**  42:8
**wireless**  42:8
**wit**  111:10
**witness**  1:17 4:2
10:17 11:14 17:3
17:12,19 18:19
44:6 77:10 93:8
108:19 109:2
111:18 112:11
113:4,5,8,9,11,12
114:8,10,12,19
**wondering**  37:22
**word**  29:4,23 31:1
33:20,21 34:24
36:6,15 37:4,5,7
38:5,9 44:3 45:10
50:5 54:25 56:10
56:13,17,20 58:4
66:1,7,8,10 72:22
72:23 74:1,4,7,18
74:23 75:12,18
76:15 85:15 92:13
96:2
**words**  18:21 19:9
20:18 26:5 42:17
48:10 70:19 71:15
71:22 72:6 76:18
76:19 104:21,25
**work**  37:11,12,15
37:18,20,21,23
38:1 41:24,24
42:9
**worked**  6:17
**working**  38:2 42:1
**works**  98:10
**world**  70:12 108:3
108:7,10
**worse**  23:8

**[worth - yesterday]**

| |
|---|
| **worth**  112:18 |
| 113:20 |
| **write**  17:15 |
| **written**  5:12 17:16 |
| 19:5,6,8 42:6 |
| 101:2 |
| **wrote**  18:16 19:6,7 |
| **x** |
| **x**  3:1,9 111:1,2,21 |
| **y** |
| **yeah**  5:12 37:17 |
| 65:24 75:2 93:13 |
| 100:14 101:9 |
| **year**  6:7 7:25 |
| 28:15 |
| **years**  19:4 25:10 |
| 25:11 28:18,21 |
| 41:19,24 |
| **yesterday**  13:6 |

Texas Rules of Civil Procedure

Part II, Section 9, Evidence and Discovery

Rule 203

203.1 Signature and Changes.

(a) Deposition transcript to be provided to witness. The deposition officer must provide the original deposition transcript to the witness for examination and signature. If the witness is represented by an attorney at the deposition, the deposition officer must provide the transcript to the attorney instead of the witness.

(b) Changes by witness; signature. The witness may change responses as reflected in the deposition transcript by indicating the desired changes, in writing, on a separate sheet of paper, together with a statement of the reasons for making the changes. No erasures or obliterations of any kind may be made to the original deposition transcript. The witness must then sign the transcript under oath and return it to the deposition officer. If the witness does not return the transcript to the deposition officer within 20 days of the date the transcript was provided to the witness or the

witness's attorney, the witness may be deemed to have waived the right to make the changes.

(c) Exceptions. The requirements of presentation and signature under this subdivision do not apply:

    (1) if the witness and all parties waive the signature requirement;

    (2) to depositions on written questions; or

    (3) to non-stenographic recordings of oral depositions.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.