# EXHIBIT 7

**Selected Definitions from Defendants' Extrinsic Evidence**
**(Exhibits C-G to Dr. Shoemake's Declaration)**

|  | *emulate* | *simulate* |
|---|---|---|
| Microsoft Computer Dictionary (Shoemake Decl. Ex. C) | emulation n. The process of a computer, device, or program *__imitating__* the function of another computer, device, or program. | simulation n. The *__imitation__* of a physical process or an object by a program that causes a computer to respond mathematically to data and changing conditions as though it were the process or object itself. |
| Chambers Dictionary of Science and Technology (Shoemake Decl. Ex. D) | emulation (Comp) A mode in which a device may emulate the operational characteristics of another device. | simulation (Zool) *__Mimicry__*; assumption of the external characters of another species in order to facilitate the capture of prey or escape from enemies. v. simulate. |
| Wiley Electrical & Electronics Engineering Dictionary (Shoemake Decl. Ex. E) | emulator Computer hardware and/or software which is designed to work exactly like another. | simulation 1. *__An imitation, model, or other representation of an object, situation, process, feature, manner of operation, or the like.__* Such a simulation is intended to faithfully reproduce the real or theoretical objects, situations, processes, and so on, it is based on, and can be used, for instance, for analysis, testing, or training. |
| Que's Computer User's Dictionary (Shoemake Decl. Ex. F) | emulation The duplication of the functional capability of one device in another device. | simulation An analytical technique used in computer applications, in which a phenomenon's properties are investigated by creating a model of the phenomenon and exploring the model's behavior. . . . As with any model, however, a simulation is only as good as its underlying assumptions. If these assumptions are not correct, the model does not accurately *__mimic__* the behavior of the real-world system being simulated. |

| | | |
|---|---|---|
| New IEEE Standard Dictionary of Electrical and Electronics Terms (Shoemake Decl. Ex. G) | emulate. To represent a system by a model that accepts the same inputs and produces the same outputs as the system represented. For example, to emulate an 8-bit computer with a 32-bit computer. See also: ***simulate***. | simulate (1) (computing systems). To represent the functioning of one system by another, for example, to represent one computer by another, to represent a physical system by the execution of a computer program, to represent a biological system by a mathematical model.<br><br>(2) (modeling and simulation). To represent a system by a model that behaves or operates like the system. See also: ***emulate***. |