# EXHIBIT 8

| Term | Defendants' Proposal | Macbook Definition | Roget's Thesaurus | Thesaurus.com |
|---|---|---|---|---|
| Emulate | Mimic | *they tried to emulate Lucy's glowing performance*: **IMITATE, copy, reproduce, mimic, mirror, echo, follow, model oneself on, take as a model, take as an example; MATCH, equal, a parallel, be the equal of, be on a par with, be in the same league as, come near to, come close to, approximate; compete with, contend with, rival, vie with, surpass;** *informal* **take a leaf out of someone's book** | *Copy the actions of* challenge, compete, compete with, contend, contend with, ditto*, do*, do like*, follow, follow in footsteps*, follow suit*, follow the example of* go like*, imitate, make like*, mimic, mirror, outvie, pattern after*, rival, rivalize, take after*, vie with | Follow suit, imitate, mimic, mirror, challenge, compete, contend, ditto, do, follow, outvie, rival, compete with, contend with, do like, follow in footsteps, follow the example of, go like, make like, pattern after, rivalize, take after, vie with. |
| Simulate | Imitate | 1. i*t was impossible to force a smile, to simulate pleasure:* **FEIGN, pretend, fake, sham, affect, but on, counterfeit, go through the motions of, give the appearance of.**<br><br>2. *this stage aims to simulate the actual conditions of the production line:* **IMITATE, reproduce, replicate, duplicate, mimic, parallel, be a mock-up of.** | *Pretend, imitate* act, act like, affect, ape, assume, bluff, borrow, cheat, concoct, copy, counterfeit, crib* deceive, disguise, dissemble, do, do a take-off*, do like*, equivocate, exaggerate, fabricate, fake, favor, feature, feign, fence, gloss over, invent, knock of*, lie, lift, make believe, mimic, mirror, misrepresent, phony, pirate, play, playact, pose, prevaricate, put on*, put on an act*, replicate, repoduce, resemble, steal | Affect, mimic, replicate, reproduce, resemble, act, ape, assume, bluff, borrow, cheat, concoct, copy, counterfeit, crib, deceive, disguise, dissemble, do, equivocate, exaggerate, fabricate, fake, favor, feature, feign, fence, invent, lie, lift, mirror, misrepresent, pirate, play, playact, pose, prevaricate, steal, act like, do a take-off, do like, gloss over, knock off, make believe, phony, put on, put on an act |

| (Defendants' Proposed) Term | Patent Term | Macbook Definition | Roget's Thesaurus | Thesaurus.com |
|---|---|---|---|---|
| Mimic | Emulate | 1. *she mimicked his broad northern accent*: **IMITATE, copy, impersonate, do an impression of, take of, do an impersonation of, do, ape, caricature, mock, make fun of, parody, satirize, lampoon, burlesque, travesty;** *informal* **send up, spoof;** *archaic* **monkey**.<br><br>2. *most hoverflies are patterned so as to mimic bees and wasps*: **RESEMBLE, look like, have/take on the appearance of, simulate, mirror, echo;** *North American informal* **make like**. | *Imitate, mock* act ape, burlesque, caricature, copy, copycat, ditto*, do, do like*, echo, enact, fake, go like*, impersonate, look like*, make believe, make fun of, make like*, mime, mirror, pantomime, parody, parrot, perform, personate, play, resemble, ridicule, sham, simulate, take off*, travesty | Ape, look like, mirror, resemble, simulate, act, burlesque, caricature, copycat, ditto, do, echo, enact, fake, impersonate, mime, pantomime, parody, parrot, perform, personate, play, ridicule, sham, travesty, do like, go like, make believe, make fun of, make like, take off, differ, tell truth, disregard, be original, clash, oppose, reverse. |
| Imitate | Simulate | 1. *it was quite acceptable for artists to imitate other artists:* **EMULATE, copy, take as a model, model oneself on, take as a pattern, pattern oneself on/after, follow the example of, take as an example, take as a role model, take after, follow, follow in someone's steps/footsteps; echo, parrot; follow suit, take a leaf out of someone's book;** *informal* **rip off.**<br><br>2. *he was a splendid mimic, and loved to imitate Winston Churchill*: **MIMIC, do an impression of, impersonate, ape; parody, caricature, burlesque, travesty, mock; masquerade as, pose as, pass oneself off as;** *informal* **take off, send up, spoof, do;** *North American informal* **make like;** *archaic* **monkey;** *rare* **personate**. | *Pretend to be, do an impression of*, act like, affect, ape, assume, be like, borrow, burlesque, carbon*, caricature, clone copy, counterfeit, ditto*, do like*, do likewise, duplicate, echo, emulate, falsify, feign, follow, follow in footsteps*, follow suit*, forge, impersonate, look like, match, mime, mimic, mirror, mock, model after, parallel, parody, pattern after, personate, play a part, pretend, put on*, reduplicate, reflect, repeat, replicate, reproduce, resemble, send up*, sham, simulate, spoof, take off*, travesty, Xerox* | Act like, ape, assume, duplicate, echo, emulate, impersonate, mimic, mirror, mock, pretend, replicate, preproduce, resemble, simulate, Xerox, affect, borrow, burlesque, caricature, clone, copy, counterfeit, ditto, falsify, feign, follow, forge, match mime, parallel, parody, personate, reduplicate, reflect, repeat, sham, spoof, travesty, be like, carbon, do like, do likewise, follow in footsteps, follow suit, look like, model after, pattern after, play a part, put on, send up, take off, be original, halt, idle, direct, prevent, stop, fail. |

| (Defendants' Proposed) Term | Patent Term | Macbook Definition | Roget's Thesaurus | Thesaurus.com |
|---|---|---|---|---|
| | | 3. *the tombs imitate houses*: **RESEMBLE, look like, be like, simulate; match, echo, mirror; bring to mind, remind one of.** | | |

* Roget's Thesaurus uses asterisks to indicate informal or slang uses.

