# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | Case No. 4:18-cv-00519-ALM <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT'S NOTICE OF SERVICE OF
## DISCLOSURE OF PRELIMINARY ELECTION OF PRIOR ART

Defendant Bank of America Corporation ("Defendant") hereby files this Notice confirming that counsel of record for Plaintiffs was served with Defendants' Disclosure of Preliminary Election of Prior Art via electronic mail on March 16, 2020 in the above-referenced action.

Dated:  March 17, 2020  By:  */s/ Mark N. Reiter*
Mark N. Reiter
Lead Attorney
Texas State Bar No. 16759900
mreiter@gibsondunn.com
Ashbey N. Morgan
Texas State Bar No. 24106339
anmorgan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: 214.698.3100
Facsimile: 214.571.2907

Neema Jalali
njalali@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.374.8409

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 17, 2020, a true and correct copy of the above and foregoing document has been served by electronic mail upon all counsel of record.

                                      */s/ Mark N. Reiter*
                                      Mark N. Reiter