IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br>  Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC. ET AL., <br><br>  Defendants. | C.A. No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br>  Plaintiffs, <br><br> v. <br><br> WELLS FARGO & CO., <br><br>  Defendants. | C.A. No. 4:18-cv-00501-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br>  Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br>  Defendants. | C.A. No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the Court are three Joint Motions to Extend Time Regarding Certain Claim Construction Deadlines submitted by Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. and all Defendants (collectively "the Parties") in the above-captioned cases 4:18-cv-469, (Dkt #159); 4:18-cv-501 (Dkt. #65), 4:18-cv-519 (Dkt. #64).

The Court finds that the Motions are hereby **GRANTED**.

It is therefore **ORDERED** that the following deadlines in the above-captioned cases are extended as shown in the chart below:

| New Date | |
|---|---|
| **3/25/2020** | D/L for Parties to submit technology synopsis/tutorial (both hard copy and disk) |
| **4/1/2020** | D/L to file Responsive Claim Construction Brief (P.R. 4-5(b)) |
| **4/8/2020** | D/L to file Reply Claim Construction Brief (P.R. 4-5(c)) |

**SIGNED this 24th day of March, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE