# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC. ET AL., <br><br> Defendants. | C.A. No. 4:18-cv-00469-ALM <br><br> **JURY TRIAL DEMANDED** |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO & COMPANY, <br><br> Defendant. | C.A. No. 4:18-cv-00501-ALM <br><br> **JURY TRIAL DEMANDED** |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | C.A. No. 4:18-cv-00519-ALM <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS' NOTICE OF COMPLIANCE
REGARDING TECHNICAL SYNOPSIS**

Pursuant to the Scheduling Orders[1] and the Court's Orders granting the Joint Motions to Extend Time Regarding Certain Claim Construction Deadlines,[2] Defendants in the above-captioned cases hereby notify the Court that, on March 25, 2020, Defendants served three copies of their Technical Synopsis on thumb drives and accompanying note booklets via courier to the Court and served their Technology Synopsis via email to counsel for Plaintiffs and to the Technical Advisor appointed in the above-captioned cases, David Keyzer.

---

[1] C.A. No. 4:18-cv-00469-ALM, Dkt. 111; C.A. No. 4:18-cv-00501-ALM, Dkt. 30; C.A. No. 4:18-cv-00519-ALM, Dkt. 29.

[2] C.A. No. 4:18-cv-00469-ALM, Dkt. 160; C.A. No. 4:18-cv-00501-ALM, Dkt. 66; C.A. No. 4:18-cv-00519-ALM, Dkt. 65.

Dated:  March 25, 2020					By:	*/s/ Mark N. Reiter*
							Mark N. Reiter
							Lead Attorney
							Texas State Bar No. 16759900
							mreiter@gibsondunn.com
							Ashbey N. Morgan
							Texas State Bar No. 24106339
							anmorgan@gibsondunn.com
							**GIBSON, DUNN & CRUTCHER LLP**
							2001 Ross Avenue, Suite 2100
							Dallas, TX 75201-6912
							Telephone: 214.698.3100
							Facsimile: 214.571.2907

							Neema Jalali
							njalali@gibsondunn.com
							**GIBSON, DUNN & CRUTCHER LLP**
							555 Mission Street, Suite 3000
							San Francisco, CA 94105
							Telephone: 415.393.8200
							Facsimile: 415.374.8409

							*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to CM/ECF participants in this case.

*/s/ Mark N. Reiter*
Mark N. Reiter