# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SEATTLE SPINCO, INC. ET AL., <br><br> Defendants. | C.A. No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO & CO., <br><br> Defendants. | C.A. No. 4:18-cv-00501-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendants. | C.A. No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' NOTICE OF COMPLIANCE**
**REGARDING TECHNICAL SYNOPSIS**

1

Pursuant to the Scheduling Orders[1] and the Court's Orders granting the Joint Motions to Extend Time Regarding Certain Claim Construction Deadlines[2], Plaintiffs in the above-captioned cases hereby notify the Court that, on March 25, 2020, Plaintiffs served their Technology Synopsis via email to counsel for Defendants and the Technical Advisor appointed in the above-captioned cases, Mr. David Keyzer. On March 26, 2020, Plaintiffs will serve their Technical Synopsis to the Court on thumb drive along with three hard copies to the Court via courier or overnight delivery.

Dated: March 25, 2020

/s/ *Henrik D. Parker*
Timothy Devlin
Henrik D. Parker
DEVLIN LAW FIRM LLC
1526 Gilpin Ave
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
hparker@devlinlawfirm.com

Jeffrey G. Toler
Texas State Bar No. 24011201
Aakash S. Parekh
Texas State Bar No. 24059133
Benjamin R. Johnson
Texas State Bar No. 24065495
TOLER LAW GROUP, PC
8500 Bluffstone Cove, Suite A201
Austin, TX 78759
(512) 327-5515
jtoler@tlgiplaw.com
aparekh@tlgiplaw.com
bjohnson@tlgiplaw.com

*Attorneys for Plaintiffs*

---

[1] C.A. No. 4:18-cv-469-ALM, Dkt. 111; C.A. No. 4:18-cv-501-ALM, Dkt. 30; C.A. No. 4:18-cv-519-ALM, Dkt. 29.
[2] C.A. No. 4:18-cv-469-ALM, Dkt. 160; C.A. No. 4:18-cv-501-ALM, Dkt. 66; C.A. No. 4:18-cv-519-ALM, Dkt. 65.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2020, all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Henrik D. Parker*
Henrik D. Parker