IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**DATE:** 4/20/20

| **DISTRICT JUDGE** | **COURT REPORTER:** Jan Mason |
|---|---|
| Amos L. Mazzant, III | **COURTROOM DEPUTY:** Terri Scott |

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP, WAPP TECH CORP<br><br>v.<br><br>SEATTLE SPINCO, INC., EntIT SOFTWARE, LLC., EntCO INTERACTIVE (ISRAEL) LTD., ENTCO GOVERNMENT SOFTWARE, LLC, MICRO FOCUS (US) INC. | 4:18-CV-469 |
| WAPP TECH LIMITED PARTNERSHIP, WAPP TECH CORP<br><br>v.<br><br>WELLS FARGO & CO. | 4:18-CV-501 |
| WAPP TECH LIMITED PARTNERSHIP, WAPP TECH CORP<br><br>v.<br><br>BANK OF AMERICA CORP. | 4:18-CV-519 |

| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |
|---|---|
| Timothy Devlin, Henrik Parker, Srikant Cheruvu | Mark Reiter, Ashbey Morgan, Andrew Robb |

On this day, came the parties by their attorneys and the following proceedings were held via telephone in Sherman, TX:

| TIME: | MINUTES: Claim Construction Hearing |
|---|---|
| 1:30 p.m. | Court calls case. Court notes appearances, including technical advisor, David Keyzer. |
| 1:31 p.m. | Discussion between the Court and Counsel regarding procedure. |
| 1:35 p.m. | Court hears claim construction arguments from Mr. Devlin and Mr. Reiter, alternating for Plaintiffs and Defendants. |

DATE:   April 20, 2020
PAGE 2  - PROCEEDINGS CONTINUED:  *Markman* Hearing

|  |  |
|---|---|
| 3:46 p.m. | Court in recess for five minutes. |
| 3:51 p.m. | Court reconvenes.  Parties continue claim construction arguments. |
| 4:36 p.m. | Mr. Robb begins arguments on behalf of Defendants; Mr. Devlin continues on behalf of Plaintiffs. |
| 5:00 p.m. | Parties concludes arguments.  The Court will allow Plaintiffs until noon on 4/21/20 to submit a supplement regarding claim construction; Defendants may have until 9:00 a.m. on 4/22/20 to submit any response. |
| 5:01 p.m. | Court will issue decision within thirty (30) days. Court adjourned. |

**DAVID O'TOOLE, CLERK**

BY:     Terri Scott
           Courtroom Deputy Clerk