IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | C.A. No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFFS WAPP TECH LIMITED
PARTNERSHIP AND WAPP TECH CORP.'S MOTION TO COMPEL DISCOVERY**

Pending before the Court is Plaintiffs Wapp Tech Limited Partnership's and Wapp Tech Corp.'s Motion to Compel Discovery (Dkt. #62).

The Court, having considered the response (Dkt. #71), reply (Dkt. #74), and sur-reply (Dkt. #75), finds the Motion should be and is hereby GRANTED.  Bank of America's General Objection No. 12 to Wapp's First Set of Interrogatories is stricken.  Within fourteen days, Defendant shall produce all discovery impacted by the stricken objection, including the following:

- Supplementing Interrogatory Response Nos. 1-6 and 9-10 to provide any additional responses resulting from removal of General Objection 12;

- Meeting its document production obligations for the full scope of "Accused Instrumentality" products as that term was defined by Wapp;

- Updating its Mandatory Disclosures to the extent that there is additional information stemming from application of the full scope of the defined "Accused Instrumentalities;"

- Updating its Notice Pursuant to P.R. 3-1(g) and producing source code for all "Accused Instrumentalities;" and

- Producing an appropriate witness or witnesses responsive to Wapp's Rule 30(b)(6) Notice without objection to the definition of "Accused Instrumentality."

**IT IS SO ORDERED.**
**SIGNED this 23rd day of April, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE