# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> v. <br><br> SEATTLE SPINCO, INC., et al. <br> _____ | § § § § § § § § § | CIVIL ACTION NO. 4:18-CV-469 <br> (Judge Mazzant) |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> v. <br><br> WELLS FARGO & CO. <br> _____ | § § § § § § § § § | CIVIL ACTION NO. 4:18-CV-501 <br> (Judge Mazzant) |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> v. <br><br> BANK OF AMERICA CORP. | § § § § § § § § § | CIVIL ACTION NO. 4:18-CV-519 <br> (Judge Mazzant) |

## **ORDER**

On April 27, 2020, the Court-appointed technical advisor, David Keyzer, submitted to the Court his statement for services rendered and expenses incurred in this matter, in the amount of $26,162.50. The Court has reviewed Mr. Keyzer's statement and finds the fees requested and the expenses incurred are reasonable and necessary.

Accordingly, the Court hereby **ORDERS** the parties to appropriately divide and pay $26,162.50 to the Law Office of David Keyzer, P.C., 5170 Golden Foothill Parkway, El Dorado Hills, CA 95762 US [Invoice #1269; Matter ID 10003-10032] within thirty (30) days from the entry of this Order.

**IT IS SO ORDERED.**
**SIGNED this 28th day of April, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE