# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiff, <br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | Case No. 4:18-cv-519-ALM <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE OF BARRY K. SHELTON

Defendant Bank of America Corp. files this Notice of Appearance and hereby notifies the Court that the undersigned attorney, Barry K. Shelton of Shelton Coburn LLP, has entered this action as attorney of record for Bank of America Corp. In connection with this notice, Mr. Shelton requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the below address.

Dated: May 18, 2020

Respectfully submitted,

/s/ *Barry K. Shelton*
Barry K. Shelton
Texas State Bar No. 24055029
SHELTON COBURN LLP
bshelton@sheltoncoburn.com
311 RR 620 S, Suite 205
Austin, Texas 78734-4775
Tel: (512) 263-2165
Fax: (512) 263-2166

***Counsel for Defendant Bank of America Corp.***

## CERTIFICATE OF SERVICE

I certify that the foregoing document is being served via the Court's CM/ECF system on May 18, 2020 on all counsel of record who consent to electronic service per Local Rule CV-5(a)(3) or, otherwise, as required by local and federal rules.

/s/ *Barry K. Shelton*
Barry K. Shelton
