IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | Case No. 4:18-cv-00519-ALM <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF DESIGNATION OF LEAD COUNSEL FOR DEFENDANT

Please take note that the following attorney will serve as lead counsel for Defendant Bank of America Corporation, replacing Mark N. Reiter as lead counsel, in the above-captioned matter:

Barry K. Shelton
Shelton Coburn LLP
311 Ranch Road 620 S, Suite 205
Austin, Texas 78734
Telephone: 512.263.2165
Facsimile: 512.263.2166
Email: bshelton@sheltoncoburn.com

DATED: May 26, 2020                     **SHELTON COBURN LLP**

                                        */s/ Barry K. Shelton*
                                        Barry K. Shelton
                                        Lead Attorney
                                        Texas State Bar No. 24055029
                                        bshelton@sheltoncoburn.com
                                        Bradley D. Coburn
                                        Texas State Bar No. 24036377
                                        coburn@sheltoncoburn.com
                                        311 Ranch Road 620 S, Suite 205

1

Austin, Texas 78734
Telephone: 512.263.2165
Facsimile: 512.263.2166

Mark N. Reiter
Texas State Bar No. 16759900
mreiter@gibsondunn.com
Ashbey N. Morgan
Texas State Bar No. 24106339
anmorgan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
2001 Ross Avenue, Suite 2100
Dallas, TX 75201-6912
Telephone: 214.698.3100
Facsimile: 214.571.2907

Neema Jalali
njalali@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415.393.8200
Facsimile: 415.374.8409

Jordan Bekier
jbekier@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Counsel for Defendant Bank of America Corporation*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served electronically on May 26, 2020, on all counsel who have consented to electronic service.

*/s/ Barry K. Shelton*
Barry K. Shelton
