IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendants. | C.A. No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING UNOPPOSED MOTION TO JOIN BANK OF AMERICA, N.A. AS A DEFENDANT AND SIMULTANEOUSLY DISMISS BANK OF AMERICA CORPORATION**

Before the Court is the Unopposed Motion to Join Bank of America, N.A. as a Defendant and Dismiss Bank of America Corporation (Dkt. #86) submitted by Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp.

Having considered the motion and the representations therein, the Motion is Granted.

It is ORDERED that:

1. Bank of America, N.A. is joined as a defendant and will stand in the shoes of Bank of America Corporation with respect to any prior Court orders, litigation agreements as to discovery procedures, and discovery provided by Bank of America Corporation as if Bank of America, N.A. was a party to the original Complaint.

2. Defendant Bank of America Corporation is dismissed without prejudice.

3. If any discovery is necessary from Bank of America Corporation, that discovery shall be taken as if Bank of America Corporation remains a party to the present action.

4. Bank of America, N.A. shall not withhold any discovery on the basis that the information and/or documents sought are in the possession of Bank of America Corporation.

**IT IS SO ORDERED.**

**SIGNED this 12th day of June, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE