# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP. | § § |
| v. | § Civil Action No. 4:18cv519 § Judge Mazzant § |
| BANK OF AMERICA, N.A. | § § |

### ORDER SETTING TRIAL

The Court hereby *specially sets* the Jury Selection and Trial of this case before the undersigned, as follows:

| EVENTS | DEADLINES |
|---|---|
| **Jury Selection** | **10:00 a.m.** on **Monday, March 1, 2021**, at the Paul Brown United States Courthouse, 101 E. Pecan Street, Room 208, Sherman, Texas 75090 |
| **Jury Trial** | **9:00 a.m.** on **Monday, March 15, 2021.** |
| **Final Pretrial Conference** | **9:00 a.m.** on **Tuesday, February 16, 2021.** |

IT IS SO ORDERED.

SIGNED this 12th day of June, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE