UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,<br><br>    Plaintiff,<br><br> v.<br><br>BANK OF AMERICA CORP.,<br><br>    Defendants. | Case No. 4:18-cv-00519-ALM |

**NOTICE OF APPEARANCE**

Notice is hereby given that the undersigned attorney, Korula T. Cherian, enters his appearance in this matter as counsel for Plaintiff, Wapp Tech Limited Partnership and Wapp Tech Corp., for the purpose of receiving notices and orders from the Court.

Dated: June 16, 2020

*/s/ Korula T. Cherian*
Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave, Suite 350
Berkeley, CA  94702
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

Thomas M. Dunham
Robert Ruyak
Amadou Kilkenny Diaw
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
tomd@ruyakcherian.com
robertr@ruyakcherian.com
amadoukd@ruyakcherian.com

Clyde M. Siebman
**Siebman, Forrest, Burg & Smith LLP**
Federal Courthouse Square
300 North Travis St.
Sherman, TX 75090
clydesiebman@siebman.com

J. Mark Mann
**MANN| TINDEL| THOMPSON**
300 West Main Street
Henderson, TX 75652
mark@themannfirm.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 16th day of June, 2020, with a copy of this document via CM/ECF.

*/s/ Korula T. Cherian*