**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiff, <br><br> BANK OF AMERICA CORP., <br><br> Defendants. | Case No.  4:18-cv-00519-ALM |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Amadou Kilkenny Diaw, enters his appearance in this matter as counsel for Plaintiff, Wapp Tech Limited Partnership and Wapp Tech Corp., for the purpose of receiving notices and orders from the Court.

Dated: June 16, 2020

*/s/ Amadou Kilkenny Diaw*
Amadou Kilkenny Diaw
Thomas M. Dunham
Robert Ruyak
Amadou Kilkenny Diaw
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
tomd@ruyakcherian.com
robertr@ruyakcherian.com
amadoukd@ruyakcherian.com

Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave, Suite 350
Berkeley, CA  94702
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

Clyde M. Siebman
**Siebman, Forrest, Burg & Smith LLP**
Federal Courthouse Square
300 North Travis St.
Sherman, TX 75090
clydesiebman@siebman.com

J. Mark Mann
**MANN| TINDEL| THOMPSON**
300 West Main Street
Henderson, TX 75652
mark@themannfirm.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

3

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 16th day of June, 2020, with a copy of this document via CM/ECF.

<u>*/s/ Amadou Kilkenny Diaw*</u>