UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP., <br><br> *Plaintiffs,* <br><br> vs. <br><br> BANK OF AMERICA CORP., <br><br> *Defendant.* | § § § § § § § § § § § § § |

CIVIL ACTION NO. 4:18-CV-00519

Honorable Judge Amos Mazzant, III

## NOTICE OF APPEARANCE OF CLYDE M. SIEBMAN

Request is made that Clyde M. Siebman, Siebman Forrest Burg & Smith, LLP, be served electronically in this case and that his appearance as additional counsel for Plaintiffs, Wapp Tech Limited Partnership and Wapp Tech Corp., be noted.

Dated:  June 18, 2020          Respectfully submitted,

*/s/ Clyde M. Siebman*
Clyde M. Siebman
TX Bar No. 18341600
**SIEBMAN FORREST BURG & SMITH, LLP**
Federal Courthouse Square
300 N. Travis
Sherman, TX  75090
(903) 870-0070
(903) 870-0066 Telefax
clydesiebman@siebman.com

**Attorney for Plaintiffs**

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on June 18, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

                                          /s/ Clyde M. Siebman
                                          Clyde M. Siebman