UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP., | § § § § § § § § § § § § | CIVIL ACTION NO. 4:18-CV-00519<br><br>Honorable Judge Amos Mazzant, III |
| *Plaintiffs,* | | |
| vs. | | |
| BANK OF AMERICA CORP., | | |
| *Defendant.* | | |

## NOTICE OF APPEARANCE OF ANNA REBECCA SKUPIN

Request is made that Anna Rebecca Skupin, Siebman Forrest Burg & Smith, LLP, be served electronically in this case and that her appearance as additional counsel for Plaintiffs, Wapp Tech Limited Partnership and Wapp Tech Corp., be noted.

Dated:  June 18, 2020            Respectfully submitted,

**SIEBMAN, FORREST, BURG & SMITH, L.L.P**

*/s/ Anna Rebecca Skupin*
Anna Rebecca Skupin
TX Bar No. 24084272
Federal Courthouse Square
300 N. Travis
Sherman, TX  75090
(903) 870-0070
(903) 870-0066 Telefax
beccaskupin@siebman.com

**Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 18, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

/s/ Anna Rebecca Skupin
Anna Rebecca Skupin
