IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP And WAPP TECH CORP. | § § § | |
| Plaintiffs, | § § | Civil Action No. 4:18-CV-00519-ALM |
| v. | § § | |
| BANK OF AMERICA CORP., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Plaintiffs hereby notify the Court that **J. Mark Mann** of Mann | Tindel | Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Plaintiffs, WAPP Tech Limited Partnership and WAPP Tech Corp. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Dated: June 23, 2020   Respectfully submitted,

By: */s/ J. Mark Mann*
**J. Mark Mann**
State Bar No. 12926150
mark@themannfirm.com
**G. Blake Thompson**
State Bar No. 24042033
blake@themannfirm.com
**MANN | TINDEL | THOMPSON**
300 West Main Street
Henderson, Texas 75652
(903) 657-8540
(903) 657-6003 (fax)

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 23rd day of June, 2020.

*/s/ J. Mark Mann*
**J. Mark Mann**