**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **WAPP TECH LIMITED PARTNERSHIP** | § | |
| **And WAPP TECH CORP.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No. 4:18-CV-00519-ALM** |
| **v.** | § | |
| | § | |
| **BANK OF AMERICA CORP.,** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Plaintiffs hereby notify the Court that **G. Blake Thompson** of Mann | Tindel | Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Plaintiffs, WAPP Tech Limited Partnership and WAPP Tech Corp. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Dated: June 23, 2020                    Respectfully submitted,


By:        */s/ G. Blake Thompson*
           **G. Blake Thompson**
           State Bar No. 24042033
           blake@themannfirm.com
           **J. Mark Mann**
           State Bar No. 12926150
           mark@themannfirm.com
           **MANN | TINDEL | THOMPSON**
           300 West Main Street
           Henderson, Texas 75652
           (903) 657-8540
           (903) 657-6003 (fax)

           **ATTORNEYS FOR PLAINTIFFS**



## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 23rd day of June, 2020.


                    */s/ G. Blake Thompson*
                    **G. Blake Thompson**