UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendants. | Case No. 4:18-cv-00519-ALM |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Don F. Livornese, enters his appearance in this matter as counsel for Plaintiff, Wapp Tech Limited Partnership and Wapp Tech Corp., for the purpose of receiving notices and orders from the Court.

Dated: June 24, 2020

*/s/ Don F. Livornese*
**RuyakCherian LLP**
222 N. Pacific Coast Highway, Suite 2000
El Segundo, CA 90245
(310) 586-7689
donl@ruyakcherian.com

*Counsel for Plaintiff*
Wapp Tech Limited Partnership and Wapp Tech Corp.

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 24th day of June, 2020, with a copy of this document via CM/ECF.

<u>*/s/ Don F. Livornese*</u>