IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | C.A. No. 4:18-cv-00519-ALM <br><br> **JURY TRIAL DEMANDED** |

### ORDER

Before the Court is Defendant Bank of America, N.A.'s ("Defendant") Unopposed Motion for Withdrawal (Dkt. #104) of Mark N. Reiter, Neema Jalali, Andrew William Robb, Jordan Bekier, Omar Farooq Amin, Ashbey N. Morgan, and the law firm of Gibson, Dunn & Crutcher LLP as counsel for Defendant.  Having considered Defendant's motion, and good cause appearing therefore,

It is therefore **ORDERED** that the motion for withdrawal of Mark N. Reiter, Neema Jalali, Andrew William Robb, Jordan Bekier, Omar Farooq Amin, Ashbey N. Morgan, and the law firm of Gibson, Dunn & Crutcher LLP as attorneys of record for Defendant is **GRANTED**. The attorneys of Shelton Coburn LLP who have entered an appearance in this case shall remain as attorneys of record for Defendant.

**IT IS SO ORDERED.**

SIGNED this 25th day of June, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE