IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

DATE: 6/30/2020

| DISTRICT JUDGE | COURT REPORTER: Jan Mason |
|---|---|
| Amos L. Mazzant, III | COURTROOM DEPUTY: Keary Conrad |

| | |
|---|---|
| Wapp Tech Limited Partnership, et al<br><br>v.<br><br>Seattle Spin Co, Inc., et al<br>Wells Fargo Company; and<br>Bank of America Corporation | 4:18-CV-469<br>4:18-CV-501<br>4:18-CV-519 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Henrik Parker, Clyde Siebman, and Robert Harkins, Jr. | Rex Seirs, Kathryn Young, Barry Shelton and Bradley Coburn |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Telephone conference regarding discovery dispute  (via telephone) |
|---|---|
| 3:03 p.m. | Court in session.  Court notes appearances. |
| 3:08 p.m. | Court hears from Plaintiff's counsel, Clyde Siebman regarding special setting, trial window. Parties have agreed to all dates except the date for expert reports. Court hears argument from Plaintiff's counsel, Clyde Siebman regarding deadlines. |
| 3:14 p.m. | Court hears response from Rex Seirs for Defendants. |
| 3:17 p.m. | Court hears reply from Plaintiff's counsel, Clyde Siebman. |
| 3:21 p.m. | Court hears further response from Rex Seirs for Defendants. |
| 3:24 p.m. | Court orders that September 3 will be  Opening expert report for Plaintiff. |
| 3:25 p.m. | Court hears from Defendant's counsel, Barry Shelton regarding source code. |
| 3:30 p.m. | Court hears response from Plaintiff's counsel, Clyde Siebman regarding source code. |
| 3:36 p.m. | Parties should meet and confer regarding additional dates that the Parties can agree to move.  If the Parties cannot agree, they should reach out to the Court for further direction. |

| TIME | MINUTES: Telephone conference regarding discovery dispute (via telephone) |
|---|---|
| 3:37 p.m. | Court will sign updated order when submitted to the Court. Call adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
Courtroom Deputy Clerk