IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br>     Plaintiffs, <br><br>     v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | C.A. No. 4:18-cv-00519-ALM <br><br> **JURY TRIAL DEMANDED** |

## REQUEST FOR TERMINATION OF ELECTRONIC NOTICE

Pursuant to Local Rule 11(e), **Mark N. Reiter, Neema Jalali, Andrew William Robb, Jordan Bekier, Omar Farooq Amin,** and **Ashbey N. Morgan**, respectfully request to terminate receipt of electronic notices in the above-captioned case, as they have been withdrawn as counsel of record for Defendant Bank of America, N.A. (Dkt. #106).

Dated:  July 13, 2020    By:   /s/ Mark N. Reiter
    Mark N. Reiter
    Texas State Bar No. 16759900
    mreiter@gibsondunn.com
    Ashbey N. Morgan
    Texas State Bar No. 24106339
    anmorgan@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
    2001 Ross Avenue, Suite 2100
    Dallas, TX  75201-6912
    Telephone:  214.698.3100
    Facsimile:  214.571.2907

    Neema Jalali
    njalali@gibsondunn.com
    **GIBSON, DUNN & CRUTCHER LLP**
    555 Mission Street, Suite 3000
    San Francisco, CA 94105
    Telephone: 415.393.8200
    Facsimile: 415.374.8409

    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service on July 13, 2020.

    /s/  Mark N. Reiter
    Mark N. Reiter