# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Civil Action No.:  4:18-cv-00519-ALM |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Melissa R. Smith of Gillam & Smith, LLP enters her appearance on behalf of Defendant Bank of America, N.A. in this matter as additional counsel.

Melissa R. Smith may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail melissa@gillamsmithlaw.com.

Dated: October 7, 2020

Respectfully submitted,

By: */s/  Melissa R. Smith*
Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Tel:  (903) 934-8450
Fax:  (903) 934-9257

*Counsel for Bank of America, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 7th day of October, 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Melissa R. Smith
Melissa R. Smith