IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP And WAPP TECH CORP., <br><br> Plaintiff, <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Civil Action No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE FOR PLAINTIFFS

Plaintiffs WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP. ("WAPP") file this Notice of Appearance of Counsel and hereby notifies the Court that Robert Kramer of the law firm of Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP, 577 Airport Blvd., Burlingame, CA. 94010 is appearing as counsel for Plaintiff WAPP. All pleadings, discovery, correspondence and other material should be served upon counsel.

Dated: October 16, 2020

Respectfully submitted,

By: /s/ *Robert Kramer*

Robert F. Kramer (SBN 181706)
rkramer@feinday.com
M. Elizabeth Day (SBN 177125)
eday@feinday.com
David Alberti (SBN 220625)
dalberti@feinday@com
Sal Lim (SBN 211836)
slim@feinday.com
Russell S. Tonkovich (SBN 233280)
rtonkovich@feinday.com
Marc C. Belloli (SBN 244290)
mbelloli@feinday.com
FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP
577 Airport Boulevard, Suite 250
Burlingame, California 94010
Telephone: (650) 514-2747
Facsimile: (650) 618-4368

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 16th day of October, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                            */s/ Robert Kramer*