IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE SPINCO, INC., ET AL.,<br><br>Defendants. | Civil Action No. 4:18-cv-00469-ALM<br><br>JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO, N.A.<br><br>Defendant. | Civil Action No. 4:18-cv-00501-ALM<br><br>JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Civil Action No. 4:18-cv-00519-ALM<br><br>JURY TRIAL DEMANDED |

**NOTICE OF APPEARANCE FOR PLAINTIFFS**

Plaintiffs WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP. ("Wapp") file this Notice of Appearance of Counsel and hereby notifies the Court that Deron R. Dacus of The Dacus Firm, PC, 821 ESE Loop 323, Suite 430, Tyler, TX 75701 is appearing as counsel for

Plaintiff Wapp.  All pleadings, discovery, correspondence and other material should be served upon counsel.

Dated: October 16, 2020

Respectfully submitted,

By: /s/ *Deron R. Dacus*
Deron R Dacus
Bar No. 00790553
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903/705-1117  Fax: 903/581-2543
Email: ddacus@dacusfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 16th day of October, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Deron R. Dacus*