IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> v. <br><br> BANK OF AMERICA, N.A. | Civil Action No. 4:18-cv-00519-ALM <br><br><br> JURY TRIAL DEMANDED |

### ORDER GRANTING PLAINTIFFS' WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP.'S MOTION TO WITHDRAW

Pending before the Court is Plaintiffs' Unopposed Motion to Withdraw and Substitute Counsel (Dkt. #121). Upon consideration, the Motion is hereby **GRANTED**. It is therefore **ORDERED** that firm that Robert M. Harkins, Jr., Robert F. Ruyak, Amadou Kilkenny Diaw, Don F. Livornese, Korula T. Cherian, and Thomas M. Dunham of Ruyak Cherian LLP as well as G. Blake Thompson and Mark Mann of Mann Tindel Thompson, and Aakash S. Parekh, Benjamin R. Johnson and Jeffrey G. Toler of Toler Law Group be allowed to withdraw as counsel of record for Plaintiffs in the above-captioned case, that they be removed from the electronic service list in this, that Robert Kramer, Elizabeth Day, David Alberti, Sal Lim, Russell Tonkovich and Marc Belloli of Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP are hereby substituted as counsel for Plaintiffs, and that Mr. Kramer is designated lead counsel for Plaintiffs.

IT IS SO ORDERED.

SIGNED this 19th day of October, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE