# EXHIBIT F

10/29/2020 9:23:11 PM

# Compare Results

| Old File: | | New File: |
|---|---|---|
| **EXHIBIT 1 USPTO Claim Chart (678 v Bank of America).pdf** | versus | **Ex. 1_678 patent claim 26-49_BOA1_Redacted.pdf** |
| 87 pages (2.17 MB) | | 272 pages (18.91 MB) |
| 11/22/2019 10:50:21 AM | | 10/29/2020 9:02:19 PM |

**Total Changes**

**406**

Text only comparison

**Content**

271 Replacements
75 Insertions
60 Deletions

**Styling and Annotations**

0 Styling
0 Annotations

Go to First Change (page 1)

10/29/2020 9:31:51 PM

# Compare Results

| Old File: | | New File: |
|---|---|---|
| **EXHIBIT 2 USPTO Claim Chart (864 v Bank of America).pdf** | versus | **Ex. 2_864 patent claims 1-20_BOA.pdf** |
| 52 pages (1.39 MB) | | 147 pages (18.00 MB) |
| 11/22/2019 11:07:52 AM | | 10/19/2020 8:19:52 PM |

**Total Changes**

**324**

Text only comparison

**Content**

174  Replacements
104  Insertions
46   Deletions

**Styling and Annotations**

0  Styling
0  Annotations

Go to First Change (page 1)

10/29/2020 9:33:43 PM

# Compare Results

| Old File: | | New File: |
|---|---|---|
| **EXHIBIT 3 USPTO Claim Chart (192 v Bank of America).pdf** | versus | **Ex. 3_192 patent claims 1-3 _BOA.pdf** |
| 19 pages (591 KB) | | 146 pages (17.59 MB) |
| 11/22/2019 10:24:04 AM | | 10/19/2020 8:28:00 PM |

| Total Changes | Content | | Styling and Annotations | |
|---|---|---|---|---|
| **388** | 42 | Replacements | 49 | Styling |
| | 199 | Insertions | 0 | Annotations |
| | 98 | Deletions | | |

Go to First Change (page 1)