IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE SPINCO, INC., ET AL., <br><br> Defendants. | Civil Action No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO, N.A. <br><br> Defendant. | Civil Action No. 4:18-cv-00501-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Civil Action No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

**NOTICE OF FILING**

Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively, "Wapp"), hereby provide notice of filing of the attached Declaration of Professor Sam Malek regarding

Wapp's expert disclosure under paragraph (6)(b) of the Protective Orders entered in the above-captioned cases.

Dated:  November 4, 2020                                   Respectfully submitted,

By: /s/ Robert F. Kramer

Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@feinday.com
M. Elizabeth Day
CA Bar No. 177125(Admitted E.D. Texas)
eday@feinday.com
David Alberti
CA Bar No. 220625 (*pro hac vice pending*)
dalberti@feinday@com
Sal Lim
CA Bar No. 211836 (*pro hac vice pending*)
slim@feinday.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@feinday.com
Marc C. Belloli
CA Bar No. 244290 (*pro hac vice pending*)
mbelloli@feinday.com
Sven Raz
CA Bar No. 222262 (*pro hac vice pending*)
sraz@feinday.com
Andrew Hamill (Admitted E.D. Texas)
CA Bar No. 251156
ahamill@feinday.com
FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP
577 Airport Boulevard, Suite 250
Burlingame, California 94010
Telephone: (650) 514-2747
Facsimile: (650) 618-4368

Deron R. Dacus
TX Bar No. 00790553
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
902/705-1117 Fax: 903/581-2543
Email:  ddacus@dacusfirm.com

Clyde M. Siebman
TX Bar No. 18341600
Siebman, Forrest, Burg & Smith LLP
Federal Courthouse Square

300 North Travis St.  
Sherman, TX 75090  
908/870-0070 Fax:  903/870-0066  
Email: clydesiebman@siebman.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of November 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Robert F. Kramer*