IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE SPINCO, INC., ET AL., <br><br> Defendants. | Civil Action No. 4:18-cv-00469-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO, N.A. <br><br> Defendant. | Civil Action No. 4:18-cv-00501-ALM <br><br> JURY TRIAL DEMANDED |
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Civil Action No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

**NOTICE OF INTENT TO REQUEST REDACTION**

Notice is hereby given that a statement of redaction will be submitted to the court reporter within 21 days from the filing of the transcript with the Clerk of Court.  The proceeding occurred on May 19, 2020 and was reported by Ms. Jan Mason, the court reporter.

1

Dated:  November 4, 2020

Respectfully submitted,

By: */s/ Robert F. Kramer*

Robert F. Kramer
CA Bar No. 181706 (Admitted E.D. Texas)
rkramer@feinday.com
M. Elizabeth Day
CA Bar No. 177125(Admitted E.D. Texas)
eday@feinday.com
David Alberti
CA Bar No. 220625 (*pro hac vice pending*)
dalberti@feinday@com
Sal Lim
CA Bar No. 211836 (*pro hac vice pending*)
slim@feinday.com
Russell S. Tonkovich
CA Bar No. 233280 (Admitted E.D. Texas)
rtonkovich@feinday.com
Marc C. Belloli
CA Bar No. 244290 (*pro hac vice pending*)
mbelloli@feinday.com
Sven Raz
CA Bar No. 222262 (*pro hac vice pending)*
sraz@feinday.com
Andrew Hamill (Admitted E.D. Texas)
CA Bar No. 251156
ahamill@feinday.com
FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP
577 Airport Boulevard, Suite 250
Burlingame, California 94010
Telephone: (650) 514-2747
Facsimile: (650) 618-4368

Deron R. Dacus
TX Bar No. 00790553
THE DACUS FIRM, PC
821 ESE Loop 323, Suite 430
Tyler, TX 75701
902/705-1117 Fax: 903/581-2543
Email:  ddacus@dacusfirm.com

Clyde M. Siebman
TX Bar No. 18341600
Siebman, Forrest, Burg & Smith LLP
Federal Courthouse Square
300 North Travis St.
Sherman, TX 75090
908/870-0070 Fax:  903/870-0066
Email: clydesiebman@siebman.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 4, 2020, a true and correct copy of the foregoing instrument has been served on all counsel of record and the court reporter.

                                                  */s/ Robert F. Kramer*