# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORP., <br><br> Defendant. | C.A. No. 4:18-cv-00519-ALM <br><br> JURY TRIAL DEMANDED |

**NOTICE OF NON-OPPOSITION TO MOTION TO STAY Dkt. 134**

Plaintiff Wapp Tech Limited Partnership and Wapp Tech Corp. (collectively, "Wapp") hereby withdraws its Opposition (Dkt. 139) and Sur-Reply (Dkt. 153) in response to Bank of America, N.A.'s Second Motion to Stay the Case (Dkt. 134) and hereby files this Notice of Non-Opposition to Defendant's Second Motion to Stay requesting that the Court stay this action pending resolution of *Wapp Tech Limited Partnership et al v. Micro Focus International PLC* Case No. 4:18-cv-00469-ALM.

| | |
|---|---|
| Dated:  November 16, 2020 | /s/ *Robert F. Kramer* <br> Robert F. Kramer <br> CA Bar No. 181706 (Admitted E.D. Texas) <br> rkramer@feinday.com <br> M. Elizabeth Day <br> CA Bar No. 177125 (Admitted E.D.Texas) <br> eday@feinday.com <br> David Alberti <br> CA Bar No. 220625 (*pro hac vice*) <br> dalberti@feinday.com <br> Sal Lim <br> CA Bar No. 211836 (*pro hac vice*) <br> slim@feinday.com <br> Russell S. Tonkovich <br> CA Bar No. 233280 (Admitted E.D. Texas) <br> rtonkovich@feinday.com <br> Marc C. Belloli <br> CA Bar No. 244290 (*pro hac vice*) <br> mbelloli@feinday.com <br> Robert Y. Xie Bar (*pro hac vice*) <br> CA Bar No. 329126 <br> rxie@feinday.com <br> Sven Raz <br> CA Bar No. 222262 (*pro hac vice*) <br> sraz@feinday.com <br> Andrew Hamill (Admitted E.D. Texas) <br> CA Bar No. 251156 <br> ahamill@feinday.com <br> 577 Airport Boulevard, Suite 250 <br> Burlingame, California 94101 <br> Telephone: (650) 825-4300 <br> Facsimile: (650) 460-8443 |

Clyde M. Siebman
TX Bar No. 18341600
clydesiebman@siebman.com
**Siebman, Forrest, Burg & Smith LLP**
Federal Courthouse Square
300 North Travis St.
Sherman, TX 75090
908/870-0070 Fax: 903/870-0066

Deron R. Dacus
TX Bar No. 00790553
ddacus@dacusfirm.com
**THE DACUS FIRM, PC**
821 ESE LOOP 323, Suite 430
Tyler, TX 75701
902/705-1117 Fax: 903/581-2543

*Attorneys for Plaintiffs*

.

## **CERTIFICATE OF SERVICE**

I certify that I caused the foregoing document to be served via the Court's CM/ECF system on November 16, 2020 on all counsel of record who have consented to electronic service.

*/s/ Robert F. Kramer*
Robert F. Kramer
