IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., <br><br> Plaintiffs, <br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. 4:18-cv-0519-ALM <br><br> JURY TRIAL DEMANDED |

### ORDER GRANTING UNOPPOSED MOTION TO STAY

Pending before the Court is Defendant Bank of America, N.A.'s Motion to Stay (Dkt. #134). The Motion was previously opposed, however Plaintiffs Wapp Tech Limited Partnership and Wapp Tech Corp. have now filed a Notice of Non-Opposition (Dkt. #155) and withdrew their Opposition (Dkt. #139) and Sur-Reply (Dkt. #153). As a result, the Motion to Stay is now unopposed.

Having reviewed the submissions of the parties, the Court finds that the Motion should be **GRANTED** (Dkt. #134).

It is therefore **ORDERED** that the above-captioned action is **STAYED** pending resolution of Case No. 4:18-cv-00469 also pending before this Court and further order of this Court.

**IT IS SO ORDERED.**

SIGNED this 17th day of November, 2020.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE