# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP., <br><br> Plaintiffs, <br> v. <br><br> BANK OF AMERICA, N.A., <br><br> Defendant. | Case No. 4:18-cv-519-ALM |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice.

Having considered the parties' Joint Stipulation, it is **ORDERED** that the above action is **DISMISSED WITH PREJUDICE**.  It is further **ORDERED** that all expenses, costs, and attorneys' fees shall be borne by the party that incurred them.  All pending requests for relief are **DENIED AS MOOT**

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 20th day of September, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE