AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Texas - Sherman Division__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:18-cv-519 | DATE FILED<br>7/20/2018 | U.S. DISTRICT COURT<br>Eastern District of Texas - Sherman Division |
|---|---|---|
| PLAINTIFF<br>WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CORP. | | DEFENDANT<br>BANK OF AMERICA CORP. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,971,678 B2 | 5/15/2018 | WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CO. |
| 2 | 9,298,864 B2 | 3/29/2016 | WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CO. |
| 3 | 8,924,192 B1 | 12/30/2014 | WAPP TECH LIMITED PARTNERSHIP AND WAPP TECH CO. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

ORDER. Having considered the parties' Joint Stipulation, it is ORDERED that the above action is DISMISSED WITH PREJUDICE. It is further ORDERED that all expenses, costs, and attorneys' fees shall be borne by the party that incurred them. All pending requests for relief are DENIED AS MOOT. The Clerk is directed to close this civil action. Signed by District Judge Amos L. Mazzant, III on 9/20/2021

| CLERK<br>David A. O'Toole | (BY) DEPUTY CLERK<br>*[signature]* | DATE<br>9/20/21 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy