**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| WAPP TECH LIMITED PARTNERSHIP and WAPP TECH CORP., | § § § | |
| *Plaintiffs,* | § § | Case No. 4:18-cv-00519-ALM |
| v. | § § | JURY TRIAL DEMANDED |
| BANK OF AMERICA, N.A., | § § | |
| *Defendant.* | § § | |

---

## PLAINTIFFS' NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the following attorney is entering an appearance for Plaintiffs, Wapp Tech Limited Partnership and Wapp Tech Corp.: Scott W. Clark, State Bar No. 24007003, of Ahmad, Zavitsanos & Mensing P.C., (713) 655-1101, and (713) 655-0062 (Facsimile). Mr. Clark is currently admitted to practice in the Eastern District of Texas.

Dated:  April 18, 2022                    Respectfully submitted,

                                          /s/ Scott W. Clark
                                          Scott W. Clark
                                          Texas Bar No. 24007003
                                          sclark@azalaw.com
                                          **AHMAD, ZAVITSANOS & MENSING P.C.**
                                          1221 McKinney Street, Suite 2500
                                          Houston, TX 77010
                                          Telephone: 713-655-1101
                                          Facsimile: 713-655-0062

                                          **ATTORNEYS FOR PLAINTIFFS WAPP
                                          TECH LIMITED PARTNERSHIP AND
                                          WAPP TECH CORP.**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was filed electronically in compliance with Local Rules CV-5(a) on April 18, 2022.  As such, this document was served on all counsel of record pursuant to Local Rules CV-5(a)(3)(A) and the Federal Rules of Civil Procedure.

                                          /s/ Scott W. Clark
                                          Scott W. Clark