# Macbook Dictionary

Dictionary (6 found)

mimic

All Dictionary Thesaurus Apple Wikipedia

mimic
mimicked
mimicking
mimicries
mimicry
mimics

# mimic

## verb

1 *she mimicked his broad northern accent*: **IMITATE**, copy, impersonate, do an impression of, take off, do an impersonation of, do, ape, caricature, mock, make fun of, parody, satirize, lampoon, burlesque, travesty; *informal* send up, spoof; *archaic* monkey.

2 *most hoverflies are patterned so as to mimic bees and wasps*: **RESEMBLE**, look like, have/take on the appearance of, simulate, mirror, echo; *North American informal* make like.

## noun

*he had a dry wit and was a superb mimic*: **IMPERSONATOR**, impressionist, imitator, mimicker; parodist, caricaturist, lampooner, lampoonist; copier, copyist; *informal* copycat; *archaic* ape, zany; *rare* epigone.

## adjective

*they were waging mimic war*: **SIMULATED**, mock, imitation, make-believe, sham, imitative, mimetic; *informal* pretend, copycat.

Dictionary (3 found)

imitate

All Dictionary Thesaurus Apple Wikipedia

imitate
imitated
imitates

# imitate

## verb

1 *it was quite acceptable for artists to imitate other artists*: **EMULATE**, copy, take as a model, model oneself on, take as a pattern, pattern oneself on/after, follow the example of, take as an example, take as a role model, take after, follow, follow in someone's steps/footsteps; echo, parrot; follow suit, take a leaf out of someone's book; *informal* rip off.

2 *he was a splendid mimic, and loved to imitate Winston Churchill*: **MIMIC**, do an impression of, impersonate, ape; parody, caricature, burlesque, travesty, mock; masquerade as, pose as, pass oneself off as; *informal* take off, send up, spoof, do; *North American informal* make like; *archaic* monkey; *rare* personate.

3 *the tombs imitated houses*: **RESEMBLE**, look like, be like, simulate; match, echo, mirror; bring to mind, remind one of.



Dictionary (3 found)
emulate

All Dictionary Thesaurus Apple Wikipedia

emulate
emulated
emulates

# emulate

verb

*they tried to emulate Lucy's glowing performance*: **IMITATE**, copy, reproduce, mimic, mirror, echo, follow, model oneself on, take as a model, take as an example; **MATCH**, equal, parallel, be the equal of, be on a par with, be in the same league as, come near to, come close to, approximate; compete with, contend with, rival, vie with, surpass; *informal* take a leaf out of someone's book.



All Dictionary Thesaurus Apple Wikipedia

simulate
simulated
simulates

# simulate

## verb

1 *it was impossible to force a smile, to simulate pleasure*: **FEIGN**, pretend, fake, sham, affect, put on, counterfeit, go through the motions of, give the appearance of.

2 *this stage aims to simulate the actual conditions on the production line*: **IMITATE**, reproduce, replicate, duplicate, mimic, parallel, be a mock-up of.

# Roget's Thesaurus

Case 4:18-cv-00519-ALM Document 60-9 Filed 03/16/20 Page 11 of 19 PageID #: 2166






**empathy** [*n*] *understanding* affinity, appreciation, being on same wavelength*, being there for someone*, communion, community of interests, compassion, comprehension, concord, cottoning to*, good vibrations*, hitting it off*, insight, picking up on*, pity, rapport, recognition, responsiveness, soul, sympathy, warmth; CONCEPTS *32,409,411* —*Ant.* apathy, misunderstanding, unfeelingness

**emperor** [*n*] *ruler* czar, dictator, empress, king, monarch, prince, sovereign, sultan; CONCEPTS *347,354*

**emphasis** [*n*] *importance, prominence* accent, accentuation, attention, decidedness, force, headline, highlight, impressiveness, insistence, intensity, moment, positiveness, power, preeminence, priority, significance, strength, stress, underlining, underscoring, weight; CONCEPTS *668,682* —*Ant.* insignificance, unimportance

**emphasize** [*v*] *stress, give priority to* accent, accentuate, affirm, articulate, assert, bear down, charge, dramatize, dwell on, enlarge, enunciate, headline, highlight, hit*, impress, indicate, insist on, italicize, labor the point*, limelight*, maintain, make a point, make clear, make emphatic, make much of*, mark, pinpoint, play up*, point out*, point up*, press, pronounce, punctuate, put accent on*, reiterate, repeat, rub in*, spotlight*, underline, underscore, weight; CONCEPTS *49,57* —*Ant.* depreciate, forget, ignore, play down, understate

**emphatic** [*adj*] *insistent, unequivocal* absolute, accented, assertive, assured, categorical, certain, cogent, confident, decided, definite, definitive, determined, direct, distinct, dogmatic, dynamic, earnest, energetic, explicit, express, flat, for a face*, forceful, forcible, important, impressive, marked, momentous, no mistake*, pointed, positive, potent, powerful, pronounced, resounding, significant, sober, solemn, stressed, striking, strong, sure, telling, trenchant, unmistakable, vigorous; CONCEPTS *267,535* —*Ant.* equivocal, indefinite, indistinct, insignificant, reserved, understated, unpronounced

**empire** [*n*] *place ruled by sovereign; rule* authority, command, commonwealth, control, domain, dominion, federation, government, people, power, realm, sovereignty, supremacy, sway, union; CONCEPTS *198,299,376*

**empirical/empiric** [*adj*] *practical; based on experience* experient, experiential, experimental, factual, observational, observed, pragmatic, provisional, CONCEPTS *548,582* —*Ant.* hypothetical, impractical, speculative, theoretical, unobserved

**employ** [*v1*] *make use of* apply, bestow, bring to bear*, engage, exercise, exert, exploit, fill, handle, keep busy*, manipulate, occupy, operate, put to use*, spend, take up*, use, use up*, utilize; CONCEPT *225* —*Ant.* ignore, misuse, shun, unemploy

**employ** [*v2*] *give money in exchange for work performed* bring on board*, come on board*, commission, contract, contract for, engage, enlist, hire, ink*, obtain, place, procure, put on*, retain, secure, sign on*, sign up*, take on, truck with*; CONCEPT *351* —*Ant.* fire, lay off, let go

**employed** [*adj*] *working* active, at it*, at work, busy, engaged, hired, in a job, in collar*, in harness*, inked*, in place, laboring, occupied, on board*, on duty*, on the job*, on the payroll*, operating, plugging away*, selected, signed*; CONCEPTS *538,560* —*Ant.* idle, inactive, unemployed, unengaged, unoccupied

**employee** [*n*] *person being paid for working for another or a corporation* agent, apprentice, assistant, attendant, blue collar*, breadwinner*, clerk, cog*, company person, craftsperson, desk jockey*, domestic, hand, help, hired gun*, hired hand*, hireling, jobholder, laborer, member, operator, pink collar*, plug*, representative, sales help, salesperson, servant, slave, staff member, wage-earner, white collar*, worker, working stiff*; CONCEPT *348*

**employer** [*n*] *person, business who hires workers* big cheese*, big shot*, boss, businessperson, capitalist, CEO*, chief, CO*, company, corporation, director, entrepreneur, establishment, executive, firm, front office, head, head honcho*, juice*, kingpin*, management, manager, manufacturer, meal ticket*, organization, outfit, overseer, owner, patron, president, proprietor, slavedriver*, superintendent, supervisor; CONCEPT *347*

**employment** [*n1*] *working for a living; engagement in activity* application, assignment, avocation, awarding, business, calling, carrying, commissioning, contracting, craft, employ, engaging, enlistment, enrollment, exercise, exercising, exertion, field, function, game*, hire, hiring, job, line, métier, mission, number, occupation, occupying, office, position, post, profession, pursuit, racket*, recruitment, retaining, service, servicing, setup, signing on*, situation, taking on, thing*, trade, using, vocation, what one is into*, work; CONCEPTS *349,351,360* —*Ant.* idleness, inactivity, unemployment

**employment** [*n2*] *using something* adoption, appliance, application, disposition, exercise, exercising, exertion, exploitation, handling, operation, play, purpose, usage, usance, use, utilization; CONCEPTS *225,658,694* —*Ant.* misuse

**emporium** [*n*] *market* bazaar, boutique, chain, co-op, cut-rate store*, discount store, five-and-dime*, flea market, galleria, mall, mart, outlet, outlet store, shop, shopping center, shopping plaza, stand, store, supermarket, thrift shop; CONCEPT *449*

**empower** [*v*] *authorize, enable* accredit, allow, capacitate, charge, commission, delegate, entitle, entrust, grant, invest, legitimize, license, okay, permit, privilege, qualify, sanction, vest, warrant; CONCEPTS *50,88* —*Ant.* disenfranchise, refuse, reject, revoke

**empress** [*n*] *female ruler* princess, queen, sovereign; CONCEPTS *347,354*

**emptiness** [*n*] *void, bareness* blank, blankness, chasm, depletedness, desertedness, desolation, destitution, exhaustion, gap, hollowness, inanition, vacancy, vacuity, vacuum, waste; CONCEPTS *720,733* —*Ant.* capacity, fill, fullness

**empty** [*adj1*] *containing nothing* abandoned, bare, barren, blank, clear, dead, deflated, depleted, desert, deserted, desolate, despoiled, destitute, devoid, dry, evacuated, exhausted, forsaken, godforsaken*, hollow, lacking, stark, unfilled, unfurnished, uninhabited, unoccupied, vacant, vacated, vacuous, void, wanting, waste; CONCEPTS *481,774,786* —*Ant.* complete, entire, filled, full, replete, sated, satisfied

**empty** [*adj2*] *fruitless, ineffective* aimless, banal, barren, cheap, dead, deadpan, devoid, dishonest, dumb, expressionless, fatuous, flat, frivolous, futile, hollow, idle, ignorant, inane, ineffectual, inexpressive, insincere, insipid, jejune, meaningless, nugatory, otiose, paltry, petty, purposeless, senseless, silly, trivial, unintelligent, unreal, unsatisfactory, unsubstantial, vacuous, vain, valueless, vapid, worthless; CONCEPTS *402,570,575* —*Ant.* abundant, copious, effective, fruitful, productive, sufficient

**empty** [*adj3*] *hungry* famished, ravenous, starving, unfed, unfilled; CONCEPT *406* —*Ant.* filled, full, sated, satisfied

**empty** [*v*] *remove contents* clear, consume, decant, deplete, discharge, disgorge, drain, drink, dump, ebb, eject, escape, evacuate, exhaust, expel, flow out, gut, leak, leave, make void, pour out, purge, release, run out, rush out, tap, unburden, unload, use up, vacate, void; CONCEPT *211* —*Ant.* fill

**empty-headed** [*adj*] *flighty, scatterbrained* brainless, dizzy, featherbrained, frivolous, giddy, harebrained, ignorant, illiterate, inane, know-nothing, silly, skittish, stupid, uneducated, unschooled, untaught, vacant, vacuous; CONCEPT *402* —*Ant.* cognizant, intelligent, sensible, slick, smart

**emulate** [*v*] *copy the actions of* challenge, compete, compete with, contend, contend with, ditto*, do*, do like*, follow, follow in footsteps*, follow suit*, follow the example of*, go like*, imitate, make like*, mimic, mirror, outvie, pattern after*, rival, rivalize, take after*, vie with; CONCEPTS *87,171*

**enable** [*v*] *allow, authorize* accredit, approve, capacitate, commission, condition, empower, endow, facilitate, fit, give power, implement, invest, let, license, make possible, permit, prepare, provide the means*, qualify, ready, sanction, set up, warrant; CONCEPTS *50,83,88,99* —*Ant.* block, disallow, halt, hinder, inhibit, oppose, prevent, stop

**enact** [*v1*] *act out; accomplish* achieve, appear as, depict, discourse, do, execute, go on*, perform, personate, play, playact, play the part of, portray, represent; CONCEPTS *91,292* —*Ant.* fail, hinder, repeal, stop

**enact** [*v2*] *authorize, legislate* accomplish, appoint, bring about, carry through, command, constitute, decree, determine, dictate, effect, effectuate, establish, execute, fix, formulate, get the floor*, institute, jam through*, make, make into law, make laws, ordain, order, pass, proclaim, put in force, put through, railroad*, railroad through*, ratify, sanction, set, steam-roll*, transact, vote favorably*, vote in*; CONCEPTS *50,88,298,317* —*Ant.* hinder, prevent, refuse, veto

**enactment** [*n1*] *playacting* achievement, acting, depiction, execution, impersonation, performance, personation, personification, playing, portrayal, representation; CONCEPTS *263,292*

**enactment** [*n2*] *law; authorization* command, commandment, decree, dictate, edict, execution, legislation, order, ordinance, proclamation, ratification, regulation, statute; CONCEPTS *318,685* —*Ant.* block, disallowance, hindrance, stop, veto

**enamel** [*n*] *paint, often shiny* cloisonné, coating, finish, glaze, gloss, japan, lacquer, polish, stain, topcoat, varnish, veneer; CONCEPTS *259,260,467*

**enamor** [*v*] *fascinate, captivate* attract, bewitch, charm, enchant, endear, enrapture, enthrall, entice, entrance, fall in love with*, grab, infatuate, make hit with*, please, slay*, sweep off feet*, turn on*; CONCEPTS *7,22,375* —*Ant.* dislike, hate

**enamored** [*adj*] *in love* amorous, attracted, besotted, bewitched, captivated, charmed, crazy about*, devoted, dotty, enchanted, enraptured, entranced, fascinated, fond, gone*, has a thing about*, hooked*, infatuated, loving, nuts about*, silly about*, smitten, stuck on*, swept off one's feet*, taken*, wild about*; CONCEPTS *32,403* —*Ant.* disliked, hated

**encampment** [*n*] *camp* bivouac, campground, campsite, rest area, site; CONCEPTS *198,516*

**encapsulate** [*v1*] *encase* box, cover, enclose, envelop, sheathe, wrap; CONCEPTS *112,209,758*

**encapsulate** [*v2*] *epitomize* abbreviate, abridge, capsulize, condense, cut, digest, précis, shorten, summarize, sum up, synopsize; CONCEPTS *236,247*

**enchant** [*v*] *delight, mesmerize* allure, beguile, bewitch, captivate, carry away*, cast a spell on*, charm, delectate, draw, enamor, enrapture, ensorcell, enthrall, entice, entrance, fascinate, grab, gratify, hex, hypnotize, kill*, knock dead*, magnetize, make a hit with*, make happy*, please, send*, slay*, spell, spellbind, sweep off feet*, take, thrill, turn on*, voodoo*, wile, wow*; CONCEPTS *7,22* —*Ant.* bother, disenchant, disgust, repel, repulse

**enchanting** [*adj*] *fascinating, delightful* alluring, appealing, attractive, beguiling, bewitching, captivating, charming, delectable, endearing, enthralling, entrancing, exciting, glamorous, intriguing, lovely, pleasant, pleasing, ravishing, seductive, siren, sirenic, winsome; CONCEPTS *404,529* —*Ant.* bothering, disenchanting, disgust, repellent, repulsive

**enchantress** [*n*] *sorceress* charmer, diviner, femme fatale, seductress, siren, vamp, witch; CONCEPTS *361,412,415*

**encircle** [*v*] *circumscribe* band, begird, cincture, circle, circuit, compass, cover, enclose, encompass, enfold, enring, envelop, environ, gird in, girdle, halo, hem in*, inclose, invest, ring, surround, wreathe; CONCEPT *758* —*Ant.* let go, unloose

**enclose** [*v*] *put inside, surround* blockade, block off, bound, box up, cage, circle, circumscribe, close in, confine, coop, corral, cover, encase, encircle, encompass, enfold, enshroud, environ, fence, fence off*, hedge, hem in*, imbue, immure, implant, impound, imprison, include, induct, insert, intern, jail, limit, lock in*, lock up*, mew, mure, pen, restrict, set apart, shut in, veil, wall in, wrap; CONCEPTS *112,209,758* —*Ant.* free, let go, release, unloose

**enclosure** [*n1*] *area bounded by something* asylum, aviary, bowl, building, cage, camp,

imaginative, imagined, legendary, made-up, mythological, nonexistent, notional, phantasmal, phantasmic, quixotic, shadowy, spectral, supposed, supposititious, theoretical, trumped up*, unreal, unsubstantial, visionary, whimsical; CONCEPTS *529,582* —*Ant.* existing, factual, genuine, physical, real, substantial, true

**imagination** [*n*] *power to create in one's mind* acuteness, artistry, awareness, chimera, cognition, conception, creation, creative thought, creativity, enterprise, fabrication, fancy, fantasy, flight of fancy*, idea, ideality, illusion, image, imagery, ingenuity, insight, inspiration, intelligence, invention, inventiveness, mental agility, notion, originality, perceptibility, realization, resourcefulness, sally, supposition, thought, thoughtfulness, unreality, verve, vision, visualization, wit, wittiness; CONCEPTS *409,410* —*Ant.* being, entity, existence, material, reality, substance, truth

**imaginative** [*adj*] *creative, inventive* artistic, avant-garde, blue-sky*, brain wave, breaking ground, clever, dreamy, enterprising, extravagant, fanciful, fantastic, fertile, fictive, high-flown*, ingenious, inspired, offbeat, original, originative, pie-in-the-sky*, poetic, poetical, productive, quixotic, romantic, utopian, visionary, vivid, way out*, whimsical; CONCEPTS *529,542* —*Ant.* dull, uncreative, unimaginative, uninventive, unresourceful

**imagine** [*v1*] *dream up, conceive* brainstorm, build castles in air*, conceptualize, conjure up, cook up*, create, depict, devise, envisage, envision, fabricate, fancy, fantasize, fantasy, feature, figure, form, frame, harbor, image, invent, make up, nurture, perceive, picture, plan, project, realize, scheme, see in one's mind*, spark, think of, think up, vision, visualize; CONCEPT *43*

**imagine** [*v2*] *assume, deduce* apprehend, believe, conjecture, deem, expect, fancy, gather, guess, infer, presume, realize, reckon, suppose, surmise, suspect, take for granted, take it, think, understand; CONCEPTS *12,26* —*Ant.* know

**imbecile** [*adj*] *stupid, foolish* asinine, backward, deranged, dim-witted, dull, fatuous, feeble-minded, idiotic, imbecilic, inane, ludicrous, moronic, simple, simple-minded, slow, thick, witless; CONCEPT *402* —*Ant.* brainy, intelligent, smart

**imbecile** [*n*] *very stupid person* birdbrain, dimwit, dolt, dummy, dunce, fool, idiot, jerk, lamebrain*, moron, pinhead*, simpleton; CONCEPT *412* —*Ant.* brain

**imbibe** [*v*] *drink, often heavily* absorb, assimilate, belt*, consume, down, gorge, guzzle*, ingest, ingurgitate, irrigate, partake, put away*, quaff, raise a few*, sip, swallow, swig*, swill*, toss*; CONCEPT *169* —*Ant.* abstain

**imbroglio** [*n*] *misunderstanding; fight* altercation, argument, bickering, brawl, broil*, brouhaha*, complexity, complication, dispute, embarrassment, embroilment, entanglement, falling-out*, flack*, involvement, knock-down-drag-out*, miff*, quandary, quarrel, row, run-in*, soap opera*, spat, squabble; CONCEPTS *46,106* —*Ant.* agreement, peacemaking

**imbue** [*v*] *infuse, saturate* bathe, diffuse, impregnate, inculcate, infix, ingrain, inoculate, instill, invest, leaven, permeate, pervade, steep, suffuse; CONCEPTS *209,236,245* —*Ant.* drain, take out

**imitate** [*v*] *pretend to be; do an impression of* act like, affect, ape, assume, be like, borrow, burlesque, carbon*, caricature, clone, copy, counterfeit, ditto*, do like*, do likewise, duplicate, echo, emulate, falsify, feign, follow, follow in footsteps*, follow suit*, forge, impersonate, look like, match, mime, mimic, mirror, mock, model after, parallel, parody, pattern after, personate, play a part, pretend, put on*, reduplicate, reflect, repeat, replicate, reproduce, resemble, send up*, sham, simulate, spoof, take off*, travesty, Xerox*; CONCEPTS *87,111,171* —*Ant.* be original, clash, differ, oppose, reverse

**imitation** [*n*] *simulation, substitution* apery, aping, carbon copy, clone, copy, counterfeit, counterfeiting, counterpart, ditto*, dupe*, duplicate, duplication, echoing, ersatz*, fake, forgery, image, impersonation, impression, likeness, match, matching, mime, mimicry, mirroring, mockery, parallel, paralleling, paraphrasing, parody, parroting, patterning, phony, picture, reflection, replica, representing, reproduction, resemblance, ringer, semblance, sham*, simulacrum, takeoff*, transcription, travesty, Xerox*; CONCEPTS *171,260,716* —*Ant.* difference, opposite, original, reverse

**imitative** [*adj*] *simulated, unoriginal* artful, copied, copycat, copying, counterfeit, deceptive, derivative, echoic, emulative, emulous, following, forged, mimetic, mimic, mimicking, mock, onomatopoeic, parrot*, plagiarized, pseudo*, put-on*, reflecting, reflective, secondhand, sham*, simulant; CONCEPT *582* —*Ant.* different, genuine, original

**immaculate** [*adj1*] *very clean; unspoiled* bright, clean, errorless, exquisite, faultless, flawless, impeccable, irreproachable, neat, pure, snowy*, spick-and-span*, spotless, spruce, stainless, taintless, trim, unexceptionable, unsoiled, unsullied; CONCEPT *621* —*Ant.* dirty, filthy, foul, tainted, unclean, unsterile

**immaculate** [*adj2*] *innocent, uncorrupted* above reproach, chaste, clean, decent, faultless, flawless, guiltless, incorrupt, modest, perfect, pure, sinless, spotless, stainless, unblemished, uncontaminated, undefiled, unpolluted, unsullied, untarnished, virtuous; CONCEPTS *404,545* —*Ant.* corrupt, defiled, immoral, impure, sinful

**immaterial** [*adj1*] *irrelevant* extraneous, foreign, impertinent, inapplicable, inapposite, inappropriate, inconsequential, inconsiderable, inconsiderate, inessential, insignificant, irrelative, matter of indifference, meaningless, no big deal*, no never mind*, of no account*, of no consequence*, of no importance*, trifling, trivial, unimportant, unnecessary; CONCEPT *575* —*Ant.* essential, important, material, meaningful, relevant, substantial

**immaterial** [*adj2*] *not existing in physical form* aerial, airy, apparitional, asomatous, bodiless, celestial, disbodied, discarnate, disembodied, dreamlike, dreamy, ethereal, ghostly, heavenly, impalpable, imponderable, incorporate, incorporeal, insensible, intangible, metaphysical, nonmaterial, nonphysical, psychic, shadowy, spectral, spiritlike, spiritual, subjective, supernatural, unearthly, unembodied, unfleshly

extort, extract, fleece, impose on, let out, press, pump, siphon, suck, take advantage, take out, use, wring; CONCEPTS *139,142,156,225* —*Ant.* hoard, save

**milksop** [*n*] *coward* baby*, caitiff, chicken*, chicken heart*, chicken liver*, cry-baby, deserter, fraidy-cat*, jellyfish*, lily liver, momma's boy*, namby-pamby, pansy, panty-waist, quitter, scaredy cat*, sissy*, weakling, wimp, wuss*, wussy*, yellow, yellow belly*; CONCEPT *423*

**milky** [*adj*] *white, cloudy* alabaster, clouded, frosted, lacteal, lacteous, lactescent, milk-white, opalescent, opaline, opaque, pearly, whitish; CONCEPT *618* —*Ant.* black, blackish, dark

**mill** [*n*] *factory* foundry, manufactory, plant, shop, sweatshop, works; CONCEPTS *439,449*

**mill** [*v*] *grind* comminute, crush, granulate, grate, pound, powder, press, pulverize; CONCEPT *186*

**millenium** [*n*] *one thousand years* one-thousandth anniversary, turn of the century; CONCEPTS *807,816*

**millstone** [*n*] *burden* accountability, affliction, albatross*, anxiety, ball and chain*, blame, charge, concern, cross, deadweight, difficulty, encumbrance, grievance, hardship, hindrance, load, mental weight, misfortune, onus, punishment, responsibility, strain, stress, task, thorn in one's side*, trial, trouble, worry; CONCEPTS *532,690*

**mimic** [*n*] *person who imitates* actor, caricaturist, comedian, copycat, imitator, impersonator, impressionist, mime, mummer, parodist, parrot, performer, playactor, player, thespian, trouper; CONCEPT *352*

**mimic** [*v*] *imitate, mock* act, ape, burlesque, caricature, copy, copycat, ditto*, do, do like*, echo, enact, fake, go like*, impersonate, look like*, make believe, make fun of, make like*, mime, mirror, pantomime, parody, parrot, perform, personate, play, resemble, ridicule, sham, simulate, take off*, travesty; CONCEPTS *54,59,111,171*

**mince** [*v1*] *chop up* chip, crumble, cut, dice, divide, grind, hack, hash, whack; CONCEPT *176*

**mince** [*v2*] *pose, put on airs* attitudinize, flounce, posture, prance, sashay, strut; CONCEPT *59*

**mince** [*v3*] *euphemize, hold back in communication* alleviate, decrease, diminish, extenuate, lessen, minimize, moderate, palliate, soften, spare, tone down, weaken; CONCEPT *266* —*Ant.* reveal, tell all

**mincing** [*adj*] *affected, pretentious* artificial, dainty, delicate, effeminate, fastidious, finical, finicky, fussy, genteel, insincere, la-di-da*, nice, particular, persnickety, precious, sissy, squeamish, stilted, too-too*, unnatural; CONCEPTS *401,404* —*Ant.* extroverted, unaffected, unpretentious

**mind** [*n1*] *intelligence* apperception, attention, brain*, brainpower, brains*, capacity, cognizance, conception, consciousness, creativity, faculty, function, genius, head, imagination, ingenuity, instinct, intellect, intellectual, intellectuality, intuition, judgment, lucidity, marbles*, mentality, observation, percepti[on], percipience, power, psyche, ratiocination, reason, reasoning, regard, sanity, sense, s[ense], soundness, spirit, talent, thinker, thought, understanding, wisdom, wits; CONCEPTS *3[...] 409* —*Ant.* body, corporeality, physicality

**mind** [*n2*] *memory* attention, cognizance, concentration, head, mark, note, notice, observance, observation, recollection, reg[ard], remark, remembrance, subconscious, thin[king], thoughts; CONCEPTS *409,630* —*Ant.* amne[sia]

**mind** [*n3*] *inclination, tendency; belief* atti[tude], bent, conviction, desire, determination, dis[posi]tion, eye, fancy, feeling, humor, impulse, i[ntention], tion, judgment, leaning, liking, mood, noti[on], opinion, outlook, persuasion, pleasure, poi[nt of] view, purpose, sentiment, strain, temper, te[m]perament, thoughts, tone, urge, vein, view, of thinking, will, wish; CONCEPTS *20,657,6[...]* —*Ant.* disbelief, disinclination

**mind** [*v1*] *be bothered; care* be affronted, be opposed, complain, deplore, disapprove, dislike, look askance at, object, resent, take offense; CONCEPTS *21,29*

**mind** [*v2*] *comply, obey* adhere to, attend, behave, do as told, follow, follow orders, heed, keep, listen, mark, note, notice, obser[ve], pay attention, pay heed, regard, respect, tak[e] heed, watch; CONCEPTS *23,91* —*Ant.* disobe[y], disregard, ignore

**mind** [*v3*] *attend, tend* baby-sit, be attentive, behold, care for, discern, discipline, ensure, give heed to, govern, guard, have charge of, keep an eye on*, listen up, look, make certai[n], mark, mind the store*, note, notice, observe, oversee, perceive, regard, ride herd on*, see, sit, superintend, supervise, watch; CONCEPTS *110,295,596,623* —*Ant.* ignore, neglect

**mind** [*v4*] *be careful* be cautious, be concern[ed], be on guard, be solicitous, be wary, have a c[are], mind one's p's and q's*, take care, tend, toe [the] line*, trouble, watch, watch one's step*, wat[ch] out*; CONCEPT *34*

**mind** [*v5*] *remember* bethink, bring to mind, cite, recall, recollect, remind, reminisce, retai[n]; CONCEPT *40* —*Ant.* forget

**mind-blowing** [*adj*] *amazing, intense* astoni[sh]ing, eye-opening, hallucinatory, mind-alterin[g], mind-boggling, overwhelming, psychedelic, staggering, stunning, wonderful; CONCEPTS *547,572*

**mind-boggling** [*adj*] *overwhelming* amazing, astonishing, breathtaking, eye-opening, mind-blowing, spectacular, staggering, startling, stunning, stupendous, surprising, wonderful; CONCEPTS *547,572*

**mindful** [*adj*] *attentive, aware* alert, alive to, apprehensive, au courant, be up on*, cagey, careful, cautious, chary, cognizant, conscientious, conscious, conversant, heedful, in the know, know all the answers*, knowing, know ins and outs*, knowledgeable, observant, observative, observing, on one's toes*, on the ball*, on the job*, on to*, plugged in*, regardful, respectful, sensible, solicitous, thoughtful, tuned in*, vigilant, wary, watchful,

**simple** [*adj3*] *childlike, innocent* amateur, artless, bald, basic, childish, direct, frank, green, guileless, honest, ingenuous, naive, naked, natural, plain, sincere, square, stark, trusting, unaffected, unartificial, undeniable, unexperienced, unpretentious, unschooled, unsophisticated, unstudied, unvarnished; CONCEPTS 267,401,542 —*Ant.* mature, older, sophisticated

**simple** [*adj4*] *feeble-minded; not intelligent* amateur, asinine, backward, brainless, credulous, dense, dimwitted, dull, dumb, fat, feeble, foolish, green*, gullible, half-witted, idiotic, ignorant, illiterate, imbecile, inane, inexperienced, inexpert, insensate, mindless, moronic, nitwitted, obtuse, senseless, shallow, silly, simple-minded, slow, soft, soft-headed*, stupid, thick, uneducated, unintelligent, witless; CONCEPT 402 —*Ant.* aware, intelligent, on-the-ball, smart

**simpleminded** [*adj*] *unsophisticated* brainless, childlike, clueless, crude, dumb, feeble-minded, idiotic, ignorant, moronic, naive, slow, stupid, uncomplicated, unschooled, unstudied, untutored, unworldly; CONCEPTS 401,548,562

**simpleton** [*n*] *fool* birdbrain*, blockhead*, bonehead*, boob*, buffoon, clod*, clown, dimwit*, dolt*, dope*, dunce, dunderhead*, fathead*, idiot, ignoramus, imbecile, jerk*, lamebrain*, lunkhead*, moron, nitwit, numskull*, oaf, stooge*; CONCEPTS 412,423

**simplicity** [*n*] *absence of complication, sophistication* artlessness, candor, chastity, clarity, classicality, clean lines, clearness, directness, ease, easiness, elementariness, guilelessness, homogeneity, ingenuousness, innocence, integrity, lack of adornment, modesty, monotony, naiveté, naturalness, obviousness, openness, plainness, primitiveness, purity, restraint, severity, singleness, straightforwardness, uniformity, unity; CONCEPTS 633,655,663 —*Ant.* complexity, complication, difficultness, difficulty

**simplify** [*v*] *make easy, intelligible* abridge, analyze, boil down, break down, break it down, chasten, clarify, clean it up*, clean up, clear up, cut down, cut the frills*, decipher, disentangle, disinvolve, draw a picture*, elucidate, explain, facilitate, get down to basics*, get to the meat*, hit the high spots*, interpret, lay out, let daylight in*, let sunlight in*, make clear, make perfectly clear, make plain, order, put in a nutshell*, put one straight*, reduce, shorten, spell out, streamline, unscramble; CONCEPTS 57,110,261 —*Ant.* complicate, confuse, make difficult

**simply** [*adv1*] *plainly, clearly* artlessly, candidly, commonly, directly, easily, frankly, guilelessly, honestly, ingenuously, intelligibly, matter-of-factly, modestly, naturally, openly, ordinarily, quietly, sincerely, straightforwardly, unaffectedly, unpretentiously, without any elaboration; CONCEPTS 544,562 —*Ant.* difficultly

**simply** [*adv2*] *merely* barely, but, just, only, purely, solely, utterly; CONCEPTS 544,557

**simply** [*adv3*] *absolutely, completely* in fact, altogether, really, totally, unreservedly, utterly, wholly; CONCEPT 531—*Ant.* incompletely, indefinitely

**simulate** [*v*] *pretend, imitate* act, act like, affect, ape, assume, bluff, borrow, cheat, concoct, copy, counterfeit, crib*, deceive, disguise, dissemble, do, do a take-off*, do like*, equivocate, exaggerate, fabricate, fake, favor, feature, feign, fence, gloss over, invent, knock off*, lie, lift, make believe, mimic, mirror, misrepresent, phony, pirate, play, playact, pose, prevaricate, put on*, put on an act*, replicate, reproduce, resemble, steal; CONCEPTS 59,63,111,171 —*Ant.* be real

**simulation** [*n*] *imitation* carbon copy, clone, copy, counterfeit, duplicate, duplication, facsimile, fake, image, likeness, match, mirroring, paralleling, reflection, replica, reproduction, sham; CONCEPTS 171,260,716

**simultaneous** [*adj*] *happening at about the same time* accompanying, agreeing, at the same time, coetaneous, coeval, coexistent, coexisting, coincident, coinciding, concurrent, concurring, contemporaneous, contemporary, dead heat*, in sync*, synchronal, synchronic, synchronous, with the beat*; CONCEPTS 548,799 —*Ant.* asynchronous, different, divided, following, preceding, separate

**sin** [*n*] *illegal or immoral action* anger, covetousness, crime, damnation, debt, deficiency, demerit, disobedience, envy, error, evil, evil-doing, fault, gluttony, guilt, immorality, imperfection, iniquity, lust, misdeed, offense, peccability, peccadillo, peccancy, pride, shortcoming, sinfulness, sloth, tort, transgression, trespass, ungodliness, unrighteousness, veniality, vice, violation, wickedness, wrong, wrongdoing, wrongness; CONCEPTS 101,645 —*Ant.* behavior, goodness, morality

**sin** [*v*] *commit illegal or immoral action* backslide*, break commandment, break law, cheat, commit crime, deviate, do wrong, err, fall, fall from grace*, go astray*, lapse, live in sin, misbehave, misconduct, offend, sow wild oats*, stray, take the primrose path*, transgress, trespass, wallow in the mire*, wander; CONCEPTS 101,375,645 —*Ant.* behave, comply, obey

**sincere** [*adj*] *straightforward, honest* aboveboard, actual, artless, bona fide, candid, dead-level*, dear, devout, earnest, faithful, forthright, frank, genuine, guileless, heartfelt, honest to God*, like it is*, meant, natural, no fooling*, no-nonsense*, on the level*, on the line*, on up and up*, open, outspoken, plain, pretensionless, real, regular, righteous, saintly, serious, square*, sure enough, true, true-blue*, trustworthy, twenty-four carat*, unaffected, undesigning, undissembled, unfeigned, unpretentious, up-front*, wholehearted; CONCEPTS 267,401,542 —*Ant.* dishonest, insincere, tricky, untrustworthy

**sincerely** [*adv*] *seriously, honestly* aboveboard, candidly, deeply, earnestly, frankly, from bottom of heart, genuinely, in all conscience, in all sincerity, ingenuously, in good faith, naturally, profoundly, really, truly, truthfully, wholeheartedly, without equivocation; CONCEPTS 267,582 —*Ant.* dishonestly, untruthfully

**sincerity** [*n*] *straightforwardness, honesty* artlessness, bona fides, candor, earnestness, frankness, genuineness, good faith, goodwill, guilelessness, heart, honor, impartiality, innocence, justice, openness, probity, reliability, seriousness, sincereness, singleness, trustworthiness, truth, truthfulness, veracity, whole-

# Thesaurus.com

Dictionary.com Thesaurus.com

SYNONYMS emulate

# emulate [ verb **em**-*yuh*-leyt; adjective **em**-*yuh*-lit ]

SEE DEFINITION OF *emulate*

*verb* **copy the actions of**

Synonyms for *emulate*

follow suit
imitate
mimic
mirror
challenge
compete
contend
ditto
do
follow
outvie
rival
compete with
contend with
do like
follow in footsteps
follow the example of
go like
make like
pattern after
rivalize
take after
vie with

MOST RELEVANT

Antonyms for *emulate*

neglect

MOST RELE

Test Your Word IQ! **Play Now**

Roget's 21st Century Thesaurus, Third Edition Copyright © 2013 by the Philip Lief Group.

Dictionary.com
Thesaurus.com
SYNONYMS
imitate

imitate [ im-i-teyt ]
SEE DEFINITION OF imitate
verb pretend to be; do an impression of
Synonyms for imitate
act like
ape
assume
duplicate
echo
emulate
impersonate
mimic
mirror
mock
pretend
replicate
reproduce
resemble
simulate
Xerox
affect
borrow
burlesque
caricature
clone
copy
counterfeit
ditto
falsify
feign
follow
forge
match
mime
parallel
parody
personate
reduplicate
reflect
repeat
sham
spoof
travesty
be like
carbon
do like
do likewise
follow in footsteps
follow suit
look like
model after
pattern after
play a part
put on
send up
take off
MOST RELE
Test Your Word IQ! Play Now

Dictionary.com
Thesaurus.com
SYNONYMS
mimic
mimic [ mim-ik ]
SEE DEFINITION OF mimic
noun person who imitates
verb imitate, mock
Synonyms for mimic
ape
look like
mirror
resemble
simulate
act
burlesque
caricature
copy
copycat
ditto
do
echo
enact
fake
impersonate
mime
pantomime
parody
parrot
perform
personate
play
ridicule
sham
travesty
do like
go like
make believe
make fun of
make like
take off
MOST RELEVANT
Antonyms for mimic
be original
direct
fail
Test Your Word IQ! Play Now

# simulate [ verb **sim**-*yuh*-leyt; adjective **sim**-*yuh*-lit, -leyt ]

SEE DEFINITION OF *simulate*